Daniel J. Herling (SBN 103711)
Lina M. Brenner (SBN 191075)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: (415) 371-2200
Facsimile: (415) 371-2201

Richard T. Redano (*pro hac vice*)
Gary R. Maze (*pro hac vice*)
One Greenway Plaza, Suite 500
Houston, TX 77046
Telephone: (713) 964-7700
Facsimile: (713) 964-7701

Attorneys for Defendant
THOMSON, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a California Corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>THOMSON, INC., a Delaware Corporation,<br><br>           Defendant. | Case No. CIV S-03-1329 WBS PAN<br><br>**[PROPOSED] ORDER RE DEFENDANT THOMSON, INC.'S EMERGENCY MOTION SEEKING RELIEF FROM LOCAL RULES GOVERNING SERVICE OF MOTIONS**<br><br>**JUDGE:**    The Hon. William B. Shubb |

_____ / / / /

PROPOSED] ORDER RE EMERGENCY MOTION RE RELIEF FROM LOCAL RULES     Case No. CIV S-03-1329 WBS PAN
SF\73120.1                                        1

Having reviewed Defendant Thomson, Inc.'s ("Thomson") Emergency Motion Seeking Relief From Local Rules Governing Service of Motions, and having entertained any and all opposition to same, the Court finds as follows:

Given that plaintiff Technology Licensing Corporation's counsel received electronic notice and service of Thomson's Motion Seeking An Extension of Time To File Rebuttal Expert Reports (the "Motion") on April 4, 2005, the day on which such Motion was filed, and twenty-eight (28) days prior to the scheduled hearing date of May 2, 2005, the Court will permit the Motion to be heard on the latter date.

Because a copy of the motion pleadings was sent to plaintiff's counsel by mail rather than by personal service in accordance with the requirements of Local Rule 78-230(b) on April 4, 2005, plaintiff's counsel is given an additional three court days to file its opposition to the motion. Given such additional time, the Court finds that plaintiff's counsel has not been prejudiced, and that it would serve judicial and party economy were the Court to permit the Motion to be heard on May 2, 2005, given that the parties will already be appearing before the Court concerning another motion filed by the plaintiff.

IT IS SO ORDERED

Dated: April 15, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED] ORDER RE EMERGENCY MOTION RE RELIEF FROM LOCAL RULES   Case No. CIV S-03-1329 WBS PAN
SF\73120.1                                    2