UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TECHNOLOGY LICENSING CORPORATION,
a California Corporation,

         Plaintiff,        C.V. S-03-1329 WBS PAN

    v.

                                    ORDER
THOMSON, INC., a Delaware
Corporation,

         Defendant.

—o0o—

On April 8, 2005, defendant Thomson, Inc., moved for a protective order limiting depositions duly noticed for April 12, 2005. Thomson noticed its motion for hearing before this court on May 4, although the deadline for completing discovery, except motions to compel discovery, was April 28. Thomson's motion is

////

////

1  therefore denied as untimely.
2          So ordered.
3          Dated:  May 4, 2005.
4                                          /s/ Peter A. Nowinski
5                                          PETER A. NOWINSKI
                                           Magistrate Judge