**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

August 1, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

TECHNOLOGY LICENSING
CORPORATION, a Nevada Corporation
and
AV TECHNOLOGIES LLC

v.                    CASE NUMBER: 2:03-cv-1329 WBS PAN

THOMSON, INC. a Delaware Corporation

**XX -- Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF AUGUST 1, 2005:** On Plaintiffs' Count in their Amended Complaint for Patent Infringement by Thomson, Inc. of U.S. Patent No. 5,495,524 and U.S. Patent No. 4,573,070, judgment is entered in favor of Thomson, Inc., based upon the Court's June 30, 2005 Order and the Court's July 22, 2005 Order, and plaintiffs Technology Licensing Corporation and AV Technologies LLC shall take nothing on that count.

Jack L. Wagner,
Clerk of the Court

ENTERED:    August 1, 2005

by:    /s/D. Marcotte
D. MARCOTTE, Deputy Clerk