# EXHIBIT L – PART 1

## TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

# DUANE MORRIS

**FIRM/AFFILIATE OFFICES**

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

August 20, 2003

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176        Invoice# 952382                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                          $1,745.50

TOTAL BALANCE DUE                                          $1,745.50



File # N0661-00176                                          INVOICE # 952382
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 7/14/2003 02079 LM BRENNER | INITIAL RESEARCH CONCERNING THE COMPLAINT AGAINST GRASS VALLEY BY TECHNOLOGY LICENSING CORPORATION, IN PREPARATION FOR FILING ANSWER TO COMPLAINT. | | 0 30 | $82.50 |
| 7/15/2003 02320 DJ HERLING | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | | 0.20 | $79.00 |
| 7/15/2003 02522 GR MAZE | DISCUSS ISSUES RELATED TO SCHEDULING ORDER WITH MR REDANO, INCLUDING MISREPRESENTATIONS MADE BY TLC IN THEIR BRIEFS TO THE COURT | | 0.30 | $82 50 |
| 7/16/2003 02165 RT REDANO | TELEPHONE CONFERENCE WITH GENNUM'S COUNSEL RE: COMPLAINT FILED AGAINST THOMSON BY TLC | | 0 30 | $100.50 |
| 7/16/2003 02079 LM BRENNER | (TLC V. GRASS VALLEY) SUPERVISE FURTHER CALENDARING OF DATES IN CASE. | | 0 30 | $82.50 |
| 7/17/2003 02165 RT REDANO | REVIEW EMAIL FROM GENNUM'S COUNSEL RE; REQUEST FOR INFORMATION RE: GRASS VALLEY AND PREPARE RESPONSE; PREPARE RESPONSE AND EMAIL TO MR HUSER RE: GENNUM'S REQUEST FOR INFORMTION | | 0.90 | $301.50 |
| 7/18/2003 02165 RT REDANO | REVIEW MEMO RE: RES JUDICATA AND PREPARE MEMO TO LAW CLERK RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME | | 0 60 | $201.00 |
| 7/29/2003 02165 RT REDANO | CONFER WITH MR HERLING RE: PREPARATION OF ANSWER AND CONDUCT OF INITIAL RULE 26 CONFERENCE; PREPARE LETTER TO OPPOSING COUNSEL RE: PREPARATION FOR RULE 26(F) CONFERENCE | | 0.70 | $234.50 |
| 7/29/2003 02320 DJ HERLING | EVALUATE ISSUES RE PLEADING/26F CONFERENCE | | 0.40 | $158.00 |
| 7/29/2003 02079 LM BRENNER | REVIEW UPCOMING DEADLINES IN TLC/THOMSON LITIGATION, FOR FILING RESPONSIVE PLEADING AND ENGAGING IN RULE 26 CONFERENCE. | | 0.20 | $55.00 |
| 7/30/2003 02165 RT REDANO | REVISE LETTER TO OPPOSING COUNSEL RE: RULE 26(F) CONFERENCE | | 0.20 | $67.00 |
| 7/31/2003 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: RESPONSES TO GENNUM'S INQUIRIES; PREPARE RESPONSE OUTLINING LITIGATION ALTERNATIVES; REVIEW EMAILS PASSING BETWEEN MESSRS HUSER AND SYMES RE: THIRD PARTY | | 0.90 | $301.50 |

File # N0661-00176                                    INVOICE # 952382
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | HOURS | VALUE |
|------|-----------------|-------|-------|
| | CHIP VENDORS; PREPARE EMAIL TO MR HUSER RE: RES JUDICATA DEFENSE FOR ELANTEC CHIPS | | |
| | TOTAL SERVICES | 5.30 | $1,745.50 |

File # N0661-00176                                          INVOICE #  952382
     TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02320 | DJ HERLING | PARTNER | 0.60 | 395.00 | 237.00 |
| 02522 | GR MAZE | PARTNER | 0.30 | 275.00 | 82.50 |
| 02165 | RT REDANO | PARTNER | 3.60 | 335.00 | 1,206.00 |
| 02079 | LM BRENNER | ASSOCIATE | 0.80 | 275.00 | 220.00 |
| | | | 5.30 | | $1,745.50 |



**DUANE MORRIS**

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

September 23, 2003

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 959045                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                             $9,952.50

DISBURSEMENTS
FILING FEES                              160.00
LEXIS LEGAL RESEARCH                      40.75  _____
TOTAL DISBURSEMENTS                               $200 75

BALANCE DUE THIS INVOICE                          $10,153.25

PREVIOUS BALANCE                          _____ $1,745.50

TOTAL BALANCE DUE                         _____ $11,898.75

File # N0661-00176                                      INVOICE # 959045
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 8/4/2003 | 02165 RT REDANO | CONFER WITH MR HUSER RE: MOTION TO STAY AND~~░░░░░░░~~ CHIP VENDORS OR DISTRIBUTORS; PREARE EMAIL TO MS BRENNER RE:MOTION TO STAY | 0.50 | $167.50 |
| 8/4/2003 | 03155 CM CHACON | AID IN GATHERING OF MATERIAL FOR CONFERENCE | 0.30 | $25.50 |
| 8/4/2003 | 03155 CM CHACON | PREPARATION OF MATERIALS FOR RULE 26(F) CONFERENCE | 0.50 | $42.50 |
| 8/6/2003 | 02079 LM BRENNER | PREPARE, REVIEW AND REVISE INTRODUCTION AND GENERAL LEGAL DISCUSSION IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR STAY (1.0); GATHER DOCUMENTS IN SUPPORT OF DECLARATION IN SUPPORT OF SAME (.2); RESEARCH REQUIREMENTS IN EASTERN DISTRICT FOR PRESIDING JUDGE W. SHUBB (.2) | 1.40 | $385.00 |
| 8/7/2003 | 02165 RT REDANO | CONFER WITH OPPOSING COUNSEL RE: RULE 26(F) CONFERENCE AND PROPOSED MOTION TO STAY; CONFER WITH MS BRENNER RE: MOTION TO STAY; REVIEW EMAIL FROM MS BRENNER RE: MOTION TO STAY | 0.90 | $301.50 |
| 8/7/2003 | 02079 LM BRENNER | PREPARE, REVIEW AND REVISE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR STAY OF CASE, PENDING OUTCOME OF VIDEOTEK LITIGATION, AND PREPARE, REVIEW AND REVISE INITIAL DRAFT OF DECLARATION AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME | 4.20 | $1,155.00 |
| 8/11/2003 | 02165 RT REDANO | REVIEW PLAINTIFF'S PROPOSED JOINT STATUS REPORT AND PREPARE REVISIONS TO SAME | 0.80 | $268.00 |
| 8/11/2003 | 02179 T THIGPEN | PREPARE COURT ORDERS FOR REVIEW BY MESSRS REDANO AND MAZE. | 0.20 | $22.00 |
| 8/12/2003 | 02165 RT REDANO | REVISE MOTION FOR STAY; PREPARE EMAIL TO MESSRS SYMES AND HUSER RE: IDENTIFICATION OF RELEVANT CHPS; REVIEW EMAIL FROM MR HUSER RE: RAYTHEON AND PREPARE RESPONSES TO MESSRS HUSER AND MAZE RE: SAME; MEET WITH OPPOSING COUNSEL FOR RULE 26(F) CONFERENCE; STUDY RES JUDICATA PLEADINGS FROM VIDEOTEK CASE; PREPARE ANSWER AND COUNTERCLAIM | 3.30 | $1,105.50 |

File # N0661-00176                                    INVOICE # 959045
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| 8/12/2003 02079 LM BRENNER | SUPERVISE PREPARATION FOR PRO HAC VICE APPLICATIONS FOR R. REDANO AND G. MAZE | | 0.20 | $55.00 |
| 8/13/2003 02165 RT REDANO | REVIEW BIOGRAPHICAL INFORMATION FOR OPPOSING COUNSEL WHO ATTENDED RULE 26(F) CONFERENCE; PREPARE MOTION FOR STAY; PREPARE EMAIL TO MR HUSER RE: ANSWER AND COUNTERCLAIMS; REVIEW EMAIL FROM MR HUSER APPROVING COMPLAINT; REVISE AND SEND EMAIL TO MS BRENNER RE: FILING OF SAME; REVIEW RESPONSE FROM MS BRENNER; PREPARE EMAIL TO MR HUSER RE: SEPT 2 CONFERENCE AND REVIEW EMAILS FROM MR HERILNG AND MS BRENNER RE: SAME; PREPARE EMAIL TO MS BRENNER RE: APPLICABILITY OF BLONDER TONGUE DECISION TO UNENFORCEABILITY JUDGMENTS; CONFER WITH MS BRENNER AND WITH MR MAZE RE: APPLICATION OF BLONDER TONGUE DECISION TO UNENFORCEABILITY FINDINGS AND REVIEW CASES RE: SAME | | 3.20 | $1,072.00 |
| 8/13/2003 02079 LM BRENNER | FINAL REVISIONS TO ANSWER AND COUNTERCLAIM IN CASE, AND PREPARE FINAL DRAFT FOR FILING OF SAME; SUPERVISE SERVICE AND FILING OF PLEADING IN EASTERN DISTRICT COURT | | 1.20 | $330.00 |
| 8/13/2003 02079 LM BRENNER | RESEARCH FURTHER CASE LAW IN SUPPORT OF MOTION FOR STAY; SPECIFICALLY FEDERAL AND NINTH CIRCUIT LAW CONCERNING SCOPE OF RES JUDICATA IN CONTEXT OF INVALIDITY FINDING IN DIFFERENT CASE CONCERNING SAME PATENT(S) | | 1.20 | $330.00 |
| 8/14/2003 02165 RT REDANO | REVISE JOINT STATUS REPORT; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR HUSER RE: SAME; REVISE PROPOPOSED REVISIONS FROM MR HUSER; PREPARE MOTION TO STAY AND PREPARE EMAIL TO MS BRENNER RE: SAME | | 1.70 | $569.50 |
| 8/14/2003 02079 LM BRENNER | FURTHER CASE LAW RESEARCH IN SUPPORT OF MOTION FOR STAY. | | 0.20 | $55.00 |
| 8/15/2003 02165 RT REDANO | PREPARE MOTION TO STAY | | 0.40 | $134.00 |
| 8/16/2003 02165 RT REDANO | REVISE JOINT STATUS REPORT AND PREPARE EMAIL TO OPPOSING COUNSEL RE: SAME; PREPARE | | 1.20 | $402.00 |

File # N0661-00176                                    INVOICE # 959045
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | SUMMARY OF INVALIDITY AND NONINFRINGEMENT CONTENTIONS FOR PRODUCTS CONTAINING GENNUM, RAYTHEON AND ELANTEC CHIPS IN THE VIDEOTEK LITIGATION | | |
| 8/17/2003 02165 RT REDANO | PREPARE MOTION TO STAY | 1.20 | $402.00 |
| 8/18/2003 02165 RT REDANO | PREPARE MOTION TO STAY AND EMAIL TO MR HUSER RE: SAME; CONFER WITH MS BRENNER RE: JOINT STATUS REPORT AND VOLUNTARY DISPUTE RESOLUTION; REVIEW LOCAL RULE RE: VOLUNTARY DISPUTE RESOLUTION AND PREPARE EMAIL TO MR HUSER RE: SAME; PREPARE EMAIL TO MS BRENNER RE: FILING OF MOTION TO STAY AND PREPARE REPSONSE | 1.50 | $502.50 |
| 8/18/2003 02079 LM BRENNER | RESEARCH CONCERNING REQUIREMENTS FOR ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN EASTERN DISTRICT, AND STRATEGIZE CONCERNING INCLUSION OF SAME IN JOINT STATUS CONFERENCE STATEMENT. | 0.50 | $137.50 |
| 8/18/2003 02079 LM BRENNER | COMMUNICATIONS WITH OPPOSING COUNSEL CONCERNING PRELIMINARY ARRANGEMENTS FOR FILING JOINT STATUS CONFERENCE STATEMENT. | 0.20 | $55.00 |
| 8/18/2003 02179 T THIGPEN | PREPARE COURT ORDER FOR REVIEW BY MESSRS. MAZE AND REDANO. | 0.20 | $22.00 |
| 8/19/2003 02165 RT REDANO | REVIEW EMAILS FROM MR HUSER RE: MOTION TO STAY AND VDPR; REVIEW EMAILS FROM MS BRENNER RE: MOTION TO STAY AND JOINT STATUS REPORT; PREPARE RESPONSES; CONFER WITH MS BRENNER RE: JOINT STATUS REPORT; PREPARE EMAIL TO MS BRENNER RE: HEARING DATE FOR MOTION TO STAY AND REVIEW RESPONSE RE: SAME | 0.80 | $268.00 |
| 8/19/2003 02079 LM BRENNER | REVIEW AND PARTICIPATE IN FINAL REVISIONS TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT; TELEPHONE CONFERENCES WITH P. BERANTI, OPPOSING COUNSEL, CONCERNING FILING OF STATEMENT | 0.60 | $165.00 |
| 8/19/2003 02079 LM BRENNER | RESEARCH LOCAL NOTICE RULES IN SUPPORT OF MOTION FOR STAY; PREPARE DECLARATION, PROPOSED ORDER AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR | 3.20 | $880.00 |

File # N0661-00176                                    INVOICE # 959045
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | STAY; FINAL REVIEW AND REVISION TO MOTION FOR STAY; PREPARE AND ORGANIZE EXHIBITS IN SUPPORT OF DECLARATION AND REQUEST FOR JUDICIAL NOTICE; PREPARE PENULTIMATE VERSIONS OF ALL PLEADINGS FOR FILING AND SERVICE ON AUGUST 20, 2003. | | |
| 8/20/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MS BRENNER RE: PROPOSED ORDER, REVISED MOTION, DECLARATION AND REQUEST FOR JUDICIAL NOTICE; REVISE ORDER AND PREPARE EMAIL TO MS BRENNER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: SAME; PREPARE EMAIL TO MS BRENNER RE: REVISIONS TO MOTION; REVIEW EMAIL FROM MR SMITH RE: FILING OF JOINT STATUS REPORT; COMPLETE APPLICATION TO BE ADMITTED PRO HAC VICE | 1 20 | $402.00 |
| 8/20/2003 | 02079 LM BRENNER | FINAL REVIEW AND REVISION OF ALL PLEADINGS TO BE FILED IN SUPPORT OF MOTION FOR STAY; SUPERVISE FILING AND SERVICE OF SAME. | 0.50 | $137 50 |
| 8/21/2003 | 02079 LM BRENNER | SUPERVISE DOCKETING OF ALL DEADLINES CONCERNING STATUS CONFERENCE DATE AND MOTION FOR STAY. | 0 20 | $55 00 |
| 8/22/2003 | 02165 RT REDANO | REVIEW EMAIL FROM OPPOSING COUNSEL RE: EXTENSION OF TIME FOR INITIAL DISCLOSURES; PREPARE EMAIL TO MS BRENER RE; ORDER RESETTING SCHEDULING CONFERENCE AND REVIEW SAME; PREPARE EMAIL TO MR HUSER RE: PLAINTIFF'S REQUEST TO DELAY INITIAL DISCLOSURES UNTIL AFTER SCHEDULING CONFERENCE | 0.60 | $201 00 |
| 8/22/2003 | 02079 LM BRENNER | REVIEW ORDER BY COURT, CONTINUING CASE MANAGEMENT CONFERENCE STATEMENT BASED ON MOTION TO STAY SCHEDULE; SUPERVISE DOCKETING OF SAME; REVIEW STRATEGY CONCERNING INITIAL DISCLOSURE EXCHANGE, GIVEN THE CONTINUANCE OF THE STATUS CONFERENCE | 0.30 | $82.50 |
| 8/25/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: AGREEMENT TO POSTPONE INITIAL DISCLOSURES AND STATUS INQUIRY RE: FIRMNESS OF VIDEOTEK TRIAL DATE; PREPARE RESPONSE; PREPARE | 0.50 | $167 50 |

File # N0661-00176                                    INVOICE # 959045
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 8/26/2003 02079 LM BRENNER | | EMAIL TO OPPOSING COUNSEL RE: HIS PROPOSAL TO POSTPONE INITIAL DISCLOSURES REVIEW EASTERN DISTRICT LOCAL RULES AND SUPERVISE CALENDARING OF REPLY BRIEF DEADLINE IN REGARD TO MOTION FOR STAY | 0 20 | $55 00 |
| | | TOTAL SERVICES | 33 10 | $9,952 50 |

File # N0661-00176                          INVOICE #  959045
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 8/13/2003 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 4.25 |
| 8/13/2003 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 17.50 |
| 8/13/2003 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 19.00 |
| | | Total: | $40.75 |
| 8/31/2003 | FILING FEES | | 160.00 |
| | | Total: | $160.00 |
| | TOTAL DISBURSEMENTS | | $200.75 |

File # N0661-00176                         INVOICE # 959045

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02165 | RT REDANO | PARTNER | 17.80 | 335.00 | 5,963.00 |
| 02079 | LM BRENNER | ASSOCIATE | 14.10 | 275.00 | 3,877.50 |
| 02179 | T THIGPEN | PARALEGAL | 0.40 | 110 00 | 44.00 |
| 03155 | CM CHACON | PROJECT ASST | 0.80 | 85.00 | 68.00 |
| | | | 33.10 | | $9,952.50 |



**DUANE MORRIS**

FIRM AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

October 22, 2003

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 966288                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                   $11,290.00

DISBURSEMENTS
MESSENGER SERVICE                           313.00
TOTAL DISBURSEMENTS                                                  $313.00

BALANCE DUE THIS INVOICE                                          $11,603.00


PREVIOUS BALANCE                                                  $10,153.25

TOTAL BALANCE DUE                                                 $21,756.25

File # N0661-00176                                  INVOICE # 966288
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 9/8/2003 02165 RT REDANO | CONFER WITH MS BRENNER RE: TLC'S RESPONSE TO MOTION TO STAY | 0 30 | $100.50 |
| 9/8/2003 02079 LM BRENNER | REVIEW PLAINTIFF'S ANSWER TO COUNTERCLAIM; REVIEW OPPOSITION TO MOTION FOR STAY, IN PREPARATION FOR ASSISTING IN DRAFTING REPLY BRIEF WITH REGARD TO SAME | 0.50 | $137.50 |
| 9/9/2003 02079 LM BRENNER | FURTHER REVIEW OF OPPOSITION TO MOTION FOR STAY; RESEARCH CASE LAW IN SUPPORT OF REPLY BRIEF | 0.70 | $192.50 |
| 9/10/2003 02165 RT REDANO | STUDY CASES RE: ENJOINING OF CUSTOMER SUITS BY PATENTEE; PREPARE EMAIL TO MR HUSER RE: SAME | 1 90 | $636.50 |
| 9/10/2003 02079 LM BRENNER | REVIEW FURTHER ISSUES WITH REGARD TO MOTION FOR STAY, AND ARGUMENTS TO BE PRESENTED IN REPLY BRIEF IN SUPPORT OF SAME | 0 20 | $55 00 |
| 9/11/2003 02165 RT REDANO | REVIEW CASES RE: CUSTOMER LAWSUITS, AND FIRST TO FILE RULE; CONFER WITH MR HUSER RE: RES JUDICATA ISSUES AND RELATED STIPULATION; PREPARE EMAIL TO GENNUM;S COUNSEL RE: SAME; PREPARE REPLY BRIEF IN SUPPORT OF MOTION TO STAY; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MS BRENNER RE; PREPARATION OF REPLY BRIEF | 4.80 | $1,608 00 |
| 9/11/2003 02522 GR MAZE | FIRST TO FILE CASE LAW RESEARCH IN 9TH CIRCUIT (1 2); DRAFT MEMO AND DISCUSS WITH MR REDANO ( 8) | 2.00 | $550 00 |
| 9/11/2003 03288 MK HOUSER-NELSON | REVIEW E-MAIL REQUEST FROM MR. REDANO; RETRIEVE PLEADING FILE; LOCATE EXHIBITS ATTACHED TO THOMSON'S MOTION TO STAY; COPY AND INDEX EXHIBITS FOR MR. REDANO; RETRIEVE E-MAILED COPIES OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THOMSON INC.'S MOTION TO STAY, COPY, INDEX AND FILE; THOMSON, INC.'S NOTICE OF MOTION AND MOTION FOR STAY; MEMORANDUM OF POINTS AND AUTHORITIES, COPY AND FILE; (PROPOSED) ORDER RE THOMSON, INC.'S MOTION FOR STAY, COPY AND FILE; TECHNOLOGY LICENSING CORPORATION'S REPLY TO THOMSON | 1 40 | $182 00 |

File # N0661-00176                                INVOICE # 966288
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | INC.'S COUNTERCLAIMS, COPY AND FILE; (PROPOSED) ORDER DENYING THOMSON INC 'S MOTION FOR STAY, COPY AND FILE; TECHNOLOGY LICENSING CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THOMSON, INC'S MOTION TO STAY | | |
| 9/12/2003 | 02165 RT REDANO | REVIEW CASE LAW RE: FIRST TO FILE RULE AND CUSTOMER SUIT EXCEPTION THERETO; CONFER WITH MR MAZE RE: SAME; PREPARE REPLY IN SUPPORT OF MOTION TO STAY; CONFER WITH GENNUM'S COUNSEL RE: MOTION TO STAY AND INDEMNIFICATION ISSUES; REVIEW EMAIL FROM GENNUM'S COUNSEL RE: SAME | 4.90 | $1,641.50 |
| 9/12/2003 | 02522 GR MAZE | CASE LAW RESEARCH INTO ISSUES REGARDING STAY BASED ON A FIRST FILED PROCEEDING ( 9); MEMO TO MR REDANO REGARDING RESEARCH AND REVIEW REPLY BRIEF ( 6); RESEARCH INTO BLONDER-TONGUE WITH RESPECT TO ARGUMENTS PROPOSED BY TLC (.1); MEMO TO AND DISCUSS WITH MR REDANO ( 6) | 2.20 | $605.00 |
| 9/12/2003 | 02522 GR MAZE | RESEARCH CASE LAW FOR "ONE STRIKE AND YOU'RE OUT" CONCURRENCE LANGUAGE IN FEDERAL CIRCUIT OR OTHER CIRCUITS | 1.30 | $357.50 |
| 9/12/2003 | 03288 MK HOUSER-NELSON | UPDATE PLEADING FILE INDEX AND TAB PLEADINGS | 0.60 | $78.00 |
| 9/13/2003 | 02165 RT REDANO | PREPARE REPLY IN SUPPORT OF MOTION FOR STAY AND PREPARE EMAIL TO MR HUSER RE; SAME | 5.20 | $1,742.00 |
| 9/14/2003 | 02522 GR MAZE | READ/REVIEW REPLY BRIEF; MAKE CORRECTIONS (.5); VERIFY CASE LAW CITATIONS ( 2) | 0.70 | $192.50 |
| 9/15/2003 | 02165 RT REDANO | REVIEW PROSED REVISIONS FROM MR MAZE AND PREPARE E-MAIL RE: SAME; REVIEW EMAIL FROM MR HUSER RE: REVISIONS TO BRIEF; CONFER WITH GENNUM' S COUNSEL RE: STIPULATION REGARDING INDEMNIFICATION ISSUES; REVISE BRIEF RE: WILLINGNESS TO BE BOUND BY JUDGMENT IN THE VIDEOTEK LITIGATION; PREPARE EMAIL TO MESSRS HUSER AND HERLING RE: SAME; CONFER WITH GENNUM'S COUNSEL RE: INDEMNIFICATION ISSUES | 1.50 | $502.50 |

File # N0661-00176                                      INVOICE # 966288
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/15/2003 | 02320 | DJ HERLING | REVISE REPLY BRIEF RE MOTION TO STAY | 0 40 | $158.00 |
| 9/15/2003 | 02522 | GR MAZE | REVISE REPLY TO TLC RESPONSE REGARDING STAY AND DISCUSS WITH MR REDANO | 0 70 | $192 50 |
| 9/17/2003 | 02165 | RT REDANO | CONFER WITH MS BRENNER RE: PREPARATION FOR HEARING ON MOTION TO STAY | 0 30 | $100.50 |
| 9/18/2003 | 02165 | RT REDANO | REVIEW EMAIL FROM MS BRENNER RE; CONFERRING ABOUT HEARING ON MOTION FOR STAY | 0 20 | $67.00 |
| 9/19/2003 | 02079 | LM BRENNER | INITIAL REVIEW OF PLEADINGS IN PREPARATION FOR HEARING CONCERNING MOTION FOR STAY. | 0 50 | $137 50 |
| 9/22/2003 | 02165 | RT REDANO | CONFER WITH MS BRENNER RE: HEARING ON MOTION TO STAY | 0 30 | $100 50 |
| 9/22/2003 | 02079 | LM BRENNER | TRAVEL TO AND PARTICIPATE IN HEARING CONCERNING MOTION FOR STAY; PREPARE BRIEF ELECTRONIC SUMMARY OF SAME TO ALL COUNSEL. | 5 10 | $1,402.50 |
| 9/22/2003 | 02079 | LM BRENNER | DETAILED REVIEW OF ALL PLEADINGS AND SPECIFIC CASE LAW RELATING TO MOTION FOR STAY, IN PREPARATION FOR ORAL ARGUMENT AT HEARING. | 1 00 | $275 00 |
| 9/23/2003 | 02165 | RT REDANO | REVIEW EMAIL FROM MS BRENNER RE: REPORTING RESULTS OF HEARING ON MOTION TO STAY AND PREPARE EMAIL TO MR HUSER RE: SAME | 0 30 | $100 50 |
| 9/23/2003 | 01905 | JW KLINGMAN | SET UP LIVENOTE CASE. | 1.00 | $175.00 |
| | | | TOTAL SERVICES | 38.00 | $11,290 00 |

File # N0661-00176                                    INVOICE #  966288
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--------|--------|
| 9/30/2003 | MESSENGER SERVICE | | 313.00 |
| | | Total: | $313 00 |

                         TOTAL DISBURSEMENTS       $313 00

File # N0661-00176                              INVOICE # 966288
ILC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02320 | DJ HERLING | PARTNER | 0 40 | 395 00 | 158 00 |
| 02522 | GR MAZE | PARTNER | 6.90 | 275.00 | 1,897.50 |
| 02165 | RT REDANO | PARTNER | 19.70 | 335 00 | 6,599.50 |
| 02079 | LM BRENNER | ASSOCIATE | 8.00 | 275 00 | 2,200 00 |
| 01905 | JW KLINGMAN | PARALEGAL | 1.00 | 175.00 | 175 00 |
| 03288 | MK HOUSER-NELSON | PARALEGAL | 2.00 | 130.00 | 260 00 |
| | | | 38.00 | | $11,290.00 |