# EXHIBIT L – PART 2

TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

## DUANE MORRIS

COPY

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

November 20, 2003

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176     Invoice# 972605                                    IRS# 23-1392502

| | | |
|---|---:|---:|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 10/31/2003 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $3,460.00 |
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 134.50 | |
| MISCELLANEOUS | 2304.00 | |
| OVERNIGHT MAIL | 17.56 | |
| PRINTING & DUPLICATING | 20.60 | |
| TELECOPY | 27.55 | |
| TOTAL DISBURSEMENTS | | $2,504.21 |
| BALANCE DUE THIS INVOICE | | $5,964.21 |
| PREVIOUS BALANCE | | $11,603.00 |
| TOTAL BALANCE DUE | | $17,567.21 |

DUANE MORRIS LLP

File # N0661-00176                                      INVOICE # 972605
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/7/2003 | 02165 RT REDANO | REVIEW ORDER RE: MOTION TO STAY; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO GENNJUM'S COUNSEL RE: SAME AND CONFER WITH GENNUM'S COUNSEL RE: SAME; REVIEW EMAIL FROM MR HUSER RE: ORDER | 0.60 | $201.00 |
| 10/17/2003 | 02179 T THIGPEN | REVIEW COURT ORDER SETTING STATUS CONFERENCE; DOCKET DUE DATES RELATED TO STATUS CONFERENCE; REVIEW TLC'S FIRST SET OF REQUEST FOR PRODUCTION AND FIRST SET OF INTERROGATORIES; DOCKET DUE DATE FOR FILING RESPONSES; PREPARE DOCKET INFORMATION FOR REVIEW BY MESSRS REDANO AND MAZE | 0.40 | $48.00 |
| 10/20/2003 | 02165 RT REDANO | SEND EMAIL TO MS BRENNER RE: PREPARATION OF CASE MANAGEMENT PLAN; REVIEW RESPONSE AND PREPARE EMAIL TO MR MAZE RE: SAME | 0.40 | $134.00 |
| 10/20/2003 | 02522 GR MAZE | WORK ON CASE MANAGEMENT PLAN; DISCUSS WITH MR REDANO | 1.00 | $275.00 |
| 10/20/2003 | 02079 LM BRENNER | RESEARCH PRESIDING JUDICIAL RULES AND LOCAL RULES GOVERNING STATUS CONFERENCE STATEMENTS, IN PREPARATION FOR ASSISTANCE WITH FORMULATING AND FILING STATEMENT DUE IN CASE IN OCTOBER | 0.40 | $110.00 |
| 10/21/2003 | 02165 RT REDANO | REVIEW INTERROGATORIES AND DOCUMENT REQUESTS FROM TLC; PREPARE SUMMARY TO MR HUSER RE: SAME | 1.60 | $536.00 |
| 10/21/2003 | 02522 GR MAZE | REVISE DRAFT OF INITIAL CASE MANAGEMENT PLAN FOR MR REDANO'S REVIEW | 1.00 | $275.00 |
| 10/21/2003 | 02179 T THIGPEN | PREPARE AND TRANSMIT CORRESPONDENCE TO BARBARA HENDLEY ORDERING FILE HISTORY OF U.S. PATENT NO. 5,459,524 | 0.30 | $36.00 |
| 10/22/2003 | 02165 RT REDANO | CONFER WITH MR HOWARD RE: INFRINGEMENT ANALYSIS NEEDED TO ANSWER DISCOVERY; CONFER WITH MS BRENNER RE: GRASS VALLEY DEPOSITION BY GENNUM; REVIEW EMAIL FROM MR BRENNER RE: SAME AND PREPARE RESPONSE | 1.20 | $402.00 |
| 10/23/2003 | 02165 RT REDANO | CONFER WITH MS BRENNER RE: GRASS VALLEY DEPOSITION; REVIEW EMAIL RE: SAME AND PREPARE RESPONSE | 0.50 | $167.50 |
| 10/24/2003 | 02165 RT REDANO | PREPARE EMAIL TO MR COOPER RE: | 0.90 | $301.50 |

File # N0661-00176  INVOICE # 972605
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | INFRINGEMENT ANALYSIS OF '524 PATENT AND CONFER WITH MR MAZE RE: RESPONDING TO DISCOVERY; REVIEW EMAILS FROM MR SYMES AND MS BRENNER RE: GRASS VALLEY DEPOSITION BY GENNUM; CONFER WITH MS BRENNER AND MR HERLING RE: SAME | | |
| 10/24/2003 | 02179 T THIGPEN | RECEIVE FILE HISTORY OF U.S PATENT NO. 5,459,524 FROM BARBARA HENDLEY; ARRANGE FOR PAYMENT OF INVOICE FOR SAME; ARRANGE FOR DUPLICATION OF FILE HISTORY. | 0.30 | $36.00 |
| 10/27/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: USE OF MR SALEHI ON INFRINGEMENT ANALYSIS; PREPARE EMAIL TO MESSRS HUSER AND PLEVY RE: SAME; REVIEW COMPLAINT IDENTIFYING ACCUSED INFRINGING DEVICES; PREPARE MEMO TO MR SALEHI RE: FILE HISTORY AND INFRINGEMENT ANALYSIS; PREPARE EMAIL TO MR SALEHI RE: SAME; TELEPHONE MR HOWARD RE: INFRINGEMENT STUDY OF '524 PATENT | 1.10 | $368.50 |
| 10/28/2003 | 02165 RT REDANO | PREPARE EMIAL TO MR SALEHI RE: SCOPE OF INFRINGEMENT STUDY AND CONTACT INFORMATION FOR MR SYMES | 0.40 | $134.00 |
| 10/29/2003 | 02165 RT REDANO | CONFER WITH MR ROGERS RE: USE OF MR MULDOON FOR INFRINGEMENT STUDY; PREPARE EMAIL TO MR HUSER RE: SAME | 0.30 | $100.50 |
| 10/29/2003 | 02079 LM BRENNER | REVIEW PREVIOUS CASE MANAGEMENT CONFERENCE STATEMENT AND MAKE SUGGESTED REVISIONS THERETO, IN ANTICIPATION OF NOVEMBER 10, 2003 CONFERENCE; SUPERVISE COMMUNICATIONS WITH COURT CONCERNING HEARING. | 0.40 | $110.00 |
| 10/29/2003 | 02179 T THIGPEN | PREPARE CORRESPONDENCE FROM OPPOSING COUNSEL FOR REVIEW BY MESSRS MAZE AND REDANO. | 0.20 | $24.00 |
| 10/30/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MR HOWARD RE: TLC'S ATTEMPT TO RAISE CONFLICT ISSUE AND PREPARE RESPONSE | 0.30 | $100.50 |
| 10/31/2003 | 02165 RT REDANO | CONFER WITH MR HUSER RE: CONFLICTS ISSUES WITH KMZR | 0.30 | $100.50 |
| | | TOTAL SERVICES | 11.60 | $3,460.00 |

File # N0661-00176  INVOICE # 972605
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 9/30/2003 | OVERNIGHT MAIL PACKAGE SENT TO RICK A HUSER ESQ AT THOMSON INC - INDIANAPOLIS, IN FROM DANIEL J HERLING ESQ AT DUANE MORRIS LLP - SAN FRANCISCO, CA (TRACKING #839133789033) | | 17.56 |
| | | Total: | $17.56 |
| 10/31/2003 | MESSENGER SERVICE | | 134.50 |
| | | Total: | $134.50 |
| 10/8/2003 | MISCELLANEOUS PAYMENT TO IP SERVICE INC. FOR ADDITIONAL ART SEARCH FOR 1ST OF FOUR PATENTS | | 1,000.00 |
| 10/8/2003 | MISCELLANEOUS PAYMENT TO IP SERVICE INC. FOR ADDITIONAL ART SEARCH FOR 2ND OF 4 PATENTS | | 1,000.00 |
| 10/28/2003 | MISCELLANEOUS FILE HISTORY OF U.S. PATENT NO. 5,459,524 | | 304.00 |
| | | Total: | $2,304.00 |
| 10/31/2003 | TELECOPY | | 27.55 |
| | | Total: | $27.55 |
| 10/31/2003 | PRINTING & DUPLICATING | | 20.60 |
| | | Total: | $20.60 |
| | TOTAL DISBURSEMENTS | | $2,504.21 |

Duane Morris
November 20, 2003
Page 5

File # N0661-00176                                             INVOICE #  972605
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 2.00 | 275.00 | 550.00 |
| 02165 | RT REDANO | PARTNER | 7.60 | 335.00 | 2,546.00 |
| 02079 | LM BRENNER | ASSOCIATE | 0.80 | 275.00 | 220.00 |
| 02179 | T THIGPEN | PARALEGAL | 1.20 | 120.00 | 144.00 |
| | | | 11.60 | | $3,460.00 |



## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

December 16, 2003

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176        Invoice# 986257                                      IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                              $12,476.00

| DISBURSEMENTS | | |
|---|---:|---:|
| OVERNIGHT MAIL | 27.43 | |
| PRINTING & DUPLICATING - EXTERNAL | 153.11 | |
| TELECOPY | 3.80 | |
| TOTAL DISBURSEMENTS | | $184.34 |

BALANCE DUE THIS INVOICE                                                      $12,660.34

TOTAL BALANCE DUE                                                             $12,660.34

File # N0661-00176　　　　　　　　　　　　　　　　　　　　　　INVOICE # 986257
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/29/2003 | 02906 PC MULDOON | REVIEW COMPLIANT, PATENT AND FILE HISTORY | 6.20 | $1,071.30 |
| 10/30/2003 | 02906 PC MULDOON | REVIEW FILE WITH LLR | 1.70 | $293.74 |
| 11/3/2003 | 02663 EJ HOWARD | DISCUSSION WITH R. REDANO REGARDING LETTER RECEIVED FROM TLC PERTINENT TO THOMSON | 0.50 | $150.00 |
| 11/3/2003 | 02079 LM BRENNER | REVIEW PRIOR JOINT CONFERENCE STATEMENT, IN PREPARATION FOR DISCUSSION WITH COURT REGARDING SAME AT CONFERENCE ON NOVEMBER 10, 2003; COMMUNICATIONS WITH COURT PERSONNEL CONCERNING PRIOR FILING IN SUPPORT OF CURRENT CASE MANAGEMENT CONFERENCE | 0.40 | $110.00 |
| 11/6/2003 | 02079 LM BRENNER | COMMUNICATIONS WITH COURT CONCERNING SCHEDULING ORDER IN CASE AND VACATING OF HEARING ON NOVEMBER 10, 2003 CONCERNING SCHEDULING; COMMUNICATIONS WITH OPPOSING COUNSEL CONCERNING SAME; SEND ELECTRONIC MAIL TO COUNSEL AND CLIENT ADVISING OF SAME. | 0.30 | $82.50 |
| 11/10/2003 | 02165 RT REDANO | REVIEW SCHEDULING ORDER | 0.30 | $100.50 |
| 11/10/2003 | 02079 LM BRENNER | REVIEW NEW SCHEDULING ORDER ENTERED BY COURT AND DATES IMPACTING SCHEDULE, BEGINNING IN JANUARY | 0.20 | $55.00 |
| 11/10/2003 | 02906 PC MULDOON | CONSTRUCT CLAIM INTERPRETATION | 5.60 | $967.62 |
| 11/10/2003 | 03332 MF CLOUSER | BEGIN TO CALENDAR JUDGE SHUBB'S STATUS (PRETRIAL SCHEDULING) ORDER OF 11/7/2003; CREATE ELECTRONIC VERSION AND FORWARD SAME TO R. REDANO | 0.80 | $104.00 |
| 11/11/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: REQUEST FOR EXTENSION OF TIME TO ADD PARTIES AND AMEND PLEADINGS; CONFER WITH MS BRENNER RE: SAME; CONFER WITH MR MAZE RE: DISCOVERY | 0.50 | $167.50 |
| 11/11/2003 | 03332 MF CLOUSER | CALENDAR JUDGE SHUBB'S STATUS (PRETRIAL SCHEDULING) ORDER OF 11/7/2003; CONTINUE TO REVIEW CASE FILES IN PREPARATION FOR CALENDARING IMPORTANT DATES AND REMINDERS FOR HOUSTON, PHILADELPHIA AND SAN FRANCISCO TRIAL TEAM MEMBERS. | 2.80 | $364.00 |
| 11/12/2003 | 03332 MF CLOUSER | CALENDAR DUE DATE FOR DISCOVERY RESPONSES | 0.30 | $39.00 |

File # N0661-00176            INVOICE # 986257
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/13/2003 | 02906 PC MULDOON | CLAIM CONSTRUCTION CHART | 2.00 | $345.58 |
| 11/14/2003 | 02165 RT REDANO | CONFER WITH MR HUISER RE: SETTLEMENT AND PREPAE EMAIL TO MR HUSER RE: SUMMARY JUDGMENT RULINGS IN VIDEOTEK CASE | 0.40 | $134.00 |
| 11/14/2003 | 02079 LM BRENNER | ASSIST IN OBTAINING EXTENSION OF TIME IN WHICH TO RESPOND TO OUTSTANDING DISCOVERY | 0.30 | $82.50 |
| 11/16/2003 | 02860 LL ROGERS, III | DISCUSSION WITH ASSOCIATE | 0.50 | $79.37 |
| 11/16/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 6.60 | $1,140.41 |
| 11/17/2003 | 02860 LL ROGERS, III | REVIEW DRAFT; DISCUSSION ASSOCIATE; E-MAIL REPORT TO RICHARD REDANO; | 2.00 | $317.46 |
| 11/17/2003 | 02079 LM BRENNER | STRATEGIZE CONCERNING MOTION FOR EXTENDING INITIAL DISCLOSURE AND OTHER DEADLINES, GIVEN THE SETTLEMENT OF VIDEOTEK MATTER | 0.20 | $55.00 |
| 11/17/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 10.90 | $1,883.41 |
| 11/17/2003 | 03332 MF CLOUSER | CASE MANAGEMENT AND FILE MAINTENANCE | 0.40 | $52.00 |
| 11/18/2003 | 02860 LL ROGERS, III | REVIEW TECHNOLOGY WITH ASSOCIATE AND DRAFT ILLUSTRATIONS FOR REPORT; DISCUSSION WITH ASSOCIATE | 2.10 | $333.33 |
| 11/18/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 9.30 | $1,606.95 |
| 11/19/2003 | 02860 LL ROGERS, III | REVIEW OF REVISION; DISCUSSION WITH ASSOCIATE; CORRESPONDENCE WITH RICHARD REDANO | 1.70 | $269.84 |
| 11/19/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 4.00 | $690.99 |
| 11/20/2003 | 02165 RT REDANO | REVIEW AND REDACT CONFIDENTIAL INFORMATION FROM VIDEOTEK SUMMARY JUDGMENT PLEADINGS AND PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR MAZE RE: PREPARING REPONSES TO DISCOVERY | 1.60 | $536.00 |
| 11/21/2003 | 02165 RT REDANO | CONFER WITH MR MAZE RE: INITIAL DISCLOSURES; CONFER WITH MS BRENNER RE: ACCEPTANCE OF TRIAL SUBPOENA FOR MR SYMES | 0.60 | $201.00 |
| 11/21/2003 | 02522 GR MAZE | DRAFT INITIAL DISCLOSURE PER RULE 26(A) | 0.30 | $82.50 |
| 11/21/2003 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH GENNUM COUNSEL CONCERNING SUBPOENA FOR TRIAL TESTIMONY OF P SYMES; FURTHER ELECTRONIC COMMUNICATION WITH GENNUM COUNSEL CONCERNING SAME | 0.20 | $55.00 |
| 11/24/2003 | 02165 RT REDANO | REVIEW INITIAL DISCLOSURES AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MS BRENNER RE: TRIAL SUBPOENA FOR MR SYMES; | 0.70 | $234.50 |

Duane Morris
December 16, 2003
Page 4


File # N0661-00176 INVOICE # 986257
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | REVIEW SUBPOENA AND PREPARE RESPONSE | | |
| 11/24/2003 | 03332 MF CLOUSER | CORRESPONDENCE TO OPPOSING COUNSEL INQUIRING ABOUT LETTER AGREEMENT RE DISCOVERY RESPONSES; RECEIPT AND REVIEW OF RETURNED AGREEMENT LETTER; RETRIEVE PACER DOCKET SHEET FOR RELEVANT SAMSUNG CASE | 0.40 | $52.00 |
| 11/25/2003 | 02165 RT REDANO | CONFER WITH MS BRENNER RE: CONFERRING WITH OPPOSING COUNSEL RE: STIPULATED EXTENSION OF TIME TO ADD PARTIES AND TO AMEND PLEADINGS; REVIEW STIPULATION AND PREPARE EMAIL TO MS BRENNER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: SYMES TRIAL SUBPOENA AND REPLY FROM MS BRENNER RE: SAME; PREPARE EMAIL TO MS BRENNER RE: REQUESTING THAT GENNUM SERVE A NEW SUBPOENA WHEN TRIAL IS RESET | 0.80 | $268.00 |
| 11/25/2003 | 02079 LM BRENNER | COMMUNICATIONS WITH OPPOSING COUNSEL AND CLIENT CONCERNING SUBPOENA FOR P. SYMES TO TESTIFY AT TRIAL; PREPARE ELECTRONIC NOTICE TO P. SYMES CONCERNING SUBPOENA-RELATED ISSUES; FURTHER COMMUNICATIONS WITH OPPOSING COUNSEL CONCERNING TRIAL CONTINUANCE; COMMUNICATE SAME TO CLIENT. | 0.60 | $165.00 |
| 11/25/2003 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH TLC COUNSEL; RESEARCH EASTERN DISTRICT LOCAL RULES CONCERNING STIPULATIONS TO EXTEND TIME; REVIEW PRIOR SCHEDULING ORDER; PREPARE A STIPULATED REQUEST FOR A PROPOSED ORDER EXTENDING TIME IN WHICH TO AMEND PLEADINGS AND ADD THIRD PARTIES; TRANSMIT TO OPPOSING COUNSEL FOR EXECUTION/REVIEW; SUPERVISE FILING OF SAME. | 1.20 | $330.00 |
| 11/25/2003 | 03342 Y GARZA | MADE COPIES OF ENTIRE PLEADING INDEX FOR G MAZE AND SEPARATED AND PUT EACH DOCUMENT IN FOLDER | 0.70 | $56.00 |
| | | TOTAL SERVICES | 67.10 | $12,476.00 |

Duane Morris
December 16, 2003
Page 5

File # N0661-00176            INVOICE # 986257
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 11/30/2003 | PRINTING & DUPLICATING - EXTERNAL | | 153.11 |
| | | Total: | $153.11 |
| 10/23/2003 | OVERNIGHT MAIL PACKAGE SENT TO TRACIE THIGPEN AT DUANE MORRIS & HECKSCHER - HOUSTON, TX FROM BARBARA J HENDLEY AT BARBARA J HENDLEY INC - ARLINGTON, VA (TRACKING #790448477575) | | 27.43 |
| | | Total: | $27.43 |
| 11/30/2003 | TELECOPY | | 3.80 |
| | | Total: | $3.80 |
| | TOTAL DISBURSEMENTS | | $184.34 |

Duane Morris
December 16, 2003
Page 6

File # N0661-00176  INVOICE # 986257
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02663 | EJ HOWARD | PARTNER | 0.50 | 300.00 | 150.00 |
| 02522 | GR MAZE | PARTNER | 0.30 | 275.00 | 82.50 |
| 02860 | LL ROGERS, III | PARTNER | 6.30 | 158.73 | 1,000.00 |
| 02165 | RT REDANO | PARTNER | 4.90 | 335.00 | 1,641.50 |
| 03342 | Y GARZA | LEGAL ASSISTAN | 0.70 | 80.00 | 56.00 |
| 02079 | LM BRENNER | ASSOCIATE | 3.40 | 275.00 | 935.00 |
| 02906 | PC MULDOON | ASSOCIATE | 46.30 | 172.79 | 8,000.00 |
| 03332 | MF CLOUSER | PARALEGAL | 4.70 | 130.00 | 611.00 |
| | | | 67.10 | | $12,476.00 |



DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

January 27, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176      Invoice# 989276                                    IRS# 23-1392502

| | | |
|---|---:|---:|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 12/31/2003 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $9,753.50 |
| DISBURSEMENTS | | |
| LEXIS LEGAL RESEARCH | 52.70 | |
| MESSENGER SERVICE | 154.50 | |
| POSTAGE | 9.98 | |
| PRINTING & DUPLICATING | 600.29 | |
| TOTAL DISBURSEMENTS | | $817.47 |
| BALANCE DUE THIS INVOICE | | $10,570.97 |
| TOTAL BALANCE DUE | | $10,570.97 |

File # N0661-00176  INVOICE # 989276
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 12/1/2003 | 02165 RT REDANO | CONFER WITH MR MAZE RE: RESPONSES TO DISCOVERY REQUESTS FROM TLC | 0.30 | $100.50 |
| 12/1/2003 | 02522 GR MAZE | BEGIN WORK ON RESPONSES TO DISCOVERY REQUESTS; DISCUSS WITH MR REDANO | 1.20 | $330.00 |
| 12/1/2003 | 03332 MF CLOUSER | CASE MANAGEMENT AND FILE MAINTENANCE; ATTENTION TO DISCOVERY RESPONSES | 1.00 | $130.00 |
| 12/2/2003 | 02079 LM BRENNER | REVIEW AND CONFIRM ORDER FOR EXTENDING TIME IN WHICH TO AMEND PLEADINGS AND ADD THIRD PARTIES | 0.10 | $27.50 |
| 12/2/2003 | 02906 PC MULDOON | FORWARD DOCUMENTS | 0.20 | $48.00 |
| 12/2/2003 | 03332 MF CLOUSER | REVIEW PLEADINGS FOR PROTECTIVE ORDER AS REQUESTED BY G. MAZE; REVIEW ORDER OF 12/01/2003 AND CALENDAR NEW DEADLINE TO ADD THIRD PARTIES OR AMEND PLEADINGS; CORRESPOND WITH G MAZE AND OPPOSING COUNSEL RE NEW DISCOVERY RESPONSE DEADLINE; CALENDAR SAME | 1.20 | $156.00 |
| 12/2/2003 | 03342 Y GARZA | UPDATED PLEADING INDEX AND FILE | 0.30 | $24.00 |
| 12/3/2003 | 02165 RT REDANO | PREPARE RESPONSES TO DOCUMENT REQUESTS; STUDY INFRINGEMENT ANALYSIS; PREPARE RESPONSES TO INTERROGATORIES | 2.80 | $938.00 |
| 12/4/2003 | 02165 RT REDANO | REVIEW FEDERAL CIRCUIT CASES RE: STEP PLUS FUNCTION; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR MULDOON RE: INFRINGEMENT ANALYSIS; PREPARE INTERROGATORY RESPONSES AND RESPONSES TO DOCUMENT REQUESTS; PREPARE EMAILS TO MR HUSER AND TO MR MAZE RE: SAME | 3.20 | $1,072.00 |
| 12/4/2003 | 02522 GR MAZE | RESEARCH STEP-PLUS-FUNCTION CASE LAW AND BEGIN MEMORANDUM TO MR REDANO | 1.10 | $302.50 |
| 12/4/2003 | 02522 GR MAZE | REVIEW '524 PATENT FOR INSERTION OF REFERENCES INTO RESPONSE TO INTERROGATORIES | 0.70 | $192.50 |
| 12/5/2003 | 02165 RT REDANO | PREPARE INTERROGATORY RESPONSES AND CONFER WITH MR MAZE RE: STEP PLUS FUNCTION LIMITATIONS IN METHOD CLAIMS; PREPARE EMAIL TO MESSRS HUSER AND SYMES RE: INTERROGATORY RESPONSES; REVIEW EMAIL FROM MR SYMES RE: INTERROGATORY RESPONSES AND | 3.40 | $1,139.00 |

File # N0661-00176  INVOICE # 989276
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | PREPARE RESPONSE; REVISE INTERROGATORY NO. 6 PURSUANT TO MR SYMES REQUEST; PREPARE EMAIL TO MR SYMES RE: OTHER PERSONS TO IDENTIFY IN RESPONSE TO INTERROGATORY NO 6 AND PREPARE RESPONSE; REVIEW RECENT FEDERAL CIRCUIT CASE RE: STEP PLUS FUNCTION CLAIM LIMITATIONS AND CONFER WITH MR MAZE RE: SAME | | |
| 12/5/2003 | 02522 GR MAZE | RESEARCH CASE LAW (2.6); CREATE MEMORANDUM TO MR REDANO RE STEP-PLUS FUNCTION ANALYZING '524 PATENT IN TERMS OF STEP-PLUS FUNCTION AND DISCUSS WITH MR REDANO (1 8); READ/REVIEW AND REVISE RESPONSES TO TLC DISCOVERY (1.8) | 6.20 | $1,705.00 |
| 12/5/2003 | 03332 MF CLOUSER | PREPARE DISCOVERY RESPONSES FOR SERVICE TO ALL PARTIES | 4.00 | $520.00 |
| 12/8/2003 | 02165 RT REDANO | REVIEW MEMO AND CASE LAW RE: STEP PLUS FUNCTION CLAIMS | 0.50 | $167.50 |
| 12/8/2003 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH GENNUM COUNSEL IN TLC/VIDEOTEK MATTER, CONCERNING FURTHER DEVELOPMENTS IN CASE; PREPARE ELECTRONIC MEMORANDUM TO TEAM CONCERNING IMPACT ON THOMSON CASE AND FURTHER CONTINUANCE REQUESTS THAT MAY BE NECESSARY DUE TO GENNUM TRIAL DEVELOPMENTS | 0.60 | $165.00 |
| 12/8/2003 | 03357 MT HOANG | CONFER WITH L. BRENNER RE. FACTUAL AND STRATEGIC BACKGROUND OF CASE IN PREPARATION FOR UPCOMING DISCOVERY. REVIEW INITIAL DISCLOSURE STATEMENT. | 0.50 | $130.00 |
| 12/9/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MS BRENNER RE: STATUS OF VIDEOTEK / GENNUM LITIGATION AND NOTIFYING GRASS VALLEY COURT OF STATUS; PREPARE RESPONSE; PREPARE FIRST RFP TO TLC | 0.70 | $234.50 |
| 12/9/2003 | 03357 MT HOANG | BEGIN REVIEW OF COMPLAINT IN PREPARATION FOR UPCOMING DISCOVERY. | 0.20 | $52.00 |
| 12/9/2003 | 03342 Y GARZA | MADE NEW PLEADING INDEX AND FILED DEFENDANT'S THOMSON, INC.'S RESPONSE TO TLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO | 0.30 | $24.00 |

File # N0661-00176  INVOICE # 989276
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | THOMSON, INC. AND DEFENDANT'S THOMSON, INC.'S RESPONSE TO TLC'S FIRST SET OF INTERROGATORIES TO THOMSON, INC. | | |
| 12/10/2003 | 02165 RT REDANO | PREPARE INTERROGATORIES AND DOCUMENT REQUESTS TO TLC | 0.60 | $201.00 |
| 12/11/2003 | 02165 RT REDANO | PREPARE INTERROGATORIES; PREPARE EMAIL TO MR HUSER RE: DISCOVERY REQUESTS; CONFER WITH GENNUM'S COUNSEL RE; EXTENSION OF TIME TO ADD THIRD PARTIES AND STATUS OF LITIGATION WITH TLC | 0.90 | $301.50 |
| 12/11/2003 | 03332 MF CLOUSER | EDIT REQUESTS FOR INTERROGATORIES; PULL PACER DOCKET SHEET FOR STATUS ON RELATED SAMSUNG CASE | 0.70 | $91.00 |
| 12/12/2003 | 02079 LM BRENNER | REVIEW RECENT FILINGS IN VIDEOTEK AS WELL AS COMMUNICATIONS WITH GENNUM COUNSEL; ASSESS EFFECT ON THOMSON CASE, CURRENTLY STAYED, BASED ON DEVELOPMENTS IN VIDEOTEK CASE. | 0.30 | $82.50 |
| 12/15/2003 | 02165 RT REDANO | REVIEW DISCOVERY RESPONSES; CONFER WITH MR HUSER RE: STATUS OF CASE | 0.70 | $234.50 |
| 12/15/2003 | 03332 MF CLOUSER | SERVE DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO ALL PARTIES; CALENDAR DEADLINE FOR PLAINTIFF TO FILE RESPONSES; REVIEW CALENDAR FOR DEADLINE AND DUE DATES | 0.90 | $117.00 |
| 12/16/2003 | 03342 Y GARZA | UPDATED PLEADING INDEX AND FILED DEFENDANT THOMSON, INC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF TECHNOLOGY LICENSING CORPORATION DEFENDANT THOMSON, INC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AN THINGS TO PLAINTIFF TLC. | 0.30 | $24.00 |
| 12/18/2003 | 02522 GR MAZE | CONTACT MR FAWCETT AND DISCUSS HIS REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY | 0.20 | $55.00 |
| 12/29/2003 | 03357 MT HOANG | REVIEW COURT'S DOCKET AND SCHEDULING ORDER AND LATEST EMAILS RE. LITIGATION PROCEDURAL STRATEGY. | 0.20 | $52.00 |
| 12/30/2003 | 02165 RT REDANO | CONFER WITH MR HOANG RE: CHECKING ON STATUS OF TLC AND GENNUM LITIGATION IN ORDER TO ASSESS IMPACT ON STAY; REVIEW | 0.50 | $167.50 |

File # N0661-00176            INVOICE # 989276
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID# TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | EMAIL FROM MR HOANG RE: SAME; REVIEW ORDER TRANSFERING CASE TO MAGISTRATE | | |
| 12/30/2003 | 03357 MT HOANG | REVIEW DOCKET OF TLC V VIDEOTEK CASE VIA PACER FOR TRANSFER TO A MAGISTRATE JUDGE AND/OR SETTING OF TRIAL DATE; TELEPHONE COURT CLERK RE SAME; EMAIL RESULTS OF SAME TO LITIGATION TEAM. | 0.30 | $78.00 |
| 1/5/2004 | 02165 RT REDANO | CONFER WITH MR HUSER RE: STATUS OF DOUCMENT PRODUCTION BY THOMSON | 0.20 | $73.00 |
| 1/7/2004 | 03357 MT HOANG | TELEPHONE COMMUNICATION WITH M. MITCHELL'S ASSISTANT TO FOLLOW UP ON STATUS OF EXECUTION OF SETTLEMENT AGREEMENT; EMAIL SAME TO D. HERLING AND R. REDANO. | 0.10 | $26.00 |
| 1/9/2004 | 03342 Y GARZA | REVISED AND ADDED DOCUMENTS TO THOMSON PLEADING INDEX. | 0.20 | $21.00 |
| 1/12/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HERLING RE: PRODUCTION OF GRASS VALLEY DOCUMENTS TO TLC IN VIDEOTEK LITIGATION; PREPARE RESPONSE | 0.20 | $73.00 |
| 1/13/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: DOCUMENT PRODUCITON BY GRASS VALLEY; SEND EMAIL TO MR HUSER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: '524 PATENT FILE HISTORY AND CONFER WITH PARALEGAL RE: SAME; TELEPHONE MR SYMES RE: DOCUMENT PRODUCTION; REVIEW VOICEMAIL FROM MR SYMES RE: SAME; CONFER WITH MR SYMES RE: DOCUMENT PRODUCTION | 0.90 | $328.50 |
| 1/14/2004 | 02165 RT REDANO | CONFER WITH TLC'S COUNSEL RE: REQUESTED EXTENSION OF TIME TO RESPOND TO DISCOVERY AND PREPARE EMAIL TO MR HUSER RE:SAME | 0.30 | $109.50 |
| 1/15/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: GRANTING EXTENSION OF TIME TO PLAINTIFF TO RESPOND TO DISCOVERY; PREPARE LETTER TO OPPOSING COUNSEL RE: SAME | 0.30 | $109.50 |
| 1/19/2004 | 02165 RT REDANO | REVIEW SCHEDULING ORDER DEADLINES | 0.20 | $73.00 |
| 1/20/2004 | 03357 MT HOANG | TELEPHONE COMMUNICATIONS WITH COURT REPORTER TO OBTAIN PRICING SCHEDULE FOR HEARING TRANSCRIPTS; EMAIL SAME TO R REDANO. | 0.20 | $52.00 |
| 1/21/2004 | 03357 MT HOANG | FOLLOW UP WITH COURT REPORTER | 0.10 | $26.00 |

File # N0661-00176 INVOICE # 989276
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | RE. ORDERING EXPEDITED TRANSCRIPT OF HEARING ON MOTION TO HAVE ACCESS TO ATTORNEYS-EYES-ONLY DOCUMENTS. | | |
| | | TOTAL SERVICES | 36.80 | $9,753.50 |

Duane Morris
January 27, 2004
Page 7

File # N0661-00176  INVOICE # 989276
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 12/31/2003 | POSTAGE | | 9.98 |
| | | Total: | $9.98 |
| 12/5/2003 | LEXIS LEGAL RESEARCH MAZE, GARY | | 18.20 |
| 12/5/2003 | LEXIS LEGAL RESEARCH MAZE, GARY | | 3.40 |
| 12/5/2003 | LEXIS LEGAL RESEARCH MAZE, GARY | | 30.40 |
| 12/19/2003 | LEXIS LEGAL RESEARCH MAZE, GARY | | 0.70 |
| | | Total: | $52.70 |
| 12/31/2003 | MESSENGER SERVICE | | 154.50 |
| | | Total: | $154.50 |
| 12/31/2003 | PRINTING & DUPLICATING | | 499.69 |
| 12/31/2003 | PRINTING & DUPLICATING | | 100.60 |
| | | Total: | $600.29 |
| | TOTAL DISBURSEMENTS | | $817.47 |

Duane Morris
January 27, 2004
Page 8

File # N0661-00176  　　　　　　　　　　　　　　　　　　　　INVOICE # 989276
　　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 9.40 | 275.00 | 2,585.00 |
| 02165 | RT REDANO | PARTNER | 2.10 | 365.00 | 766.50 |
| 02165 | RT REDANO | PARTNER | 13.60 | 335.00 | 4,556.00 |
| 03342 | Y GARZA | LEGAL ASSISTAN | 0.20 | 105.00 | 21.00 |
| 03342 | Y GARZA | LEGAL ASSISTAN | 0.90 | 80.00 | 72.00 |
| 02079 | LM BRENNER | ASSOCIATE | 1.00 | 275.00 | 275.00 |
| 03357 | MT HOANG | ASSOCIATE | 1.60 | 260.00 | 416.00 |
| 02906 | PC MULDOON | ASSOCIATE | 0.20 | 240.00 | 48.00 |
| 03332 | MF CLOUSER | PARALEGAL | 7.80 | 130.00 | 1,014.00 |
|  |  |  | 36.80 |  | $9,753.50 |