# EXHIBIT L – PART 3

TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES



**DuaneMorris**

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

January 30, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176    Invoice# 990537                                    IRS# 23-1392502

| | | |
|---|---:|---:|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2004 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $891.00 |
| DISBURSEMENTS | | |
| PRINTING & DUPLICATING | 4.80 | |
| TOTAL DISBURSEMENTS | | $4.80 |
| BALANCE DUE THIS INVOICE | | $895.80 |
| PREVIOUS BALANCE | | $34,834.31 |
| TOTAL BALANCE DUE | | $35,730.11 |

File # N0661-00176  INVOICE # 990537
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/9/2004 | 03332 MF CLOUSER | FORWARD WORKING COPY OF THOMSON DISCOVERY TO R. REDANO | 0.10 | $13.00 |
| 1/13/2004 | 03332 MF CLOUSER | FORWARD FILE COPY OF THE US 5,459,524 FILE WRAPPER TO R. REDANO; CONVERT SAME TO ELECTRONIC (PDF) VERSION AND FORWARD TO CLIENT VIA FTP WEBSITE. | 1.70 | $221.00 |
| 1/14/2004 | 02694 JI PIADE | REVIEW AND ANALYSIS OF GRASS VALLEY DOCUMENTS FOR PRODUCTION. PREPARE LETTER TO JONES DAY RE CONFIDENTIALITY. | 2.40 | $384.00 |
| 1/14/2004 | 03332 MF CLOUSER | PROVIDE DISCOVERY DEADLINE DATE TO R. REDANO | 0.10 | $13.00 |
| 1/15/2004 | 03332 MF CLOUSER | SEND AGREEMENT LETTER GRANTING EXTENSION OF TIME FOR TLC TO FURNISH DISCOVERY TO OPPOSING COUNSEL; DISTRIBUTE SAME TO TEXAS AND CALIFORNIA LITIGATION TEAM; DOCKET NEW DISCOVERY DEADLINE; MULTIPLE COMMUNICATIONS WITH CALIFORNIA LITIGATION TEAM RE CALENDAR NOTIFICATIONS | 1.00 | $130.00 |
| 1/23/2004 | 03357 MT HOANG | TELEPHONE COMMUNICATIONS WITH COURT REPORTERS RE. STATUS OF EXPEDITED TRANSCRIPT OF HEARING ON COOPER MOTION OR TAPED HEARING. | 0.20 | $52.00 |
| 1/27/2004 | 03357 MT HOANG | PREPARE AND FILE NOTICE OF CHANGE OF ADDRESS. | 0.30 | $78.00 |
| | | TOTAL SERVICES | 5.80 | $891.00 |

File # N0661-00176                                    INVOICE #  990537
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--------|--------|
| 1/31/2004 | PRINTING & DUPLICATING | | 4.80 |
| | | Total: | $4.80 |
| | TOTAL DISBURSEMENTS | | $4.80 |

File # N0661-00176 INVOICE # 990537
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 03357 | MT HOANG | ASSOCIATE | 0.50 | 260.00 | 130.00 |
| 02694 | JI PIADE | PARALEGAL | 2.40 | 160.00 | 384.00 |
| 03332 | MF CLOUSER | PARALEGAL | 2.90 | 130.00 | 377.00 |
| | | | 5.80 | | $891.00 |



DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

February 24, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176      Invoice# 991399                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                        $73.00

PREVIOUS BALANCE                                                    $23,069.77

TOTAL BALANCE DUE                                                   $23,142.77

Duane Morris
February 24, 2004
Page 2

File # N0661-00176  INVOICE # 991399
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/9/2004 | 02165 RT REDANO | PREPARE EMAIL TO MR HUSER RE: STATUS CONFERENCE | 0.20 | $73.00 |
| | | TOTAL SERVICES | 0.20 | $73.00 |

File # N0661-00176  INVOICE # 991399
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02165 | RT REDANO | PARTNER | 0.20 | 365.00 | 73.00 |
| | | | 0.20 | | $73.00 |

COPY

# DuaneMorris

FIRM AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

March 26, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176     Invoice# 995430                                      IRS# 23-1392502

| | | |
|---|---:|---:|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 03/07/2004 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $2,039.50 |
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 230.00 | |
| TOTAL DISBURSEMENTS | | $230.00 |
| BALANCE DUE THIS INVOICE | | $2,269.50 |
| PREVIOUS BALANCE | | $23,142.77 |
| TOTAL BALANCE DUE | | $25,412.27 |

DUANE MORRIS LLP
ONE LIBERTY PLACE   PHILADELPHIA. PA 19103-7396         PHONE: 215 979 1000   FAX: 215 979 1020

File # N0661-00176            INVOICE # 995430
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/4/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HOANG RE: DEADLINE TO ADD PARTIES; PREPARE RESPONSE; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW VOICEMAIL FROM MR HUSER RE: SAME | 0.50 | $182.50 |
| 2/6/2004 | 02165 RT REDANO | RECEIVE EMAIL FROM MR HUSER RE: CONTACT WITH MR SYMES; CONFER WITH MR SYMES RE: DOCUMENT PRODUCTION | 0.40 | $146.00 |
| 2/7/2004 | 02165 RT REDANO | PREPARE LITIGATION OUTLINE AND CONFER WITH MR MAZE RE: DISCOVERY ON REMAINING THREE PATENTS IN SUIT | 0.30 | $109.50 |
| 2/7/2004 | 02522 GR MAZE | CRAFT INTERROGATORY AND REQUEST FOR PRODUCTION FOR REMAINING THREE PATENTS IN SUIT (4) | 0.40 | $120.00 |
| 2/9/2004 | 02522 GR MAZE | TELECONFERENCE WITH OPPOSING COUNSEL ON PROTECTIVE ORDER (3); DRAFT PROTECTIVE ORDER (1.0) | 1.30 | $390.00 |
| 2/9/2004 | 03342 Y GARZA | UPDATED PLEADING INDEX 26-29 | 0.30 | $31.50 |
| 2/10/2004 | 03357 MT HOANG | TELEPHONE COMMUNICATION WITH OPPOSING COUNSEL RE: STATUS OF TRANSCRIPT OF HEARING | 0.10 | $26.00 |
| 2/10/2004 | 02694 JI PIADE | EFFORTS TO OBTAIN HEARING INFORMATION AND DOCUMENTS PRODUCED FROM OTHER TLC LITIGATION | 0.70 | $112.00 |
| 2/10/2004 | 03332 MF CLOUSER | [redacted] | 0.30 | $39.00 |
| 2/11/2004 | 02522 GR MAZE | INCORPORATE MR HUSER'S COMMENTS INTO PROTECTIVE ORDER AND EMAIL TO OPPOSING COUNSEL | 0.30 | $90.00 |
| 2/12/2004 | 03342 Y GARZA | MADE COPIES OF COURT DOCUMENTS TO RTR, GRM AND MC | 0.20 | $21.00 |
| 2/13/2004 | 02522 GR MAZE | REVISE SECOND SET OF DISCOVERY AND DISCUSS WITH MR REDANO | 0.40 | $120.00 |
| 2/16/2004 | 02522 GR MAZE | REANALYZE AND AUGMENT ANALYSIS OF PROTECTIVE ORDERS, E.G. CASE LAW CITED BY IP (.8); DISCUSS WITH MR REDANO (.2) | 1.00 | $300.00 |
| 2/17/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR SYMES RE: DOCUMENT PRODUCTION; REVIEW FIRST SET OF RFP'S AND PREPARE RESPONSE | 0.50 | $182.50 |
| 2/19/2004 | 02522 GR MAZE | REVISE PROTECTIVE ORDER AND SEND DRAFT BACK TO TLC'S COUNSEL FOR THEIR APPROVAL | 0.20 | $60.00 |
| 2/25/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: FAIRCHILD AND REVIEW SAME; | 0.30 | $109.50 |

File # N0661-00176            INVOICE # 995430
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | HOURS | VALUE |
|---|---|---|---|
| | TELEPHONE MR HUSER RE: SAME | | |
| | TOTAL SERVICES | 7.20 | $2,039.50 |

Duane Morris
March 26, 2004
Page 4

File # N0661-00176                                         INVOICE # 995430
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 2/29/2004 | MESSENGER SERVICE | | 115.00 |
| 3/7/2004 | MESSENGER SERVICE | | 115.00 |
| | | Total: | $230.00 |
| | TOTAL DISBURSEMENTS | | $230.00 |

File # N0661-00176 INVOICE # 995430
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 3.60 | 300.00 | 1,080.00 |
| 02165 | RT REDANO | PARTNER | 2.00 | 365.00 | 730.00 |
| 03342 | Y GARZA | LEGAL ASSISTAN | 0.50 | 105.00 | 52.50 |
| 03357 | MT HOANG | ASSOCIATE | 0.10 | 260.00 | 26.00 |
| 02694 | JI PIADE | PARALEGAL | 0.70 | 160.00 | 112.00 |
| 03332 | MF CLOUSER | PARALEGAL | 0.30 | 130.00 | 39.00 |
| | | | 7.20 | | $2,039.50 |



# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

April 16, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176     Invoice# 1005005                                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                          $12,151.00

DISBURSEMENTS
LEXIS LEGAL RESEARCH                                    119.60
TOTAL DISBURSEMENTS                                                         $119.60

BALANCE DUE THIS INVOICE                                                 $12,270.60


PREVIOUS BALANCE                                                         $24,443.47

TOTAL BALANCE DUE                                                        $36,714.07

DUANE MORRIS LLP

File # N0661-00176  INVOICE # 1005005
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/9/2004 | 02165 RT REDANO | STUDY TLC'S RESPONSES TO DISCOVEY; PREPARE DOCUMENT REQUESTS AND INTERROGATORIES TO TLC; REVIEW PRIOR CLAIM CHARTS SENT TO THOMSON BY COOPER | 2.40 | $876.00 |
| 3/10/2004 | 02165 RT REDANO | REVIEW INTERROGATORIES AND DOUCMENT REQUESTS; PREPARE EMAIL TO MR HUSER RE: SAME, DAUBERT HEARING IN GENNUM / TLC CASE AND COOPER TESTIMONY AT GENNUM TRIAL; REVIEW RESPONSE FROM MR HUSER; PREPARE EMAIL TO MR HUSER RE: TUTORIAL ON TECHNOLOGY IN GENNUM TRIAL; REVIEW RESPONSE; CONFER WITH PARALEGAL RE: SERVICE OF DISCOVERY | 1.20 | $438.00 |
| 3/10/2004 | 03332 MF CLOUSER | REVIEW/REVISE/FINALIZE SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO TLC FOR SERVICE; PREPARE SERVICE COPIES; DISTRIBUTE TO TEAM AND SERVE | 1.30 | $169.00 |
| 3/12/2004 | 03332 MF CLOUSER | DOCKET DEADLINE FOR TLC TO RESPOND TO SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION | 0.10 | $13.00 |
| 3/13/2004 | 03342 Y GARZA | UPDATED PLEADING INDEX AND FILED | 0.40 | $42.00 |
| 3/15/2004 | 02522 GR MAZE | READ/REVIEW TLC'S RESPONSES TO DISCOVERY | 1.10 | $330.00 |
| 3/17/2004 | 02522 GR MAZE | REVIEW TLC'S ANSWERS TO DISCOVERY AND CREATE ANALYSIS OF TLC'S ASSERTIONS AGAINST ACCUSED DEVICES | 3.10 | $930.00 |
| 3/18/2004 | 02522 GR MAZE | CONTINUE WITH ANALYSIS OF TLC'S '524 PATENT INFRINGEMENT ASSERTIONS (3.4); FINALIZE REPORT AND DISCUSS BRIEFLY WITH MR REDANO (3.3); CREATE ANALYSIS FOR CATEGORY II DAMAGES AND AID IN PREPARATION OF REPORT (.8) | 7.50 | $2,250.00 |
| 3/18/2004 | 03357 MT HOANG | CONFER WITH D. HERLING RE. UPCOMING DAUBERT HEARING; BEGIN REVIEW OF RELATED GENNUM PAPERS ON DAUBERT HEARING IN PREPARATION OF TOMORROW'S HEARING; TELEPHONE COMMUNICATION TO J. SEEBORG'S CLERK RE STATUS OF HEARING. | 1.40 | $364.00 |
| 3/19/2004 | 03357 MT HOANG | TELEPHONE COMMUNICATION WITH J. SEEBORG'S CLERK RE. DAUBERT | 4.60 | $1,196.00 |

File # N0661-00176                                         INVOICE # 1005005
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | HEARING IN OPEN COURT; TRAVEL TO/FROM AND ATTEND DAUBERT HEARING ON RELATED TLC V GENNUM CASE RELATED TO DAMAGES EXPERT'S OPINION. | | |
| 3/20/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: DISCOVERY AND MOTION FOR ENTRY OF PROTECTIVE ORDER | 0.30 | $109.50 |
| 3/22/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: JOINT DEFENSE AGREEMENT; CONFER WITH MR MAZE RE: MOTION FOR PROTECTIVE ORDER ; PREPARE EMAIL TO MR HUSER RE; PROTECTIVE ORDER MOTION | 0.50 | $182.50 |
| 3/22/2004 | 02522 GR MAZE | DRAFT MOTION FOR PROTECTIVE ORDER FOR CALIFORNIA COURT | 2.80 | $840.00 |
| 3/22/2004 | 03357 MT HOANG | PREPARE INTERNAL MEMORANDUM TO R REDANO AND D HERLING RECOUNTING DAUBERT HEARING IN RELATED TLC/VIDEOTEK CASE. | 2.10 | $546.00 |
| 3/24/2004 | 02165 RT REDANO | REVISE MOTION FOR PROTECTIVE ORDER AND CONFER WITH MR MAZE RE: SAME; CONFER WITH MR HERLING RE: ORDER OF VIDEOTEK COURT COMPELLING MR SYMES DEPOSITION; CONFER WITH MR HERLING RE; MEMO SUMMARIZING DAUBERT HEARING IN GENNUM / TLC LITIGATION | 1.40 | $511.00 |
| 3/24/2004 | 02522 GR MAZE | CONTINUE WITH DRAFT OF MOTION FOR PROTECTIVE ORDER; DISCUSS WITH MR REDANO | 1.80 | $540.00 |
| 3/25/2004 | 02165 RT REDANO | REVIEW EMIALS PASSING BETWEEN MESSRS HERLING AND SYMES RE: DEPOSITION OF MR SYMES IN TLC / GENNUM CASE; REVIEW MOTION FOR PROTECTIVE ORDER AND CONFER WITH MR MAZE RE: SAME | 0.70 | $255.50 |
| 3/25/2004 | 02522 GR MAZE | CONTINUE WITH MOTION FOR PROTECTIVE ORDER DRAFT | 3.40 | $1,020.00 |
| 3/29/2004 | 02165 RT REDANO | REVIEW ORDER OF MAGISTRATE IN TLC / GENNUM LITIGATION RE: GENNUM'S DAUBERT MOTION; REVIEW EMAIL FROM MR HERLING TO MR HUSER RE: SAME; CONSIDER IMPACT ON GRASS VALLEY DAMAGE EXPOSURE; REVIEW EMAIL FROM MR HUSER RE: ███████ SETTLEMENT; CONFER WITH GENNUM'S COUNSEL RE: COURT'S RULING ON DAUBERT MOTION AND GRASS VALLEY DEPOSITION | 1.10 | $401.50 |
| 3/29/2004 | 02522 GR MAZE | EDIT THE MOTION FOR ENTRY OF A | 0.40 | $120.00 |

Duane Morris
April 16, 2004
Page 4

File # N0661-00176  
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

INVOICE # 1005005

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | PROTECTIVE ORDER AND DISCUSS WITH MR REDANO | | |
| 3/30/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: ADVISING FAIRCHILD OF DAUBERT RULING AND CONTACTING GENNUM; PREPARE RESPONSE RE: SAME; REVIEW ANALYSIS OF TLC'S RESPONSES TO INTERROGATORIES AND CONFER WITH MR MAZE RE: ADVISING MESSRS HUSER AND SYMES OF SAME; REVIEW EMAIL FROM MR MAZE RE: TLC'S INTERROGATORY RESPONSES | 1.40 | $511.00 |
| 3/30/2004 | 02522 GR MAZE | REVIEW ANALYSIS OF TLC'S RESPONSE TO INTERROGATORIES; DRAFT AND SEND MR HUSER ANALYSIS AS WELL AS PROTECTIVE ORDER AND MOTION FOR ENTRY OF ORDER ALONG WITH REQUEST REGARDING EXPERTS FOR THE CASE | 1.20 | $360.00 |
| 3/31/2004 | 02165 RT REDANO | CONFER WITH MR HERLING RE: SYMES DEPOSITION; REVIEW EMAIL FROM MR SYMES RE; EXPERT SELECTION | 0.40 | $146.00 |
| | | TOTAL SERVICES | 40.60 | $12,151.00 |

File # N0661-00176
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

INVOICE # 1005005

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 3/22/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 112.00 |
| 3/22/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 4.20 |
| 3/22/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 3.40 |
| | | Total: | $119.60 |
| | TOTAL DISBURSEMENTS | | $119.60 |

File # N0661-00176　　　　　　　　　　　　　　　　　　　INVOICE # 1005005
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 21.30 | 300.00 | 6,390.00 |
| 02165 | RT REDANO | PARTNER | 9.40 | 365.00 | 3,431.00 |
| 03342 | Y GARZA | LEGAL ASSISTAN | 0.40 | 105.00 | 42.00 |
| 03357 | MT HOANG | ASSOCIATE | 8.10 | 260.00 | 2,106.00 |
| 03332 | MF CLOUSER | PARALEGAL | 1.40 | 130.00 | 182.00 |
| | | | 40.60 | | $12,151.00 |