# EXHIBIT L – PART 4

## TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

COPY



# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

May 11, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176       Invoice# 1009829                    IRS# 23-1392502

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 04/30/2004 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $7,368.50 |
| PREVIOUS BALANCE | $36,714.07 |
| TOTAL BALANCE DUE | $44,082.57 |

File # N0661-00176                                    INVOICE # 1009829
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE  ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 4/2/2004 02522 GR MAZE | CREATE SECOND RFP AND SEND TO MR HUSER FOR HIS REVIEW AND APPROVAL | 0 60 | $180 00 |
| 4/3/2004 02165 RT REDANO | REVIEW NOTICE OF TLC'S WITHDRAWAL OF DAMAGES CLAIM; CONFER WITH GENNUM'S COUNSEL RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME | 0.50 | $182.50 |
| 4/6/2004 02165 RT REDANO | REVIEW GENNUM'S MOTION FOR NO TRIAL BY JURY; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR HUSER RE: SYMES DEPOSITION; PREPARE EMAIL TO GENNUM'S COUNSEL RE: SAME; CONFER WITH MR HERLING RE: SYMES DEPO; PREPARE EMAILS TO MESSRS HUSER AND SYMES RE: SAME AND REVIEW RESOPNSES | 1 40 | $511 00 |
| 4/7/2004 02165 RT REDANO | CONFER WITH GENNUM'S COUNSEL RE; SYMES DEPOSITION; PREPRE EMAIL TO MR HERLING RE: SAME; REVIEW EMAIL FROM MR HERLING TO MR SYMES RE: SAME | 0 70 | $255.50 |
| 4/7/2004 03357 MT HOANG | TELEPHONE CONFERENCE WITH D. HERLING AND COUNSEL FOR GENNUM RE. STRATEGY FOR AND SCHEDULING OF UPCOMING DEPOSITION OF PETER SYMES | 0 20 | $52 00 |
| 4/9/2004 02165 RT REDANO | PREPARE EMAIL TO MR MAZE RE; COLLATERAL ESTOPPEL ISSUES ARISING FROM JUDGE BAKER'S RULING; REVIEW MEMO FROM MR MAZE RE: COLLATERAL ESTOPPEL IMPACT OF JUDGE BAKER'S RULING ON PROTECTIVE ORDER DISPUTE IN GRASS VALLEY CASE; CONFER WITH MR MAZE RE:SAME; PREPARE EMAIL TO MR HUSER RE: COLLATERAL ESTOPPEL IMPACT OF JUDGE BAKER'S RULING AND RECOMMENDED STRATEGY; REVIEW AND REVISE DECLARATION OF MR SYMES AND REVIEW EMAIL TO MR SYMES RE: SAME | 1 30 | $474 50 |
| 4/9/2004 02522 GR MAZE | WORK ON DRAFT OF MR SYMES' DECLARATION FOR THE MOTION FOR A PROTECTIVE ORDER ( 5); DISCUSS THE PROTECTIVE ORDER DECLARATION WITH MR SYMES ( 3); REVISE DRAFT OF MOTION FOR PROTECTIVE ORDER (.5) | 1 30 | $390 00 |
| 4/12/2004 02165 RT REDANO | CONFER WITH OPPOSING COUNSEL RE: EXTENSION OF TIME FOR TLC TO | 1 40 | $511.00 |

File # N0661-00176          INVOICE # 1009829
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | RESPOND TO OUTSTANDING DISCOVERY; REVIEW EMAIL FROM OPPOSINGCOUNSEL RE: SAME; PREPARE RESPONSE; REVIEW TLC'S MOTOIN TO DISMISS WITHOUT PREJUDICE OR STAY THE GENNUM LITIGATION AND ASSESS ITS IMPACT ON GRASS VALLEY CASE; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW ORDER GRANTING MOTION FOR STAY AND PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR MAZE RE: PROSPECTIVE REEXAMINATION OF THE '869 AND '250 PATENTS; PREPARE EMAIL TO PARALEGAL RE: DOCUMENT REQUEST TO TLC SEEKING ALL REEXAMINATION DOCUMENTS | | |
| 4/13/2004 | 02165 | RT REDANO | CONFER WITH PARALEGAL RE: THIRD SET OF RFP'S; REVIEW SAME AND PREPARE EMAIL TO MR HUSER RE: SAME; PREPARE EMAIL TO MR HUSER RE: RECOMMENDATION TO RETAIN MR LECHNER; REVIEW RESPONSE | 0 70 | $255.50 |
| 4/13/2004 | 03332 | MF CLOUSER | DRAFT THIRD SET OF REQUESTS FOR PRODUCTION TO TLC; PREPARE SERVICE COPIES, SERVE AND TRANSMIT TO TRIAL TEAM. | 1.30 | $169 00 |
| 4/14/2004 | 02165 | RT REDANO | CONFER WITH MR MCCARTHY RE: ASSISTANCE IN RESPONDING TO TLC'S MOTION TO DISMISS WITHOUT PREJUDICE AND REEXAMINATION ISSUES; REVIEW CASES COMPILED IN SUPPORT OF MOTION TO STAY REGARDING PREFERENCE FOR PATENT INFRINGEMENT ACTIONS AGAINST MANUFACTURERS OVER THOSE AGAINST CUSTOMERS; PREPARE EMAIL TO GENNUM'S COUNSEL RE: SAME | 0.90 | $328.50 |
| 4/14/2004 | 03342 | Y GARZA | UPDATED PLEADING INDEX AND FILES | 0.20 | $21.00 |
| 4/15/2004 | 02165 | RT REDANO | REVIEW AND REVISE PROPOSED PROTECTIVE ORDER; CONFER WITH MR MAZE RE: SAME | 0.80 | $292 00 |
| 4/15/2004 | 02522 | GR MAZE | TELECONFERENCE WITH MR SYMES RE PRODUCTION OF DOCUMENTS ( 7); REVISIONS OF MOTION FOR PROTECTIVE ORDER IN LIGHT OF THE INDIANA CASE ORDER (3 7) | 4.40 | $1,320 00 |
| 4/16/2004 | 02165 | RT REDANO | PREPARE EMAIL TO MR HUSER RE: CONFERENCE WITH GENNUM'S COUNSEL RE; TLC'S MOTION TO DISMISS WITHOUT PREJUDICE | 0.20 | $73.00 |

File # N0661-00176                         INVOICE # 1009829
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| 4/16/2004 | 02522 GR MAZE | REVAMP MOTION FOR PROTECTIVE ORDER TO FURTHER REFLECT DECISION IN INDIANA CASE | 0.90 | $270.00 |
| 4/19/2004 | 02165 RT REDANO | PREPARE ENGAGEMENT LETTER TO MR LECHNER | 0 20 | $73 00 |
| 4/30/2004 | 02522 GR MAZE | RESEARCH 9TH CIRCUIT AND FEDERAL CIRCUIT LAW ON RES JUDICATA; DRAFT MEMO ON EFFECT OF DISMISSAL WITH PREJUDICE IN INDIANA ON CALIFORNIA CASE; DISCUSS WITH MR REDANO | 6.70 | $2,010 00 |
| | | TOTAL SERVICES | 23.70 | $7,368 50 |

File # N0661-00176                                      INVOICE #  1009829
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 13.90 | 300.00 | 4,170 00 |
| 02165 | RT REDANO | PARTNER | 8 10 | 365.00 | 2,956.50 |
| 03342 | Y GARZA | LEGAL ASSISTAN | 0.20 | 105 00 | 21 00 |
| 03357 | MT HOANG | ASSOCIATE | 0 20 | 260 00 | 52.00 |
| 03332 | MF CLOUSER | PARALEGAL | 1.30 | 130.00 | 169.00 |
| | | | 23.70 | | $7,368.50 |



**DuaneMorris**

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

June 14, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176        Invoice# 1018981                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                             $10,879.00

PREVIOUS BALANCE                                            $44,082.57

TOTAL BALANCE DUE                                          $54,961.57

File # N0661-00176                                    INVOICE # 1018981
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 4/30/2004 02522 GR MAZE | | PERFORM ADDITIONAL RESEARCH ON 9TH CIRCUIT LAW; INCORPORATE INTO MEMORADUM TO MR HUSER; DISCUSS WITH MR REDANO | 3.00 | $900.00 |
| 5/6/2004 02165 RT REDANO | | REVIEW INTERROGATORY RESPONSES FROM TLC RE: '524 PATENT | 0.40 | $146.00 |
| 5/7/2004 02165 RT REDANO | | REVIEW EMAIL FROM MR HUSER RE: TELEPHONE CONFERENCE; PREPARE RESPONSE; REVIEW PRELIMINARY INFRINGEMENT ANALYSIS AND PREPARE DOCUMENTS TO SEND MR LECHNER RE: '524 PATENT | 0.70 | $255.50 |
| 5/10/2004 02165 RT REDANO | | REVIEW SCHEDULING ORDER AND OUTSTANDING DISCOVERY; CONFER WITH MR HUSER RE: LITIGATION STRATEGY; REVIEW DOCUMENTS TO BE SENT TO MR LECHNER; PREPARE LETTER TO MR LECHNER RE; REVIEW OF '524 PATENT; REVIEW PATENT OFFICE OFFICAL GAZETTE FOR REFERENCE TO REEXAMINATION OF THE '869 AND '250 PATENT; TELEPHONE MR LECHNER RE: REVIEW OF '524 PATENT | 1.60 | $584.00 |
| 5/11/2004 02165 RT REDANO | | REVIEW EMAIL FROM MR HUSER RE: SETTLEMENT DISUCSSIONS WITH MR SMALL; PREPARE RESPONSE SUGGESTING WE REQUEST ACCESS TO LICENSE AGREEMENTS FOR SETTLEMENT PURPOSES | 0.20 | $73.00 |
| 5/12/2004 02165 RT REDANO | | CONFER WITH MR LECHNER RE: INFRINGEMENT ANALYSIS ISSUES AND DEADLINE FOR EXPERT REPORTS | 0.30 | $109.50 |
| 5/13/2004 02165 RT REDANO | | REVIEW GENNUM'S OPPOSITION TO TLC'S MOTION TO DISMISS WITHOUT PREJUDICE | 0.60 | $219.00 |
| 5/14/2004 02165 RT REDANO | | CONFER WITH MR GOLDSTEIN RE: SETTLEMENT; PREPARE EMAIL TO MR MAZE RE: SAME | 0.40 | $146.00 |
| 5/21/2004 02165 RT REDANO | | CONFER WITH MR MAZE RE: RESPONSE TO TLC'S REPRESENTATION TO SAN JOSE COURT THAT IT WILL SEEK REISSUE OF THE '869 AND '250 PATENTS; PREPARE EMAIL TO MR MAZE RE: MEET AND CONFER REQUIREMENTS WITH TLC RE: MOTION TO COMPEL; REVIEW RESPONSES FROM MR MAZE AND FROM MS BRENNER RE: SAME | 0.40 | $146.00 |
| 5/21/2004 02079 LM BRENNER | | RESEARCH DISCOVERY RULES AND DEADLINES CONCERNING FILING AND | 0.70 | $210.00 |

File # N0661-00176                                    INVOICE # 1018981
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | SERVICE OF DISCOVERY MOTIONS; PREPARE BRIEF MEMORANDUM CONCERNING SAME; TELEPHONE CONFERENCE WITH COURT CLERK CONCERNING SCHEDULING MOTION BEFORE MAGISTRATE NOWINSKI, DISCOVERY JUDGE ASSIGNED TO CASE. | | |
| 5/22/2004 02165 RT REDANO | | REVIEW TLC'S' REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR STAY; REVIEW TREATISE RE: ABSOLUTE INTERVENING RIGHTS ARISING FROM REISSUE; PREPARE EMAIL TO MR HUSER RE: TLC'S REPRESENTATIONS REGARDING SEEKING REISSUE OF THE '869 AND '250 PATENTS AND RELATED STRATEGY ISSUES | 1.30 | $474.50 |
| 5/24/2004 02165 RT REDANO | | CONFER WITH MR MAZE RE: MOTION TO COMPEL AND MOTION FOR SUMMARY JUDGMENT ON THE '070 PATENT | 0.40 | $146.00 |
| 5/25/2004 02165 RT REDANO | | CONFER WITH GENNUM;S COUNSEL RE: SYMES DEPOSITION AND PREPARE EMAIL TO MS BRENNER RE: SAME; STUDY ASSERTED CLAIMS OF '524 PATENT | 1.20 | $438.00 |
| 5/26/2004 02165 RT REDANO | | REVIEW EMAIL FROM MR SYMES RE: DEPOSITION SCHEDULING; CONFER WITH MR MAZE RE: MOTION TO COMPEL; REVIEW EMAIL FROM MS BRENNER RE: SAME; CONFER WITH MS BRENNER RE: SYMES DEPOSITION; REVIEW BRIEFS FILED BY TLC AND GENNUM RE: JURY TRIAL DISPUTE; CONFER WITH MR LECHNER RE: REVIEW OF TLC'S INTERROGATORIES; REVIEW FILE HISTORY OF '524 PATENT IN PREPARATION FOR CONFERENCE WITH MR LECHNER | 1.90 | $693.50 |
| 5/26/2004 02522 GR MAZE | | PERFORM CASE LAW RESEARCH INTO 9TH CIRCUIT LAW REGARDING MOTIONS TO COMPEL AND IMPOSITIONS OF SANCTIONS (2 8); DRAFT INITIAL MOTION TO COMPEL AND DISCUSS VARIOUS STRATEGIES FOR PURSUING SAME WITH MR REDANO AND MS BRENNER (4 5) | 7.30 | $2,190.00 |
| 5/26/2004 02079 LM BRENNER | | REVIEW FURTHER DISCOVERY ISSUES CONCERNING BRINGING MOTION TO COMPEL AS AGAINST PLAINTIFF; REVIEW DEPOSITION DATES AND REQUIREMENTS FOR P. SYMES | 0 60 | $180.00 |

File # N0661-00176                                    INVOICE # 1018981
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/27/2004 | 02165 | RT REDANO | REVIEW TLC'S INTERROGATORY RESPONSES RE: '524 PATENT AND CONFER WITH MR LECHNER RE; SAME; REVIEW MOTION TO COMPEL AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MS BRENNER RE: DEPOSITION OF MR SYMES; PREPARE RESPONSE; REVIEW EMAIL FROM MR HUSER RE: DOCUMENT PRODUCTION AND PREPARE RESPONSE | 4 40 | $1,606 00 |
| 5/27/2004 | 02522 | GR MAZE | CONTINUE WITH DRAFT OF MOTION TO COMPEL (2 2); DISCUSS FILING STRATEGIES WITH MR REDANO (.3) | 2 50 | $750.00 |
| 5/27/2004 | 02079 | LM BRENNER | CONTACT P. SYMES AND OPPOSING COUNSEL CONCERNING DEPOSITION OF P. SYMES | 0 20 | $60 00 |
| 5/28/2004 | 02165 | RT REDANO | REVIEW AND REVISE MOTION TO COMPEL, ORDER AND SUPPORTING DECLARATION AND CONFER WITH MR MAZE RE: SAME | 0 80 | $292.00 |
| 5/28/2004 | 02522 | GR MAZE | CONTINUE WITH MOTION TO COMPEL AND FOR SANCTIONS, DISCUSS FILING STRATEGY WITH MS BRENNER AND MR REDANO | 3 90 | $1,170.00 |
| 5/28/2004 | 02079 | LM BRENNER | PREPARE ELECTRONIC MAIL TO P SYMES CONCERNING DEPOSITION DATES; REVIEW FURTHER EASTERN DISTRICT REQUIREMENTS CONCERNING FILING MOTION TO COMPEL. | 0 30 | $90 00 |
| | | | TOTAL SERVICES | 33 10 | $10,879 00 |

File # N0661-00176                                    INVOICE #  1018981
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 16.70 | 300 00 | 5,010.00 |
| 02165 | RT REDANO | PARTNER | 14 60 | 365 00 | 5,329.00 |
| 02079 | LM BRENNER | ASSOCIATE | 1.80 | 300.00 | 540.00 |
| | | | 33 10 | | $10,879.00 |

COPY

# DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

July 13, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176      Invoice# 1025262                          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                $27,589.50

DISBURSEMENTS
OVERNIGHT MAIL                                  19.55
PRINTING & DUPLICATING                          20.71
TELECOPY                                          .95
TRAVEL - LOCAL                                   6.00
TOTAL DISBURSEMENTS                                              $47.21

BALANCE DUE THIS INVOICE                                        $27,636.71


PREVIOUS BALANCE                                                $42,690.97

TOTAL BALANCE DUE                                              $70,327.68

File # N0661-00176                    INVOICE # 1025262

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|--|-------|-------|
| 5/29/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MS BRENNER AND MR MAZE RE: MOTION TO COMPEL | 0.20 *Reduced 0.20* | $73.00 *$73.00* |
| 5/31/2004 | 02165 RT REDANO | REVIEW AND REVISE DECLARATIONS AND ORDER RELATING TO MOTION TO COMPEL AND CONFER WITH MR MAZE RE: SAME | 0.60 *Reduced 0.60* | $219.00 *$219.00* |
| 5/31/2004 | 02522 GR MAZE | CONTINUE WITH MOTION TO COMPEL AND FOR SANCTIONS (2.3); DISCUSS FILING STRATEGIES WITH MR REDANO (.5) | 2.80 *Reduced 2.80* | $840.00 *$840.00* |
| 6/1/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MESSRS HUSER AND MAZE RE: MOTION TO COMPEL AND DOCUMENT PRODUCTION | 0.40 *Reduced 0.40* | $146.00 *$146.00* |
| 6/1/2004 | 02522 GR MAZE | REVISE MOTION TO COMPEL AND FOR SANCTIONS AND PROVIDE DRAFT TO MR HUSER FOR HIS REVIEW AND COMMENT; SEND MR HUSER OUTLINE OF PROPOSED STRATEGY VIS A VIS MOTION TO COMPEL AND FOR SANCTIONS; SPEAK WITH MR SYMES REGARDING DOCUMENTS TO BE PRODUCED AND ARRANGE FOR COPIES TO BE SENT TO HOUSTON; RESPOND TO MR HUSER ▓▓▓▓ MOTION TO COMPEL AND FOR SANCTIONS | 1.90 *Reduced 1.00* | $570.00 *$300.00* |
| 6/1/2004 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH P. SYMES CONCERNING DEPOSITION; COMMUNICATIONS WITH JONES DAY OFFICE, DEPOSING COUNSEL, CONCERNING SCHEDULING OF SAME. | 0.30 | $90.00 |
| 6/1/2004 | 02079 LM BRENNER | REVIEW PROCEDURAL ISSUES CONCERNING FILING IN EASTERN DISTRICT COURT, SPECIFICALLY MOTION TO COMPEL, AND SUPERVISE PREPARATIONS WITH REGARD TO SAME. | 0.20 *Reduced 0.20* | $60.00 *$60.00* |
| 6/2/2004 | 02165 RT REDANO | REVIEW EMAILS RE: MOTION TO COMPEL AND CONFER WITH MR MAZE RE: SAME | 0.40 *Reduced 0.40* | $146.00 *$146.00* |
| 6/2/2004 | 02522 GR MAZE | TELECONFERENCE WITH MR VOWELL RE DISCOVERY AND PROTECTIVE ORDERS ( 7); TELECONFERENCE WITH MR SYMES RE DISCOVERY (.4); REVIEW STRATEGY WITH MR HUSER AND MR REDANO, IN PART VIA EMAIL, REGARDING MOTION TO COMPEL AND FOR SANCTIONS (1 6) | 2.70 *Reduced 2.30* | $810.00 *$690.00* |
| 6/3/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MR MAZE RE: COURT'S DECISION DENYING TLC'S | 0.40 *Reduced 0.40* | $146.00 *$146.00* |

File # N0661-00176                                    INVOICE #  1025262
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | MOTION TO DISMISS OR STAY; PREPARE RESPONSE | | |
| 6/3/2004 02522 GR MAZE | | READ/REVIEW/BEGIN ANALYSIS OF PRIOR ART TENDERED BY MR SYMES | 1.90 | $570.00 |
| 6/4/2004 02165 RT REDANO | | REVIEW ORDER DENYING TLC'S MOTION FOR DISMISSAL WITHOUT PREJUDICE OR STAY IN GENNUM LITIGATION; REVIEW LIST OF QUESTIONS REGARDING FAIRCHILD CHIP FROM CONVERSATION WITH MR LECHNER; PREPARE EMAIL TO MR SYMES RE: SAME; PREPARE EMAIL TO MR HUSER RE: IMPACT OF GENNUM COURT'S RULING AND REQUEST FOR REISSUE ON OUR CASE | 1.20 | $438.00 |
| 6/4/2004 02179 T THIGPEN | | ARRANGE FOR DUPLICATION OF GRASS VALLEY DOCUMENT PRODUCTION; CONFERENCE WITH MR MAZE REGARDING SAME. | 0 50 | $65.00 |
| 6/7/2004 02165 RT REDANO | | REVIEW EMAIL FROM MR MAZE RE: STATUS OF DISCOVERY RESPONSES FROM TLC; PREPARE RESPONSE AND REVIEW REPLY RE: SAME | 0.40 | $146 00 |
| 6/8/2004 02165 RT REDANO | | REVIEW AND REVISE MOTION TO COMPEL AND SUPPORTING DECLARATIONS; CONFER WITH MR MAZE RE: SAME; REVIEW EMAILS FROM MR SYMES AND MS BRENNER RE: DEPOSITION OF MR SYMES; REVIEW MAGISTRATE'S ORDER RE: DISCOVERY CONFERENCES; CONFER WITH MR MAZE RE: SAME; REVIEW EMAILS TO AND FRKOM MS BRENNER RE: SCHEDULING DISCOVERY CONFERENCE WITH THE MAGISTRATE; REVIEW TLC'S INTERROGATORY RESPONSES AND CONFER WITH MR MAZE RE: SAME | 2 20 | $803.00 |
| 6/8/2004 02522 GR MAZE | | REVISE MOTION TO COMPEL, ADDING DETAILS NOW THAT TLC DID NOT RESPOND TO RFP AND IMPROPERLY RESPONDED TO INTERROGATORIES; INVESTIGATE MAGISTRATE'S ORDER AND ARRANGE WITH MS BRENNER FOR LOCAL REQUIRED CONFERENCE | 4.70 | $1,410 00 |
| 6/8/2004 02079 LM BRENNER | | COMMUNICATIONS WITH GRASS VALLEY AND JONES DAY, CONFIRMING DATE AND LOCATION OF DEPOSITION; REVIEW ORDER IN VIDEOTEK CASE, CONCERNING DENIAL OF TLC MOTION TO DISMISS CASE AGAINST GENNUM WITHOUT PREJUDICE, WITH A VIEW TO | 1.00 | $300.00 |

*Handwritten annotations:*
- 6/7/2004: Reduced 0.40 $146.00
- 6/8/2004 (Redano): Reduced 1.10 $401.50
- 6/8/2004 (Maze): Reduced 4.70 $1,410.00
- 6/8/2004 (Brenner): Reduced 0.50 $150.00

File # N0661-00176                                    INVOICE # 1025262
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | IMPACT ON CURRENT CASE; COMMUNICATIONS WITH COURTROOM CLERK OF JUDGE NOWINSKI WITH REGARD TO SCHEDULING DISCOVERY DISPUTE CONFERENCE, AS REQUIRED BY NOWINSKI'S STANDING ORDER. | | |
| 6/9/2004 | 02079 | LM BRENNER | COMMUNICATIONS WITH COURT CONCERNING SCHEDULING OF DISCOVERY CONFERENCE; FURTHER TELEPHONE CONFERENCE WITH COURT, AND RESEARCH SPECIFIC TIMES FOR CONFERENCE, AS WELL AS REQUIREMENTS FOR COMMUNICATING SAME TO OPPOSING COUNSEL | 0.50 *Reduced* 0.50 | $150 00 $150.00 |
| 6/10/2004 | 02522 | GR MAZE | READ AND ANALYZE TLC'S RESPONSES TO OUR SECOND SET OF INTERROGATORIES AND CREATE ANALYSIS REPORT; DISCUSS WITH MR REDANO | 2.40 *Reduced* 2.40 | $720 00 $720.00 |
| 6/10/2004 | 02079 | LM BRENNER | FURTHER COMMUNICATIONS WITH COURT CONCERNING DISCOVERY CONFERENCE BEFORE JUDGE NOWINSKI; ADVISE CO-COUNSEL OF SAME. | 0.30 *Reduced* 0.30 | $90.00 $90.00 |
| 6/11/2004 | 02522 | GR MAZE | SEND EMAIL NOTICE TO MR VOWELL RE MEETING WITH JUDGE NOWINSKI; DEVELOP STRATEGY AND CORRESPOND WITH MS BRENNER RE JUDGE NOWINSKI'S DISCOVERY MEETING | 1.30 *Reduced* 1.30 | $390.00 $390.00 |
| 6/12/2004 | 02165 | RT REDANO | REVIEW PREFILING CORRESPONDENCE WITH TLC; PREPARE REQUESTS FOR ADMISSION RE: NOTICE OF INFRINGEMENT; REVIEW MEMO FROM MR MAZE ANALYZING TLC'S INTEFFORATORY RESPONSES; PREPARE EMAIL TO ME MAZE RE: SAME | 1 80 *Reduced* 0.90 | $657.00 $328.50 |
| 6/14/2004 | 02165 | RT REDANO | CORRESPOND WITH MS BRENNER BY EMAIL RE: SYMES DEPOSITION; REVIEW TLC'S RESPONSES AND OBJECTIONS TO 3D SET OF RFP'S AND CONFER WIHT MR MAZE RE: SAME | 0.90 *Reduced* 0.50 | $328.50 $182.50 |
| 6/14/2004 | 02522 | GR MAZE | READ/REVIEW TLC'S RESPONSE TO 3RD REQUEST FOR PRODUCTION; DISCUSS HEARING ON SANCTIONS VIA EMAIL WITH MS BRENNER | 0.70 *Reduced* 0.70 | $210.00 $210.00 |
| 6/14/2004 | 02079 | LM BRENNER | COMMUNICATIONS WITH GENNUM COUNSEL CONCERNING DEPOSITION OF P. SYMES; COMMUNICATIONS WITH P. SYMES CONCERNING SAME, AND SCHEDULING OF DEPOSITION. | 0 30 | $90.00 |

File # N0661-00176                                    INVOICE # 1025262
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|------|------|------|------|
| 6/14/2004 02079 | LM BRENNER | INITIAL REVIEW OF DETAILED DISCOVERY DOCUMENTS, MEMORANDA AND OTHER COURT ORDERS AFFECTING DISCOVERY ISSUES IN THIS CASE, IN PREPARATION FOR HEARING ON JUNE 16, 2004. | 2.30 | $690.00 |
| | | | *Reduced 2.30* | *$690.00* |
| 6/14/2004 02694 | JI PIADE | RESEARCH RE ORDERS ON TIMING OF DEPOSITIONS | 0.80 | $128.00 |
| 6/15/2004 02522 | GR MAZE | READ/REVIEW MATERIALS PRODUCED BY MR SYMES AND CREATE INITIAL STORAGE STRUCTURE FOR SEGMENTING THE MATERIALS FOR DISCOVERY (2.3); PREPARE FOR AND HOLD TELECONFERENCE WITH MS BRENNER RE HEARING SET FOR JUNE 16 RE DISCOVERY MATTERS (2.9) | 5.20 | $1,560.00 |
| | | | *Reduced 2.90* | *$870.00* |
| 6/15/2004 02079 | LM BRENNER | REVIEW IN DETAIL ALL DISCOVERY THAT IS OBJECT OF DISPUTE WITH OPPOSING COUNSEL; REVIEW MEMORANDUMS CONCERNING DISCOVERY ISSUES AND ARGUMENTS TO BE MADE IN SUPPORT OF MOTION TO COMPEL; REVIEW DRAFT MOTION TO COMPEL; CONFERENCES WITH CO-COUNSEL CONCERNING SAME; REVIEW TECHNICAL INFORMATION CONCERNING RE-EXAMINATION AND RE-ISSUE PATENT TOPICS TO BE BROUGHT TO THE ATTENTION OF THE COURT; REVIEW RELATED CASE ORDERS AFFECTING CASE; TELEPHONE CONFERENCES WITH COURT AND OPPOSING COUNSEL CONCERNING SCHEDULING OF DISCOVERY CONFERENCE; PREPARE DETAILED OUTLINE FOR DISCOVERY CONFERENCE BEFORE COURT ON JUNE 16, 2004. | 5.60 | $1,680.00 |
| | | | *Reduced 5.60* | *$1,680.00* |
| 6/15/2004 02079 | LM BRENNER | REVIEW ORDER CONCERNING LIMITATION OF TIME IN WHICH P. SYMES OF GRASS VALLEY MAY BE DEPOSED; COMMUNICATIONS WITH GENNUM COUNSEL CONCERNING SAME; PREPARE CORRESPONDENCE TO GENNUM COUNSEL CONCERNING SAME. | 0.30 | $90.00 |
| 6/16/2004 02165 | RT REDANO | CONFER WITH MR HUSER RE: CORRESPONDENCE FROM MR SMALL; STATUS OF REISSUE APPLICATIONS, PRELIMINARY DISCOVERY HEARING AND REQUESTS FOR ADMISSION; | 2.60 | $949.00 |

File # N0661-00176                      INVOICE # 1025262
     TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | CONFER WITH MS BRENNER RE: HEARING BEFORE MAGISTRATE; CONFER WITH MS BRENNER RE: DISCOVERY; PREPARE REQUESTS FOR ADMISSION; PREPARE EMAIL TO MR HUSER RE: REQUESTS FOR ADMISSION; REVIEW EMAIL FROM MS BRENNER RE: RESETTING OF HEAIRNG; STUDY INFRINGEMENT ALLEGATIONS IN INTERROGATORY RESPONSES RE: '070 PATENT | | |
| 6/16/2004 02079 LM BRENNER | TRAVEL TO AND PARTICIPATE IN HEARING IN EASTERN DISTRICT COURT, SACRAMENTO, CONCERNING DISCOVERY ISSUES IN CASE. | 5.10 Reduced 5.10 | $1,530.00 $1,530.00 |
| 6/16/2004 02079 LM BRENNER | TELEPHONE CONFERENCE WITH GENNUM COUNSEL CONCERNING TOPICS FOR DEPOSITION OF P. SYMES, AND TIME LIMITS ON SAME; TELEPHONE CONFERENCE WITH COURT CONCERNING SCHEDULING OF DISCOVERY CONFERENCE; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL CONCERNING DISCOVERY CONFERENCE. | 0.70 Reduced 0.30 | $210.00 $90.00 |
| 6/17/2004 02079 LM BRENNER | REVIEW AND RESPOND TO COMMUNICATIONS CONCERNING P. SYMES' DEPOSITION; SEND COMMUNICATION TO P. SYMES CONCERNING DEPOSITION LOCATION; COMMUNICATIONS WITH OPPOSING COUNSEL CONCERNING DISCOVERY CONFERENCE CONFIRMATION ON JUNE 21, 2004; PREPARE ELECTRONIC MEMORANDUM TO OTHER CO-COUNSEL CONCERNING DEPOSITION ISSUES. | 0.50 | $150.00 |
| 6/18/2004 02079 LM BRENNER | COMMUNICATIONS WITH GENNUM COUNSEL AND P. SYMES CONCERNING DEPOSITION NOTICE SERVED BY TLC; REVIEW DEPOSITION NOTICE IN PREPARATION FOR DEPOSITION. | 0.60 | $180.00 |
| 6/21/2004 02165 RT REDANO | REVIEW GENNUM;S NOTICE OF DEPOSITION OF THE GRASS VALLEY GROUP, INC; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW EMAIL FROM MR SYMES RE: DISMISSAL WITH PREJUDICE IN INDIANA; PREPARE RESPONSE; REVIEW EMAIL FROM MS BRENNER RE: SYMES DEPOS PREPARATION; PREPARE RESPONSE; | 4.60 Reduced 2.30 | $1,679.00 $839.50 |

File # N0661-00176                                    INVOICE # 1025262
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | REVIEW EMAIL FROM MR SYMES RE; PRIOR CORRESPONDENCE FROM TLC; PREPARE SUMMARY OF PRE-LITIGATION CORRESPONDENCE BETWEEN TLC AND GRASS VALLEY; REVIEW MS BRENNER'S SUMMARY OF HEARING ON MOTION TO COMPEL; CONFER WITH MS BRENNER AND WITH MR MAZE RE: SAME; REVIEW CORRESPONDENCE WITH OPPOSING COUNSEL AND RESPONSES TO TLC'S FIRST ROUND OF DISCOVERY RE: PRIOR GRANT OF DISCOVERY EXTENSIONS; CONFER WITH MR MAZE RE: REBUTTING TLC'S CONTENTION TO THE COURT THAT WE MISSED A DISCOVERY DEADLINE; REVIEW EMAIL FROM MR MAZE RE: SAME; CONFER WITH GENNUM'S COUNSEL RE: DEPOSITION OF MR SYMES; CONFER WITH MR MAZE RE: SAME; STUDY INFRINGEMENT OPINION PROVIDED TO RAYTHEON AND PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW TLC'S NOTICE OF DEPOSITION OF MR SYMES; CONFER WITH MR MAZE RE: PREPARATION OF MR SYMES FOR DEPOSITION; REVIEW EMAL FROM MR SYMES RE: PRELITIGATION CORRESPONDENCE WITH TLC; PREPARE TABLE SUMMARIZING SAME AND PREPARE EMAIL TO MR SYMES RE: SAME | | |
| 6/21/2004 02522 GR MAZE | READ/REVIEW MS BRENNER'S RECOUNT AND RECAP EVENTS FOR MR HUSER ( 5); RETRIEVE AND REVIEW DOCUMENTATION REGARDING TLC ALLEGATIONS OF THOMSON'S LATE FILING OF DISCOVERY (2 1); SUMMARIZE EVENTS AND INFORM MR HUSER OF TLC ALLEGATIONS AND OF THE FACTS ( 6); WORK ON REVISED MOTION TO COMPEL TO CHANGE IT TO PRELIMINARY RESPONSE BRIEF TO TLC'S JULY 1 BRIEF (2.2) | 5.40 | $1,620 00 |
| 6/21/2004 02079 LM BRENNER | REVIEW DEPOSITION NOTICE AND EXHIBITS SERVED BY GENNUM; COMMUNICATE WITH P. SYMES AND CO-COUNSEL CONCERNING SAME. | 0 40 | $120.00 |
| 6/21/2004 02079 LM BRENNER | DISCOVERY CONFERENCE WITH JUDGE NOWINSKI AND OPPOSING COUNSEL CONCERNING SPECIFIC DISCOVERY | 1.50 | $450.00 |

*Reduced*
5.40  $1,620 00

*Reduced*
1,50  $450.00

File # N0661-00176                                    INVOICE # 1025262
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | ISSUES INCLUDING LATE RESPONSES TO VARIOUS THOMSON DISCOVERY REQUESTS; PREPARE MEMORANDUM SUMMARIZING OUTCOME OF CONFERENCE; ENGAGE IN DISCUSSIONS CONCERNING SAME WITH CO-COUNSEL; REVIEW MATERIALS SUCH AS PREVIOUS DOCUMENTS AND ELECTRONIC MAILS TO BE USED IN RESPONSE BRIEF TO TLC BRIEF CONCERNING PRIVILEGE AND WAIVER ISSUES. | | |
| 6/21/2004 02079 LM BRENNER | | REVIEW COMMUNICATIONS BETWEEN GENNUM COUNSEL AND TLC COUNSEL, CONCERNING DISPUTE OVER DEPOSITION NOTICES OF P. SYMES. | 0 30 | $90 00 |
| 6/22/2004 02522 GR MAZE | | TELECONFERENCES WITH MR MCCARTHY RE MR SYMES DEPOSITION (9); PREPARE FOR DEPOSITION BRIEFING OF MR SYMES BY REVIEWING MATERIALS AND LAW (2.7); TELECONFERENCE WITH MR SYMES AND MS BRENNER, INCLUDING WRAP-UP REVIEW OF MATERIALS (1 7) | 5 30 | $1,590 00 |
| 6/22/2004 02079 LM BRENNER | | REVIEW CORRESPONDENCE BETWEEN GENNUM AND TLC COUNSEL CONCERNING ISSUES IN P. SYMES DEPOSITION | 0 30 | $90 00 |
| 6/22/2004 02079 LM BRENNER | | PREPARE FOR AND ENGAGE IN TELEPHONIC CONFERENCE WITH P. SYMES AND CO-COUNSEL CONCERNING SPECIFIC DEPOSITION ISSUES. | 1 20 | $360.00 |
| 6/23/2004 02165 RT REDANO | | CONFER WITH MR MAZE RE: PREPARATION OF MR SYMES DEPOSITION; REVIEW EMAILS BETWEEN COUNSEL FOR GENNUM AND TLC RE: SYMES DEPOSITION | 0 40 | $146.00 |
| 6/23/2004 02079 LM BRENNER | | FURTHER PREPARATION FOR DEPOSITION OF P. SYMES; TELEPHONE CONFERENCE WITH P. SYMES CONCERNING DEPOSITION PREPARATION; FURTHER COMMUNICATIONS WITH P. SYMES CONCERNING PRE-DEPOSITION MEETING. | 2 40 | $720 00 |
| 6/24/2004 02165 RT REDANO | | CONFER WITH MS BRENNER RE: SYMES DEPOSITION | 0.30 | $109 50 |
| 6/24/2004 02079 LM BRENNER | | TRAVEL TO DEPOSITION OF P. SYMES IN SACRAMENTO; ENGAGE IN CONFERENCES WITH P. SYMES AS WELL AS GENNUM COUNSEL, BEFORE, | 9 50 | $2,850.00 |

File # N0661-00176 INVOICE # 1025262

    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | DURING AND AFTER DEPOSITION; ATTEND AND PARTICIPATE IN DEPOSITION OF P. SYMES | | |
| 6/25/2004 02165 RT REDANO | | REVIEW EMAIL FROM MY SYMMES RE: REQUEST FOR TECHNICAL INFORMATION REGARDING ACCUSED INFRINGING DEVICE; PREPARE RESPONSE; REVIEW EMAIL FROM MR HUSER RE: REQUESTS FOR ADMISSION AND PREPARE RESPONSE | 0.40 | $146.00 |
| 6/25/2004 02079 LM BRENNER | | REVIEW ROUGH DRAFT OF P. SYMES DEPOSITION AND REQUEST REVISIONS TO MISPRINTS BY REPORTER, FOR ACCURATE RECORD | 0.60 | $180.00 |
| 6/28/2004 02165 RT REDANO | | CONFER WITH MR MAZE RE: MOTION FOR ENTRY OF PROTECTIVE ORDER AND DOUCMENT PRODUCTION BY TLC; REVIEW DRAFT LETTER TO OPPOSING COUNEL RE: DOCUMENT PRODUCTION AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL TO MS BRENNER RE: FILING MOTION FOR ENTRY OF PROTECTIVE ORDER | 0.50 | $182.50 |
| 6/28/2004 02522 GR MAZE | | TELECONFERENCE WITH MR VOWELL RE PROTECTIVE ORDER AND STIPULATING TO DISCOVERY DOCUMENTS; DISCUSS REQUEST FOR STIPULATION WITH MR REDANO; WRITE LETTER DECLINING STIPULATION AND EMAIL/FAX TO MR VOWELL | 0.70 | $210.00 |
| 6/28/2004 02079 LM BRENNER | | SUPERVISE FILING OF STIPULATED PROTECTIVE ORDER | 0.20 | $60.00 |
| 6/28/2004 02694 JI PIADE | | PREPARE STIPULATION AND PROTECTIVE ORDER. ARRANGEMENTS FOR FILING AND SERVICE | 2.20 | $352.00 |

*handwritten annotation next to 6/28/2004 02522 GR MAZE entry:* Reduced 0.70 $210.00

| | | TOTAL SERVICES | 89.90 | $27,589.50 |
|---|---|---|---|---|

File # N0661-00176                                    INVOICE # 1025262
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/30/2004 | TRAVEL - LOCAL | | 6.00 |
| | | Total: | $6.00 |
| 5/11/2004 | OVERNIGHT MAIL PACKAGE SENT TO MR BERNARD LECHNER AT INFORMATION NOT SUPPLIED - PRINCETON, NJ FROM RICHARD REDANO AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #843246870890) | | 19.55 |
| | | Total: | $19.55 |
| 6/30/2004 | TELECOPY | | 0.95 |
| | | Total: | $0.95 |
| 6/30/2004 | PRINTING & DUPLICATING | | 20.71 |
| | | Total: | $20.71 |
| | TOTAL DISBURSEMENTS | | $47.21 |

File # N0661-00176                                        INVOICE #  1025262
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 35.00 | 300.00 | 10,500.00 |
| 02165 | RT REDANO | PARTNER | 17.30 | 365 00 | 6,314.50 |
| 02079 | LM BRENNER | ASSOCIATE | 34.10 | 300.00 | 10,230 00 |
| 02694 | JI PIADE | PARALEGAL | 3.00 | 160.00 | 480 00 |
| 02179 | T THIGPEN | PARALEGAL | 0.50 | 130.00 | 65.00 |
| | | | 89.90 | | $27,589.50 |