# EXHIBIT L – PART 5

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

# COPY

## DuaneMorris

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

August 18, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 1033748                    IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 07/31/2004 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $21,085.00 |

DISBURSEMENTS

| | | |
|---|---:|---:|
| LEXIS LEGAL RESEARCH | 594.10 | |
| MESSENGER SERVICE | 70.50 | |
| PRINTING & DUPLICATING | 4030.08 | |
| TELECOPY | 18.05 | |
| TRAVEL AWAY FROM HOME | 91.50 | |
| TOTAL DISBURSEMENTS | | $4,804.23 |
| | | |
| BALANCE DUE THIS INVOICE | | $25,889.23 |
| | | |
| PREVIOUS BALANCE | | $70,327.68 |
| | | |
| TOTAL BALANCE DUE | | $96,216.91 |

File # N0661-00176 INVOICE # 1033748

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 7/1/2004 02165 RT REDANO | REVIEW TLC'S DISCOVERY RESPONSES TO THREE OUTSTANDING SETS OF DISCOVERY; PREPARE EMAIL TO MS BRENER RE: SAME; CONFER WITH MR MAZE RE: SAME; REVIEW LETTER TO OPPOSING COUNSEL RE: DOCUMENT PRODUCTION; CONFER WITH MS BRENNER RE: AFTER HOURS FILING PROCEDURES IN E D OF CALIF | 1.10 | $401.50 |
| 7/1/2004 02522 GR MAZE | SEND EARLY LETTER VIA FAX/EMAIL TO MR VOWELL REGARDING ARRANGING FOR DOCUMENTS; SEND EVENING LETTER VIA FAX/EMAIL TO MR VOWELL REGARDING LACK OF PRODUCTION OF MATERIALS | 0 50 | $150 00 |
| 7/1/2004 02079 LM BRENNER | REVIEW CORRESPONDENCE TO OPPOSING COUNSEL CONCERNING OUTSTANDING DISCOVERY; RESEARCH FILING DEADLINE IN EASTERN DISTRICT CONCERNING PLAINTIFFS' COURT-ORDERED BRIEF REGARDING DISCOVERY ISSUES | 0.30 | $90.00 |
| 7/2/2004 02165 RT REDANO | REVIEW TLC'S BRIEF IN SUPPORT OF ITS CONTENTION THAT ITS ATTORNEY CLIENT PRIVILEGE OBJECTIONS HAVE NOT BEEN WAIVED; CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE OUR RESPONSE BRIEF; REVIEW EMAIL TO MR BRENNER RE: SAME | 0 90 | $328.50 |
| 7/2/2004 02522 GR MAZE | REVIEW CASE LAW; REVISE RESPONSE BRIEF; DISCUSS WITH MR REDANO | 5.10 | $1,530 00 |
| 7/2/2004 02079 LM BRENNER | REVIEW BRIEF FILED BY TLC CONCERNING WAIVER OF PRIVILEGE DURING DISCOVERY | 0 20 | $60 00 |
| 7/4/2004 02165 RT REDANO | REVIEW AND REVISE BRIEF IN SUPPORT OF WAIVER ARGUMENTS AND SUPPORTING DECLAIRATION; PREPARE EMAIL TO MR MAZE RE: SAME | 0 80 | $292 00 |
| 7/5/2004 02165 RT REDANO | REVIEW AND REVISE RESPONSE BRIER SUPPORTING DECLARATIONS; CONFER WITH MR MAZE RE: SAME | 0.90 | $328 50 |
| 7/5/2004 02522 GR MAZE | CONTINUE WITH REVISIONS TO RESPONSE BRIEF AND DECLARATIONS; CASE LAW RESEARCH INTO NINTH CIRCUIT LAW VIS A VIS ATTORNEY CLIENT PRIVILEGE WAIVER | 2.10 | $630.00 |
| 7/6/2004 02165 RT REDANO | REVIEW EMAILS FROM MR HUSER AND MAZE RE: REVISIONS TO BRIEF; CONFER WITH MR MAZE RE: SAME; REVIEW FINAL BRIEF AND DECLARATIONS; | 1.10 | $401 50 |

File # N0661-00176                                          INVOICE # 1033748
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | CONFER WITH MR MAZE RE: REVIEW OF ELECTONIC FILES PRODUCED BY GRASS VALLEY; PREPARE EMAIL TO MS BRENNER RE:: FILING OF BRIEF; REVIEW RESPONSE FROM MS BRENNER RE: SAME | | |
| 7/6/2004 02522 GR MAZE | | TELECONFERENCE WITH MR SYMES RE DISCOVERY; REVIEW CDROM MATERIALS FOR PRIVILEGE; FINALIZE RESPONSE BRIEF ON SANCTIONS | 2.80 | $840.00 |
| 7/6/2004 02079 LM BRENNER | | REVIEW DOCUMENTS IN SUPPORT OF RESPONSE BRIEF TO PLAINTIFFS' BRIEF CONCERNING WAIVER OF CERTAIN PRIVILEGES; FINALIZE ALL PLEADINGS IN SUPPORT OF RESPONSE FOR FILING; PREPARE PROPOSED ORDER IN SUPPORT OF SAME; SUPERVISE FILING AND SERVICE OF SAME. | 1.10 | $330.00 |
| 7/6/2004 03363 RJ SZABADOS | | TELEPHONE CONFERENCE WITH CLIENT AND GARY MAZE REGARDING CLIENT PRODUCTION ISSUES | 0.30 | $67.50 |
| 7/7/2004 03363 RJ SZABADOS | | COMPLETE REVIEW OF CLIENT CD LABELED "TBMS 29XX SOFTWARE & SCHEMATICS" FOR ATTORNEY PRIVILEGED MATTER. | 5.90 | $1,327.50 |
| 7/8/2004 02522 GR MAZE | | REVIEW DOCUMENTS PRODUCED BY MR SYMES ON CDROM AND CREATE FOLDERS WITH ONLY THE RELEVANT DOCUMENTS, PER MR SYMES LIST. ANALYZE FILES FOR EXCLUSION OF IRRELEVANT FILES, BASED ON MR SYMES' LIST | 3.20 | $960.00 |
| 7/8/2004 03363 RJ SZABADOS | | COMPLETE REVIEW OF CLIENT PRODUCTION CD LABELED "TBMS PRODUCT INFO" FOR PRIVILEGED RECORDS. | 2.80 | $630.00 |
| 7/8/2004 03363 RJ SZABADOS | | COMPLETER REVIEW OF CLIENT PRODUCTION CD LABELED "TBMS PLD'S" FOR PRIVILEGED RECORDS. | 4.60 | $1,035.00 |
| 7/15/2004 02165 RT REDANO | | CONFER WITH MR MAZE RE: REVIEW AND ANALYSIS OF TLC'S DOCUMENT PRODUCTION | 0.30 | $109.50 |
| 7/16/2004 02165 RT REDANO | | CONFER WITH MR MAZE RE: TLC'S FAILURE TO PRODUCE REISSUE APPILCATIONS; REVIEW LETTER TO OPPOSING COUNSEL RE: SAME | 0.40 | $146.00 |
| 7/16/2004 02522 GR MAZE | | REVIEW DOCUMENTS PRODUCED BY TLC FOR PROVISION OF REEXAM DOCUMENTS; CREATE AND EMAIL LETTER TO MR VOWELL RE THE ABSENCE OF SUCH DOCUMENTS | 1.60 | $480.00 |

File # N0661-00176　　　　　　　　　　　　　　　INVOICE # 1033748
　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 7/16/2004 03363 RJ SZABADOS | REVIEW TLC PRODUCTION FOR REISSUE APPLICATIONS. | 0 90 | $202.50 |
| 7/17/2004 02165 RT REDANO | RECEIVE MESSAGE FROM GENNUM'S COUNSEL RE: OBTAINING COPIES OF TLC'S REQUESTS FOR REISSUE | 0 10 | $36.50 |
| 7/19/2004 02165 RT REDANO | PREPARE EMAIL TO GENNUM'S COUNSEL RE: OBTAINING COPIES OF APPLICATONS FOR REISSUE OF THE '869 AND '250 PATENTS; PREPARE FOLLOW UP EMAIL TO MR SYMES RE; INFORMATION NEEDED FOR '524 PATENT INFRINGEMENT ANALYSIS; PREPARE EMAIL TO MR HUSER RE: FOLLOW UP REQUEST TO FARICHILD'S COUNSEL REQUESTING TECHNICAL INFORMATION | 0 50 | $182.50 |
| 7/20/2004 02165 RT REDANO | REVIEW MEMO FROM MR MAZE RE: DOCUMENTS RECEIVED FROM MR SYMES; PREPARE RESPONSE RE: DOCUMENTS SUPPORTING EACH AFFIRMATIVE DEFENSE; REVIEW TLC CORRESPONDENCE | 1.40 | $511.00 |
| 7/20/2004 03363 RJ SZABADOS | CONTINUE REVIEWING AND CREATING A GENERAL DATABASE OF DOCUMENTS PRODUCED BY TLC. | 6.80 | $1,530.00 |
| 7/21/2004 02165 RT REDANO | REVIEW EXCERPTS FROM REISSUE FILE OF '869 AND "250 PATENTS; CONFER WITH MR MAZE RE; MOTION TO STAY AND DOCUMENT PRODUCTION BY THOMSON | 0 50 | $182.50 |
| 7/21/2004 03363 RJ SZABADOS | CONTINUE DOCUMENT REVIEW OF TLC'S PRODUCTION AND CREATE GENERAL DATABASE REGARDING SAME. | 5.10 | $1,147 50 |
| 7/22/2004 02522 GR MAZE | SEND EMAIL TO PETER SYMES AND RICK HUSER RE DOCUMENTS WE STILL NEED | 0.10 | $30.00 |
| 7/22/2004 02522 GR MAZE | READ/REVIEW TLC REISSUE MATERIALS | 1 30 | $390.00 |
| 7/22/2004 03363 RJ SZABADOS | CONTINUE WITH REVIEW OF TLC'S DOCUMENT PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME | 2 90 | $652.50 |
| 7/24/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT PRODUCTION AND CREATING GENERAL DATABASE REGARDING SAME. | 1 50 | $337.50 |
| 7/26/2004 02522 GR MAZE | PREPARE FOR TELECONFERENCE WITH MR LECHNER; TELECONFERENCE WITH MR LECHNER RE TLC'S RESPONSES TO THE SECOND SET OF INTERROGATORIES | 1 30 | $390.00 |
| 7/26/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT | 6 80 | $1,530 00 |

File # N0661-00176                               INVOICE # 1033748
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|------|------|------|------|
| | | PRODUCTION AND CREATING A GENERAL DATABASE REGARDING SAME. | | |
| 7/27/2004 | 03363 RJ SZABADOS | CONTINUE REVIEWING TLC'S DOCUMENT PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME. | 5.90 | $1,327.50 |
| 7/28/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFT GENERAL DATABASE REGARDING SAME. | 6.80 | $1,530.00 |
| 7/30/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME. | 4.30 | $967.50 |
| | | TOTAL SERVICES | 82.20 | $21,085.00 |

File # N0661-00176                                    INVOICE # 1033748
   ILC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 7/31/2004 | TRAVEL AWAY FROM HOME | | 91.50 |
| | | Total: | $91.50 |
| | | | |
| 7/5/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 80.00 |
| 7/6/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.40 |
| 7/15/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 0.70 |
| 7/15/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | | 512.00 |
| | | Total: | $594.10 |
| | | | |
| 7/31/2004 | MESSENGER SERVICE | | 70.50 |
| | | Total: | $70.50 |
| | | | |
| 7/31/2004 | TELECOPY | | 18.05 |
| | | Total: | $18.05 |
| | | | |
| 7/31/2004 | PRINTING & DUPLICATING | | 4,030.08 |
| | | Total: | $4,030.08 |
| | | | |
| | TOTAL DISBURSEMENTS | | $4,804.23 |

File # N0661-00176 INVOICE # 1033748
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 18 00 | 300 00 | 5,400.00 |
| 02165 | RT REDANO | PARTNER | 8.00 | 365 00 | 2,920.00 |
| 02079 | LM BRENNER | ASSOCIATE | 1.60 | 300 00 | 480 00 |
| 03363 | RJ SZABADOS | ASSOCIATE | 54.60 | 225.00 | 12,285.00 |
| | | | 82 20 | | $21,085.00 |

COPY

**DuaneMorris**

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

September 13, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 1038113          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $49,929.00

| | | |
|---|---:|---:|
| DISBURSEMENTS | | |
| DEPOSITION TRANSCRIPT | 423.60 | |
| FILING FEES | 49.50 | |
| LEXIS LEGAL RESEARCH | 1189.50 | |
| MESSENGER SERVICE | 177.65 | |
| OVERNIGHT MAIL | 85.84 | |
| PRINTING & DUPLICATING | 3896.92 | |
| TELECOPY | 69.35 | |
| WESTLAW LEGAL RESEARCH | 210.72 | |
| TOTAL DISBURSEMENTS | | $6,103.08 |
| | | |
| BALANCE DUE THIS INVOICE | | $56,032.08 |
| | | |
| PREVIOUS BALANCE | | $64,096.91 |
| | | |
| TOTAL BALANCE DUE | | $120,128.99 |

File # N0661-00176                                    INVOICE # 1038113
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|--|-------|-------|
| 5/20/2004 02165 RT REDANO | PREPARE EMAIL TO MR MAZE RE: MOTION TO COMPEL DISCOVERY RESPONSES FROM TLC | | 0 30 | $109.50 |
| 7/1/2004 03617 KA CARMODY | PREPARED CORRESPONDENCE TO BE FAXED AND EMAIL TO OPPOSING COUNSEL. | | 0 20 | $21 00 |
| 8/2/2004 02165 RT REDANO | REVIEW EMAILS FROM MESSRS MAZE AND SYMES RE: DOCUMENT PRODUCTION; REVIEW EMAILS FROM MESSRS HUSER AND MAZE RE: STAY PENDING CONCLUSION OF REISSUE PROCEEDINGS FOR THE 869 AND 250 PATENTS; ███████████ ████████████ | | 0 50 | $182.50  *Reduced*  *0. 2  $73.00* |
| 8/2/2004 02522 GR MAZE | RESEARCH AND DRAFT MEMO TO MR REDANO RE ISSUES ON INTERVENING RIGHTS | | 1.10 | $330.00 |
| 8/2/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME | | 1 10 | $247.50 |
| 8/3/2004 02165 RT REDANO | REVIEW COURT ORDER RULING THAT TLC HAS WAIVED ATTORNEY CLIENT AND WORK PRODUCT PRIVILEGES; CONFER WITH MR MAZE RE: SAME; PREPARE EMAILS TO MR HUSER AND GENNUM'S COUNSEL RE: SAME; REVIEW EMAIL FROM FAIRCHILD'S COUNSEL AND FROM MR HUSER RE: INFRINGEMENT ISSUES REGARDING FAIRCHILD'S CHIPS; PREPARE EMAIL TO MR MAZE RE: SAME; REVIEW EMAIL FROM MY SYMES RE: RESPONSES TO QUESTIONS FROM MR LEHNER; CONFER WITH MR LECHNER RE: SAME | | 1.60 | $584 00 |
| 8/3/2004 02079 LM BRENNER | REVIEW DISCOVERY ORDER FROM COURT; SUPERVISE CALENDARING OF DUE DATE CONCERNING ATTORNEYS' FEES DECLARATION. | | 0.50 | $150.00 |
| 8/3/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME | | 7.10 | $1,597.50 |
| 8/4/2004 02165 RT REDANO | REVIEW NOTES OF MEETING WITH MR LECHNER; TELEPHONE CONFERENCE WITH MR LECHNER RE: INFORMATION RECEIVED FROM MR SYMES; REVIEW INTERROGATORY RESPONSES RE: '070 PATENT INFRINGEMENT ALLEGATIONS; REVIEW DOCKET SHEET FOR TLC V REAL NETWORKS LITIGATION; | | 4.70 | $1,715.50  *Reduced*  *1. 20  $438.00* |

File # N0661-00176            INVOICE # 1038113
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | PREPARE EMAIL TO MR HUSER RE: ███████ RECENT DISCOVERY RULING AND RESPONDING TO FAIRCHILD'S RECENT CORRESPONDENCE; REVIEW RESPONSE FROM MR HUSER RE: SAME; PREPARE 4TH SET OF DOCUMENT REQUESTS TO TLC AND EMAIL TO MR HUSER RE: SAME; REVIEW EMAIL FROM MR HUSER  RE: DISCOVERY ORDER; CONFER WITH MR MAZE RE: PROVIDING TECHNICAL INFORMATION TO MR LECHNER; CONFER WITH MR SZABADOS RE: STATUS OF REVIEW OF TLC'S DOUCMENT PRODUCTION; MEET WITH MR MAZE RE: STATUS OF DOCUMENT PRODUCTION FROM GRASS VALLEY ███ ███████ PREPARE EMAIL TO MR MAZE RE: DAMAGES ANALYSIS | | |
| 8/4/2004 | 03363 | RJ SZABADOS | REVIEW TLC PRODUCTION AND CREATE GENERAL DATABASE REGARDING SAME. | 7.50 | $1,687.50 |
| 8/4/2004 | 03659 | M LEDESMA | SEARCH FOR IP INNOVATION LLC ET AL V REALNETWORKS ET AL 2:2--3 CV 2428 (W.D. WASH.) | 0.20 | $21 00 |
| 8/5/2004 | 02165 | RT REDANO | STUDY TLC'S INTERROGATORY RESPONSES AND RAYTHEON'S 1995 MEMO REGARDING VIDPRO'S ALLEGATIONS OF INFRINGEMENT; PREPARE LETTER TO FAIRCHILD'S COUNSEL; RE: SAME; CONFER WITH MR MAZE RE: REISSUE APPLICATION | 0 90 | $328.50 |
| 8/5/2004 | 02522 | GR MAZE | ANALYZE REISSUE APPLICATIONS FOR RELATION TO ASSERTED CLAIMS IN THE LAWSUIT AND DISCUSS WITH MR REDANO | 0 90 | $270.00 |
| 8/5/2004 | 03363 | RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 7.20 | $1,620.00 |
| 8/6/2004 | 02165 | RT REDANO | REVISE LETTER TO FAIRCHILD'S COUNSEL RE: TLC'S INFRINGEMENT | 2.70 | $985.50 |

File # N0661-00176                                    INVOICE # 1038113
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | ALLEGATIONS; REVIEW DOUCMENTS PRODUCED BY GRASS VALLEY; CONFER WITH MR MAZE RE: SAME; REVISE LETTER TO MR HUSER RE: DOCUMENTS NEEDED TO ASSESS DAMAGES; CONFER WITH MR MAZE RE: ACCUMULATING RELEVANT TECHNICAL INFORMATION TO PROVIDE TO MR LECHNEER; ███████ | *Reduced* 1.00 *$365* | |
| | ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ██████ PREPARE LETTER TO OPPOSING COUNSEL RE: MOTION TO STAY OR DISMISS WITHOUT PREJUDICE IN VIEW OF REEXAMINATION | | |
| 8/6/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 0.00 | $0.00 |
| 8/6/2004 02179 T THIGPEN | TRANSMIT GRASS VALLEY DOCUMENTS TO MR. LECHNER FOR REVIEW. | 0.30 | $40.50 |
| 8/7/2004 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 3.70 | $832.50 |
| 8/9/2004 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: AUTHORIZATION TO PROCEED WITH MOTION TO STAY OR DISMISS IN VIEW OF REISSUE; PREPARE EMAIL TO MR SZABADOS RE: LEGAL RESEARCH ASSIGNMENT RE: SAME; REVIEW TLC'S INTERROGATORY RESPONSES RE: '070 PATENT CLAIMS; CONFER WITH MR LECHNER RE: SAME; ███████ | 2.80 *Reduced* 0.8 | $1,022.00 *$292* |
| | ████████████████ ████████████████ ██████████████ CONFER WITH MR MAZE RE: DOCUMENTS SENT TO MR LECHNER; REVIEW RESPONSE FROM MR HUSER ██████████ CONFER WITH MR MAZE RE: TLC'S RESPONSES TO REQUESTS FOR ADMISSION AND GRASS VALLEY'S DOCUEMNT PRODUCTION; REVIEW EMAIL TO OPPOSING COUNSEL RE: REQUESTS FOR ADMISSION | | |
| 8/9/2004 02522 GR MAZE | TELECONFERENCE WITH MR SYMES RE DOCUMENT PRODUCTION; REVIEW | 2.30 | $690.00 |

File # N0661-00176                            INVOICE # 1038113

     TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| | | DOCUMENT PRODUCTION; REVIEW TLC'S ANSWERS TO INTERROGATORIES AND CREATE/SEND LETTER TO MR GOLDSTEIN RE SUPPLEMENTAL RESPONSES; DISCUSS STRATEGIES WITH MR REDANO RE FURTHER DISCOVERY HEARINGS BEFORE JUDGE NOWINSKI | | |
| 8/9/2004 03363 RJ SZABADOS | | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME | 7.40 | $1,665 00 |
| 8/10/2004 02165 RT REDANO | | REVIEW CORRESPONDENCE BETWEEN TLC AND GRASS VALLEY AND CONFER WITH MR MAZE RE: SAME; CONFER WITH MR MAZE RE: TELEPHONE CONFERENCE WITH TLC'S COUNSEL RE: INSUFFICIENCY OF TLC'S RESPONSES TO REQUESTS FOR ADMISSION; REVIEW EMAIL FROM TLC'S COUNSEL RE: SAME; ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 1.20 | $438 00 |

*Reduced*

*0.3*    *$109.50*

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| 8/10/2004 02522 GR MAZE | | TELECONFERENCE WITH MR VOWELL RE SUPPLEMENTAL RESPONSES TO ADMISSIONS | 0 60 | $180.00 |
| 8/10/2004 02079 LM BRENNER | | PROVIDE MR. REDANO WITH DOCUMENTS RELATING TO SIGNAL TO NOISE RATIO TESTING. | 0 30 | $90.00 |
| 8/10/2004 03363 RJ SZABADOS | | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 2 10 | $472.50 |
| 8/10/2004 03363 RJ SZABADOS | | LEGAL RESEARCH REGARDING DISMISSAL OF A SUIT WITHOUT PREJUDICE BECAUSE THE PATENTEE FILED FOR A REISSUE. | 3 60 | $810.00 |
| 8/10/2004 02453 BM MORALES | | RECEIVE INSTRUCTIONS FROM L. BRENNER; REVIEW ALL FILES AND WORKING DOCUMENTS FOR DOCUMENTS RELATING TO SIGNAL TO NOISE RATIO TESTING | 2.80 | $434.00 |
| 8/10/2004 03659 M LEDESMA | | ARRANGE FOR DOCUMENTS TO BE DUPLICATED FOR PRODUCTION TO EXPERT, BERNIE LECHNER | 0.50 | $52.50 |
| 8/11/2004 02165 RT REDANO | | CONFER WITH MR SZABADOS RE: SUMMARY OF TLC'S DOCUMENT PRODUCTION AND SEARCH OF DATA BASE TO DETERMINE WHAT LICENSE AGREEMENTS HAVE BEEN PRODUCED BY TLC; REVIEW DATABASE SEARCH RESULTS AND CONFER WITH MR | 1.80 | $657.00 |

File # N0661-00176                                          INVOICE # 1038113
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | SZABADOS RE: SAME; CONFER WITH OPPOSING COUNSEL RE: MOTION TO STAY PENDING REISSUE; CONFER WITH MR MAZE RE: REISSUE FILES PRODUCED BY TLC; REVIEW TLC'S SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSION AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR MAZE TO OPPOSING COUNSEL RE: REQUESTS FOR ADMISSION | | |
| 8/11/2004 02522 GR MAZE | | REVIEW TLC'S PROPOSED CHANGES TO THEIR RESPONSES TO OUR RFAS; DISCUSS WITH MR REDANO | 0.30 | $90.00 |
| 8/11/2004 03363 RJ SZABADOS | | MEMO TO RTR REGARDING TLC EXECUTED LICENSES PRODUCED AS FOUND BY RJS DOCUMENT REVIEW TO DATE | 0.30 | $67.50 |
| 8/11/2004 03363 RJ SZABADOS | | COMPLETE DRAFT MEMO REGARDING LEGAL RESEARCH ON STAY / DISMISSAL WITHOUT PREJUDICE REGARDING PARALLEL REISSUE APPLICATION AND LITIGATION. | 0.90 | $202.50 |
| 8/11/2004 03363 RJ SZABADOS | | CONTINUE TLC DOCUMENT PRODUCTION REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 3.40 | $765.00 |
| 8/11/2004 02453 BM MORALES | | REVIEW FILES FOR AND PROVIDE REDANO WITH DOCUMENTS RELATING TO SIGNAL TO NOISE RATIO TESTING | 2.60 | $403.00 |
| 8/11/2004 02694 JI PIADE | | RESEARCH RE EXPERT REPORTS ON PATENTS. | 0.80 | $128.00 |
| 8/11/2004 03659 M LEDESMA | | PREPARE SPREADSHEET FOR ATTORNEY'S FEES | 3.60 | $378.00 |
| 8/12/2004 02165 RT REDANO | | REVIEW NEWLY ASSERTED CLAIMS OF THE 070 PATENT; CONFER WITH MR LECHNER RE: SAME; DRAFT MOTION TO STAY CLAIMS RELATING TO PATENTS IN REEXAMINATION; REVIEW EMAIL FROM OPPOSING COUNSEL AGREEING NOT TO OPPOSE THOMSON'S MOTION TO SEVER AND STAY CLAIMS RELATING TO THE '869 AND THE '250 PATENTS; PREPARE EMAIL TO MR HUSER RE: SAME; PLEASE EMAIL TO GENNUM'S COUNSEL RE: SAME; CONFER WITH MR LECHNER RE; SIGNAL TO NOISE RATIO TESTING ISSUES; STUDY TLC'S SUPPLEMENTAL RESPONSES TO THOMSON'S REQUESTS FOR ADMISSION; CONFER WITH MR MAZE RE: SAME; | 2.80 | $1,022.00 |

File # N0661-00176                               INVOICE # 1038113
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | REVIEW EMAIL FROM MS BRENNER RE: DEECLARATION IN SUPPORT OF ATTORNEYS FEES; REVIEW DRAFT DECLARATION OF MR MAZE AND CONFER WITH MR MAZE RE: | | |
| 8/12/2004 | 02522 GR MAZE | TELECONFERENCE WITH MR VOWELL RE TLC'S SUPPLEMENTAL RFA RESPONSES | 0.40 | $120.00 |
| 8/12/2004 | 02522 GR MAZE | REVIEW/REVISE DECLARATION ON FEES AND SEND TO MS BRENNER FOR FILING | 0 70 | $210 00 |
| 8/12/2004 | 02079 LM BRENNER | REVIEW AND REVISE DECLARATION IN SUPPORT OF COSTS AND FEES INCURRED IN DEALING WITH DISCOVERY DISPUTE WITH TLC; PREPARE DECLARATION FOR FILING. | 0 30 | $90.00 |
| 8/12/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME | 4 50 | $1,012 50 |
| 8/13/2004 | 02165 RT REDANO | PREPARE MOTION TO STAY AND SEVER CLAIMS RELATING TO THE '869 AND '250 PATENTS IN VIEW OF REISSUE; PREPARE EMAIL TO MR HUSER RE: TLC'S RESPONSES TO RFA'S AND MOVING FOR SUMMARY JUSDGMENT OF NO INFRINGEMENT OF THE '070 PATENT ON RES JUDICATA GROUNDS; REVIEW TLC'S EMERGENCY MOTION TO STAY COMPLIANCE WITH ORDER COMPELLING PRODUCTION AND TLC'S MOTION FOR RECONSIDERATION; HOLD SEVERAL TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND WITH COURT RE: SAME AND MODIFICATION OF TLC'S PROPOSED ORDER REGARDING STAY; CORRESPOND VIA EMAIL WITH OPPOSING COUNSEL RE; REVISIONS TO ORDER STAYING DOCUMENT PRODUCTION; CONFER WITH MR MAZE RE: RESPONSE TO TLC'S MOTION FOR RECONSIDERATION; PREPARE EMAIL TO MR HUSER RE: SAME | 3 40 | $1,241.00 |
| 8/13/2004 | 02079 LM BRENNER | REVIEW EMERGENCY MOTION FROM OPPOSING COUNSEL CONCERNING STAY OF ACTION DURING RECONSIDERATION OF PRIVILEGE DISCLOSURE ISSUES, AND ASSIST IN STIPULATING TO STAY. | 0.40 | $120.00 |
| 8/13/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT PRODUCTION REVIEW AND DRAFT GENERAL DATABASE REGARDING | 3.00 | $675 00 |

File # N0661-00176                                    INVOICE # 1038113
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | SAME. | | |
| 8/13/2004 03363 RJ SZABADOS | DRAFT MEMORANDUM TABULATING EXECUTED LICENSES BETWEEN TLC, VIDPRO AND/OR COOPER AND THIRD PARTIES INVOLVING THE '070, '869, '250 AND '524 PATENTS. | 2.20 | $495.00 |
| 8/13/2004 03363 RJ SZABADOS | ASSIST IN DRAFTING UNOPPOSED MOTION TO STAY. | 0.70 | $157.50 |
| 8/14/2004 02165 RT REDANO | REVIEW AND REVISE MOTION FOR STAY AND PREPARE EMAIL TO MESSR SZABADOS AND MAZE RE: SAME; PREPARE EMAIL TO MR MAZE RE: RESPONSE IN OPPOSITION TO TLC'S MOTION FOR RECONSIDERATION | 0.80 | $292.00 |
| 8/14/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 2.00 | $450.00 |
| 8/15/2004 02522 GR MAZE | READ/REVIEW/REVISE MOTION TO EXTEND DEADLINES | 0.70 | $210.00 |
| 8/16/2004 02165 RT REDANO | REVIEW AND REVISE MOTION TO SEVER AND STAY AND RELATED ORDER; CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE RESPONSE TO TLC'S MOTION FOR RECONSIDERATION OF RULING THAT TLC HAD WAIVED PRIVILEGE; CONFE WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR HUSER RE: RES JUDICATA ISSUE; CONFER WITH MR MAZE RE: SAME AND REVIEW FEDERAL CIRCUIT DECISION; PREPARE RESPONSE TO MR HUSER'S EMAIL | 2.20 | $803.00 |
| 8/16/2004 02522 GR MAZE | READ/REVIEW/REVISE MOTION TO STAY; CASE LAW RESEARCH TO SUPPORT MOTION; DISCUSS WITH MR REDANO; REVIEW ANDN ANALYZE ISSUES WITH RESPECT TO RES JUDICATA AND DISCUSS WITH MR REDANO VIS A VIS THE '070 PATENT | 7.10 | $2,130.00 |
| 8/16/2004 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 4.80 | $1,080.00 |
| 8/17/2004 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: RES JUDICATA SUMMARY JUDGMENT; REVIEW AND REVISE MOTION FOR STAY AND CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE RESPONSE TO TLC'S MOTION FOR RECONSIDERATION AND CONFER WITH MR MAZE RE: SAME; CONFER WITH MR SZABADOS RE: SUMMARY OF TLC'S | 1.60 | $584.00 |

File # N0661-00176                                    INVOICE # 1038113
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | DOUCMENT PRODUCTION | | |
| 8/17/2004 02522 GR MAZE | REVISE RESPONSE TO MOTION FOR RECONSIDERATION; DISCUSS WITH MR REDANO | 2.30 | $690.00 |
| 8/17/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 8.90 | $2,002.50 |
| 8/18/2004 02165 RT REDANO | REVIEW APPARATUS CLAIMS OF '070 PATENT; CONFER WITH MR LECHNER RE: MEANS PLUS FUNCTION LIMITATIONS IN APPARATUS CLAIMS OF THE '070 PATENT AND ADDITIONAL TECHNICAL INFORMATION TO SEEK FROM GRASS VALLEY; PREPARE EMAIL TO MR SYMES RE: FOTHCOMING QUESTIONS FROM MR LECHNER AND SIGNAL TO NOISE RATIO TESTING; REVIEW EMAIL FROM MR HUSER RE: TIMING OF RUILING ON TLC'S MOTION FOR RECONSIDERATION; PREPARE EMAIL TO MS BRENNER RE: SAME; REVIEW EMAIL FROM MS BRENNER RE: SAME; CONFER WITH MR MAZE RE: OPPOSITION TO TLC'S MOTION FOR RECONSIDERATION | 2.30 | $839.50 |
| 8/18/2004 02522 GR MAZE | REVISE RESPONSE TO REQUEST FOR RECONSIDERATION TO STRENGTHEN ARGUMENTS VIS-A-VIS THE AT&T CASE; REVISE SECTION ON SUCCESSOR IN INTEREST AND TLC BEING OWNER OF ALL SUBSTANTIAL RIGHTS | 3.30 | $990.00 |
| 8/18/2004 02079 LM BRENNER | REVIEW RECONSIDERATION MOTION; RESEARCH AND PREPARE MEMORANDUM CONCERNING LOCAL RULES AND DEADLINES WITH REGARD TO ANY OPPOSITION BRIEF AND POTENTIAL FOR ORAL ARGUMENT CONCERNING SAME | 0.70 | $210.00 |
| 8/18/2004 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFT GENERAL DATABASE REGARDING SAME | 4.90 | $1,102.50 |
| 8/18/2004 02453 BM MORALES | RECEIVE INSTRUCTIONS FROM L. BRENNER; PERFORM RESEARCH REGARDING EASTERN DISTRICT OF CALIFORNIA LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE RE: MOTION FOR RECONSIDERATION AND OPPOSITION TO SAME; MEET AND CONFER WITH L. BRENNER REGARDING SAME | 0.80 | $124.00 |
| 8/19/2004 02522 GR MAZE | CONTINUE WITH REVISIONS TO | 2.40 | $720.00 |

File # N0661-00176                                    INVOICE # 1038113
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | RESPONSE TO REQUEST FOR RECONSIDERATION; DISCUSS WITH MR REDANO | | |
| 8/19/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENTS AND DRAFT GENERAL DATABASE REGARDING SAME | 8 20 | $1,845 00 |
| 8/20/2004 | 02522 GR MAZE | REVIEW/REVISE RESPONSE TO REQUEST FOR RECONSIDERATION; DRAFT DECLARATION FOR GARY R MAZE TO USE WITH RESPONSE; COMMUNICATE WITH MS BRENNER RE JUDICIAL NOTICE AND THE DRAFT OF THE RESPONSE AND FILING SAME | 2.10 | $630 00 |
| 8/20/2004 | 02079 LM BRENNER | TELEPHONE CONFERENCES WITH CLERK AND OPPOSING COUNSEL CONCERNING SCHEDULING AND DEADLINES GOVERNING OPPOSITION TO MOTION FOR RECONSIDERATION FILED BY TLC; PREPARE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME; REVIEW POINTS AND AUTHORITIES IN OPPOSITION BRIEF, IN PREPARATION FOR FILING SAME ON AUGUST 25, 2004; PREPARE EXHIBITS IN SUPPORT OF OPPOSITION. | 2 30 | $690 00 |
| 8/20/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME | 4.90 | $1,102 50 |
| 8/20/2004 | 02453 BM MORALES | TELEPHONE CALLS TO CLERK OF EASTERN DISTRICT OF CALIFORNIA REGARDING LOCAL RULES; CONFER WITH L BRENNER REGARDING SAME | 0.60 | $93 00 |
| 8/21/2004 | 02165 RT REDANO | REVISE ORDER TO SEVER AND STAY AND RELATED MOTION; REVIEW AND REVISE RESPONSE TO REQUEST FOR RECONSIDERATION | 0.80 | $292.00 |
| 8/23/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR LECHNER RE: CONTACT WITH MR SYMES; PREPARE EMAIL TO MR SYMES RE: SAME; CONFER WITH MR SYMES RE: CONFERENCE WITH MR LECHNER | 0.40 | $146.00 |
| 8/23/2004 | 02522 GR MAZE | REVISE MOTION TO SEVER AND PROVIDE DRAFT TO MS BRENNER FOR REVISION INTO ED CAL FORMAT | 0 70 | $210 00 |
| 8/23/2004 | 02079 LM BRENNER | ASSIST IN ORGANIZING AND PREPARING PLEADINGS IN SUPPORT OF MOTION FOR STAY AND OPPOSITION TO MOTION FOR RECONSIDERATION; REVIEW VARIOUS EXHIBITS IN SUPPORT OF SAME. | 1 10 | $330 00 |
| 8/23/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW | 5.60 | $1,260 00 |

File # N0661-00176                                    INVOICE # 1038113
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| | | AND DRAFT GENERAL DATABASE REGARDING SAME. | | |
| 8/24/2004 | 02522 GR MAZE | FINALIZE MOTION TO SERVE AND ARRANGE WITH MS BRENNER FOR FILING; FINALIZE RESPONSE TO TLC REQUEST FOR REHEARING AND ARRANGE WITH MS BRENNER FOR FILING | 4.70 | $1,410.00 |
| 8/24/2004 | 02079 LM BRENNER | BEGIN REVIEW AND REVISION OF ALL PLEADINGS IN SUPPORT OF OPPOSITION TO REQUEST FOR RECONSIDERATION; SUPERVISE ORGANIZATION OF ALL EXHIBITS IN PREPARATION FOR FILING IN EASTERN DISTRICT. | 1.10 | $330.00 |
| 8/24/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME | 2.90 | $652.50 |
| 8/24/2004 | 03659 M LEDESMA | ASSEMBLE EXHIBITS FOR FILING GARY MAZE'S DECLARATION IN SUPPORT OF THOMSON'S UNOPPOSED MOTION TO SEVER AND STAY, ALL CLAIMS AND COUNTERCLAIMS RELATING TO U.S. PATENT NUMBERS 5,486,869 AND 5,754,250 | 0.80 | $84.00 |
| 8/25/2004 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: '524 PATENT INFRINGEMENT ISSUES; PREPARE EMAIL TO FAIRCHILD'S COUNSEL RE: SETTING UP A TELEPHONE CONFERENCE | 0.70 | $255.50 |
| 8/25/2004 | 02079 LM BRENNER | FINAL REVIEW AND REVISIONS OF ALL PLEADINGS IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION; SUPERVISE FILING AND SERVICE OF SAME; REVIEW, REVISE AND PREPARE PLEADINGS IN SUPPORT OF MOTION FOR STAY FOR FILING; SUPERVISE FILING AND SERVICE OF SAME. | 1.70 | $510.00 |
| 8/25/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 0.50 | $112.50 |
| 8/25/2004 | 02453 BM MORALES | RECEIVE INSTRUCTIONS FROM L. BRENNER; REVIEW LOCAL RULES, MAGISTRATE RULES, AND MAGISTRATE JUDGE SHUBB'S RULES REGARDING PROPOSED ORDER; TELEPHONE CALL TO CLERK OF COURT REGARDING SAME | 0.60 | $93.00 |
| 8/26/2004 | 02079 LM BRENNER | SUPERVISE FILING OF MOTION TO SEVER/STAY AND SERVICE OF SAME | 0.30 | $90.00 |
| 8/27/2004 | 02165 RT REDANO | CONFER WTH MR HUSER RE: SETTLEMENT AND DAMAGES; CONFER WITH COUNSEL FOR FAIRCHILD RE: | 0.90 | $328.50 |

File # N0661-00176                                      INVOICE # 1038113

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | NONINFRINGEMENT AND INDEMNIFICATION ISSUES; REVIEW EMAIL FROM MR POND RE: INDEMNIFICATION; PREPARE EMAIL TO MR HUSER RE: SAME | | |
| 8/27/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 3.20 | $720 00 |
| 8/28/2004 | 03363 RJ SZABADOS | CONTINUE TLC PRODUCTION REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME | 3 30 | $742 50 |
| 8/30/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT PRODUCTION REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 4.60 | $1,035 00 |
| 8/31/2004 | 02165 RT REDANO | REVIEW FARICHILD CHIP SPEC; CONFER WITH MR LECHNER RE: SAME; PREPARE EMAIL TO MR POND REQUESTING TECHNICAL INFORAMTION ON FARICHILD CHIP; PREPARE EMAIL TO MR SYMES RE: SIGNAL TO NOISE RATIO TESTING; CONFER WITH MR MAZE RE: PROTECTIVE ORDER ISSUES | 0.90 | $328 50 |
| | | TOTAL SERVICES | 193 90 | $49,929 00 |

File # N0661-00176                                    INVOICE # 1038113
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 8/2/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 0.70 |
| 8/2/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 16.00 |
| 8/4/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 1.70 |
| 8/4/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 112.00 |
| 8/4/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 2.10 |
| 8/5/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 64.00 |
| 8/10/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 36.00 |
| 8/10/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 2.00 |
| 8/10/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 349.60 |
| 8/10/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 29.40 |
| 8/10/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 17.00 |
| 8/11/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 13.60 |
| 8/11/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 10.00 |
| 8/11/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 43.20 |
| 8/11/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 16.80 |
| 8/13/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 8.50 |
| 8/13/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 8.00 |
| 8/13/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 72.00 |
| 8/13/2004 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | 16.80 |
| 8/14/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 48.00 |
| 8/16/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 2.10 |
| 8/16/2004 | LEXIS LEGAL RESEARCH MAZE, GARY | 320.00 |
| | Total: | $1,189.50 |

| | | |
|------|---------------|--------|
| 7/14/2004 | OVERNIGHT MAIL (N0661 - 00176 ) PACKAGE SENT TO PETER D. SYMES AT INFORMATION NOT SUPPLIED - GRASS VALLEY, CA FROM LINDA RUBY AT DUANE MORRIS LLP - SAN FRANCISCO, CA (TRACKING #790700001047) | 13.64 |
| 7/14/2004 | OVERNIGHT MAIL (N0661 - 00176 ) PACKAGE SENT TO FREI PHIL AT INFORMATION NOT SUPPLIED - SAN FRANCISCO, CA FROM LINDA RUBY AT DUANE MORRIS LLP - SAN FRANCISCO, CA (TRACKING #790699967806) | 13.60 |
| 7/22/2004 | OVERNIGHT MAIL (N0661 - 00176 ) PACKAGE SENT TO ATTN: MARLENE MCQUEEN AT THOMSON - INDIANAPOLIS, IN FROM LINA BRENNER AT DUANE MORRIS LLP - SAN FRANCISCO, CA (TRACKING #790708878750) | 10.99 |
| 8/6/2004 | OVERNIGHT MAIL PACKAGE SENT TO BERNARD LECHNER AT INFORMATION NOT SUPPLIED - PRINCETON, NJ FROM GARY R MAZE AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #847304591150) | 18.62 |
| 8/10/2004 | OVERNIGHT MAIL PACKAGE SENT TO BERNIE LECHNER AT INFORMATION NOT SUPPLIED - PRINCETON, NJ FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790728272232) | 28.99 |

File # N0661-00176                                      INVOICE # 1038113
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

|            |                                          | Total: | $85.84     |
|------------|------------------------------------------|--------|------------|
| 8/17/2004  | DEPOSITION TRANSCRIPT PETER SYMES DEPO    |        | 423.60     |
|            |                                          | Total: | $423.60    |
| 8/12/2004  | WESTLAW LEGAL RESEARCH SZABADOS,RUDY      |        | 210.72     |
|            |                                          | Total: | $210.72    |
| 8/31/2004  | MESSENGER SERVICE                         |        | 177.65     |
|            |                                          | Total: | $177.65    |
| 8/31/2004  | FILING FEES                               |        | 49.50      |
|            |                                          | Total: | $49.50     |
| 8/31/2004  | TELECOPY                                  |        | 69.35      |
|            |                                          | Total: | $69.35     |
| 8/31/2004  | PRINTING & DUPLICATING                    |        | 3,896.92   |
|            |                                          | Total: | $3,896.92  |

                          TOTAL DISBURSEMENTS              $6,103.08

File # N0661-00176                                      INVOICE # 1038113

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 29.60 | 300.00 | 8,880.00 |
| 02165 | RT REDANO | PARTNER | 33.30 | 365.00 | 12,154.50 |
| 03617 | KA CARMODY | LEGAL ASSISTAN | 0.20 | 105.00 | 21.00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 5.10 | 105.00 | 535.50 |
| 02079 | LM BRENNER | ASSOCIATE | 8.70 | 300.00 | 2,610.00 |
| 03363 | RJ SZABADOS | ASSOCIATE | 108.50 | 225.00 | 24,412.50 |
| 02453 | BM MORALES | PARALEGAL | 7.40 | 155.00 | 1,147.00 |
| 02694 | JI PIADE | PARALEGAL | 0.80 | 160.00 | 128.00 |
| 02179 | T THIGPEN | PARALEGAL | 0.30 | 135.00 | 40.50 |
| | | | 193.90 | | $49,929.00 |