# EXHIBIT L – PART 6

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES



**DuaneMorris**

FIRM/AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

October 11, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 1045646          IRS# 23-1392502

'FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                          $8,589.00

PREVIOUS BALANCE                                          $94,239.76

TOTAL BALANCE DUE                                        $102,828.76

File # N0661-00176                                      INVOICE # 1045646

    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| 7/19/2004 | 03363 RJ SZABADOS | BEGIN REVIEW OF TLC DOCUMENT PRODUCTION AND CREATE GENERAL DOCUMENT IDENTIFICATION DATABASE REGARDING SAME. | 5.50 | $1,237.50 |
| 7/29/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFT OF GENERAL DATABASE REGARDING SAME. | 5.70 | $1,282.50 |
| 8/19/2004 | 02165 RT REDANO | REVIEW AND REVISE RESPONSE TO MOTION FOR RECONSIDERATION; PREPARE EMAIL TO MR HUSER RE: TIMING OF RULING ON SAME | 0.60 | $219.00 |
| 9/2/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: BRIEFING ON WAIVER ISSUE; CONFER WITH MR MAZE RE: SAME | 0.30 | $109.50 |
| 9/2/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME. | 1.80 | $405.00 |
| 9/3/2004 | 03363 RJ SZABADOS | COMPLETE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 8.60 | $1,935.00 |
| 9/4/2004 | 02165 RT REDANO | ▬▬▬▬▬ REVIEW EMAIL FROM MR LECHNER ▬▬▬▬ PREPARE EMAIL TO MR HUSER RE: SAME | 0.60 | $219.00 |
| 9/7/2004 | 02165 RT REDANO | ▬▬▬▬▬▬▬ | 0.30 | $109.50 |
| 9/8/2004 | 02165 RT REDANO | ▬▬▬▬▬ CONFER WITH MR MAZE RE: PROTECTIVE ORDER STATUS AND ▬▬ PRODUCTION OF SALES DATA TO TLC'S COUNSEL TO ADVANCE SETTLEMENT DISCUSSIONS; PREPARE EMAIL TO MR HUSER RE: SAME | 0.50 | $182.50 |
| 9/10/2004 | 02165 RT REDANO | RECEIVE VOICE MAIL FROM COURT'S CASE MANAGER RE: MOTION TO SEVER AND STAY IN VIEW OF REEXAM; REVIEW EMAIL FROM TLC'S COUNSEL RE: SAME; CONFER WITH CASE MANAGER RE: SAME; REVIEW INDEX OF LICENSES PRODUCED BY TLC | 0.70 | $255.50 |
| 9/13/2004 | 02165 RT REDANO | REVIEW TLC'S NOTICE OF NONOPPOSITION TO THOMSON'S MOTION TO SEVERE AND STAY CLAIMS RELATING TO THE '869 AND '250 PATENTS; PREPARE EMAIL TO MRR | 1.60 | $584.00 |

*Handwritten annotations:*
- (9/4/2004 row) *Reduced 0.30 $109.50*
- (9/7/2004 row) *0.30 $109.50*
- (9/8/2004 row) *Reduced 0.20 $73.00*

File # N0661-00176                                              INVOICE # 1045646
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | HUSER RE: SAME; TELEPHONE MR POND OF RAYTHEON RE: FOLLOW UP REQUEST FOR TECHNICAL INFORMATION; PREPARE EMAIL TO MR HUSER RE: OBTAINING INFORMATION FROM RAYTHEON VIA SUBPOENA; CONFER WITH RAYTHEON'S COUNSEL RE: REQUEST FOR TECHNICAL INFORMATION; REVIEW LETTER FROM MR SMALL RE: SETTLEMENT; PREPARE EMAIL TO MR HUSER RE: TEMPORAL LIMIITS ON BROADENED REISSUE PATENTS; PREPARE EMAIL FROM MR HUSER RE: TELEPHONE CONFERENCE; PREPARE EMAIL TO MR HUSER RE: ▮ | | |
| 9/14/2004 02165 RT REDANO | | SMALL'S ADMISSIONS THAT TLC SEEKS TO BROADEN ITS CLAIMS IN REISSUE CONFER WITH MR HUSER RE: ▮; SETTLEMENT; PREPARE LETTER TO MR GOLDSTEIN RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH RAYTHEON'S COUNSEL RE: TELEPHONE CONFERENCE BETWEEN RAYTHEON'S ENGINEER AND MR LECHNER ▮ ▮ PREPARE EMAIL TO MR LECHNER RE: SAME | 1.20 | $438.00 |
| 9/14/2004 02079 LM BRENNER | | REVIEW PLAINTIFF'S NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION TO SEVER AND STAY ALL CLAIMS/COUNTERCLAIMS RELATING TO PATENT NO. '486 AND NO. '250. | 0.20 | $60.00 |
| 9/15/2004 02165 RT REDANO | | REVIEW EMAIL FROM MR HUSER RE: SETTLEMENT; PREPARE RESPONSE; TELEPHONE MR LECHNER RE: CONFERENCE WITH RAYTHEON ENGINEER; PREPARE EMAIL TO FAIRCHILD'S COUNSEL RE: TELEPHONE CONFERENCE BETWEEN MR LECHNER AND FAIRCHILD'S ENGINEER; REVIEW EMAIL FROM MR POND RE: TELEPHONE CONFERENCE BETWEEN MR LECHNER AND MR TOLE ▮ ▮ PREPARE EMAIL TO MR HUSER RE: SAME | 0.90 | $328.50 |
| 9/21/2004 02165 RT REDANO | | REVIEW EMAIL FROM MR POND RE: TELEPHONE CONFERENCE WITH MR LECHNER; PREPARE EMAIL FROM MR MAZE RE: SAME; REVIEW RESPONSES FROM MR MAZE | 0.40 | $146.00 |
| 9/22/2004 02165 RT REDANO | | REVIEW EMAILS FROM MESSRS HUSER, | 0.40 | $146.00 |

*Handwritten annotations:*
- Next to 9/14/2004 RT REDANO row: "Reduced 0.20 $73.00"
- Next to 9/15/2004 RT REDANO row: "Reduced 0.20 $73.00"

File # N0661-00176                            INVOICE # 1045646
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|------|------|------|------|
| | | MAZE AND POND RE: TELEPHONE CONFERENCE AND SALES OF FAIRCHILD CHIPS; CONFER WITH MR MAZE RE: SAME | | |
| 9/23/2004 | 02165 RT REDANO | REVIEW ORDER STAYING CLAIMS ON '869 AND '250 PATENTS; ORDER DENYING TLC'S MOTION FOR CONSIDERATION AS TO ITS PRIVILEGE WAIVER; AND LETTER FROM OPPOSING COUNSEL RE; PRODUCTION OF DOCUMENTS FOR WHICH PRIVILEGE HAS BEEN WAIVED; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME, SETTLEMENT STRATEGY AND DISCOVERY CUTOFF | 0 70 | $255.50 |
| 9/24/2004 | 02165 RT REDANO | TELEPHONE MR LECHNER RE: CONVERSATION WITH FARICHILD'S ENGINEER; CONFER WITH MR MAZE RE: SAME; CONFER WITH GENNUM'S COUNSEL RE: ORDER STAYING CASE WITH RESPECT TO '869 AND '250 PATENTS; REVIEW PACER DOCKET FOR REAL NETWORKS LITIGATION; REVIEW ORDER OF DISMISSAL IN REALNETWORKS LITIGATION; CONFER WITH MR SZABADOS RE: REVIEW OF DATABASE FOR SETTLEMENT AGREEMENT; PREPARE LETTER TO OPPOSING COUNSEL RE: PRODUCTION OF DOUCMENTS PERTAINING TO SETTLEMENT WITH REALNETWORKS AND SNELL & WILCOX | 1.20 | $438.00 |
| 9/24/2004 | 03363 RJ SZABADOS | RESEARCH REGARDING TLC SETTLEMENT WITH REAL NETWORKS AND SNELL & WILCOX. | 0.20 | $45.00 |
| 9/30/2004 | 02165 RT REDANO | CONFER WITH MR HUSER RE: SETTLEMENT, ▮▮▮▮▮ AND DISCOVERY | 0.20 | $73.00 |
| 9/30/2004 | 02079 LM BRENNER | REVIEW TLC'S SECOND SET OF INTERROGATORIES AND SECOND SET OF REQUESTS FOR PRODUCTION; SUPERVISE DOCKETING OF DUE DATE FOR BOTH SETS OF DISCOVERY | 0.40 | $120 00 |

*Reduced* (handwritten annotation)

0.1   $36.5 (handwritten annotation)

|  | TOTAL SERVICES | 32.00 | $8,589.00 |
|------|------|------|------|

File # N0661-00176                                    INVOICE # 1045646
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02165 | RT REDANO | PARTNER | 9.60 | 365.00 | 3,504.00 |
| 02079 | LM BRENNER | ASSOCIATE | 0.60 | 300.00 | 180.00 |
| 03363 | RJ SZABADOS | ASSOCIATE | 21.80 | 225.00 | 4,905.00 |
|  |  |  | 32.00 |  | $8,589.00 |



# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
BANGOR
PRINCETON
WESTCHESTER

November 4, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176        Invoice# 1050008                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                             $9,301.50

| DISBURSEMENTS | | |
|---|---:|---:|
| MESSENGER SERVICE | 224.90 | |
| MISCELLANEOUS | 109.00 | |
| POSTAGE | 4.88 | |
| PRINTING & DUPLICATING | 173.00 | |
| TELECOPY | 136.80 | |
| TOTAL DISBURSEMENTS | | $648.58 |

BALANCE DUE THIS INVOICE                                     $9,950.08

PREVIOUS BALANCE                                            $46,796.68

TOTAL BALANCE DUE                                          $56,746.76

---

File # N0661-00176                                    INVOICE #  1050008

   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 10/1/2004 02165 RT REDANO | CONFER WITH MR SYMES RE: SNR TEST RESULTS AND ALTERNATE PROCEDURE | 0.30 | $109.50 |
| 10/1/2004 03659 M LEDESMA | COPIED PRODUCTION DOCUMENTS RECEIVED FROM TLC; BATES LABELED TECH 3171-TECH 3391 FOR WORKING COPIES; ADDED NUMBER SEQUENCE TO CASE MANAGEMENT SPREADSHEET; CREATED REDWELD TO INCORPORATE PRODUCTION WITH THE PRIOR PRODUCTION ALREADY PRODUCED BY TLC. | 0.70 | $73.50 |
| 10/3/2004 02522 GR MAZE | READ/REVIEW NEW ROUND OF DISCOVERY AND SEND ANALYSIS WITH NEW ROUND OF DISCOVERY TO CLIENT | 1.70 | $510.00 |
| 10/6/2004 02165 RT REDANO | CONFER WITH MR HUSER RE: SETTLEMENT; REVISE LETTER TO MR GOLDSTEIN RE: SAME | 0.30 | $109.50 |
| 10/7/2004 02165 RT REDANO | REVIEW LETTER FROM TLC'S COUNSEL RE: MEDIATION; PREPARE LETTER TO MR HUSER RE: SAME; PREPARE EMAIL TO MR MAZE RE: SAME | 0.40 | $146.00 |
| 10/8/2004 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: TLC'S OFFER TO MEDIATE | 0.10 | $36.50 |
| 10/10/2004 02165 RT REDANO | PREPARE EMAIL TO MR MAZE RE: GATHERING RESPONSIVE DOUCMENTS TO SENT TO TLC'S COUNSEL RE: GROSS SALES REVENUE | 0.20 | $73.00 |
| 10/12/2004 02165 RT REDANO | CONFER WITH MR MAZE RE: OBTAINING EVIDENCE OF GROSS SALES REVENUE FROM MR SYMES | 0.20 | $73.00 |
| 10/14/2004 02165 RT REDANO | CONFER WITH MR MAZE RE: COMMUNICATIONS WITH MR SYMES; PREPARE EMAIL TO MR HUSER RE: ABSENCE OF REVENUE DOCUMENTS FROM MR SYMES; PREPARE LETTER TO OPPOPSING COUNSEL RE: EXTENSION OF SCHEDULING ORDER DEADLINES; PREPARE RESPONSE; PREPARE MOTION FOR EXTENSION | 1.30 | $474.50 |
| 10/18/2004 02165 RT REDANO | PREPARE SETTLEMENT OFFER TO OPPOSING COUNSEL; CONFER WITH MESSRS SYMES AND HUSER RE: SETTLEMENT OFFER; REVISE OFFER; REVIEW SPREADSHEETS FROM MR SYMES; CONFER WITH MR MAZE RE: SAME; REVIEW TLC'S INTERROGATORY RESPONSES; ANSWER MR HUSER'S INQUIRIES RE: ACCUSED INFRINGING CHIPS; FINALIZE SETTLEMENT OFFER | 1.70 | $620.50 |
| 10/18/2004 02522 GR MAZE | REVIEW SALES DATA SPREADSHEETS | 0.40 | $120.00 |

File # N0661-00176 INVOICE # 1050008
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | AND ANALYZE CONTENT; DISCUSS WITH MR REDANO | | |
| 10/19/2004 | 02522 GR MAZE | REVIEW DISCOVERY REQUESTS AND BEGIN DRAFT OF RESPONSES | 0 90 | $270 00 |
| 10/20/2004 | 02165 RT REDANO | REVIEW AND REVISE MOTION FOR EXTENSION AND CONFER WITH MR MAZE AND MS BRENNER RE: SAME; REVIEW EMAIL RE: MOTION FOR EXTENSION FROM OPPOSING COUNSEL; PREPARE RESPONSE; REVIEW ORDER AND PLEADINGS IN VIDEOTEK CASE RE: CLAIM INTERPRETATION ISSUES FOR '070 PATENT; REVIEW AND REVISDE DRAFT CLAIM CHARTS RESPONSIVE TO INTERROGATORIES FROM TLC; CONFER WITH MR MAZE RE: SAME; | 3 30 | $1,204 50 |
| 10/20/2004 | 02522 GR MAZE | PREPARE INITIAL RESPONSE DRAFT FOR SECOND SET OF RFP AND INTERROGS FROM TLC; DISCUSS WITH MR REDANO; ATTEMPT TO OBTAIN EXTENSION FROM MR VOWELL; CONTINUE WITH DRAFT AND FINALIZE MOTION FOR EXTENSION OF SCHEDULING ORDER | 4.40 | $1,320 00 |
| 10/20/2004 | 02079 LM BRENNER | REVIEW, REVISE AND SUPERVISE FILING AND SERVICE OF ALL PLEADINGS IN SUPPORT OF UNOPPOSED MOTION FOR DISCOVERY EXTENSION. | 0.60 | $180 00 |
| 10/20/2004 | 02179 T THIGPEN | PREPARE AND TRANSMIT LETTER TO OPPOSING COUNSEL FOR SERVICE OF UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER DEADLINES. | 0.50 | $67 50 |
| 10/21/2004 | 02165 RT REDANO | REVIEW ORDER GRANTING MOTION FOR EXTENSION; PREPARE EMAILS TO MESSRS HUSER, SYMES AND LECHNER RE: SAME; CONFER WITH MR MAZE RE: EXTENSION OF TIME TO RESPOND TO INTERROGATORIES; REVISE CLAIM CHARTS RE: '070 PATENT | 1 60 | $584.00 |
| 10/21/2004 | 02522 GR MAZE | ATTEMPT TO CONTACT MR VOWELL RE EXTENSION; ANALYZE '070 PATENT AND PREPARE INITIAL INVALIDITY AND TERM LIMITATION MEANINGS NEEDED FOR INTERROGATORY RESPONSES. | 1 80 | $540.00 |
| 10/22/2004 | 02522 GR MAZE | REVIEW AND REVISE RESPONSES TO DISCOVERY; ATTEMPT TO CONTACT MR VOWELL | 1 60 | $480 00 |
| 10/25/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: DISCOVERY RESPONSES; AND MOTION FOR ONE WEEK EXTENSION TO RESPOND TO INTERROGATORIES; | 1 70 | $620 50 |

File # N0661-00176                                    INVOICE # 1050008
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| | | | REVIEW EMAILS TO AND FROM MS BRENNER RE: MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES; CONFER WITH MR SINGH RE: SAME; REVIEW AND REVISE RESPONSES TO TLC'S INTERROGATORIES AND CONFER WITH MR MAZE RE:SAME; REVIEW EMAIL FROM TLC'S COUNSEL RE: DISCOVERY RESPONSES; CONFER WITH MR MAZE RE: SAME | | |
| 10/25/2004 | 02522 | GR MAZE | ATTEMPT TO CONTACT OPPOSING COUNSEL RE EXTENSION OF TIME; FAILING THAT, COMPLETE THE ANALYSIS AND PREPARATION OF THE INTERROGATORY RESPONSES AND REQUEST FOR PRODUCTION RESPONSES AND INSURE THAT THEY WERE MAILED/SERVED | 4 90 | $1,470.00 |
| 10/26/2004 | 02165 | RT REDANO | PREPARE EMAIL TO OPPOSING COUNSEL RE: INTERROGATORY RESPONSES; REVIEW EMAIL FROM MR HUSER RE: AUTHORIZED WORK; PREPARE RESPONSE RE: ATTEMPTS TO OBTAIN EXTENSION OF TIME TO ANSWER INTERROGATORIES | 0 40 | $146 00 |
| 10/27/2004 | 02165 | RT REDANO | REVIEW AND REVISE PROPOSED EMAIL TO MESSRS HUSER AND SYMES RE:DISCOVERY; CONFER WITH MR MAZE RE: SAME | 0 20 | $73 00 |
| | | | TOTAL SERVICES | 29 20 | $9,301.50 |

File # N0661-00176                     INVOICE # 1050008
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/31/2004 | POSTAGE | | 4.88 |
| | | Total: | $4.88 |
| 10/31/2004 | MESSENGER SERVICE | | 224.90 |
| | | Total: | $224.90 |
| 10/29/2004 | MISCELLANEOUS FILING OF UNOPPOSED MOTION | | 109.00 |
| | | Total: | $109.00 |
| 9/30/2004 | TELECOPY | | 97.85 |
| 10/31/2004 | TELECOPY | | 38.95 |
| | | Total: | $136.80 |
| 9/30/2004 | PRINTING & DUPLICATING | | 125.80 |
| 10/31/2004 | PRINTING & DUPLICATING | | 47.20 |
| | | Total: | $173.00 |
| | TOTAL DISBURSEMENTS | | $648.58 |

File # N0661-00176                                INVOICE # 1050008
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|------|-----------|----------------|-------|--------|------------|
| 02522 | GR MAZE | PARTNER | 15.70 | 300.00 | 4,710.00 |
| 02165 | RT REDANO | PARTNER | 11.70 | 365 00 | 4,270.50 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 0.70 | 105.00 | 73 50 |
| 02079 | LM BRENNER | ASSOCIATE | 0.60 | 300 00 | 180 00 |
| 02179 | T THIGPEN | PARALEGAL | 0.50 | 135.00 | 67.50 |
| | | | 29.20 | | $9,301.50 |



**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

December 10, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176        Invoice# 1058997                    IRS# 23-1392502

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 11/30/2004 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $4,113.00 |
| DISBURSEMENTS | | |
| PRINTING & DUPLICATING | 7.80 | |
| TOTAL DISBURSEMENTS | | $7.80 |
| BALANCE DUE THIS INVOICE | | $4,120.80 |
| PREVIOUS BALANCE | | $20,521.05 |
| TOTAL BALANCE DUE | | $24,641.85 |

File # N0661-00176                                    INVOICE # 1058997
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 10/25/2004 03759 E CHAMPION | CONTACT MAGISTRATE NOWINSKI'S CLERK W/R/T EXTENSION OF TIME, EX PARTE ORDER QUERIES. | 0 20 | $21.00 |
| 10/27/2004 03659 M LEDESMA | DOCKET REVISED SCHEDULING ORDER DEADLINES. | 0 20 | $21.00 |
| 10/30/2004 02165 RT REDANO | REVIEW SETTLEMENT AGREEMENT WITH SNELL AND WILCOX AND RELATED CORRESPONDENCE PRODUCED BY TLC RE: SETTLEMENT; PREPARE EMAIL TO OPPOSING COUNSEL RE: SETTLEMENT NEGOTIAITONS | 0 60 | $219.00 |
| 11/2/2004 02165 RT REDANO | REVIEW LETTER FROM OPPOSING COUNSEL RE: SETTLEMENT AND DISCOVERY; CONFER WITH MR MAZE RE: REVIEW OF TLC'S INTERROGATORY RESPONSES; REVISE LETTER TO OPPOSING COUNSEL RE: SAME | 0 60 | $219.00 |
| 11/2/2004 02165 RT REDANO | REVIEW LETTER TO MESSRS SYMES AND HUSER RE: LETTER FROM TLC'S COUNSEL IDENTIFYING 17 NEW ACCUSED INFRINGING DEVICES | 0.20 | $73 00 |
| 11/2/2004 02522 GR MAZE | READ/REVIEW MR GOLDSTEIN'S LETTER; DRAFT RESPONSE TO MR GOLDSTEIN; DRAFT ANALYSIS FOR MR REDANO TO SEND TO MR HUSER RE THE LETTER | 2 30 | $690 00 |
| 11/3/2004 02522 GR MAZE | REVIEW/REVISE LETTER TO MR HUSER AND LETTER TO MR GOLDSTEIN RE DISCOVERY AND SETTLEMENT RELATED ISSUES | 0 30 | $90.00 |
| 11/4/2004 02165 RT REDANO | REVIEW LETTER TO MESSRS HUSER AND SYMES RE: CORRESPONDENCE FROM TLC SEEKING TO EXPAND THE SCOPE OF DISCOVERY; PREPARE EMAIL TO MESSRS HUSER AND SYMES RE: SAME; REVISE LETTER TO MR GOLDSTEIN RE: DISCOVERY ISSUES; PREPARE EMAIL TO MR MAZE RE: SAME | 0 60 | $219 00 |
| 11/8/2004 02165 RT REDANO | REVIEW LETTER FROM OPPOSING COUNSEL AND EMAILS FROM MR MAZE RE: TLC'S DISCOVERY REQUESTS | 0 30 | $109.50 |
| 11/9/2004 02165 RT REDANO | CONFER WITH MR MAZE RE: RESPONDING TO TLC'S DISCOVERY REQUESTS | 0.20 | $73.00 |
| 11/9/2004 02522 GR MAZE | TELECONFERENCE WITH MR SYMES RE DISCOVERY ISSUES AND THE NEED TO RESPOND | 0.90 | $270.00 |
| 11/10/2004 02522 GR MAZE | READ/REVIEW TLC'S NEW LETTER WITH NEW ACCUSED PRODUCTS; GENERATE | 0 70 | $210.00 |

File # N0661-00176                                    INVOICE # 1058997
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|--|-------|-------|
| | | INITIAL ANALYSIS AND DISCUSS WITH MR REDANO; DRAFT AND SEND MR SYMES AND MR HUSER EMAIL WITH NEWLY RECEIVED TLC LETTER AND ANALYSIS | | |
| 11/11/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: FOLLOWUP CORRESPONDENCE WITH TLC | 0.20 | $73.00 |
| 11/12/2004 | 02165 RT REDANO | REVIEW AND REVISE LETTER TO OPPOSING COUNSEL RE: DISCOVERY ISSUES AND CONFER WITH MR MAZE RE: SAME | 0.40 | $146.00 |
| 11/12/2004 | 02522 GR MAZE | REVIEW TLC'S THREE SEPARATE NOVEMBER LETTERS AND DRAFT RESPONSE TO TLC REGARDING THEIR 54 NEW ACCUSED DEVICES; DISCUSS WITH MR REDANO AND SEND THE RESPONSE TO TLC | 2.80 | $840.00 |
| 11/15/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: ABSENCE OF RESPONSE FROM OPPOSING COUNSEL RE: DISCOVERY SUPPLEMENTATION | 0.10 | $36.50 |
| 11/17/2004 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: ISSUES TO BE EXPLORED IN CONVERSATION WITH FAIRCHILD'S ENGINEER; CONFER WITH MR LECHNER RE: REQUEST BY FARICHILD'S ENGINEER THAT I SPEAK WITH THEIR LEGAL COUNSEL; CONFER WITH JOEL POND RE: PROTECTIVE ORDER ISSUES; SEND EMAIL TO MR POND RE: PROTECTIVE ORDER; PREPARE EMAIL TO MR HUSER RE: CONVERSATIONS WITH MESSRS POND AND LECHNER | 1.20 | $438.00 |
| 11/18/2004 | 02165 RT REDANO | CONFER WITH MR HUSER RE: LITIGATION AND SETTLEMENT STRATEGY; CONFER WITH MR HUSER RE: CONVEESATION WITH MR SYMES AND PLAN TO PRODUCE SERVICE MANUALS; PREPARE EMAIL TO MR SYMES RE: TEST PROPOSED BY MR LECHNER | 0.80 | $292.00 |
| 11/23/2004 | 02165 RT REDANO | CONFER WITH MESSRS HUSER AND MAZE RE: SETTLEMENT AND OBTAINING ADDITIONAL DOCUMENTS FROM GRASS VALLEY | 0.20 | $73.00 |
| | | TOTAL SERVICES | 12.80 | $4,113.00 |

Duane Morris
December 10, 2004
Page 4

File # N0661-00176                                    INVOICE # 1058997
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2004 | PRINTING & DUPLICATING | | 7.80 |
| | | Total: | $7.80 |
| | TOTAL DISBURSEMENTS | | $7.80 |

File # N0661-00176                                    INVOICE # 1058997
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|------|-------------|----------------|-------|--------|-----------|
| 02522 | GR MAZE | PARTNER | 7 00 | 300.00 | 2,100 00 |
| 02165 | RT REDANO | PARTNER | 5 40 | 365.00 | 1,971 00 |
| 03759 | E CHAMPION | PROJECT ASST | 0 20 | 105.00 | 21 00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 0.20 | 105.00 | 21.00 |
| | | | 12.80 | | $4,113.00 |

# DuaneMorris

COPY



*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

December 17, 2004

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176      Invoice# 1060903                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/17/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $0.00


DISBURSEMENTS
EXPERT WITNESS FEE                          6208.37
TOTAL DISBURSEMENTS                                             $6,208.37

BALANCE DUE THIS INVOICE                                        $6,208.37


TOTAL BALANCE DUE                                              $6,208.37

File # N0661-00176                                    INVOICE #  1060903
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)


| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--------|--------|
| 9/15/2004 | EXPERT WITNESS FEE | | 6,208.37 |
| | | Total: | $6,208.37 |
| | TOTAL DISBURSEMENTS | | $6,208.37 |



**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON. DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

January 10, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176      Invoice# 1063668                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $182.50

PREVIOUS BALANCE                                          $24,641.85

TOTAL BALANCE DUE                                         $24,824.35

DUANE MORRIS LLP

File # N0661-00176                                    INVOICE # 1063668
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE    ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 12/9/2004 02165 RT REDANO | PREPARE EMAIL TO MR POND OF FAIRCHILD RE: REQUEST FOR INFORMATION FROM FAIRCHILD; REVIEW INVOICE FROM MR LECHNER AND PREPARE EMIAL TO MR HUSTER RE: SAME | 0 50 | $182.50 |
| | TOTAL SERVICES | 0 50 | $182.50 |

File # N0661-00176                                  INVOICE # 1063668
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02165 | RT REDANO | PARTNER | 0.50 | 365.00 | 182.50 |
| | | | 0.50 | | $182.50 |