# EXHIBIT L – PART 7

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES



**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

January 26, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| | |
|---|---|
| File# N0661-00176    Invoice# 1067899 | IRS# 23-1392502 |
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/26/2005 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $1,606.00 |
| PREVIOUS BALANCE | $4,303.30 |
| TOTAL BALANCE DUE | $5,909.30 |

DUANE MORRIS LLP

File # N0661-00176  INVOICE # 1067899
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/11/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: PROTECTIVE ORDER AND DISCOVERY DISPUTES; REVIEW MEMO TO MS BRENNER RE: SAME; STUDY TLC'S INTERROGATORY RESPONSES | 1.70 | $620.50 |
| 6/15/2004 | 02165 RT REDANO | REVIEW EMAILS TO AND FROM MS BRENNER RE: CONFERENCE WITH THE MAGISTRATE RE: MOTION TO COMPEL; CONFER WITH MS BRENNER RE: PROCEDURAL BACKGROUND OF TLC'S MOTION TO DISMISS OR STAY IN GENNUM LITIGATION AND TLC'S APPLICATION FOR REISSUE OF THE '869 AND '250 PATENTS; CONFER WITH MS BRENNER AND MR MAZE RE: TLC'S REQUEST TO RESCHEDULE HEARING; [REDACTED]  CONFER WITH MS BRENNER RE: ENFORCING COURT ORDERED TIME LIMITS AT SYMMES DEPOSITION; REVIEW TLC'S RESPONSE TO THIRD SET OF RFP'S AND VERIFICATION OF INTERROGATORIES; REVIEW MANUALS RECEIVED FROM MR SYMMES; CONFER WITH MR MAZE RE: SAME | 2.70 | $985.50 |

*Reduced 0.2 $73.00* (handwritten)

| | | TOTAL SERVICES | 4.40 | $1,606.00 |

File # N0661-00176                                    INVOICE # 1067899
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02165 | RT REDANO | PARTNER | 4.40 | 365.00 | 1,606.00 |
|  |  |  | 4.40 |  | $1,606.00 |

# DuaneMorris

COPY

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

February 7, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| | | |
|---|---|---|
| File# N0661-00176   Invoice# 1069855 | | IRS# 23-1392502 |
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2005 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | $5,660.00 |
| DISBURSEMENTS | | |
| PRINTING & DUPLICATING | 37.20 | |
| TOTAL DISBURSEMENTS | | $37.20 |
| BALANCE DUE THIS INVOICE | | $5,697.20 |
| PREVIOUS BALANCE | | $1,788.50 |
| TOTAL BALANCE DUE | | $7,485.70 |

File # N0661-00176          INVOICE # 1069855
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/14/2005 | 02522 GR MAZE | CONFER WITH MR MAZE RE: SAME REVIEW/REVISE PROPOSED SCHEDULING ORDER; CONFER WITH MR GIBBONS; ARRANGE FOR FILING | 1.30 | $435.50 |
| 1/14/2005 | 02079 LM BRENNER | REVIEW AND REVISE UNOPPOSED MOTION AND SUPPORTING PLEADINGS, FOR SCHEDULE CONTINUANCE; SUPERVISE FILING AND SERVICE OF SAME; COMMUNICATIONS WITH COURT CONCERNING FILINGS. | 0.70 | $227.50 |
| 1/17/2005 | 02165 RT REDANO | REVIEW EMAILS FROM MESSRS HUSER AND SYMES RE: DOCUMENT PRODUCTION AND CONFER WITH MR MAZE RE: SAME | 0.30 | $118.50 |
| 1/18/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: MOTION TO AMEND SCHEDULING ORDER | 0.20 | $79.00 |
| 1/20/2005 | 02165 RT REDANO | ▓▓▓▓▓▓▓▓▓▓LITIGATION; REVIEW EMAILS FROM MESSRS SYMES AND MAZE RE: MANUALS FROM GRASS VALLEY; REVIEW NOTICE OF ENTRY OF REVISED SCHEDULING ORDER | 1.10 | $434.50 *Reduced 0.5 / 197.50* |
| 1/20/2005 | 02522 GR MAZE | REVIEW NEWLY PRODUCED DOCUMENTS; ARRANGE FOR INITIAL COPYING | 0.90 | $301.50 *0.4 $176.00* |
| 1/21/2005 | 01687 TR SCHMUHL | ▓▓▓▓▓▓▓▓ | 0.40 | $176.00 |
| 1/21/2005 | 02165 RT REDANO | REVISE AUDIT RESPONSE LETTER AND SEND TO ERNST & YOUND | 0.30 | $118.50 |
| 1/23/2005 | 02165 RT REDANO | PREPARE EMAIL TO MR MAZE RE: DEADLINES ASSOCIATED WITH JOINT PRETRIAL CONFERENCE AND TRANSMITTAL OF DOCKET ORDER TO MR HUSER | 0.30 | $118.50 |
| 1/27/2005 | 02165 RT REDANO | REVIEW MOTION TO SUBSTITUTE COUNSEL AND CONFER WITH MR MAZE RE: SAME | 0.20 | $79.00 |
| 1/27/2005 | 02522 GR MAZE | REVIEW NEW PROCEDURES OF THE E.D. CAL (DATED JAN. 2005) AND THE COURT'S SCHEDULING ORDER; GENERATE TIMELINE WITH DATES OF EVENTS AND DEADLINES UP TO TRIAL; GENERATE MEMO AND DISCUSS WITH MR REDANO; ARRANGE FOR DOCKETING OF THE DATES | 1.90 | $636.50 |
| 1/27/2005 | 03659 M LEDESMA | SEGREGATE FIRST BATCH OF PRODUCTION DOCUMENTS FROM THOMSON - ARRANGED FOR THE THOMPSON DOCUMENTS TO BE COPIED AND BATES NUMBERED. FILED BATES NUMBERED PRODUCTION IN REDWELDS AND LABELED THEM | 0.30 | $34.50 |

File # N0661-00176            INVOICE # 1069855
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/4/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: EXTENSION OF SCHEDULING ORDER DEADLINES; REVIEW SCHEDULING ORDER; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW RESPONSE; PREPARE REPLY; CONFER WITH MR GOLDSTEIN RE: EXTENSION OF SCHEDULING ORDER DEADLINES; PREPARE EMAIL TO MR NIRO RE: SAME; REVIEW RESPONSE FROM MR MCCARTHY REPORTING NO DECISION FROM THE FEDERAL CIRCUIT IN THE GENNUM LITIGATION WITH TLC | 1.10 | $434.50 |
| 1/4/2005 | 02522 GR MAZE | REVIEW CURRENT SCHEDULING ORDER DATES; REVIEW CURRENT CALENDARING AND DISCUSS SCHEDULING ISSUES WITH MR REDANO | 0.90 | $301.50 |
| 1/5/2005 | 02165 RT REDANO | REVIEW LETTER FROM OPPOSING COUNSEL RE: REVISED SCHEDULING ORDER; PREPARE PROPOSED CHANGES TO SCHEDULING ORDER DATES PROPOSED BY OPPOSING COUNSEL AND LETTER TO MR HUSER RE: SAME; REVIEW RESPONSE FROM MR HUSER RE: SAME; PREPARE LETTER TO OPPOSING COUNSEL RE; REVISIONS TO SCHEDULING ORDER | 0.70 | $276.50 |
| 1/11/2005 | 02165 RT REDANO | REVIEW LETTER FROM OPPOSING COUNSEL RE: MODIFICATIONS TO SCHEDULING ORDER; CONFER WITH MR MAZE AND PREPARE EMAIL TO MR GASEY RE: SAME | 0.30 | $118.50 |
| 1/11/2005 | 02522 GR MAZE | PREPARE INITIAL DRAFT OF UNOPPOSED SCHEDULING ORDER EXTENSION MOTION | 0.80 | $268.00 |
| 1/12/2005 | 02165 RT REDANO | REVIEW EMAIL FROM OPPOSING COUNSEL RE: SCHEDULING ORDER AND CONFER WITH MR MAZE RE: REVISIONS TO SAME; REVIEW EMAIL FROM MR MAZE TO MR GASEY RE: REVISIONS TO SCHEDULING ORDER | 0.40 | $158.00 |
| 1/12/2005 | 02522 GR MAZE | FINALIZE DRAFT OF MOTION FOR EXTENSION OF SCHEDULING ORDER; DISCUSS WITH MR REDANO; EMAIL TO OPPOSING COUNSEL | 1.90 | $636.50 |
| 1/13/2005 | 02522 GR MAZE | TELECONFERENCES WITH MR GIBBONS (TLC) REGARDING SCHEDULING ORDER MOTION; DISCUSS WITH MR REDANO; DRAFT REVISED PROPOSED MOTION AND SEND TO MR GIBBONS | 1.30 | $435.50 |
| 1/14/2005 | 02165 RT REDANO | REVIEW MOTION FOR EXTENSION AND | 0.40 | $158.00 |

Duane Morris
February 7, 2005
Page 4

File # N0661-00176  INVOICE # 1069855
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | ACCORDINGLY. | | |
| 1/31/2005 | 02165 RT REDANO | PREPARE EMAIL TO MR LECHNER RE: REVISED SCHEDULING ORDER; CONFER WITH MR MAZE RE: TLC'S ANSWERS TO INTERROGATORIES | 0.20 | $79.00 |
| 1/31/2005 | 03659 M LEDESMA | ARRANGED FOR THE SECOND GROUP OF THOMPSON DOCUMENTS TO BE COPIED AND BATES NUMBERED. FILED BATES NUMBERED PRODUCTION IN REDWELDS AND LABELED THEM ACCORDINGLY. | 0.30 | $34.50 |
| | | TOTAL SERVICES | 16.20 | $5,660.00 |

File # N0661-00176  INVOICE # 1069855
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 1/31/2005 | PRINTING & DUPLICATING | | 37.20 |
| | | Total: | $37.20 |
| | TOTAL DISBURSEMENTS | | $37.20 |

Duane Morris
February 7, 2005
Page 6

File # N0661-00176                                                     INVOICE # 1069855
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 9.00 | 335.00 | 3,015.00 |
| 02165 | RT REDANO | PARTNER | 5.50 | 395.00 | 2,172.50 |
| 01687 | TR SCHMUHL | PARTNER | 0.40 | 440.00 | 176.00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 0.60 | 115.00 | 69.00 |
| 02079 | LM BRENNER | ASSOCIATE | 0.70 | 325.00 | 227.50 |
|  |  |  | 16.20 |  | $5,660.00 |



# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

March 10, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| File# N0661-00176 | Invoice# 1076976 | | IRS# 23-1392502 |
|---|---|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 02/28/2005 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | | | $47,969.50 |
| DISBURSEMENTS | | | |
| LEXIS LEGAL RESEARCH | | 123.30 | |
| MISCELLANEOUS | | 132.81 | |
| OVERNIGHT MAIL | | 12.44 | |
| PRINTING & DUPLICATING | | 1313.41 | |
| WESTLAW LEGAL RESEARCH | | 23.52 | |
| TOTAL DISBURSEMENTS | | | $1,605.48 |
| BALANCE DUE THIS INVOICE | | | $49,574.98 |
| PREVIOUS BALANCE | | | $5,697.20 |
| TOTAL BALANCE DUE | | | $55,272.18 |

Duane Morris
March 10, 2005
Page 2

File # N0661-00176  INVOICE # 1076976
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/3/2005 | 02165 RT REDANO | REVIEW PRO HAC VICE APPLICATIONS OF OPPOSING COUNSEL | 0.20 | $79.00 |
| 2/5/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: WORK TO BE DONE PRIOR TO CLOSE OF DISCOVERY AND EXPERT DEADLINES | 0.20 | $79.00 |
| 2/7/2005 | 02165 RT REDANO | PREPARE EMAIL TO MR HUSER RE: TELEPHONE CONFERENCE TO DISCUSS LITIGATION | 0.10 | $39.50 |
| 2/8/2005 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: TELEPHONE CONFERENCE; PREPARE RESPONSE; PREPARE OUTLINE OF TASKS TO BE ACCOMPLISHED IN CASE; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR HUSER RE: SAME; REVIEW GENNUM'S DAUBERT MOTION AND MOTION IN LIMINE RE: TLC'S DAMAGE EXPERT; REVIEW CV OF TLC'S DAMAGE EXPERT; [REDACTED] PREPARE EMAIL TO MR LECHNER RE: TELEPHONE CONFERENCE; CONFER WITH MR MAZE RE; PROTECTIVE ORDER STATUS; REVIEW EMAIL FROM MR MAZE RE: SAME; REVIEW CASES CITED BY GENNUM RE: ENTRIE MARKET VALUE RULE; PREPARE EMAIL TO MR HUSER RE; SAME AND REQUEST FOR AUTHORIZATION TO PERFORM ADDITIONAL LEGAL RESEARCH ON SAME; REVIEW TLC INTERROGATORY RESPONSES ON INFRINGEMENT AND PREPARE SUMMARY OF SAME | 4.80 | $1,896.00 |
| 2/8/2005 | 02522 GR MAZE | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH MR HUSER; BEGIN REVIEW AND CATALOGING OF PRODUCTION | 2.80 | $938.00 |
| 2/8/2005 | 02079 LM BRENNER | SUPERVISE RESEARCH CONCERNING PROTECTIVE ORDER ENTERED IN JUNE OF 2004, AND EXECUTION OF SAME BY PRESIDING JUDGE. | 0.30 | $97.50 |
| 2/9/2005 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER AUTHORIZING LEGAL RESEARCH ON DAMAGES; PREPARE MEMO TO MR SZABADOS WITH RESEARCH ASSIGNMENT; REVIEW EMAIL FROM MR LECHNER RE: TELEPHONE CONFERENCE; PREPARE RESPONSE; REVIEW EMAIL FROM MR PIADE RE: | 6.80 | $2,686.00 |

*[Handwritten annotation next to 2/8/2005 RT REDANO entry: "Reduced 0.3 $118.50"]*

File # N0661-00176　　　　　　　　　　　　　　　　　　INVOICE # 1076976
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | PROTECTIVE ORDER STATUS; PREPARE RESPONSE; REVIEW EMAIL FROM MS BRENNER RE: NEW E-FILING PROCEDURES IN THE E D OF CALIF; PREPARE RESPONSE; CONFER WITH MR SZABADOS RE: PRELIMINARY RESLTS OF LEGAL RESEARCH; REVIEW EMAIL FROM MR PIADE RE: JUDGE NOWINSKI'S REFUSAL TO ENTER PROTECTIVE ORDER AND PREPARE RESPONSE REQUESTING FOLLOW UP INVESTIGATION; CONFER WITH MR SZABADOS RE: SUPPLEMENTAL RESEARCH; REVIEW MANUAL, AND SPECIFICATION SHEET AVAILABLE FROM GRASS VALLEY WEBSITE FOR 8960 DEC; CONFER WITH MR MAZE RE: PRODUCTION OF SAME; CONFER WITH MR LECHNER RE: 524 PATENT LIABILITY ANALYSIS; [REDACTED] PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: SAME; PREPARE EMAIL TO MR MCCARTHY RE: HIRING MR STRONG; CONFER WITH MR MAZE RE: FILE HISTORY OF '070 PATENT; PREPARE SUMMARY OF NONINFRINGEMENT ARGUMENTS FOR '524 PATENT; REVIEW 524 PATENT | | |
| 2/9/2005 02522 GR MAZE | BEGIN REVIEW AND CATALOGING OF DOCUMENTS TO BE PRODUCED; OBTAIN FURTHER COPIES OF DOCUMENTS OFF THE GRASS VALLEY WEBSITE FOR DOUBLE CHECKING AGAINST PRODUCTION; DISCUSS PRODUCTION ISSUES WITH MR REDANO; ARRANGE FOR PRODUCTION OF CDROM WITH '070 PATENT FILE HISTORY FOR SHIPPING TO MR SYMES | | 7.30 | $2,445.50 |
| 2/9/2005 02079 LM BRENNER | COMMUNICATIONS WITH OPPOSING COUNSEL CONCERNING NEW EASTERN DISTRICT REQUIREMENTS; SUPERVISE REGISTRATION OF G. MAZE AND R. REDANO FOR FILING WITH EASTERN DISTRICT ELECTRONICALLY. | | 0.30 | $97.50 |
| 2/9/2005 03363 RJ SZABADOS | LEGAL RESEARCH REGARDING APPROPRIATION OF LOST PROFITS TO INFRINGING ELEMENTS BUT NOT TO | | 1.30 | $331.50 |

Handwritten annotation: Reduced 0.2 $79.00

File # N0661-00176  INVOICE # 1076976
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | NON INFRINGING ELEMENTS. | | |
| 2/9/2005 | 03363 RJ SZABADOS | REVIEW TLC PRODUCTION FOR GRASS VALLEY MANUALS, SCHEMATICS AND BROCHURES. | 2.10 | $535.50 |
| 2/9/2005 | 02694 JI PIADE | RESEARCH RE STATUS OF PROTECTIVE ORDER. | 0.50 | $87.50 |
| 2/10/2005 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: APPEARANCE OF NEW COUNSEL; PREPARE RESPONSE RE: REQUESTING CLAIM INTERPRETATION BRIEFING BY NIRO FIRM IN OHIO CASE; CONFER WITH MR MAZE RE: PRODUCTION OF 8960DEC MANUAL; CONFER WITH MR SZABADOS RE: LEGAL RESEARCH ON ALLOCATION OF DAMAGES ISSUE; REVIEW SUPREME COURT DECISION IN WESTINGHOUSE RE: SAME; CONTINUE ANALYSIS OF '524 PATENT CLAIM INTERPRETATION AND INFRINGEMENT ISSUES; CONFER WITH MR MAZE RE: PROTECTIVE ORDER ENTERED BY JUDGE NOWINSKI IN OTHER CASE AND TRANSMITTAL OF 8960DEC MANUAL TO MR LECHNER; CONFER WITH MR MAZE RE: MODIFICATION OF PROTECTIVE ORDER; REVIEW DOCUEMNT PRODUCTION DATABASE SUMMARY TO IDENTIFY RELEVANT LICENSES AND SETTLEMENT AGREEMENTS; CONFER WITH MR MAZE RE: SAME; CONFER WITH GEORGE STRONG RE: ACTING AS AN DAMAGES EXPERT; PREPARE EMAIL TO MR STRONG RE: SAME; REVIEW RESPONSE FROM MR STRONG RE: SAME | 5.40 | $2,133.00 |
| 2/10/2005 | 02522 GR MAZE | CONTINUE REVIEW AND CATALOGING OF GVG PRODUCED DOCUMENTS; REVIEW JUDGE NOWINSKI'S ORDER IN ANOTHER CASE VIS A VIS PROTECTIVE ORDERS; REVAMP THE CURRENTLY FILED PROPOSED ORDER IN VIEW OF JUDGE NOWINSKI'S ORDER; DISCUSS WITH MR REDANO | 7.30 | $2,445.50 |
| 2/10/2005 | 03363 RJ SZABADOS | DRAFT SUMMARY OF GRASS VALLEY DOCUMENTS PRODUCED IN TLC PRODUCTION. | 0.70 | $178.50 |
| 2/10/2005 | 03363 RJ SZABADOS | DRAFT MEMO REGARDING RESULTS OF ALLOCATION OF PROFIT DAMAGES RESEARCH. | 0.50 | $127.50 |
| 2/10/2005 | 03363 RJ SZABADOS | MORE RESEARCH ON ALLOCATION OF DAMAGES REGARDING UNPATENTED ITEMS. | 1.50 | $382.50 |

File # N0661-00176     INVOICE # 1076976
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/10/2005 | 02694 JI PIADE | TELEPHONE CONFERENCES WITH JUDGE'S STAFF ATTORNEY AND COURT CLERK RE PROTECTIVE ORDER. DOWNLOAD AND DISTRIBUTE JUDGE'S ORDER. | 0.60 | $105.00 |
| 2/11/2005 | 02165 RT REDANO | REVISE PROTECTIVE ORDER; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR MAZE RE: REVIEW OF LICENSE AGREEMENTS; PREPARE FOR CONFERENCE WITH MR LECHNER | 1.90 | $750.50 |
| 2/11/2005 | 02522 GR MAZE | CONTINUE WITH REVIEW OF GRASS VALLEY PRODUCTION MATERIALS; REVIEW LICENSES AND LICENSE RELATED AGREEMENTS PRODUCED BY TLC; REVIEW AND REVISE PROPOSED SECOND PROTECTIVE ORDER AND DISCUSS WITH MR REDANO | 7.10 | $2,378.50 |
| 2/11/2005 | 03659 M LEDESMA | PULLED BATES NUMBERED DOCUMENTS FOR DOCUMENT REVIEW BY GRM AND RTR | 1.90 | $218.50 |
| 2/12/2005 | 02165 RT REDANO | REVIEW FEDERAL CIRCUIT DECISIONS RE: ALLOCATION OF REVENUES BETWEEN PATENTED AND UNPATENTED FEATURES; PREPARE LETTER TO MR HUSER RE: SAME AND STRATEGY TO EMPLOY REGARDING DAMAGES DISCOVERY; REVISE PROTECTIVE ORDER | 2.80 | $1,106.00 |
| 2/13/2005 | 02165 RT REDANO | PREPARE FOR CONFERENCE ON 524 PATENT WITH MR LECHNER; STUDY TLC LICENSE AGREEMENTS | 3.30 | $1,303.50 |
| 2/14/2005 | 02165 RT REDANO | CONFER WITH MR MAZE AND MR LECHNER RE: CLAIM INTERPRETATION AND NONINFRINGEMENT ISSUES FOR CLAIM 11 OF 524 PATENT; CONFER WITH RM MAZE RE: RELATED TECHNICAL ISSUES | 2.40 | $948.00 |
| 2/14/2005 | 02522 GR MAZE | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH MR LECHNER; BEGIN DRAFT OF ARGUMENT REGARDING DISCLAIMER OF TWO PLLS IN '524 PATENT; CONTINUE WITH CATALOGING | 7.90 | $2,646.50 |
| 2/14/2005 | 03659 M LEDESMA | REVIEW DOCUMENTS TO BE PRODUCED IN SEARCH OF SCHEMATICS REFERRING TO THE 8960 DEC. | 1.60 | $184.00 |
| 2/15/2005 | 02165 RT REDANO | CONFER WITH MR MAZE AND LECHNER RE: CLAIM INTERPRETATION AND NONINFRINGEMENT ARGUMENTS FOR CLAIMS 27 AND 41 OF 524 PATENT; CONFER WITH MR MAZE RE: | 3.60 | $1,422.00 |

File # N0661-00176 INVOICE # 1076976
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/15/2005 | 02522 GR MAZE | PROSECUTION HISTORY ESTOPPEL, AND CLAIM INTERPRETATION ISSUES TELECONFERENCE WITH MR LECHNER; READ/REVIEW/ANALYZE '524 PATENT FILE WRAPPER; BEGIN DRAFT OF CLAIM MEANING ASSERTIONS | 9.20 | $3,082.00 |
| 2/16/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: CLAIM INTERPRETATION AND NONINFRINGEMENT ISSUES | 0.70 | $276.50 |
| 2/16/2005 | 02522 GR MAZE | CONTINUE WITH ANALYSIS OF CLAIMS AND THEIR INTERPRETATION; DISCUSS WITH MR REDANO | 6.10 | $2,043.50 |
| 2/17/2005 | 02165 RT REDANO | [REDACTED] CONFER WITH MAZE RE: CLAIM INTERPRETATION ISSUES; [REDACTED] PREPARE FOLLOWUP EMAIL TO MR STRONG; REVIEW RESPONSE; PREPARE EMAIL TO MR HUSER RE: BUDGET ESTIMATE AND MR STRONG | 2.40 | $948.00 |

*Reduced 0.80  $316.00* (handwritten)

| | | | | |
|---|---|---|---|---|
| 2/17/2005 | 02522 GR MAZE | CONTINUE WITH CLAIM LANGUAGE ANALYSIS; FINALIZE DRAFT OF PROTECTIVE ORDER AND SEND DRAFT WITH LETTER TO OPPOSING COUNSEL TO MR HUSER FOR HIS REVIEW; DISCUSS CLAIM INTERPRETATION ISSUES WITH MR REDANO | 5.70 | $1,909.50 |
| 2/18/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: CLAIM INTERPRETATION AND NONINFRINGEMENT ISSUES | 0.90 | $355.50 |
| 2/18/2005 | 02522 GR MAZE | CONTINUE WITH '524 PATENT CLAIM LANGUAGE ANALYSIS; DISCUSS WITH MR REDANO | 7.90 | $2,646.50 |
| 2/21/2005 | 02522 GR MAZE | REVIEW/REVISE SUPPLEMENTS TO INTERROGATORIES; BEGIN PRIOR ART SEARCH FOR '524 PATENT | 6.10 | $2,043.50 |
| 2/22/2005 | 02522 GR MAZE | CONTINUE WITH PRIOR ART SEARCH FOR '524 PATENT; CONTINUE WITH REVISIONS TO SUPPLEMENTAL RESPONSES TO INTERROGATORIES; RESPOND TO MR GIBBONS RE PROTECTIVE ORDER | 8.00 | $2,680.00 |
| 2/23/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: INVALIIDITY ISSUES RE: CLAIMS OF '524 PATENT AND TRANSMITTAL OF INFORMATION TO MR LECHNER RE: SAME; CONFER WITH MR MAZE RE: TEST SUGGESTED BY MR LECHNER; | 0.90 | $355.50 |

File # N0661-00176            INVOICE # 1076976
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | PREPARE EMAIL TO MR SYMES RE; SAME | | |
| 2/23/2005 | 02522 GR MAZE | CONTINUE TO SEARCH FOR PRIOR ART; REVISE SECTION OF SUPPLEMENTAL RESPONSES TO ADDRESS '524 PATENT PRIOR ART; DISCUSS WITH MR REDANO; CORRESPOND WITH MR GIBBONS RE PROTECTIVE ORDER | 4.40 | $1,474.00 |
| 2/23/2005 | 02179 T THIGPEN | OBTAIN US PATENT NO. 4,212,027 AND TRANSMIT SAME TO MR. LECHNER. | 0.30 | $43.50 |
| 2/24/2005 | 02165 RT REDANO | STUDY ARTICLE DIGITAL PROCESSING OF VIDEO SIGNALS AND MR MAZE'S ANALYSIS RE: CLAIM INTERPRETATION ISSUES | 1.90 | $750.50 |
| 2/24/2005 | 02522 GR MAZE | REVIEW AND REVISE MOTION FOR ENTRY OF SECOND PROTECTIVE ORDER | 2.80 | $938.00 |
| 2/25/2005 | 02522 GR MAZE | CONTINUE WITH REVISIONS OF SUPPLEMENTAL RESPONSES VIS A VIS 102 AND 103 ART REFERENCES FOR THE '524 PATENT; REVIEW AND REVISE MOTION FOR ENTRY OF PROTECTIVE ORDER AND ITS EXHIBITS | 2.80 | $938.00 |
| 2/28/2005 | 02165 RT REDANO | REVIEW AND REVISE SUPPLEMENTAL INTERROGATORY RESPONSES | 0.40 | $158.00 |
| 2/28/2005 | 02522 GR MAZE | CONTINUE WITH REVISIONS TO SUPPLEMENTAL RESPONSES TO INTERROGATORIES AND PRIOR ART ANALYSIS; SEND PRIOR ART TO MR LECHNER FOR HIS ANALYSIS | 4.90 | $1,641.50 |
| 2/28/2005 | 02179 T THIGPEN | ORDER PRIOR ART PATENTS AT THE REQUEST OF MR. MAZE. | 0.30 | $43.50 |
| | | TOTAL SERVICES | 140.90 | $47,969.50 |

Duane Morris
March 10, 2005
Page 8

File # N0661-00176　　　　　　　　　　　　　　　　　　　　INVOICE # 1076976
　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 2/8/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 8.40 |
| 2/10/2005 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | | 1.05 |
| 2/10/2005 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | | 21.00 |
| 2/10/2005 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | | 34.20 |
| 2/10/2005 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | | 33.60 |
| 2/10/2005 | LEXIS LEGAL RESEARCH SZABADOS, RUDOLPH | | 22.95 |
| 2/12/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 2.10 |
| | | Total: | $123.30 |
| 2/10/2005 | OVERNIGHT MAIL PACKAGE SENT TO PETER SYMES AT THOMSON BROADCAST & MEDIA SOLU - NEVADA CITY, CA FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790915469134) | | 12.44 |
| | | Total: | $12.44 |
| 2/9/2005 | WESTLAW LEGAL RESEARCH SZABADOS,RUDY | | 23.52 |
| | | Total: | $23.52 |
| 2/23/2005 | MISCELLANEOUS DIGITAL DUPLICATING OCR RECOGNITION CD OF PATENT 070 | | 132.81 |
| | | Total: | $132.81 |
| 2/28/2005 | PRINTING & DUPLICATING | | 1,313.41 |
| | | Total: | $1,313.41 |
| | TOTAL DISBURSEMENTS | | $1,605.48 |

File # N0661-00176　　　　　　　　　　　　　　　　　　INVOICE # 1076976
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 90.30 | 335.00 | 30,250.50 |
| 02165 | RT REDANO | PARTNER | 38.70 | 395.00 | 15,286.50 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 3.50 | 115.00 | 402.50 |
| 02079 | LM BRENNER | ASSOCIATE | 0.60 | 325.00 | 195.00 |
| 03363 | RJ SZABADOS | ASSOCIATE | 6.10 | 255.00 | 1,555.50 |
| 02694 | JI PIADE | PARALEGAL | 1.10 | 175.00 | 192.50 |
| 02179 | T THIGPEN | PARALEGAL | 0.60 | 145.00 | 87.00 |
|  |  |  | 140.90 |  | $47,969.50 |