# EXHIBIT L – PART 8

## TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

COPY

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

April 15, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN   46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 1085647                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                               $69,983.50

| DISBURSEMENTS | | |
|---|---|---|
| LEXIS LEGAL RESEARCH | 25.20 | |
| MISCELLANEOUS | 24.00 | |
| PRINTING & DUPLICATING | 462.23 | |
| TELECOPY | 36.10 | |
| TOTAL DISBURSEMENTS | | $547.53 |
| BALANCE DUE THIS INVOICE | | $70,531.03 |
| TOTAL BALANCE DUE | | $70,531.03 |

File # N0661-00176                                    INVOICE # 1085647

    ILC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 3/1/2005 | 02165 RT REDANO | REVIEW MOTION FOR ENTRY OF PROTECTIVE ORDER AND CONFER WITH MR MAZE RE: SAME; REVIEW SYMES DECLARATION AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR MAZE TO MR SYMES RE: DECLARATION; CONFER WITH MR MAZE RE: ELECTRONIC FILING OF DECLARATIONS IN E D OF CALIFORNIA; CONFER WITH MR MAZE RE: SUPPLEMENTATION OF INTERROGATORY RESPONSES | 1.40 | $553.00 |
| 3/1/2005 | 02522 GR MAZE | DISCUSS MOTION FOR PROTECTIVE ORDER WITH MR REDANO AND REVISE ACCORDINGLY; TELECONFERENCE WITH MR SYMES REGARDING MOTION AND HIS DECLARATION; FILE THE MOTION WITH THE E.D. CAL. COURT | 3 10 | $1,038 50 |
| 3/2/2005 | 02522 GR MAZE | TELECONFERENCE WITH COURT COORDINATORS RE SCHEDULING THE MOTION FOR PROTECTIVE ORDER FOR HEARING; DISCUSS WITH MR REDANO | 0 70 | $234 50 |
| 3/3/2005 | 02165 RT REDANO | REVIEW AND REVISE SUPPLEMENTAL INTERROGATORY RESPONSES; CONFER WITH MR MAZE RE: SAME | 2.80 | $1,106.00 |
| 3/3/2005 | 02522 GR MAZE | DISCUSS CLAIM INTERPRETATION ISSUES WITH MR REDANO; REVISE SUPPLEMENTAL RESPONSES TO INTERROGATORIES | 1 60 | $536 00 |
| 3/3/2005 | 03659 M LEDESMA | CREATE DOCUMENT CHART FOR THE THOMSON DOCUMENTS. | 2.00 | $230.00 |
| 3/4/2005 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: INVALIDITY ISSUES WITH RESPECT TO THE '524 PATENT; CONFER WITH MR MAZE RE: REVISIONS TO SUPPLEMENTAL INTERROGATORY RESPONSES; STUDY PRIOR ART | 2 90 | $1,145 50 |
| 3/4/2005 | 02522 GR MAZE | CONTINUE WITH REVISIONS AND ANALYSES OF '524 AND '070 PATENTS AND DISCOVERY RESPONSES; TELECONFERENCE WITH MR LECHNER RE '524 PATENT PRIOR ART; DISCUSS WITH MR REDANO; READ/REVIEW FAX FROM NIRO SCAVONE AND RESPOND TO MR GIBBONS | 8.30 | $2,780 50 |
| 3/4/2005 | 03659 M LEDESMA | CREATE DOCUMENT CHART FOR THE THOMSON DOCUMENTS/PRODUCTION. | 1 70 | $195 50 |
| 3/7/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: SUPPLEMENTAL INTEROGATORY RESPONSES; REVISE LETTER TO MR | 1 40 | $553 00 |

File # N0661-00176                                    INVOICE # 1085647
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | HUSER RE: FEDERAL CIRCUIT CASES REGARDING ALLOCATION OF PROFITS TO PATENTED FEATURES OF INFRINGED CLAIMS; PREPARE EMAIL TO MR HUSER RE: DAMAGES AND HIRING MR STRONG AS AN EXPERT | | |
| 3/7/2005 | 02522 | GR MAZE | DISCUSS CLAIM INTERPRETATION ISSUES WITH MR REDANO; REVISE FIRST SUPPLEMENTARY RESPONSES TO TLC INTERROGATORIES | 3.80 | $1,273.00 |
| 3/8/2005 | 02165 | RT REDANO | REVIEW EMAIL FROM MR HUSER RE: HIRING MR STRONG; PREPARE RESPONSE; PREPARE EMAIL TO MR STRONG RE: SAME; REVIEW EMAIL FROM OPPOSING COUNSEL RE: MOTION FOR PROTECTIVE ORDER; CONFER WITH MR MAZE RE: SAME; REVISE LETTER TO OPPOSING COUNSEL RE: PROPOSED SCHEDULE FOR PROVIDING INPUT FOR JOINT STATEMENT RE: PROTECTIVE ORDER | 0.80 | $316.00 |
| 3/8/2005 | 02522 | GR MAZE | REVISE CLAIM INTERPRETATION ASSERTIONS AND DISCUSS WITH MR REDANO; READ/REVIEW LETTER FROM PAUL GIBBONS RE JOINT STATEMENT AND RESPOND TO HIM | 1.90 | $636.50 |
| 3/8/2005 | 03659 | M LEDESMA | ENTER DOCUMENTS INTO A CHART THAT WERE PRODUCED BY THOMSON FOR PRODUCTION | 1.80 | $207.00 |
| 3/9/2005 | 02179 | T THIGPEN | ORDER PRIOR ART PATENTS AT MR. MAZE'S REQUEST | 0.30 | $43.50 |
| 3/10/2005 | 02179 | T THIGPEN | ARRANGE FOR PAYMENT OF INVOICE FROM REEDFAX FOR OBTAINING PRIOR ART. | 0.10 | $14.50 |
| 3/11/2005 | 02165 | RT REDANO | PREPARE FOR CONFERENCE WITH MR LECHNER RE: INVALIDITY ISSUES FOR 070 AND 524 PATENTS; CONFER WITH MR LECHNER RE: SAME; CONFER WITH MR MAZE RE: PRIOR ART SEARCHING; REVIEW EMAIL TO MR SYMES RE; VHS TESTING OF DEC 8960; TELEPPHONE MR SYMES RE: SAME | 2.70 | $1,066.50 |
| 3/11/2005 | 02522 | GR MAZE | READ/REVIEW PRIOR ART UNCOVERED BY MR LECHNER; DRAFT JOINT STATEMENT ON DISCOVERY MATTER FOR THE COURT'S USE, PER ITS LOCAL RULES, FOR HEARING 4/6/2005 | 5.10 | $1,708.50 |
| 3/14/2005 | 02165 | RT REDANO | REVIEW EMAIL FROM MR SYMES RE: TESTING OF DEC 8960; PREPARE RESPONSE; PREPARE FOR CONFERENCE WITH MR LECHNER RE; 070 PATENT | 5.30 | $2,093.50 |

File # N0661-00176                                    INVOICE # 1085647

    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | INVALIDITY ISSUES; CONFER WITH MR LECHNER AND MR MAZE RE: 070 CLAIM INTERPRETATION AND INVALIDITY ISSUES; REVIEW NOTES RE: SAME; CONFER WITH MR MAZE RE: PROTECTIVE ORDER MOTION; REVISE STATEMENT RE: SAME | | |
| 3/14/2005 02522 GR MAZE | PREPARE FOR AND ATTEND CONFERENCE WITH MR LECHNER; REVIEW/REVISE JOINT STATEMENT FOR FILING; RESEARCH FOR ADDITIONAL PRIOR ART | 6 80 | $2,278 00 |
| 3/14/2005 02079 LM BRENNER | ASSIST IN FILING OF AMENDED NOTICE OF HEARING TO REFLECT NOWINSKI PRESIDING OVER PROTECTIVE ORDER MOTION. | 0.10 | $32 50 |
| 3/15/2005 02165 RT REDANO | | 4 80 | $1,896 00 |

*(Reduced)*

0.80  $316.00

| | PREPARE EMAIL TO MR SYMES RE: SAME; PREPARE EMAIL TO MR SYMES RE: SEARCHING FOR EVIDENCE RELATING TO DAMAGES ALLOCATION ISSUES; PREPARE EMAIL TO MR HUSER RE: PROTECTIVE ORDER MOTION, SCHEDULING ORDER AND DISCOVERY ISSUES; REVISE JOINT STATEMENT RE; PROTECTIVE ORDER; CONFER WITH MR MAZE RE: TESTING ISSUES; PREPARE SUPPLEMENTAL INTERROGATORY RESPONSES RE: CLAIM INTERPRETATION ISSUES FOR 524 PATENT; PREPARE FOR DISCUSSION OF ADDITIONAL INVALIDITY ISSUES RELATING TO 070 PATENT | | |
| 3/15/2005 02522 GR MAZE | REVIEW ADDITIONAL PRIOR ART; DISCUSS SCHEDULING WITH MR REDANO RE RESPONDING TO NIRO SCAVONE; REVISE JOINT STIPULATION RE DISCOVERY | 3 30 | $1,105.50 |
| 3/16/2005 02165 RT REDANO | CONFER WITH MR LECHNER RE: INVALIDITY ISSUES FOR ALL PATENTS IN SUIT AND CONGRUENCE BETWEEN INVALIDITY AND NONINFRINGEMENT POSITIONS; CONFER WITH MR HUSER RE: APPEARANCE AT HEARING ON APRIL 6 AND DEPOSITIONS; SECOND CONVERSATION WITH MR LECHNER RE: EXPERT REPORT AND DEPOSITIONS; | 4 80 | $1,896 00 |

File # N0661-00176                                    INVOICE # 1085647
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | CONFER WITH MR MAZE RE: MARKMAN BRIEFING ISSUES; REVISE SUPPLEMENTAL INTEROGATORY RESPONSES | | |
| 3/16/2005 02522 GR MAZE | | PREPARE FOR AND ATTEND TELECONFERENCE WITH MR LECHNER; REVIEW SUPPLEMENTAL DISCOVERY RESPONSES IN VIEW OF MR LECHNER'S REMARKS; BEGIN MARKMAN BRIEF | 7.90 | $2,646.50 |
| 3/17/2005 02165 RT REDANO | | REVISE THOMSON'S PORTION OF JOINT STATEMENT RE: PROTECTIVE ORDER; CONFER WITH MR MAZE RE: SAME; REVIEW LETTER FROM OPPOSING COUNSEL RE: DOCUMENT PRODUCTION; CONFER WITH MR MAZE RE: PRODUCTION OF NONCONFIDENTIAL DOCUMENTS; PREPARE EXPERT ISSUES FOR MR LECHNER RE: '524 PATENT INVALIDITY ISSUES; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR LECHNER RE: SAME; PREPARE EXPERT ISSUES RE: 070 PATENT | 3.40 | $1,343.00 |
| 3/17/2005 02522 GR MAZE | | REVIEW DOCUMENTS FOR PRODUCTION; REVIEW AND REVISE JOINT STATEMENT RE PROTECTIVE ORDER AND GET DRAFT TO MR HUSER | 4.20 | $1,407.00 |
| 3/18/2005 02165 RT REDANO | | PREPARE EXPERT ISSUES FOR MR LECHNER ON THE '070 PATENT; STUDY MARKMAN BRIEFS RE: 070 PATENT FROM VIDEOTEK LITIGATION; CONFER WITH MR LECHNER RE: MEANS PLUS FUNCTION CLAIM INTERPRETATION ISSUES; CONFER WITH MR MAZE RE: DOCUMENT PRODUCTION ISSUES; REVIEW EMAIL FROM MR HUSER RE; JOINT STATEMENT RE: PROTECTIVE ORDER; PREPARE EMAIL TO MR LECHNER RE: 070 PATENT INVALIDITY ISSUES; PREPARE EMAIL TO MR HUSER RE: SAME | 5.70 | $2,251.50 |
| 3/18/2005 02522 GR MAZE | | CONTINUE WITH MARKMAN BRIEF PREPARATION AND REVISION OF SUPPLEMENTAL RESPONSES TO INTERROGATORIES; TELECONFERENCES WITH NIRO SVAVONE RE PRODUCTION; REVIEW AND PULL ALL NON-PRIVILEGED DOCUMENTS FROM PRODUCTION TO PROVIDE TO TLC. | 5.90 | $1,976.50 |
| 3/20/2005 02165 RT REDANO | | CONFER WITH MR MAZE RE: | 0.50 | $197.50 |

File # N0661-00176                                    INVOICE # 1085647
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | INVALIDITY ISSUES; REVIEW EMAIL FROM MR MAZE RE: SAME | | |
| 3/20/2005 02522 GR MAZE | CONTINUE WITH SUPPLEMENTAL ANALYSIS AND DEVELOPMENT OF MARKMAN ISSUES | 3 90 | $1,306 50 |
| 3/21/2005 02165 RT REDANO | PREPARE FOR CONFERENCE WITH MR LECHNER RE: 524 PRIOR ART INVALIDITY ISSUES; CONFER WITH MR LECHNER AND MR MAZE RE: SAME; REVIEW LICENSE AGREEMENTS AND MEMO RE: PLEADING AND PROVING COMPLIANCE WITH MARKING STATUTE; CONFER WITH MESSRS ROWALD AND MAZE RE: SAME; REVIEW PRIOR DISCOVERY REQUESTS AND TLC'S ORIGINAL COMPLAINIT; REVIEW EMAIL FROM MR HUSER RE: INVALIDITY THEORIES; PREPARE EMAIL TO MR HUSER RE: INVALIDITY THEORIES IN VIDEOTEK CASE; PLEADING AND PROOF OF NOTICE REQUIRIEMENT AND ███████████ TLC'S LICENSEES AND RESEARCH RE: WILLFUL INFRINGEMENT | 4 80 | $1,896 00 |
| 3/21/2005 02522 GR MAZE | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH MR LECHNER; CONTINUE WITH SUPPLEMENTAL ANALYSIS OF '070 PATENT | 6 70 | $2,244.50 |
| 3/22/2005 02165 RT REDANO | REVIEW DRAFT INVALIDITY REPORT RE: 524 PATENT; CONFER WITH MR MAZE RE: 070 PATENT CLAIM INTERPRETATION ISSUES; REVIEW EMAIL FROM MR HUSER RE: ███████████ TLC'S LICENSEES AND AUTHORIZATION TO PERFORM RESEARCH ON WILLFUL INFRINGEMENT PLEADINGS; PREPARE MEMO TO MR MANNING RE: SAME AND CORRESPOND WITH MR MANNING RE: SAME; REVIEW SCHEDULING ORDER RE: DEADLINE FOR LEAVE TO AMEND PLEADINGS; REVIEW 9TH CIRCUIT DECISION ON RULE 15(B) AMENDMENTS TO PLEADINGS; CONFER WITH MR MAZE RE: INDEFINITENESS INVALIDITY ISSUES | 3 60 | $1,422 00 |
| 3/22/2005 02522 GR MAZE | TELECONFERENCE WITH MR LECHNER; REVISE SUPPLEMENTAL INTERROGATORY RESPONSES AND | 5.70 | $1,909 50 |

File # N0661-00176                                   INVOICE # 1085647
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | DISCUSS RELATED ISSUES WITH MR REDANO | | |
| 3/23/2005 | 02165 RT REDANO | STUDY MR LECHNER'S DRAFT REPORT ON 524 PATENT INVALIDITY; CONFER WITH MR LECHNER AND MR MAZE RE: EXPERT REPORT ON INVALIDITY ISSUES; CONFER WITH MR MAZE RE: PROTECTIVE ORDER AND CLAIM INTERPRETATION ISSUES; PREPARE LETTER TO OPPOSING COUNSEL RE: EXPERT DEPOSITION SCHEDULING | 3.30 | $1,303.50 |
| 3/23/2005 | 02522 GR MAZE | CONTINUE WITH CLAIM CHART AND MARKMAN CLAIM ISSUE DEVELOPMENT; TELECONFERENCE WITH MR LECHNER | 6.30 | $2,110.50 |
| 3/24/2005 | 02165 RT REDANO | STUDY REVISED REPORT FROM MR LECHNER RE: 524 PATENT; TELEPHONE CONFERENCE WITH MESSRS LECHNER AND MAZE RE: 524 PATENT AND 070 PATENT INVALIDITY ISSUES; SECOND TELEPHONE CONFERENCE WITH MESSRS LECHNER AND MAZE RE: SAME | 3.60 | $1,422.00 |
| 3/24/2005 | 02522 GR MAZE | TELECONFERENCES WITH MR LECHNER; REVIEW AND REVISE INFRINGEMENT AND CLAIM CONSTRUCTION DESCRIPTIONS | 7.70 | $2,579.50 |
| 3/25/2005 | 02165 RT REDANO | REVIEW DRAFT REPORT FOR '070 PATENT INVALIDITY ISSUES FROM MR LECHNER; PREPARE NOTES RE: ISSUES WHERE AMPLIFICATION IS NEEDED; CONFER WITH MR LECHNER RE: SAME; REVIEW LETTER FROM OPPOSING COUNSEL RE: EXPERT DEPOSITIONS; PREPARE LETTER TO OPPOSING COUNSEL RE: FACT WITNESS DEPOSITION SCHEDULING AND ACCESS TO CLASSIFIED DOCUMENTS BY OUTSIDE EXPERTS; CONFER WITH MR MAZE RE: SUPPLEMENTAL INTERROGATORY RESPONSES AND SERVICE OF EXPERT REPORTS; REVIEW AND REVISE SUPPLEMENTAL INTERROGATORY RESPONSES; PREPARE E-MAIL TO MR SYMES RE: OBTAINING INFORMATION ON DAMAGES AND MEETING ON APRIL 6, 2005 AFTER PROTECTIVE ORDER HEARING | 4.70 | $1,856.50 |
| 3/25/2005 | 02522 GR MAZE | ADD NON-INFRINGEMENT DETAILS TO THE '070 PATENT SECTION OF THE SUPPLEMENTAL RESPONSES. | 1.30 | $435.50 |
| 3/26/2005 | 02165 RT REDANO | REVIEW DRAFTS OF MR LECHNERS | 6.20 | $2,449.00 |

File # N0661-00176                                    INVOICE # 1085647
    TLC V. THOMSON (GRASS VALLEY E.D CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | EXPERT REPORTS ON INVALIDITY AND CONFER WITH MR LECHNER RE: SAME; REVIEW AND REVISE SUPPLEMENTAL INTERROGATORY RESPONSES AND CONFER WITH MR MAZE RE: SAME; CONFER WITH MESSRS MAZE AND LECHNER RE: INDEFINITENESS ISSUES | | |
| 3/26/2005 02522 GR MAZE | | MAKE FINAL REVISIONS TO SUPPLEMENTAL RESPONSES AND DISCUSS WITH MR REDANO AND MR LECHNER | 5.00 | $1,675.00 |
| 3/27/2005 02522 GR MAZE | | REVIEW AND REVISE RESPONSES; REVIEW AND REVISE LETTER TO MR GIBBONS; DISCUSS STRATEGY OF FILING REPORTS AND RESPONSES WITH MR REDANO | 1 30 | $435.50 |
| 3/28/2005 02165 RT REDANO | | REVIEW EMAILS FROM MR MAZE RE: LECHNER REPORT; PREPARE RESPONSE; REVIEW EMAIL FROM MR HUSER RE: CORRESPONDENCE WITH OPPOSING COUNSEL PREPARE EMAIL TO MR MAZE RE: SAME | 0 50 | $197 50 |
| 3/28/2005 02522 GR MAZE | | FINALIZE SUPPLEMENTAL RESPONSES AND EXPERT REPORTS; REVISE AND SEND LETTER TO MR GIBBONS RE ALTERNATIVE SERVICE OF EXPERT REPORTS | 7 30 | $2,445.50 |
| 3/29/2005 02165 RT REDANO | | REVIEW TLC'S EXPERT REPORTS; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR SYMES RE: COOPER'S EXPERT REPORT AND INQUIRY REGARDING ACCUSED INFRINGING PRODUCTS; CONFER WITH MR HUSER RE: OBTAINING REQUESTED TECHNICAL INFORMATION AND DISCOVERY DISPUTES; PREPARE EMAILS TO MR HERLING AND MS BRENNER RE: DISCOVERY DISPUTES; PREPARE RESPONSES; REVIEW TLC'S THIRD SET OF INTERROGATORIES AND CONFER WITH MR MAZE RE: RESPONSES TO SAME; PREPARE EMAIL TO MR HUSER RE: OBTAINING DAMAGES RELATED INFORMATION FORM TLC; REVIEW CASE LAW RE: DEFINING "DISCRETE SUBPARTS" IN INTERROGATORY RESPONSES; CONFER WITH MR MAZE RE: CLASSIFICATION OF FORTHCOMING MOTIONS RE: EXTENSION OF SCHEDULING ORDER DEADLINES, PROTECTIVE ORDER | 4.90 | $1,935 50 |

File # N0661-00176                                     INVOICE # 1085647
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | REGARDING DURATION OF RULE 30(B)(6) DEPOSITION AND SCHEDULING OF HEARINGS FOR SUCH MOTIONS | | |
| 3/29/2005 02522 GR MAZE | | READ/REVIEW EXPERT REPORTS RECEIVED FROM TLC; READ/REVIEW NEW DISCOVERY REQUESTS SENT FROM TLC; DISCUSS RESPONSES TO THESE NEW DISCOVERY REQUESTS AND STRATEGIES WITH MR REDANO | 6 80 | $2,278 00 |
| 3/29/2005 03161 D MANNING | | RESEARCHING MEMORANDUM REGARDING AMENDING COMPLAINTS UNDER FEDERAL RULES OF CIVIL PROCEDURE | 1.00 | $220.00 |
| 3/29/2005 02179 T THIGPEN | | ARRANGE FOR PAYMENT OF INVOICE FROM REEDFAX FOR OBTAINING PRIOR ART | 0 10 | $14 50 |
| 3/30/2005 02165 RT REDANO | | PREPARE EMAIL TO MR HUSER RE: DEPOSITION NOTICES; CONFER WITH MR SYMES RE: DEPOSITIONS AND ACCUSED INFRINGING DEVICES CONTAINING FAIRCHILD CHIP; CONFER WITH MR HUSER RE: DEPOSITIONS AND DISCOVERY MOTIONS; STUDY COOPER EXPERT REPORT, THOMSON'S DISCOVERY RESPONSES, AND SCHEDULING ORDER; PREPARE EMAIL TO MESSRS SYMES AND HUSER RE: SETTLEMENT CONFERENCE; REVIEW EMAIL FROM MR MAZE RE: SUPPLEMENTATION OF INTERROGATORY RESPONSES AND PREPARE RESPONSE THERETO | 4 30 | $1,698 50 |
| 3/30/2005 02522 GR MAZE | | PREPARE SUPPLEMENTAL INTERROGAORY RESPONSES TO REFLECT NEW IDENTIFICATION OF ACC USED PRODUCTS; ANALYZE DIFFERENCE BETWEEN TLC'S AND THOMSON'S POSITIONS ON CLAIM INTERPRETATION | 6 00 | $2,010 00 |
| 3/30/2005 03161 D MANNING | | RESEARCHING MEMORANDUM REGARDING AMENDING COMPLAINTS UNDER FEDERAL RULES OF CIVIL PROCEDURE | 1 20 | $264.00 |
| 3/30/2005 03659 M LEDESMA | | DOWNLOAD J. CARL COOPER AND JOSEPH GEMINI'S EXPERT REPORTS ALONG WITH THEIR ATTACHMENTS DOCUMENT RECEIPT OF SUCH IN CASE MANAGEMENT CHART. FORWARD COPIES OF J. CARL COOPER'S EXPERT REPORT TO BERNIE LECHNER AND RICK HUSER FOR THEIR REVIEW VIA FED EX. | 1 00 | $115 00 |

Duane Morris
April 15, 2005
Page 10

File # N0661-00176                                    INVOICE # 1085647
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 3/31/2005 02165 RT REDANO | CONFER WITH MR HUSER RE: THOMSON DISCOVERY AND DEPOSITIONS; CONFER WITH MR MAZE RE: PROTECTIVE ORDER MOTION; REVIEW AND REVISE JOINT STATEMENT RE: PROTECTIVE ORDER MOTION; PREPARE EMAIL TO MR STRONG; CONFER WITH MR STRONG RE: EXPERT REPORT; CONFER WITH MR MANNING RE: LEGAL RESEARCH ON TLC'S ABILITY TO AMEND COMPLAINT TO ADD PLEADINGS REGARDING NOTICE OR MARKING | 1 80 | $711 00 |
| 3/31/2005 02522 GR MAZE | READ/REVIEW TLC'S INPUT TO THE JOINT STATEMENT ON DISCOVERY; REVISE THE JOINT STATEMENT; BEGIN RESPONSE MODIFICATIONS; DISCUSS WITH MR REDANO | 4 20 | $1,407.00 |
| 3/31/2005 03161 D MANNING | | 4 00 | $880 00 |
| | TOTAL SERVICES | 202.30 | $69,983 50 |

DUANE MORRIS llp

File # N0661-00176                                INVOICE #  1085647
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 3/21/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 25.20 |
| | | Total: | $25.20 |
| 3/16/2005 | MISCELLANEOUS PRIOR ART | | 24.00 |
| | | Total: | $24.00 |
| 3/31/2005 | TELECOPY | | 36.10 |
| | | Total: | $36 10 |
| 3/31/2005 | PRINTING & DUPLICATING | | 462.23 |
| | | Total: | $462 23 |
| | TOTAL DISBURSEMENTS | | $547 53 |

File # N0661-00176                              INVOICE #  1085647
      TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|------|------------|----------------|--------|--------|-------------|
| 02522 | GR MAZE | PARTNER | 114.80 | 335 00 | 38,458.00 |
| 02165 | RT REDANO | PARTNER | 74 20 | 395 00 | 29,309.00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 6.50 | 115 00 | 747 50 |
| 03161 | D MANNING | ASSOCIATE | 6.20 | 220 00 | 1,364.00 |
| 02079 | LM BRENNER | ASSOCIATE | 0 10 | 325 00 | 32.50 |
| 02179 | T THIGPEN | PARALEGAL | 0.50 | 145.00 | 72.50 |
|       |            |           | 202 30 |        | $69,983.50 |



# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

May 13, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC
POST OFFICE BOX 1976
INDIANAPOLIS, IN  46206-1976

TLC V THOMSON (GRASS VALLEY E D. CALIF )

File# N0661-00176          Invoice# 1090934                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $138,341 00

DISBURSEMENTS
AIR TRAVEL                                    6030.30
LEXIS LEGAL RESEARCH                          1530.75
MESSENGER SERVICE                               17.75
MISCELLANEOUS                                   20.00
OVERNIGHT MAIL                                 118.85
PRINTING & DUPLICATING                          93.60
PRINTING & DUPLICATING - EXTERNAL             1504.71
TOTAL DISBURSEMENTS                                            $9,315.96

BALANCE DUE THIS INVOICE                                      $147,656.96

TOTAL BALANCE DUE                                             $147,656.96

DUANE MORRIS LLP

File # N0661-00176                                    INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 4/1/2005 02165 RT REDANO | CONFER WITH OPPOSING COUNSEL RE: DISCOVERY; PREPARE LETTER TO OPPOSING COUNSEL RE: MOTION TO FILE; REVIEW JOINT STATEMENT; CONFER WITH MR MAZE RE: FILING OF JOINT STATEMENT; CONFER WITH MR LECHNER RE: REQUEST FOR TECHNICAL INFORMATION FROM THOMSON; PREPARE EMAIL TO MR SYMES RE: SAME; REVIEW MOTION TO SUBSTITUTE PARTY BY TLC AND SUPPORTING BRIEF; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR BRYARS RE: LIST OF THOMSON PRODUCTS CONTAINING TMC22X5Y CHIP; REVIEW LIST AND CONFER WITH MR MAZE RE: SAME; CONFER WITH PARALEGAL RE: DEPOSITIONS IN SACRAMENTO; PREPARE EMAIL TO MR BRYARS RE: CONTACT INFORMATION FOR MR BOYCE; REVIEW RESPONSE; ▮▮▮▮▮▮▮▮▮▮▮ REVIEW RESPONSE; REVIEW AND REVISE EMAIL FROM MR MAZE RE: REQUEST FOR REVIEW OF PRODUCT TABLES BY GRASS VALLEY | 4 30 | $1,698.50 |
| | | | *Reduced* |
| | | | *0.2 $79.00* |
| 4/1/2005 02522 GR MAZE | REVIEW AND REVAMP JOINT STATEMENT; FINALIZE AND FILE | 4 30 | $1,440.50 |
| 4/1/2005 03161 D MANNING | RESEARCHING AND DRAFTING MEMO REGARDING AMENDING COMPLAINTS AFTER SCHEDULING ORDER DEADLINE | 6 90 | $1,518 00 |
| 4/2/2005 02165 RT REDANO | STUDY COOPER'S EXPERT REPORT; PREPARE EXPERT ISSUES RE: INTERPRETATION OF MEANS PLUS FUNCTION LIMITATIONS IN THE 524 PATENT; PREPARE EMAIL TO ME LECHNER RE: SAME | 1 80 | $711 00 |
| 4/2/2005 02522 GR MAZE | REVIEW "AS USED" LIST AND CREATE CHART OF PRODUCTS AND TLC ASSERTIONS; SEND CHART TO GRASS VALLEY AND ASK FOR RESPONSE TO CHART VIS A VIS USE OF TMC CHIP AND IN LIGHT OF CATEGORIES SHOWN IN TABLE | 2 70 | $904 50 |
| 4/3/2005 02165 RT REDANO | STUDY COOPER'S EXPERT REPORT AND TLC'S PRIOR INTERROGATORY RESPONSES RE: INFRINGEMENT; CONFER WITH MR LECHNER RE: 524 NONINFRINGEMENT ISSUES AND | 1.40 | $553 00 |

File # N0661-00176                                          INVOICE # 1090934
TLC V. THOMSON (GRASS VALLEY E D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | EXPERT DEPOSITIONS; PREPARE LETTER TO OPPOSING COUNSEL RE: EXPERT DEPOSITION SCHEDULE | | |
| 4/4/2005 | 02165 RT REDANO | REVISE LETTER TO OPPOSING COUNSEL RE: DEPOSITION OF MR LECHNER; REVIEW EMAILS FROM MR HUSER AND MR SYMES RE: MEETING AT GRASS VALLEY; PREPARE EMAIL TO MR SYMES RE: SAME; PREPARE MOTION FOR LEAVE TO SUPPLEMENT REBUTTAL EXPERT REPORTS; REVIEW EMAIL FROM MS BRENNER RE: CANCELLATION OF HEARING; REVIEW PROTECTIVE ORDER ENTERED BY COURT; SEND EMAIL TO MESSRS HUSER AND SYMES TRANSMITTING PROTECTIVE ORDER; CONFER WITH MR MAZE RE: INTERPRETATION OF ORDER; REVIEW LETTER TO OPPOSING COUNSEL RE: SAME; PREPARE EMAILS TO MR STRONG TRANSMITTING PROTECTIVE ORDER AND TLC'S EXPERT REPORTS; CONFER WITH MR STRONG AND MR DALBECK RE: DAMAGES ANALYSIS AND SCHEDULE FOR REBUTTAL REPORT; CONFER WITH PARALEGAL RE: PRODUCTION OF LICENSE AGREEMENTS; CONFER WITH MR HUSER RE: PROTECTIVE ORDER, AND MEETING WITH MR SYJES AT GRASS VALLEY; PREPARE EMAIL TO MR SYMES RE: SAME; REVIEW RESPONSE;: PREPARE MOTION TO LIMIT THOMSON'S 30(B)(6) DEPOSITION AND EMAIL TO MR MAZE RE: SAME; REVIEW EMAIL FROM MR DALBECK RE: EXPERT REPORT; PREPARE RESPONSE; CONFER WITH MR BROOKS RE: DAMAGES INFORMATION NEEDED | 7.60 | $3,002 00 |
| 4/4/2005 | 02522 GR MAZE | READ/REVIEW PROTECTIVE ORDER AND SEND LETTER TO MR GIBBONS RE LANGUAGE; COMPLETE AND FILE MOTION FOR EXTENSION OF TIME TO RESPOND TO EXPERT REPORTS | 2.40 | $804 00 |
| 4/4/2005 | 02079 LM BRENNER | RESEARCH LOCAL RULES AND ASSIST IN FILING OF MOTION SEEKING RELIEF WITH REGARD TO EXPERT REPORT/DISCLOSURES | 0 60 | $195 00 |
| 4/4/2005 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH JUDICIAL CLERK CONCERNING MOTION FOR PROTECTIVE ORDER AND | 0 10 | $32.50 |

File # N0661-00176                                        INVOICE # 1090934
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | SCHEDULING CONCERNING SAME. | | |
| 4/4/2005 03659 M LEDESMA | DRAFT NOTICES OF DEPOSITIONS FOR J. CARL COOPER AND TLC. MAKE ARRANGEMENTS FOR CONFERENCE ROOM IN SACRAMENTO. | 0.80 | $92.00 |
| 4/5/2005 02165 RT REDANO | CONFER WITH MR LECHNER RE: 524 INFRINGEMENT ISSUES; CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR POND RE: CONFERENCES BETWEEN MESSRS LECHNER AND TOLE; PREPARE RESPONSE; REVIEW REPLY; PREPARE EMAIL TO MR LECHNER RE: SAME; TRAVEL TO SACRAMENTO; REVIEW TLC'S MOST RECENT DISCOVERY REQUESTS AND EXPERT CORRESPONDENCE WITH OPPOSING COUNSEL RE: INFRINGING DEVICES | 10.20 | $4,029.00 |
| 4/5/2005 02522 GR MAZE | REVISE MOTION TO QUASH AND RESCHEDULE 30(B)(6) DEPOSITION; COMMUNICATE WITH MR GIBBONS AND HIS COPY SERVICE RE PRODUCTION | 6.10 | $2,043.50 |
| 4/5/2005 02179 T THIGPEN | TRANSMIT CORRESPONDENCE FROM MR. MAZE TO MR. REDANO. | 0.30 | $43.50 |
| 4/6/2005 02165 RT REDANO | TRAVEL TO GRASS VALLEY; MEET WITH MR SYMES TO DISCUSS INFRINGEMENT AND DISCOVERY ISSUES, PATENTS COVERING THOMSON PRODUCTS, WHICH ACCUSED AND PRODUCTS USE FAIRCHILD CHIPS, AND PRIOR CORRESPONDENCE WITH TLC; TELEPHONE CONFERENCE WITH MR OLSEN OF CORNERSTONE RESEARCH RE: DAMAGES ISSUES; CORRESPOND WITH MR POND OF FAIRCHILD RE: CONFERENCE CALL BETWEEN MR LECHNER AND MR TOHL; CONFER WITH MR MAZE RE: DISCOVERY ISSUES AND SETTING UP CONFERENCE CALL WITH MR LECHNER; MEET WITH MR BRYARS RE: DATABASE INDICATING USES OF FAIRCHILD CHIPS | 9.20 | $3,634.00 |
| 4/6/2005 02522 GR MAZE | FINALIZE AND FILE MOTION FOR PROTECTIVE ORDER ON DEPOSITIONS; CONTINUE WITH RESPONSES TO NEW INTERROGATORIES AND REQUESTS FOR PRODUCTION; TELECONFERENCE WITH MR REDANO AND MR SYMES; TELECONFERENCE WITH MR OLSEN; TELECONFERENCE WITH MR LECHNER | 8.10 | $2,713.50 |
| 4/6/2005 03617 KA CARMODY | REVIEW FOR ATTORNEY CORRESPONDENCE AND LABEL OF | 6.60 | $759.00 |

File # N0661-00176                                  INVOICE # 1090934
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| 4/6/2005 | 03659 M LEDESMA | DOCUMENTS TO BE PRODUCED TO TLC. PREPARE AND SERVE NOTICES OF DEPOSITONS OF CARL COOPER AND TLC | 0 90 | $103.50 |
| 4/6/2005 | 03659 M LEDESMA | GATHER EXHIBITS AND PREPARE THEM FOR E-FILING OF DEFENDANT THOMSON, INC'S NOTICE OF MOTION AND MOTION TO LIMIT THE RULE 30(B)(6) DEPOSITION OF THOMSON AND TO RESCHEDULE SUCH DEPOSITION. | 1 10 | $126.50 |
| 4/7/2005 | 02165 RT REDANO | MEET WITH MR SYMES; HOLD CONFERENCE CALL WITH MR LECHNER RE: CLAIM INTERPRETATION AND INFRINGEMENT ISSUES; MEET WITH MR BROOKS RE: FINANCIAL ISSUES; MEET WITH MESSRS HAUKE AND ZELHOFER RE: ENGINEERING ISSUES; REVIEW TLC'S THIRD SET OF DOCUMENT REQUESTS; RETURN TO SACRAMENTO; CONFER WITH MR MAZE RE: DISCOVERY ISSUES | 10 30 | $4,068.50 |
| 4/7/2005 | 02522 GR MAZE | CONTINUE WITH DOCUMENT PRODUCTION; CONTINUE WITH PREPARATION OF INTERROGATORY RESPONSES; TELECONFERENCE WITH MR LECHNER; DISCUSS STATUS WITH MR REDANO; CORRESPOND WITH MR GIBBONS | 4 80 | $1,608.00 |
| 4/7/2005 | 02179 T THIGPEN | CONFERENCE WITH MR MAZE AND MS. LEDESMA REGARDING DOCUMENT PRODUCTION. | 0 60 | $87.00 |
| 4/7/2005 | 03617 KA CARMODY | REVIEW FOR ATTORNEY CORRESPONDENCE AND LABEL OF DOCUMENTS TO BE PRODUCED TO TLC | 6 40 | $736.00 |
| 4/8/2005 | 02165 RT REDANO | CONFER WITH MR MAZE RE: NOTICE REGARDING DEPOSITIONS, IDENTIFICATION OF PROPER DEFENDANT BY TLC AND DOCUMENT PRODUCTION; SEND EMAIL TO MR SYMES RE: VERIFICATION OF NO PRODUCTS SOLD OR OFFERED FOR SALE BY THOMSON INC; PREPARE LETTER TO MR HUSER RE: ▮▮▮▮ ▮▮▮▮▮▮▮▮TLC'S FAILURE TO SUE THOMSON BROADCAST MEDIA AND SOLUTIONS; RETURN TO HOUSTON FROM SACRAMENTO; CONFER WITH MR MAZE RE: CORRESPONDENCE RECEIVED FROM OPPOSING COUNSEL; REVIEW SAME | 6 90 | $2,725 50 |
| 4/8/2005 | 02522 GR MAZE | CONTINUE WITH ANALYSIS OF | 5 70 | $1,909.50 |

File # N0661-00176                                    INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|--|-------|-------|
| | | REQUEST FOR PRODUCTION; TELECONFERENCE WITH MR SYMES; REVIEW DOCUMENT PRODUCTION STATUS; CORRESPOND WITH MR GIBBONS RE BYCE DEPO; FILE AMENDED NOTICE OF HEARING FOR PROTECTIVE PARTY ORDER RE 30(B)(6) DEPO | | |
| 4/8/2005 02179 T THIGPEN | | ASSIST IN PREPARATION OF DOCUMENT PRODUCTION. | 0.70 | $101.50 |
| 4/8/2005 03659 M LEDESMA | | FORMATTED DISCOVERY RESPONSES IN PREPARATION FOR RESPONSES. CREATED LETTER TO MR GIBBONS FORWARDING SECOND SUPPLEMENTAL RESPONSES TO TLC'S 2ND AND 3RD INTERROGATORIES. | 1.10 | $126.50 |
| 4/9/2005 02522 GR MAZE | | READ/REVIEW/REVISE MEMO RE WRONG PARTY BEING SUED | 0.40 | $134.00 |
| 4/10/2005 02165 RT REDANO | | PREPARE TABLE SUMMARIZING PROPOSED RESPONSES TO TLC'S THIRD RFP'S AND CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR MAZE RE: SUPPLEMENTATION OF INITIAL DISCLOSURES TO ADD ADDITIONAL FACT WITNESSES; REVIEW PROPOSED REVISIONS TO LETTER TO MR HUSER RE: LITIGATION STRATEGY; CONFER WITH MR MAZE RE: PRODUCTION OF WITNESSES TO 30(B)(6) NOTICE AND DOCUMENT PRODUCTION | 4.20 | $1,659.00 |
| 4/10/2005 02522 GR MAZE | | REVIEW DOCUMENT PRODUCTION AND CASE STRATEGY WITH MR REDANO; RESEARCH 9TH CIRCUIT CASE LAW ON CORPORATE LIABILITY | 2.70 | $904.50 |
| 4/11/2005 02165 RT REDANO | | REVIEW DOCUMENTS TO BE PRODUCED BY THOMSON; CONFER WITH PARALEGAL RE: DOCUMENT PRODUCTION; REVIEW EMAIL FROM MR MAZE AND CASE RE: RESPECT FOR CORPORATE ENTITY; REVIEW LETTER FROM OPPOSING COUNSEL RE: RESCHEDULING OF SYMES DEPOSITION; PREPARE EMAIL TO MESSRS HUSER AND SYMES RE: RESPONSE TO SAME; RECEIVE EMAIL FROM MR SYMES RE: DEPOSITION SCHEDULING; PREPARE RESPONSE; REVIEW NOTICES OF DEPOSITION FOR TLC AND CARL COOOPER; PREPARE LETTER TO OPPOSING COUNSEL RE: SAME; TELEPHONE CONFERENCE WITH MR OLSEN OF CORNERSTONE RE: DAMAGES | 5.60 | $2,212.00 |

File # N0661-00176                                              INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| | | ISSUES; PREPARE SUPPLEMENTAL INITIAL DISCLOSURES AND PREPARE EMAIL TO MR SYMES RE:SAME; REVIEW RESPONSE; REVIEW LETTER FROM OPPOSING COUNSEL AND REVISED NOTICE OF DEPOSITION OF MR BOYCE; CONFER WITH MR MAZE RE: LETTER TO OPPOSING COUNSEL RE: DEPOSITION OF MR BOYCE, SUPPLEMENTAL INITIAL DISCLOSURES, AND ORDER STAYING CASE WITH RESPECT TO 070 AND 524 PATENTS; REVIEW AND REVISE LETTER TO OPPOSING COUNSEL RE: PRODUCTION OF MISSING LICENSE AGREEMENTS; CONFER WITH MR OLSEN RE: DAMAGES ANALYSIS; REVIEW ANSWER TO ORIGINAL COMPLAINT AND CONFER WITH MR MAZE RE: SAME; PREPARE LETTER TO MR HUSER RE: STRATEGY ISSUES; PREPARE EMAIL TO MR MAZE RE: MAGISTRATE' NOWISNSKI'S RULING ON WORK PRODUCT WAIVER | | |
| 4/11/2005 02522 GR MAZE | | RESEARCH AND ANALYZE THOMSON'S POSITION VIS A VIS WRONG PARTY BEING SUED; DISCUSS AT LENGTH WITH MR REDANO | 6.50 | $2,177.50 |
| 4/11/2005 02179 T THIGPEN | | ASSIST IN DOCUMENT PRODUCTION. | 0.40 | $58.00 |
| 4/12/2005 02165 RT REDANO | | REVIEW MULTIPLE CORRESPONDENCE FROM OPPOSING COUNSEL RE: DISCOVERY ISSUES, CONFER WITH MR MAZE RE: SAME AND PREPARE RESPONSES; CONFER WITH MR LECHNER RE: DEPOSITION SCHEDULING; CONFER WITH MR MAZE RE: TLC'S MOTION TO SUBSTITUTE A PARTY; PREPARE OUTLINE OF LETTER TO OPPOSING COUNSEL RE: OFFER TO ALLOW TLC TO AMEND COMPLAINT; PREPARE EMAIL TO MR SYMES RE: DEPOSITIONS OF THOMSON FACT WITNESSES; REVIEW TLC'S FIRST SUPPLEMENTAL INTERROGATORY RESPONSES AND CONFER WITH MR MAZE RE: SAME | 4.70 | $1,856.50 |
| 4/12/2005 02522 GR MAZE | | READ/REVIEW/RESPOND TO NEW TLC FAXES; DISCUSS FURTHER PROCEEDINGS STRATEGIES WITH MR REDANO; GENERATE OBJECTIONS TO DEPOSITION TOPIC AREAS; FURTHER INVESTIGATE RES JUDICATA AND | 3.70 | $1,239.50 |

File # N0661-00176                                    INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/12/2005 03659 M LEDESMA | CORPORATE LIABILITY ANALYSIS PREPARED LETTER TO CORNERSTONE RESEARCH (OUR EXPERTS) FORWARDING SECOND SET OF LICENSE AGREEMENTS AND SETTLEMENT AGREEMENTS. DOCKETED HEARING DATE OF 05-02-05; RESPONSE DATE; AND REPLY DATE FOR PLAINTIFF'S MOTION FOR SUBSTITUTION OF A PARTY DUE TO TRANSFER OF INTEREST PURSUANT TO FRCP 25(C) SERVED SEVERAL LETTERS VIA FAX TO OPPOSING COUNSEL SERVED SUPPLEMENTAL INITIAL DISCLOSURES. | | 3 80 | $437 00 |
| 4/13/2005 02165 RT REDANO | PREPARE TABLES SUMMARIZING DOCUMENT REQUESTS AND DEPOSITION NOTICES; PREPARE FOR CALL WITH MR HUSER; HOLD CONFERENCE CALL WITH MR HUSER; CONFER WITH MR SYMES RE: DEPOSITION SCOPE AND SCHEDULING; REVIEW LETTER FROM OPPOSING COUNSEL RE: DEPOSITION SCHEDULES AND PREPARE RESPONSE; CONFER WITH MR HUSER RE: TBMS ACQUISITION AND HISTORY AND MR FREELAND'S ROLE AS A WITNESS; PREPARE EXPERT ISSUES FOR MR LECHNER; REVIEW EMAILS FROM MR BROOKS RE; DOCUMENT REQUESTS; CONFER WITH MR MAZE RE: IDENTIFICATION OF MR FREELAND AS A WITNESS; PREPARE EMAIL TO MR HUSER RE: SAME | | 8 30 | $3,278.50 |
| 4/13/2005 02522 GR MAZE | TELECONFERENCE WITH MR HUSER RE STATUS AND STRATEGY; RESEARCH INTO ISSUES FOR MAY 2 AND MAY 4 HEARINGS; REVIEW AND REVISE JOINT STATEMENT FOR MAY 4 HEARING | | 7.70 | $2,579 50 |
| 4/13/2005 03659 M LEDESMA | PREPARED LETTER TO MR GIBBONS FORWARDING PRODUCTION RESPONSIVE TO DISCOVERY DOCKET DEADLINES REGARDING JT STATEMENT DUE, WHEN IT IS DUE TO THOMSON; WHEN IT IS DUE TO TLC AND WHEN IT IS DUE TO BE FILED, LABEL AND COPY PRODUCTION TO TLC DOCKET THOMSON'S NOTICE OF MOTION AND MOTION FOR LEAVE TO SUPPLEMENT REBUTTAL EXPERT REPORTS. | | 1.90 | $218 50 |
| 4/14/2005 02165 RT REDANO | REVIEW EMAILS TO AND FROM | | 7.40 | $2,923 00 |