# EXHIBIT L – PART 9

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

File # N0661-00176 INVOICE # 1090934
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | OPPOSING COUNSEL RE: SCHEDULING OF THOMSON WITNESS DEPOSITIONS; REVIEW AND REVISE LETTER TO OPPOSING COUNSEL RE: PRODUCTION OF THOMSON WHERE USED REPORT AND DEPOSITION OF MR BRYARS; PREPARE EXPERT ISSUES FOR MR LECHNER RE: INFRINGEMENT OF 524 PATENT; CONFER WITH MR MAZE RE:SAME; REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL RE: SCHEDULING OF HEARING RE: THOMSON'S MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL EXPERT REPORT; CONFER WITH MS BRENNER RE: SAME; REVIEW DRAFT MOTION FROM MS BRENNER RE: SCHEDULING OF HEARING | | |
| 4/14/2005 02522 GR MAZE | | RESOLVE DISCOVERY ISSUES, INCLUDING NOTICE OF HEARING ISSUES AND DEPOSITIONS; CONTINUE WITH ANALYSIS OF DOCUMENTS AND DRAFTING OF RESPONSES TO REQUEST FOR PRODUCTION AND INTERROGATORIES; CORRESPOND WITH MSSRS MAHALEC AND GIBBONS | 8 20 | $2,747.00 |
| 4/14/2005 02079 LM BRENNER | | PREPARE MOTION AND PROPOSED ORDER CONCERNING EXTENSION OF SERVICE DEADLINE WITH REGARD TO MOTION FOR FILING EXPERT REBUTTAL REPORTS; COMMUNICATIONS WITH COURT CONCERNING SAME; RESEARCH LOCAL RULES IN SUPPORT OF SAME; SUPERVISE FILING AND SERVICE OF SAME; STRATEGIZE AND ASSIST WITH RESEARCH CONCERNING SPECIFIC LEGAL STANDARDS GOVERNING DEPOSITION DISCOVERY TO TAKE PLACE SHORTLY IN CASE | 2 80 | $910.00 |
| 4/15/2005 02165 RT REDANO | | PREPARE EXPERT ISSUES FOR MR LECHNER RE: 070 AND 524 PATENT INFRINGEMENT ISSUES; CONFER WITH MR OLSEN RE: DAMAGES REPORT; CONFER WITH MR LECHNER RE: INFRINGEMENT ISSUES; CONFER WITH MR MAZE AND MS BRENNER RE; MOTION TO COMPEL LICENSE AGREEMENTS OR, ALTERNATIVELY, TO LIMIT GEMINI'S EXPERT TESTIMONY ON DAMAGES; SEND MS BRENNER RELEVANT DISCOVERY REQUESTS AND | 5 80 | $2,291.00 |

File # N0661-00176                                    INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| | | PRIOR ORDER COMPELLING DOCUMENT PRODUCTION; CONFER WITH MR MAZE RE: SAME | | |
| 4/15/2005 | 02522 GR MAZE | PREPARE FOR UPCOMING DEPOSITIONS; CONTINUE WITH REVISIONS TO RESPONSES TO THIRD REQUESTS FOR DISCOVERY; CONTINUE WITH REVISION TO THIRD SUPPLEMENTAL SET OF RESPONSES TO TLC'S INTERROGATORIES | 7.10 | $2,378.50 |
| 4/15/2005 | 02079 LM BRENNER | DETAILED ANALYSIS AND REVIEW OF ALL PLEADINGS, ORDERS, DOCUMENTS AND DISCOVERY RESPONSES IN SUPPORT OF MOTION TO COMPEL SPECIFIC LICENSE AGREEMENTS REFERRED TO BY PLAINTIFF AND ITS EXPERT; RESEARCH LOCAL AND FEDERAL RULES GOVERNING SPECIFIC TYPES OF MOTIONS TO COMPEL; PREPARE FIRST AND SECOND DRAFTS OF MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH DISCOVERY ORDERS ISSUED BY JUDGE NOWINSKI | 4.40 | $1,430.00 |
| 4/15/2005 | 03659 M LEDESMA | PREPARED CHART OF DOCUMENT PRODUCTION REFERENCING DOCUMENTS THAT HAVE BEEN PRODUCED AND THEIR CLASSIFICATIONS WITHIN THE CHART. | 3.10 | $356.50 |
| 4/16/2005 | 02165 RT REDANO | PREPARE EXPERT ISSUES FOR MR LECHNER RE: INFRINGEMENT OF 070 PATENT | 1.30 | $513.50 |
| 4/17/2005 | 02165 RT REDANO | PREPARE FOR CONFERENCE WITH MR LECHNER RE: 524 PATENT INFRINGEMENT ISSUES; HOLD TELEPHONE CONFERENCE WITH MR LECHNER AND MR MAZE RE: 524 PATENT INFRINGEMENT ISSUES; REVIEW VOICEMAIL FROM MR HUSER RE: IDENTIFICATION OF MR FREELAND IN SUPPLEMENTAL INITIAL DISCLOSURES | 3.10 | $1,224.50 |
| 4/17/2005 | 02522 GR MAZE | TELECONFERENCE WITH MR HAUCKE; PREPARE FOR MR BYARS' DEPO | 0.70 | $234.50 |
| 4/17/2005 | 03617 KA CARMODY | PREPARED DOCUMENTS IN RESPONSE TO PRODUCTION OF DOCUMENTS REQUEST | 3.50 | $402.50 |
| 4/18/2005 | 02165 RT REDANO | REVIEW LETTER FROM OPPOSING COUNSEL RE: PROTECTIVE ORDER ISSUES; PREPARE RESPONSE THERETO; PREPARE THIRD SUPPLEMENTAL INITIAL DISCLOSURES AND LETTER TO | 4.20 | $1,659.00 |

File # N0661-00176                                  INVOICE # 1090934
TLC V. THOMSON (GRASS VALLEY E D CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| | | OPPOSING COUNSEL RE: SAME; REVIEW SUBPOENA AND DOCUMENT REQUEST FOR MR LECHNER; PREPARE SAME FOR MR COOPER; CONFER WITH MESSRS DALBECK AND OLSEN RE: DAMAGES ANALYSIS; CONFER WITH PARALEGAL RE: FORWARDING LICENSE AGREEMENTS TO DAMAGES EXPERT AND REVIEW LETTER RE: SAME; CONFER WITH MR MAZE RE: BRYARS DEPOSITION; REVIEW NOTICE OF DEPOSITION FOR JEREMY TOLE; AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR MAZE RE: INTERROGATORY RESPONSES; REVIEW MESSAGE FROM MR LECHNER RE: CONFERENCE WITH MR TOLE AND REBUTTAL REPORT RE: INFRINGEMENT; REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL RE: DEPOSITIONS OF DAMAGES EXPERTS; CONFER WITH MESSRS DALBECK AND STRONG RE: SAME; | | |
| 4/18/2005 02522 GR MAZE | | ATTEND MR BRYARS' DEPO; WORK ON REVISIONS TO JOINT STATEMENT AND TLC'S THIRD DISCOVERY SETS | 8 10 | $2,713.50 |
| 4/18/2005 03659 M LEDESMA | | PREPARED DRAFT OF THE THIRD SUPPLEMENTAL DISCLOSURES CREATED AND MAILED A LETTER TO CORNERSTONE FORWARDING THEM THE MISSING DOCUMENTS THAT GEMINI REFERRED TO WHILE CREATING HIS EXPERT REPORT | 1.30 | $149 50 |
| 4/19/2005 02165 RT REDANO | | CONFER WITH MR LECHNER RE: INFRINGEMENT REBUTTAL REPORT RE: 524 PATENT; CONFER WITH MR MAZE RE: BRYARS DEPO; REVIEW EMAIL FROM MR HUSER REQUESTING STATUS UPDATE; PREPARE RESPONSE; PREPARE LETTER TO OPPOSING COUNSEL RE: SCHEDULING OF DAMAGE EXPERT DEPOSITIONS AND INQUIRY RE: MR FREELAND'S DEPOSITION; REVIEW AND REVISE JOINT STATEMENT RE: THOMSON'S MOTION FOR A PROTECTIVE ORDER TO LIMIT ITS 30(B)(6) DEPOSITION; CONFER WITH MR MAZE RE: SAME; PREPARE EMAILS TO MR MAZE RE: HAUKE DEPOSITION AND DISCOVERY ISSUES; REVIEW RESPONSES | 3 80 | $1,501 00 |

File # N0661-00176                                   INVOICE # 1090934
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/19/2005 02522 | GR MAZE | ATTEND MR HAUCKE'S DEPOSITION; CONTINUE WITH REVISIONS TO THOMSON RESPONSES TO THIRD SET OF DISCOVERY; TELECONFERENCE WITH MR BROOKS | 8 30 | $2,780 50 |
| 4/20/2005 02165 | RT REDANO | REVIEW AND REVISE JOINT STATEMENT RE: THOMSON'S MOTION TO COMPEL; AND PREPARE EMAIL TO MR MAZE RE: SAME; CONFER WITH MR LECHNER RE: INFRINGEMENT REBUTTAL REPORTS; REVIEW DOCUMENTS RE: CORPORATE ORGANIZATION OF TBMS AND GRASS VALLEY; PREPARE LETTER TO OPPOSING COUNSEL RE: SAME; REVIEW SETTLEMENT CORRESPONDENCE AND NPD MARKET SHARE STUDY FROM INDIANA LITIGATION WITH THOMSON AND PROVIDE COPY TO DAMAGES EXPERTS; CONFER WITH MR DALBECK AND OLSEN RE: DAMAGES REBUTTAL REPORT; CONFER WITH MR MAZE RE: DEPOSITION OF MR HAUKE; TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND WITH MR HUSER RE: DEPOSITION OF MR FREELAND, RES JUDICATA, AND DEPOSITION OF MR COOPER; PREPARE EMAIL TO MR HUSER RE: SAME; PREPARE LETTER TO OPPOSING COUNSEL RE: FREELAND DEPOSITION; PREPARE LETTER TO OPPOSING COUNSEL RE: JOINT STATEMENT; CONFER WITH MR OLSEN RE: WHERE USED REPORT; CONFER WITH MESSRS LECHNER AND MAZE RE: SAME; REVIEW AND REVISE THIRD SUPPLEMENTAL INTERROGATORY RESPONSES | 8.20 | $3,239.00 |
| 4/20/2005 02522 | GR MAZE | ATTEND MR BROOKS' DEPOSITION; DISCUSS DRAFT OF JOINT STATEMENT AND THIRD SET RESPONSES WITH MR REDANO | 7 90 | $2,646.50 |
| 4/20/2005 02079 | LM BRENNER | REVIEW STATUS OF DEPOSITION SCHEDULING FOR WEEK OF APRIL 25, 2005 AND ANY NECESSARY ASSISTANCE WITH APPEARANCES AT SAME; REVIEW SCHEDULING OF HEARINGS IN FIRST WEEK OF MAY AND CONFIRM APPEARANCE AT SAME WITH LITIGATION TEAM. | 0 30 | $97 50 |
| 4/21/2005 02165 | RT REDANO | CONFER WITH MR LECHNER RE: 070 INFRINGEMENT REBUTTAL REPORT; | 9 80 | $3,871 00 |

File # N0661-00176                                    INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | REVIEW ANSWER AND SCHEDULING ORDER; PREPARE EMAIL TO MR HUSER RE; MOTION FOR LEAVE TO AMEND; PREPARE AMENDMENT TO ANSWER TO PLEAD RES JUDICATA RE: 070 PATENT; PREPARE MOTION FOR LEAVE TO AMEND AND CONFER WITH MR MAZE AND MS BRENNER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: SAME; PREPARE EMAIL TO MR HUISER RE: FREELAND DEPOSITION; CONFER WITH MR OLSEN OF CORNERSTONE RE: DAMAGES ANALYSIS; SECOND TELEPHONE CONFERENCE WITH MR LECHNER RE: 070 INFIRNGEMENT REBUTTAL ISSUES AND QUESTIONS TO ASK MR TOLE; REVIEW REVISIONS TO MOTION FOR LEAVE TO AMEND; CONFER WITH MESSRS STRONG, DALBECK AND OLSEN RE: DAMAGES ANALYSIS; REVIEW THOMSONS' DOCUMENT PRODUCTION FOR ALLEGATIONS BY TLC THAT THOMSON HAD INFRINGED THE 070 PATENT; PREPARE EMAIL TO MR MAZE RE: SAME; PREPARE EMAIL TO PARALEGAL RE: LIST OF EXHIBITS NEEDED FOR COOPER DEPOSITIONS; REVIEW EMAIL FROM MR POND RE: TOLE DEPOSITION | | |
| 4/21/2005 | 02522 | GR MAZE | REVIEW DEPOSITION TESTIMONY WITH MR REDANO; REVIEW/REVISE RESPONSES TO THIRD SET OF DISCOVERY | 7.70 | $2,579.50 |
| 4/21/2005 | 02079 | LM BRENNER | ASSIST WITH PREPARATION OF MOTION TO AMEND ANSWER. | 0.30 | $97.50 |
| 4/22/2005 | 02165 | RT REDANO | REVIEW DRAFT 070 PATENT INFRINGEMENT REBUTTAL REPORT FROM MR LECHNER; CONRER WITH MR LECHNER RE: SAME; REVIEW AND REVISE MOTION FOR LEAVE TO AMEND ANSWER AND EXHIBITS TO SAME; DRAFT ORDER IN SUPPORT OF MOTION; CONFER WITH MR MAZE AND MR STRONG RE: DAMAGES EXPERT REPORT; CONFER WITH MR OLSEN RE: INFORMATION SUPPLIED FROM THOMSON; REVIEW EMAIL FROM MR HUSER RE; DOCUMENT PRODUCTION AT MR FREELAND'S DEPO; PREPARE RESPONSE; REVIEW DAMAGES REPORT AND DECIDE ON TRADE SECRET | 7.30 | $2,883.50 |

File # N0661-00176                                    INVOICE # 1090934
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/22/2005 | 02522 GR MAZE | CLASSIFICATION ISSUES; CONFER WITH PARALEGALS AND WITH MR MAZE RE: DOCUMENT PRODUCTION ISSUES WORK WITH MR REDANO ON DEPOSITION PREPARATION; TELECONFERENCE WITH MR LECHNER ON EXPERT REBUTTAL REPORT ISSUES; TELECONFERENCE WITH MR OLSON ON EXPERT REBUTTAL REPORT ISSUES; REVIEW RESPONSES TO THIRD SET OF DISCOVERY; DRAFT/REVIEW/REVISE MOTION ON AMENDING ANSWER AND FILE WITH COURT | 8 30 | $2,780.50 |
| 4/22/2005 | 03617 KA CARMODY | PREPARED COPIES OF DOCUMENTS TO BE MARKED AS EXHIBITS IN PREPARATION FOR J. CARL COOPER DEPOSITION. | 3 10 | $356 50 |
| 4/22/2005 | 03659 M LEDESMA | ASSISTED IN PREPARING THE MOTION FOR LEAVE TO AMEND ANSWER, GATHER EXHIBITS AND PROOFREADING, CONFERENCE WITH ATTORNEYS REGARDING TASKS AT HAND   REVIEW DOCUMENT DATABASE IN SEARCH OF DOCUMENTS | 3 60 | $414.00 |
| 4/23/2005 | 02165 RT REDANO | PREPARE FOR COOPER DEPOSITION; REVIEW COOPER REBUTTAL REPORT; PREPARE OBJECTIONS TO THIRD SETS OF INTERROGATORIES AND DOCUMENT REQUESTS; REVIEW EMAILS FOR PRIVILEGE | 7.80 | $3,081 00 |
| 4/23/2005 | 02522 GR MAZE | REVIEW DOCUMENT PRODUCTION AND DISCUSS ISSUES WITH MR REDANO; REVIEW/REVISE RESPONSES TO TLC'S THIRD SET OF DISCOVERY | 2.70 | $904 50 |
| 4/23/2005 | 03617 KA CARMODY | REVIEWED AND CATEGORIZE E-MAILS TO AND FROM BERNIE LECHNER IN PREPARATION TO BE PRODUCED TO OPPOSING COUNSEL | 0.50 | $57.50 |
| 4/23/2005 | 03617 KA CARMODY | REVIEWED AND PULLED DOCUMENTS FOR COPYING IN PREPARATION FOR J CARL COPPER DEPOSITION EXHIBITS. | 1 50 | $172.50 |
| 4/23/2005 | 03659 M LEDESMA | ASSIST WITH PREPERATION OF OUTLINE AND EXHIBITS FOR COOPER DEPOSITION. | 5 20 | $598 00 |
| 4/24/2005 | 02165 RT REDANO | PREPARE FOR COOPER DEPOSITIONS; REVISE RESPONSES TO THIRD REQUESTS FOR PRODUCTION AND THIRD SET OF INTERROGATORIES | 6 40 | $2,528 00 |
| 4/24/2005 | 03659 M LEDESMA | ASSIST WITH PREPERATION OF OUTLINE AND EXHIBITS FOR COOPER DEPOSITION | 5.70 | $655 50 |

File # N0661-00176                                    INVOICE # 1090934
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 4/25/2005 | 02165 RT REDANO | TELEPHONE MR HUISER RE: FREELAND DEPOSITION AND DOCUMENT PRODUCTION RELATING TO GRASS VALLEY ACQUISITION; PREPARE LETTER TO OPPOSING COUNSEL RE: DOCUMENT PRODUCTION ISSUES; REVIEW TLC'S SUPPLEMENTAL RESPONSES TO DOCUMENT REQUESTS; PREPARE FOR COOPER DEPOSITION; REVIEW AND REVISE MOTON TO COMPEL; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR MAZE RE: ZELHOFER DEPOSITION; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL RE: DOCUMENT PRODUCTION ISSUES; PREPARE RESPONSE; CONFER WITH PARALEGALS RE: DOCUMENT PRODUCTION ISSUES | 9 20 | $3,634 00 |
| 4/25/2005 | 02522 GR MAZE | PREPARE FOR ZOLHOFER DEPOSITION; ATTEND AND DEFEND ZOLHOFER DEPOSITION; MEET WITH MR JORDAHL AND PREPARE HIM FOR DEPOSITION; REVIEW FAIRCHILD MATERIALS FOR MEETING WITH MR LECHNER | 11 20 | $3,752.00 |
| 4/26/2005 | 02165 RT REDANO | CONFER WITH MR POND RE: TOLE DEPOSITION; PREPARE EMAILS TO MR MAZE RE: SAME; PREPARE FOR COOPER AND TLC DEPOSITIONS; TRAVEL TO CHICAGO; MEET WITH MR LECHNER RE: COOPER DEPOSITION | 11 80 | $4,661 00 |
| 4/26/2005 | 02522 GR MAZE | TELECONFERENCE WITH MR LECHNER RE QUESTIONS TO ASK JEREMY TOLE OF FAIRCHILD; TELECONFERENCES WITH MR REDANO; PREPARE FOR AND ATTEND JORDAHL DEPOSITION | 6.50 | $2,177.50 |
| 4/26/2005 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH CLERK OF JUDGE NOWINSKI, CONCERNING SCHEDULING OF SPECIFIC MOTIONS. | 0 20 | $65 00 |
| 4/26/2005 | 02179 T THIGPEN | ASSIST IN PREPARATION OF DOCUMENT PRODUCTION; PREPARE TLC'S DOCUMENT PRODUCTION FOR REVIEW BY MESSRS. REDANO AND MAZE. | 4.50 | $652.50 |
| 4/27/2005 | 02165 RT REDANO | CONFER WITH MR HUSER RE: FREELAND DEPOSITION; REVIEW DOCUMENTS PRODUCED BY TLC; DEPOSE MR COOPER; CONFER WITH MR MAZE RE: QUESTIONS REGARDING COOPER'S EXPERT REPORT | 11.90 | $4,700.50 |
| 4/27/2005 | 02522 GR MAZE | REVIEW 2100+ PRODUCED ATTORNEY-CLIENT DOCUMENTS, CULLING OUT | 9.70 | $3,249.50 |

File # N0661-00176                            INVOICE # 1090934
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | DOCUMENTS OF INTEREST FOR USE BY MR REDANO IN MR COOPER'S DEPOSITIONS; RESPOND TO MR GIBBONS RE DISCOVERY PRODUCTION. | | |
| 4/28/2005 | 02165 | RT REDANO | CONFER WITH MR LECHNER RE: COOPER DEPOSITION; DEPOSE MR COOPER RE: HIS EXPERT REPORT | 10 60 | $4,187 00 |
| 4/28/2005 | 02522 | GR MAZE | CREATE AND SEND (VIA FAX AND REGULAR MAIL) FOURTH SUPPLEMENTAL RESPONSES TO TLC DISCOVERY; SEND MR REDANO MATERIALS FOR USE IN MR COOPER'S EXPERT REPORT; FAX MR GIBBONS RE STRONG DEPO AND FINALIZE PLANS FOR THAT DEPO; REVIEW AND REVISE JOINT STATEMENT FOR FILING 4-29-05 | 7.80 | $2,613 00 |
| 4/28/2005 | 02694 | JI PIADE | TELEPHONE CONFERENCE WITH COURT CLERK RE WITHDRAWAL OF MOTION TO COMPEL  PREPARE MATERIALS FOR 5/2 HEARINGS | 0 90 | $157.50 |
| 4/29/2005 | 02165 | RT REDANO | REVIEW AND REVISE JOINT STATEMENT RE: MOTION FOR A PROTECTIVE ORDER AND CONFER WITH MR MAZE RE: SAME; CONFER WITH MR MAZE RE: SUMMARY JUDGMENT AND DISCOVERY ISSUES; CONFER WIHT MR HUSER, MR MCCARTHY AND MS BRENNER RE: EXPERT REPORT SUPPLEMENTATION ISSUES; REVIEW COOPER'S SUPPLEMENTAL EXPERT REPORT AND PREPARE EMAIL TO MS BRENNER RE: SAME | 4 30 | $1,698 50 |
| 4/29/2005 | 02522 | GR MAZE | TELECONFERENCES WITH MR GIBBONS RE REVISIONS TO THE JOINT STATEMENT RE DISCOVERY DISPUTE; REVIEW AND REVISE JOINT STATEMENT AND DSICUSS WITH MR REDANO; FILE JOINT STATEMENT; DISCUSS MAY 4 MEETING WITH MR REDANO; DISCUSS EXPERT DISCOVERY ISSUES WITH MR REDANO | 6 30 | $2,110 50 |
| 4/29/2005 | 02079 | LM BRENNER | RESEARCH 9TH CIRCUIT, FEDERAL CIRCUIT AND CALIFORNIA FEDERAL CASES CONCERNING FEDERAL RULES AND LEGAL STANDARDS GOVERNING DEADLINE FOR EXPERT REPORTS, AND BEGIN MEMORANDUM WITH REGARD TO SAME, AND SPECIFICALLY CONCERNING WHETHER COOPER'S ADDITIONAL INFRINGEMENT ALLEGATIONS SHOULD BE EXCLUDED | 0.80 | $260 00 |

File # N0661-00176                                    INVOICE # 1090934
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF )

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | FROM CASE | | |
| 4/29/2005 | 02079 LM BRENNER | SUPERVISE CANCELLATION OF SPECIFIC MOTION TO COMPEL CURRENTLY SET FOR MAY 16, 2005 | 0.20 | $65.00 |
| 4/29/2005 | 02079 LM BRENNER | REVIEW ALL PLEADINGS AND SPECIFIC CASE LAW IN SUPPORT OF MOTION ON MAY 2, 2005, CONCERNING EXPERT REBUTTAL REPORTS; RESEARCH FURTHER CASE LAW CONCERNING SCHEDULING WITH REGARD TO EXPERT REPORTS IN EASTERN DISTRICT, CALIFORNIA FEDERAL COURTS AND NINTH CIRCUIT; PREPARE FOR HEARING ON MOTION TO EXTEND EXPERT REBUTTAL DEADLINE. | 1 60 | $520 00 |
| 4/29/2005 | 02694 JI PIADE | PREPARE I ETTER TO COURT RE WITHDRAWAL OF MOTION TO COMPEL. PREPARE DOCUMENTS FOR L  BRENNER RE HEARING IN SACRAMENTO. | 0 80 | $140 00 |

                    TOTAL SERVICES        419.50  $138,341 00

File # N0661-00176                           INVOICE # 1090934
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 4/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 1,504.71 |
| | | Total: | $1,504.71 |
| 3/29/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 319.20 |
| 3/29/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 100.80 |
| 3/29/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.05 |
| 3/29/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 21.00 |
| 3/30/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 6.00 |
| 3/30/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 67.20 |
| 3/30/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 2.10 |
| 3/30/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 2.55 |
| 3/31/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 2.10 |
| 3/31/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 15.00 |
| 3/31/2005 | LEXIS LEGAL RESEARCH MANNING, DENNIS | | 268.80 |
| 4/5/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 327.60 |
| 4/5/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 2.10 |
| 4/5/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 2.55 |
| 4/10/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.05 |
| 4/10/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 100.80 |
| 4/11/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 50.40 |
| 4/13/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 239.40 |
| 4/13/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.05 |
| | | Total: | $1,530.75 |
| 3/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO BERNIE J. LECHNER AT INFORMATION NOT SUPPLIED - PRINCETON, NJ FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791023499620) | | 13.46 |
| 3/30/2005 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD A. HUSERESQ. AT THOMSONINC. - INDIANAPOLIS, IN FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790964654683) | | 10.31 |
| 4/5/2005 | OVERNIGHT MAIL PACKAGE SENT TO PETER SYMES AT THOMSON BROADCAST & MEDIA SOLU - NEVADA CITY, CA FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791029709330) | | 23.75 |
| 4/5/2005 | OVERNIGHT MAIL PACKAGE SENT TO GEORGE STRONG AT CORNERSTONE RESEARCH - LOS ANGELES, CA FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790479527447) | | 10.91 |
| 4/12/2005 | OVERNIGHT MAIL PACKAGE SENT TO GEORGE STRONG AT CORNERSTONE RESEARCH - LOS ANGELES, CA FROM KIMBERLEY CARMODY AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791037810964) | | 17.72 |

File # N0661-00176                                          INVOICE # 1090934
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| | | |
|---|---|---|
| 4/13/2005 | OVERNIGHT MAIL PACKAGE SENT TO PAUL GIBBONS AT NIROSCAVONEHALLER & NIRO - CHICAGO, IL FROM KIMBERLEY CARMODY AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790979565500) | 14.67 |
| 4/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO PAUL GIBBONS AT NIROSCAVONEHALLER & NIRO - CHICAGO, IL FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790493155575) | 10.31 |
| 4/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO GRORGE STRONG AT CORNERSTONE RESEARCH - LOS ANGELES, CA FROM KIMBERLEY CARMODY AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791043413410) | 17.72 |
| | Total: | $118.85 |
| | | |
| 4/30/2005 | MESSENGER SERVICE | 17.75 |
| | Total: | $17.75 |
| | | |
| 4/4/2005 | MISCELLANEOUS PRIOR ART | 20.00 |
| | Total: | $20.00 |
| | | |
| 4/4/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 4/5/200 5 TO | 1,087.90 |
| 4/8/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 4/12/20 05 TO SACRAMENTO METROPOLITAN AIRPORT | 837.90 |
| 4/14/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/17/2005 TO SACRAMENTO METROPOLITAN AIRPORT | 1,087.90 |
| 4/14/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 4/26/20 05 TO CHICAGO MIDWAY AIRPORT | 621.60 |
| 4/18/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/27/2005 TO NEWARK INTERNATIONAL AIRPORT | 1,053.80 |
| 4/21/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/25/2005 TO PHOENIX SKY HARBOR INTERNATIONAL AIRPORT | 1,341.20 |
| | Total: | $6,030.30 |
| | | |
| 4/30/2005 | PRINTING & DUPLICATING | 93.60 |
| | Total: | $93.60 |
| | | |
| | TOTAL DISBURSEMENTS | $9,315.96 |

File # N0661-00176 INVOICE # 1090934
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 155 60 | 335.00 | 52,126 00 |
| 02165 | RT REDANO | PARTNER | 187.40 | 395.00 | 74,023 00 |
| 03617 | KA CARMODY | LEGAL ASSISTAN | 21 60 | 115.00 | 2,484 00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 28.50 | 115 00 | 3,277 50 |
| 03161 | D MANNING | ASSOCIATE | 6 90 | 220.00 | 1,518.00 |
| 02079 | LM BRENNER | ASSOCIATE | 11 30 | 325.00 | 3,672.50 |
| 02694 | JI PIADE | PARALEGAL | 1.70 | 175 00 | 297 50 |
| 02179 | T THIGPEN | PARALEGAL | 6.50 | 145.00 | 942.50 |
| | | | 419.50 | | $138,341.00 |

COPY

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

June 7, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 1096007                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $139,897.00

DISBURSEMENTS
AIR TRAVEL                                   3950.70
DEPOSITION TRANSCRIPT                         785.90
DINNER - LOCAL                                 20.00
DOCUMENT COSTS                               5301.27
LEXIS LEGAL RESEARCH                         1422.90
MESSENGER SERVICE                             167.75
MISCELLANEOUS                               14396.16
OVERNIGHT MAIL                                 23.82
OVERTIME RELATED COSTS                        641.08
POSTAGE                                       680.21
PRINTING & DUPLICATING                        845.20
PRINTING & DUPLICATING - EXTERNAL            1394.01
TRAVEL - LOCAL                               2053.31
TRAVEL AWAY FROM HOME                         1201.38
TOTAL DISBURSEMENTS                                           $32,883.69

BALANCE DUE THIS INVOICE                                     $172,780.69

PREVIOUS BALANCE                                            $147,656.96

TOTAL BALANCE DUE                                           $320,437.65

DUANE MORRIS LLP

File # N0661-00176                                    INVOICE # 1096007
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 4/30/2005 02165 RT REDANO | PREPARE OUTLINE OF SUMMARY JUDGMENT MOTIONS; CONFER WITH MR MAZE RE: SAME | | 3.80 *Reduced* | $1,501.00 |
| 4/30/2005 02522 GR MAZE | ███████████████ REVIEW DEPOSITION TRANSCRIPTS OF MR FREELAND AND MR COOPER | | 4.10 *0.3* | $1,373.50 *$100.50* |
| 5/1/2005 02165 RT REDANO | REVIEW DOCUMENTS REQUEST FOR MR LECHNER; PREPARE EMAIL TO MR MAZE RE; PREPARING OBJECTIONS TO SAME; REVIEW RESPONSE; PREPARE EMAIL TO MS BREENER RE: UPDATE ON TLC'S MOTION TO SUBSTITUTE A PARTY; REVIEW FEDERAL CIRCUIT CASE RE: PLEADING COMPLIANCE WITH NOTICE REQUIREMENTS AND CONFER WITH MR MAZE RE: SAME; REVIEW 30(B)(6) NOTICE TOPICS AND REVISE LIST OF POTENTIAL THOMSON WITNESSES; CONFER WITH MR MAZE RE: SAME; PREPARE OUTLINE OF EVIDENCE NEEDED TO SUPPORT SUMMARY JUDGMENT MOTION | | 3.40 | $1,343.00 |
| 5/1/2005 02522 GR MAZE | NC: DRAFT MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO LIABILITY FOR FAILURE TO PLEAD COMPLIANCE WITH MARKING STATUTE; CREATE SUMMARY OF 30(B)(6) WITNESSES AND DISCUSS WITH MR REDANO | | 3.80 | $1,273.00 |
| 5/2/2005 02165 RT REDANO | REVIEW AND REVISE OBJECTIONS TO LECHNER SUBPOENA AND MOTION FOR SUMMARY JUDGMENT OF NO PRE-FILING DAMAGES; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR BRENNER RE; HEARING ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXPERT REPORTS; REVIEW NOTICE OF CHANGE ON HEARING DATE; CONFER WITH MR SYMES RE: OFFER TO PRESENT HIM FOR 30(B)(6) DEPOSIITON AND CONFER WITH MR SYMES RE: SAME; REVIEW LETTER FROM OPPOSING COUNSEL RE: DISCOVERY ISSUES; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR SYMES RE: AUTHORIZATION TO OFFER HIS DEPOSITION FOR MAY 5 AND PREPARE LETTER TO OPPOSING COUNSEL RE: SAME | | 6.80 | $2,686.00 |

File # N0661-00176                                    INVOICE # 1096007
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/2/2005 02522 GR MAZE | CREATE AND SERVE OBJECTIONS TO MR LECHNER'S DEPOSITION; REVIEW FILE FOR MR STRONG'S DEPOSITION; REVIEW/REVISE/UPDATE MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLEADINGS ISSUES; DISCUSS HEARING ISSUES WITH MS BRENNER | 8 30 | $2,780 50 |
| 5/2/2005 02079 LM BRENNER | COMPLETE PREPARATION FOR, AND TRAVEL TO AND ATTEND HEARING ON, TWO MOTIONS BEFORE JUDGE SHUBB, AND REPORT BACK WITH REGARD TO SAME TO LITIGATION TEAM | 5 40 | $1,755.00 |
| 5/3/2005 02165 RT REDANO | REVIEW LETTER FROM OPPOSING COUNSEL RE: INTERROGATORY RESPONSES; CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE RESPONSIVE LETTER TO OPPOSING COUNSEL; REVIEW TLC'S SUPPLEMENTAL INTERROGATORY RESPONSES; CONFER WITH MR SYMES RE: HIS DEPOSITION; REVISE MOTION FOR SUMMARY JUDGMENT RE: NO DAMAGES AND SUPPORTING DECLARATIONS; CONFER WITH MR MAZE RE: SAME; PREPARE SUMMARY JUDGMENT STRATEGY OUTLINE AND PREPARE EMAIL TO MESSRS HUSER AND MAZE RE: SAME; REVIEW LETTERS FROM OPPOSING COUNSELS RE: DISCOVERY ISSUES; PREPARE RESPONSES; STUDY LICENSE AGREEMENTS RELATING TO MOTION FOR SUMMARY JUDGMENT OF NO DAMAGES; CONFER WITH MR MAZE RE; SAME; PREPARE EMAIL TO MR HUSER RE: STATUS UPDATE OF 30(B)(6) DEPOSITION ISSUES; CONFER WITH MR MAZE RE: OBTAINING INFORMATION REQUESTED BY TLC FROM CORNERSTONE; REVIEW EMAILS RE: SAME | 6 60 | $2,607 00 |
| 5/3/2005 02522 GR MAZE | REVIEW PRODUCTION ISSUES AND RESPOND TO NIRO LETTER REGARDING EXPERT AND OTHER DISCOVERY; REVIEW/REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLEADING ISSUES; TELECONFERENCE WITH MR STRONG RE HIS UPCOMING DEPOSITION; REVIEW TRANSCRIPTS FOR TESTIMONY ON CORPORATE STRUCTURE ISSUES | 3.30 | $1,105 50 |

File # N0661-00176                                  INVOICE # 1096007
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/4/2005 02165 RT REDANO | REVISE MOTION FOR SUMMARY JUDGMENT RE: NO PREFILING DAMAGES; TRAVEL TO CALIFORNIA FOR MR STRONG'S DEPOSITION; PREPARE FOR GEMINI DEPOSITION; REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL RE: DISCOVERY ISSUES AND CONFER WITH MR MAZE RE: SAME | 10.40 | $4,108.00 |
| 5/4/2005 02522 GR MAZE | REVIEW AND DISCUSS MOTION FOR PARTIAL SUMMARY JUDGMENT WITH MR REDANO; TELECONFERENCE WITH MR HUSER; TELECONFERENCE WITH MR SYMES RE DISCOVERY MATTERS; TELECONFERENCE WITH CORNERSTONE PERSONNEL (MR DALBECK) | 4 90 | $1,641.50 |
| 5/5/2005 02165 RT REDANO | CONFER WITH MR MAZE RE: COURT'S RULING ON MOTION FOR PROTECTIVE ORDER; YIELD MR STRONG'S DEPOSITION; CONFER WITH OPPOSING COUNSEL RE: DISCOVERY ISSUES; CONFER WITH MESSRS STRONG AND OLSEN RE: MOTION FOR SUMMARY JUDGMENT OF NO PRE-FILING DAMAGES AND MR STRONG'S DECLARATION IN SUPPORT OF SAME; REVIEW STRONG DEPOSTION AND COOPER DEPOSITION TRANSCRIPTS; RETURN TO HOUSTON FROM LOS ANGELES; PRPARE OUTLINE FOR GEMINI DEPOSITION; CONFER WITH MS BRENNER RE: RESEARCH REGARDING SUPPLEMENTATION OF EXPERT REPORTS | 11 40 | $4,503.00 |
| 5/5/2005 02522 GR MAZE | ANALYZE EXPERT TESTIMONY AND REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT; ANALYZE IMPACT OF JUDGE NOWINSKI'S ORDER ON 30(B)(6) DEPOSITIONS | 7 30 | $2,445.50 |
| 5/5/2005 02079 LM BRENNER | DETAILED RESEARCH OF CASE LAW IN ALL FEDERAL COURTS, INCLUDING 9TH AND FEDERAL CIRCUITS, WITH REGARD TO EXPERT SUPPLEMENTAL REPORT TIMING AND CONTENT; RESEARCH STATUTORY HISTORY OF FED. R. CIV. PROC. 26, WITH REGARD TO SAME; PREPARE, REVIEW AND REVISE DETAILED MEMORANDUM WITH REGARD TO SAME. | 6 10 | $1,982.50 |
| 5/5/2005 02079 LM BRENNER | ANALYSIS OF DISCOVERY | 0.30 | $97.50 |

File # N0661-00176
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

INVOICE # 1096007

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | MAGISTRATE'S LATEST ORDER AND STRATEGIZE CONCERNING FURTHER ACTIONS WITH REGARD TO FRCP 30B6 DEPOSITIONS | | |
| 5/5/2005 | 02079 LM BRENNER | CHECK STATUS OF MOTION TO COMPEL, TO HAVE BEEN TAKEN OFF CALENDAR; SUPERVISE COMMUNICATIONS WITH COURT CONCERNING SAME. | 0.20 | $65.00 |
| 5/5/2005 | 02694 JI PIADE | RESEARCH RE WITHDRAWAL FROM CALENDAR OF MOTION TO COMPEL. CONFER WITH ATTORNEYS AND COURT CLERK RE SAME | 0.40 | $70.00 |
| 5/6/2005 | 02165 RT REDANO | REVIEW COURT'S ORDER RE : LEAVE TO FILE AMENDED COMPLAINT AND AMENDED EXPERT REPORTS; PREPARE LETTER TO MR HUSER RE: SAME AND CONFER WITH MR MAZE RE: SAME; REVIEW MEMO FROM MS BRENNER RE: SUPPLEMENTING EXPERT REPORTS; REVIEW EMAILS FROM MR SYMES RE: SAME; REVIEW CASE LAW RE: LACK OF STANDING; REVIEW FEDERAL CIRCUIT CASES RE: SAME AND PREPARE EMAIL TO MR HUSER RE: SAME | 7.60 | $3,002.00 |
| 5/6/2005 | 02522 GR MAZE | ANALYZE TI CHIP ALLEGATIONS FOR AND HOLD TELECONFERENCE WITH MR LECHNER REGARDING HIS DEPOSITION AND RESPONDING TO THE TI CHIP ALLEGATIONS; ANALYZE IMPACT OF JUDGE SHUBB'S ORDER ON THE MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISCUSS WITH MR REDANO; | 8.50 | $2,847.50 |
| 5/6/2005 | 02079 LM BRENNER | INITIAL REVIEW OF SUMMARY JUDGMENT MOTION CONCERNING PRECLUSION OF DAMAGE RECOVERY AS TO SPECIFIC PATENT; EFFECT SPECIFIC REVISIONS FOR COMPLIANCE WITH EASTERN DISTRICT LOCAL RULES AND FORMATTING/FILING REQUIREMENTS | 0.70 | $227.50 |
| 5/6/2005 | 02079 LM BRENNER | SUPERVISE FURTHER COMMUNICATIONS WITH EASTERN DISTRICT CLERK, TO CONFIRM REMOVAL OF MOTION TO COMPEL, SCHEDULED FOR MAY 16, 2005, FROM COURT DOCKET, AND REVIEW COMMUNICATIONS FROM OPPOSING COUNSEL CONCERNING SAME. | 0.30 | $97.50 |
| 5/6/2005 | 02694 JI PIADE | FOLLOW-UP WITH COURT CLERK RE WITHDRAWAL OF MOTION TO COMPEL | 0.60 | $105.00 |

File # N0661-00176                                    INVOICE # 1096007
     TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|------|---------------|---|-------|-------|
| | | PREPARE LETTER TO COURT RE SAME | | |
| 5/8/2005 02165 RT REDANO | | PREPARE FOR GEMINI DEPOSITION; CONFER WITH MR MAZE RE: RES JUDICATA SUMMARY JUDGMENT MOTION | 4.60 | $1,817.00 |
| 5/8/2005 02522 GR MAZE | | | 2.70 | $904.50 |
| | | ▮▮▮▮▮▮▮▮▮▮ REVIEW CASE LAW ON ENTIRE MARKET VALUE RULE AND COMMUNICATE WITH MR REDANO RE SAME | | *Reduced* 0.3 $100.50 |
| 5/9/2005 02165 RT REDANO | | CONFER WITH MR MAZE RE: DISCOVERY ISSUES; TELEPHONE CONFERENCE WITH MESSRS MAZE AND HUSER RE: RECENT RULINGS BY COURT AND IMPACT ON TRIAL STRATEGY AND MOTION PRACTICE; PREPARE FOR GEMINI DEPOSITION AND TRAVEL TO CHICAGO FOR SAME | 5.60 | $2,212.00 |
| 5/9/2005 02522 GR MAZE | | DRAFT MOTION FOR PARTIAL SUMMARY JUDGMENT ON RES JUDICATA; FINALIZE MOTION FOR PARTIAL SUMMARY JUDGMENT ON DAMAGES; TELECONFERENCE WITH MR HUSER | 8.10 | $2,713.50 |
| 5/9/2005 02079 LM BRENNER | | FURTHER REVIEW AND SUGGESTED REVISIONS TO SUMMARY JUDGMENT CONCERNING PRECLUSION OF DAMAGES AS TO SPECIFIC PATENT | 0.60 | $195.00 |
| 5/10/2005 02165 RT REDANO | | DEPOSE MR GEMINI; REVIEW MOTION FOR SUMMARY JUDGMENT ON RES JUDICATA AND CONFER WITH MR MAZE RE: SAME | 8.90 | $3,515.50 |
| 5/10/2005 02522 GR MAZE | | REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA; RESPOND TO MR HUSER RE 30(B)(6) DEPOSITION TOPICS AND WITNESSES; TELECONFERENCE WITH MR SYMES RE HIS DEPOSITION(S); RESPOND TO MR GASEY RE MR LECHNER'S DEPOSITION; TELECONFERENCE WITH MR LECHER RE HIS EXPERT REPORT | 8.40 | $2,814.00 |
| 5/11/2005 02165 RT REDANO | | CONFER WITH MR MAZE RE: PREPARATION FOR AND SCHEDULING OF 30(B)(6) DEPOSITIONS; PREPARE EMAIL TO MR HUSER RE: SUPPLEMENTATION OF DOCUMENT PRODUCTION; REVIEW BROOKS TESTIMONY; RETURN TO HOUSTON FROM CHICAGO; CONFER WITH MR LECHNER RE: PREPARATION OF | 6.70 | $2,646.50 |

File # N0661-00176                         INVOICE # 1096007
    TLC V  THOMSON (GRASS VALLEY E D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | REBUTTAL REPORT; CONFER WITH MR MAZE RE: SUMMARY JUDGMENT MOTION ISSUES; REVIEW EMAIL FROM MR HUSER RE: 30(B)(6) WITNESSES; AND PREPARE RESPONSE RE; TOPIC 33 IN NOTICE | | |
| 5/11/2005 | 02522 | GR MAZE | REVIEW AND REVISE DRAFT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA; RESPOND TO MR GIBBONS; REVIEW AND REVISE DRAFT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO DAMAGES BEFORE A DATE; BEGIN DRAFT OF MOTION FOR CLARIFICATION OF JUDGE SHUBB'S ORDER RE AMENDING REBUTAL EXPERT REPORTS | 10 30 | $3,450 50 |
| 5/12/2005 | 02165 | RT REDANO | TELEPHONE CONFERENCES WITH MR LECHNER RE: CONVERSATIONS WITH MR DEMMER AND NEED TO CONFER WITH MR CHANG; PREPARE EMAIL TO MR HUSER RE: SAME; FOLLOWUP CONVERSATION WITH MR LECHNER RE: SAME; REVIEW EAMILS FORM MR HUAUKE RE: USE OF TI CHIPS; REVIEW EMAIL FROM MR SYMES RE: SAME; PREPARE RESPONSE; REVIEW EMAILS FROM MR HJUSER RE: DESIGNATION OF RULE 30(B)(6) ISSUES; PREPARE RESPONSES THERETO; REVIEW EMAILS FROM MR SYMES RE: DISCOVERY ISSUES; PREPARE RESPONSES THERETO; REVIEW FIRST AMENDED COMPLAINT AND COMPARE TO ORIGINAL COMPLAINT; CONFER WITH PARALEGAL RE: SAME; PREPARE EMAIL TO MESSRS AND SYMES RE: SAME; REVISE MOTION FOR SUMMARY JUDGEMENT RE: NO PREFILING DAMAGES AND CONFER WITH MS BRENNER RE: SAME | 6 90 | $2,725 50 |
| 5/12/2005 | 02079 | LM BRENNER | COMMUNICATIONS WITH JUDICIAL CLERK AND RESEARCH OF LOCAL RULES IN ANTICIPATION OF SUMMARY JUDGMENT MOTION; REVIEW ALL PLEADINGS IN SUPPORT OF SAME, AND REVISE SAME IN ANTICIPATION OF FILING. | 1 70 | $552.50 |
| 5/12/2005 | 02179 | T THIGPEN | ORDER US PATENT NO 6,459,457 FOR REVIEW BY MR  REDANO. | 0 20 | $29 00 |
| 5/13/2005 | 02165 | RT REDANO | REVIEW EMAIL FROM MR HUSER RE: MOTION FOR SUMMARY JUDGMENT OF | 7.40 | $2,923 00 |

File # N0661-00176                       INVOICE # 1096007
     TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | NO RPE-FILING DAMAGES; AND PREPARE EMAIL TO MS BRENNER RE: SAME; CONFER WITH MR HUSER RE: 30(B)(6) DEPOSITIONS AND MOTION FOR SUMMARY JUDGMENT OF NO PRE-FILING DAMAGES; CONFER WITH MR LECHNER RE: PREPARATION OF REBUTAL REPORT; PREPARE LETTER TO OPPOSING COUNSEL RE: 30(B)(60 DEPOSITIONS; PREPARE SUPPLEMENTAL OBJECTIONS TO 30(B)(6) NOTICE AND REVIEW TI CHIP WHERE USED REPORT; REVIEW SUPPLEMENTAL SALES INFO FROM MR BROOKS AND CONFER WITH MR HUSER RE: SAME; CONFER WITH MR MAZE RE: MOTION FOR CLARIFICATION RE: EXPERT REPORTS; CONFER WITH MR NIRO RE: ADDING TBMS AS A PARTY; CONFER WITH MR HUSER RE: SAME; PREPARE LETTER TO MR NIRO RE: SAME; CONFER WITH MR OLSEN RE: SUPPLEMENTAL DAMAGES REPORT | | |
| 5/14/2005 | 02165 | RT REDANO | CONFER WITH MR LECHNER RE: HIS EXPERT REPORT; CONFER WITH MR MAZE RE: DATA PRODUCED BY TBMS; PREPARE NOTES FOR THOMSON CORPORATE REPRESENTATIVES; PREPARE ANSWER TO FIRST AMENDED COMPLAINT | 5.80 | $2,291.00 |
| 5/14/2005 | 02522 | GR MAZE | REVISE AND SEND REVISED MOTION FOR CLARIFICATION TO MR REDANO | 1.30 | $435.50 |
| 5/15/2005 | 02165 | RT REDANO | CONFER WITH MR LECHNER RE: REBUTTLA REPORT FOR TI CHIP; CONFER WITH MR OLSEN RE: REBUTTAL DAMAGES REPORT; PREPARE SUPPLEMENTAL OBJECTIONS TO 30(B)(6) MOTION; TRAVEL TO SACRAMENTO FOR DEPOSITION OF MR SYMES | 11.20 | $4,424.00 |
| 5/16/2005 | 02165 | RT REDANO | MEET WITH MR SYMES RE: DEPOSITION PREPARATION; YEILD MR SYMES' DEPOSITION; CONFER WITH MR MAZE RE: FILING OFAMENDED REBUTTAL REPORTS AND SUPPLEMENTATION OF DAMAGES DISCOVERY; CONFER WITH MR SYMES RE: LITIGATION STRATEGY AND MOTION PRACTICE | 10.30 | $4,068.50 |
| 5/16/2005 | 02522 | GR MAZE | REVISE MOTION FOR CLARIFICATION; WORK WITH MR LECHNER AND MR STRONG ON GETTING THEIR | 9.10 | $3,048.50 |