# EXHIBIT L – PART 10

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

File # N0661-00176            INVOICE # 1096007
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | SUPPLEMENTAL EXPERT REPORTS COMPLETED AND SERVED; TELECONFERENCE WITH MR HUSER RE STATUS | | |
| 5/16/2005 02079 LM BRENNER | ANALYZE FIRST AMENDED COMPLAINT BY TLC, IN ANTICIPATION OF FILING SUMMARY JUDGMENT PLEADINGS | 0 50 | $162 50 |
| 5/16/2005 02079 LM BRENNER | ASSIST IN ORGANIZING AND SERVING EXPERT REPORTS ON OPPOSING COUNSEL. | 0 50 | $162 50 |
| 5/17/2005 02165 RT REDANO | TRAVEL FROM SACRMENTO TO INDIANAPOLIS; PREPARE EMAIL TO MR HUSER RE: DEPOSITION STATUS REPORT; MEET WITH MESSRS DAVIS AND FREELAND RE: DEPOSITION PREPARATION | 10 90 | $4,305 50 |
| 5/17/2005 02522 GR MAZE | ANALYZE TLC RESPONSE TO MOTION FOR LEAVE TO AMEND ANSWER; REVISE AMENDED ANSWER; REVISE MOTION FOR CLARIFICATION; REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA; RESEARCH POST-EXPIRATION INEQUITABLE CONDUCT LAW | 7 60 | $2,546 00 |
| 5/17/2005 02694 JI PIADE | RESEARCH RE PROPER SERVICE OF LEAVE TO AMEND PLEADINGS BY TLC | 0.40 | $70.00 |
| 5/18/2005 02165 RT REDANO | YIELD DAVIS AND FREELAND DEPOSITIONS; CONFER WITH MR HUSER RE: TRIAL PREPARATION, STRATEGY AND MOTION PRACTICE; CONFER WITH MR MAZE RE: ANSWER TO AMENDED COMPLAINT AND SUMMARY JUDGMENT MOTIONS RE; NO PRE-FILING DAMAGES AND RES JUDICATA; REVIEW AND REVISE SAME | 7 90 | $3,120.50 |
| 5/18/2005 02522 GR MAZE | REVISE FIRST AMENDED ANSWER; REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO DAMAGES; REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA | 3 90 | $1,306.50 |
| 5/19/2005 02165 RT REDANO | RETURN TO HOUSTON FROM INDIANAPOLIS; REVISE ANSWER TO AMENDED COMPLAINT, AND MOTIONS FOR SUMMARY JUDGEMENT OF NO PREFILING DAMAGES AND RES JUDICATA; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR LECHNER RE: SUMMARY JUDGMENT DECLARATIONS AND PREPARE SAME | 6.70 | $2,646.50 |
| 5/19/2005 02522 GR MAZE | FINALIZE AND FILE AMENDED ANSWER | 5 30 | $1,775 50 |

File # N0661-00176             INVOICE # 1096007
TLC V. THOMSON (GRASS VALLEY E.D. CALIF )

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO DAMAGES; ANALYZE MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA IN VIEW OF FURTHER CASE LAW | | |
| 5/19/2005 | 02079 LM BRENNER | ANALYZE NEED FOR MOTION TO STRIKE CONCERNING TLC'S RECENT REFERENCES TO ANTICIPATED FILINGS BY THOMSON IN ITS ANSWER | 0 30 | $97 50 |
| 5/20/2005 | 02165 RT REDANO | PREPARE DECLARATIONS FOR MR LECHNER RE: CLAIM INTERPRETATION ISSUES ON PATENTS IN SUIT; PREPARE EMAILS TO MR LECHNER RE: SAME; REVIEW MOTION FOR SUMMARY JUDGMENT RE: RES JUDICATA | 7 60 | $3,002 00 |
| 5/20/2005 | 02522 GR MAZE | REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT; FILE AMENDED NOTICE OF HEARING ON MPSJ OF NO DAMAGES; FILE NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE ANSWER | 4 70 | $1,574 50 |
| 5/20/2005 | 02694 JI PIADE | ASSISTANCE RE RENOTICE OF SUMMARY JUDGMENT MOTION | 0 60 | $105 00 |
| 5/21/2005 | 02165 RT REDANO | PREPARE OUTLINE OF TASKS TO BE COMPLETED BY JUNE 1 DEADLINE FOR COMPLETING SUMMARY JUDGMENT MOTIONS; CONFER WITH MR MAZE RE: SAME; TELEPHONE CONFERENCE WITH MR LECHNER RE: STATUS OF REVIEW OF DECLARATIONS TO BE USED IN SUPPORT OF SUMMARY JUDGMENT MOTION; REVISE DECLARATIONS RE: 524 AND 070 PATENTS AND CONFER WITH MR LECHNER RE: SAME | 4 40 | $1,738 00 |
| 5/21/2005 | 02522 GR MAZE | NC REVIEW MPSJ ON RES JUDICATA; DISCUSS STATUS AND STRATEGIES WITH MR REDANO | 2 70 | $904.50 |
| 5/23/2005 | 02165 RT REDANO | REVIEW EMAILS FROM AND TO MR MAZE AND MR SYMES RE: 8960 DEC; CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT RE: RES JUDICATA; CONFER WITH MR MAZE RE: SAME; CONFER WITH MS BRENNER RE: PRE-TRIAL CONFERENCE; PREPARE EMAIL TO MR HUSER RE:AVAILABILITY FOR SETTLEMENT CONFERENCE; REVIEW RESPONSE | 2 80 | $1,106 00 |
| 5/23/2005 | 02522 GR MAZE | CONTINUE WITH REFINEMENT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA | 2 60 | $871.00 |

File # N0661-00176                                    INVOICE # 1096007
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF )

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|------|------|------|------|
| 5/23/2005 | 02079 L M BRENNER | ANALYZE SPECIFIC PRETRIAL DEADLINES AS DELINEATED BY LOCAL RULES; TELEPHONE CONFERENCE WITH JUDICIAL CLERK TO ASCERTAIN JUDICIAL REQUIREMENTS WITH REGARD TO PRETRIAL DEADLINES | 0 50 | $162 50 |
| 5/24/2005 | 02165 R T REDANO | REVISE MOTION FOR SUMMARY JUDGMENT RE: RES JUDICATA; REVIEW EMAILS FROM MR MAZE AND MR HUSER RE: SUPPLEMENTATION OF DISCOVERY AND MAKING MR BROOKS AVAILABLE FOR A DEPOSITION; REVIEW LETTER TO OPPOSING COUNSEL RE: SAME; REVIEW EMAIL FROM OPPOSING COUNSEL RE: PATENT MISUSE; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR MAZE RE: MOTION FOR SUMMARY JUDGMENT OF RES JUDICATA AND MOTION TO LIMIT EVIDENCE OF INFRINGMENT BY TLC | 2 40 | $948 00 |
| 5/24/2005 | 02522 GR MAZE | CREATE INITIAL DRAFT OF RULE 37 MOTION; REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA; SEND LETTER TO OPPOSING COUNSEL RE MR BROOKS' AVAILABILITY FOR ADDITIONAL QUESTIONING | 6 20 | $2,077.00 |
| 5/24/2005 | 02079 LM BRENNER | REVIEW SUMMARY JUDGMENT PLEADINGS IN SUPPORT OF RES JUDICATA FROM INDIANA ACTION | 0 60 | $195 00 |
| 5/25/2005 | 02165 R T REDANO | REVISE MOTION FOR SUMMARY JUDGMENT RE RES JUDICATA; REVIEW AND REVISE RULE 37 MOTION TO LIMIT TLC'S INFRINGEMENT EVIDENCE | 3.80 | $1,501.00 |
| 5/25/2005 | 02522 GR MAZE | REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT ON RES JUDICATA; REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT ON NO DAMAGES; REVISE RULE 37(C) MOTION; ANALYZE DEPOSITION TESTIMONY FOR NO DAMAGES SUPPORT; CREATE INITIAL DECLARATIONS FOR MOTION FOR PARTIAL SUMMARY JUDGMENT ON NO DAMAGES | 7 90 | $2,646.50 |
| 5/25/2005 | 02079 LM BRENNER | RESEARCH CASE LAW IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE FOR SUMMARY JUDGMENT CONCERNING RES JUDICATA; ENSURE PLEADINGS CONFORM TO LOCAL RULES | 0.40 | $130.00 |
| 5/25/2005 | 02179 T THIGPEN | ARRANGE FOR PAYMENT OF INVOICE FROM REEDFAX FOR PRIOR ART COPY. | 0 10 | $14 50 |

DUANE MORRIS LLP

File # N0661-00176                                    INVOICE # 1096007
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE    ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/26/2005 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: AVAILABILITY FOR SETTLEMENT CONFERENCE; PREPARE RESPONSE; REVIEW REPLY; PREPARE LETTER TO OPPOSING COUNSEL RE: SETTLEMENT CONFERENCE; REVISE MOTION FOR SUMMARY JUDGMENT, SUPPORTING DECLARATION, STATEMENT OF FACTS AND ORDER; CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE RULE 37C MOTION TO LIMIT PLAINTIFFS INFRINGEMENT EVIDENCE AND CONTENTIONS, PROPOSED ORDER, SUPPORTING DECLARATION, AND STATEMENT OF FACTS; CONFER WITH MR MAZE RE: SAME | 5.30 | $2,093.50 |
| 5/26/2005 02522 GR MAZE | REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT OF RES JUDICATA AND FILE; CREATE MOTION ON RULE 37(C) EXCLUSIONS/LIMINE AND PREPARE FOR FILING | 10.10 | $3,383.50 |
| 5/26/2005 02079 LM BRENNER | CONFIRM THAT MOTION TO AMEND WAS TAKEN OFF CALENDAR. | 0.20 | $65.00 |
| 5/27/2005 02165 RT REDANO | CONFER WITH MR HUSER RE: MOTION FOR SUMMARY JUDGMENT RE: RES JUDICATA AND RULE 37 MOTIONS, INDEMNIFICATION STRATEGY AND REMAINING SUMMARY JUDGMENT MOTIONS; REVIEW AND REVISE RULE 37 MOTION AND SUPORTING PLEADINGS; CONFER WITH MR MAZE RE: SAME; REVIEW DEPOSITION TESTIMONY; CONFER WITH MR MAZE RE: SUMMARY JUDGMENT MOTION THAT THOMSON DOES NOT MAKE, USE, SELL OR OFFER TO SELL ACCUSED INFRINGING DEVICES; REVIEW TLC'S MOTION TO STRIKE RES JUDICATA DEFENSE AND CONFER WITH MR MAZE RE: SAME | 4.90 | $1,935.50 |
| 5/27/2005 02522 GR MAZE | FINALIZE MOTION IN LIMINE AND FILE; ANALYZE RECORD FOR EVIDENCE TO USE IN MPSJ OF NO SALES AND OF NO LIABILITY BECAUSE THE PRODUCTS DO NOT USE THE TMC OR TVP CHIPS | 7.90 | $2,646.50 |
| 5/27/2005 02079 LM BRENNER | SUPERVISE SERVICE OF SUMMARY JUDGMENT RES JUDICATA PLEADINGS ON LOCAL COUNSEL, AND COMMUNICATIONS WITH COURT CLERK CONCERNING SPECIFIC LOCAL RULE REQUIREMENTS AND SCHEDULING AFFECTING OTHER | 0.80 | $260.00 |

File # N0661-00176                                          INVOICE # 1096007
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | MOTIONS; ANALYZE MOTION OF PLAINTIFF TO STRIKE RES JUDICATA DEFENSE AND STRATEGIZE WHETHER TO ATTACK SAME FOR INADEQUATE NOTICE. | | |
| 5/28/2005 | 02165 RT REDANO | PREPARE MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND RULE 37 MOTION REGARDING EXPERT TESTIMONY; CONFER WITH MR MAZE RE: SAME; REVIEW TLC'S MOTION TO STRIKE RES JUDICATA DEFENSE AND PREPARE EMAIL TO MR HUSER RE: SAME | 6.20 | $2,449.00 |
| 5/28/2005 | 02522 GR MAZE | FURTHER DEVELOP MOTIONS FOR PARTIAL SUMMARY JUDGMENT OF NO LIABILITY FOR CERTAIN PRODUCTS, RULE 37 EXCLUSIONS, AND NO INFRINGEMENT AND THEIR REQUIRED ANCILLARY FILES (E.G. STATEMENT OF FACTS) | 6.30 | $2,110.50 |
| 5/29/2005 | 02165 RT REDANO | PREPARE MOTIONS FOR SUMMARY JUDGMENT AND RULE 37 MOTION; CONFER WITH MR MAZE RE: SAME | 7.10 | $2,804.50 |
| 5/29/2005 | 02522 GR MAZE | FURTHER DEVELOP MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT OF 524 PATENT; CASE LAW RESEARCH IN SUPPORT OF THE MOTION; REFINE RULE 37 MOTION TO EXCLUDE EXPERT OPINIONS NOT YET OFFERED | 4.10 | $1,373.50 |
| 5/30/2005 | 02165 RT REDANO | PREPARE SUMMARY JUDGMENT MOITONS AND RULE 37 MOTION TO EXCLUDE EXPERT TESTIOMONY; CONFER WITH MR MAZE RE: PLEADING REQUIREMENT FOR PIERCING THE CORPORATE VEIL AND REVIEW CASE LAW RE: SAME | 6.90 | $2,725.50 |
| 5/30/2005 | 02522 GR MAZE | CONTINUE WITH DEVELOPMENT OF THE MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE THE '524 PATENT AND NO SALES AND THE RULE 37 MOTION AND THEIR ATTACHMENTS | 7.30 | $2,445.50 |
| 5/31/2005 | 02522 GR MAZE | WORK TOWARDS FINALIZATION OF RULE 37 MOTION TO EXCLUDE EXPERT TESTIMONY NOT YET TENDERED, NO LIABILITY FOR MAKE USE SELL, AND NO INFRINGEMENT OF '524 PATENT, INCLUDING DECLARATIONS AND PROPOSED ORDERS | 10.80 | $3,618.00 |
| 5/31/2005 | 02179 T THIGPEN | ASSIST IN ASSEMBLING EXHIBITS TO MOTION FOR PARTIAL SUMMARY | 3.00 | $435.00 |

File # N0661-00176                                              INVOICE # 1096007
    TLC V THOMSON (GRASS VALLEY E.D. CALIF )

| DATE | ID #TIMEKEEPER | HOURS | VALUE |
|------|----------------|-------|-------|
| | JUDGMENT NO INFRINGEMENT OF US PATENT NO. 5,495,524 AND STATEMENT OF UNDISPUTED FACTS ; CHECK EXHIBIT CITES | | |

                        TOTAL SERVICES          386 20  $139,897 00

File # N0661-00176                                    INVOICE # 1096007
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF )

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2005 | PRINTING & DUPLICATING - EXTERNAL | | 844.84 |
| 5/31/2005 | PRINTING & DUPLICATING - EXTERNAL | | 549.17 |
| | | Total: | $1,394.01 |
| 5/31/2005 | POSTAGE | | 680.21 |
| | | Total: | $680 21 |
| 5/31/2005 | DINNER - LOCAL | | 20.00 |
| | | Total: | $20.00 |
| 5/31/2005 | TRAVEL - LOCAL | | 2,053.31 |
| | | Total: | $2,053.31 |
| 5/31/2005 | TRAVEL AWAY FROM HOME | | 1,201.38 |
| | | Total: | $1,201 38 |
| 5/31/2005 | DOCUMENT COSTS | | 5,301.27 |
| | | Total: | $5,301.27 |
| 4/29/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 29.40 |
| 4/29/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 344.40 |
| 4/29/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 1 05 |
| 5/3/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 3 15 |
| 5/5/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 730.80 |
| 5/5/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 5.25 |
| 5/5/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 9.00 |
| 5/5/2005 | LEXIS LEGAL RESEARCH BRENNER, LINA | | 12.75 |
| 5/6/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 7.65 |
| 5/6/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 201 60 |
| 5/6/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 8.40 |
| 5/6/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 18.00 |
| 5/8/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.05 |
| 5/8/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 50.40 |
| | | Total: | $1,422.90 |
| 5/5/2005 | OVERNIGHT MAIL PACKAGE SENT TO PAUL GIBBONS AT NIROSCAVONEHALLER & NIRO - CHICAGO, IL FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790011996473) | | 10 60 |
| 5/9/2005 | OVERNIGHT MAIL PACKAGE SENT TO RICHARD REDANO AT GUEST AT - MARRIOTT HOTEL - CHICAGO, IL FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790015320489) | | 13.22 |

File # N0661-00176                                      INVOICE # 1096007
TLC V. THOMSON (GRASS VALLEY E.D CALIF.)

|  |  | Total: | $23.82 |
|---|---|---|---|

| 5/24/2005 | DEPOSITION TRANSCRIPT OF DAVID JORDAHL | | 306.80 |
|---|---|---|---|
| 5/24/2005 | DEPOSITION TRANSCRIPT OF JEFFREY BROOKS | | 479.10 |
| | | Total: | $785.90 |

| 5/31/2005 | MESSENGER SERVICE | | 167.75 |
|---|---|---|---|
| | | Total: | $167.75 |

| 5/5/2005 | MISCELLANEOUS BLOWBACK OF 3CDS COPY & BATES LABEL 42,059 PAGES | | 14,113.95 |
|---|---|---|---|
| 5/9/2005 | MISCELLANEOUS DIGITIAL BLOWBACKS | | 282.21 |
| | | Total: | $14,396.16 |

| 5/31/2005 | OVERTIME RELATED COSTS | | 641.08 |
|---|---|---|---|
| | | Total: | $641.08 |

| 4/26/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/26/2005 TO HOUSTON INTERCONTINENTAL AIRPORT | | 308.20 |
|---|---|---|---|
| 4/26/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/26/2005 TO LAS VEGAS MCCARRAN INTERNATIONAL AIRPORT | | 138.20 |
| 4/29/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/4/200 5 TO LOS ANGELES INTERNATIONAL AIRPORT | | 113.20 |
| 4/29/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/27/2005 TO NEWARK INTERNATIONAL AIRPORT | | -1,029.80 |
| 4/29/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/3/200 5 TO SACRAMENTO METROPOLITAN AIRPORT | | 847.90 |
| 5/3/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/9/200 5 TO CHICAGO-O'HARE INTERNATIONAL AIRPORT | | 709.10 |
| 5/4/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/4/200 5 TO LOS ANGELES INTERNATIONAL AIRPORT | | 637.90 |
| 5/4/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 5/10/2005 TO LOS ANGELES INTERNATIONAL AIRPORT | | 658.30 |
| 5/5/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/5/200 5 TO HOUSTON INTERCONTINENTAL AIRPORT | | 309.20 |
| 5/9/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/11/20 05 TO PHILADELPHIA, PA | | 109.20 |
| 5/9/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/9/200 5 TO CHICAGO-O'HARE INTERNATIONAL AIRPORT | | 575.90 |
| 5/10/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/11/20 05 TO HOUSTON INTERCONTINENTAL AIRPORT | | 299.20 |
| 5/13/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/15/20 05 TO SACRAMENTO METROPOLITAN AIRPORT | | 1,087.90 |
| 5/13/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/17/20 05 TO PHOENIX SKY HARBOR INTERNATIONAL AIRPORT | | 319.40 |
| 5/19/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/5/200 5 TO HOUSTON INTERCONTINENTAL AIRPORT | | -309.20 |

File # N0661-00176        INVOICE # 1096007
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| Date | Description | | Amount |
|------|-------------|--|--------|
| 5/19/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/3/200 5 TO SACRAMENTO METROPOLITAN AIRPORT | | -823.90 |
| | | Total: | $3,950.70 |
| 4/30/2005 | PRINTING & DUPLICATING | | 40.20 |
| 5/31/2005 | PRINTING & DUPLICATING | | 805.00 |
| | | Total: | $845.20 |
| | TOTAL DISBURSEMENTS | | $32,883.69 |

File # N0661-00176      INVOICE # 1096007
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02522 | GR MAZE | PARTNER | 167.50 | 335.00 | 56,112.50 |
| 02165 | RT REDANO | PARTNER | 194.30 | 395.00 | 76,748.50 |
| 02079 | LM BRENNER | ASSOCIATE | 19.10 | 325.00 | 6,207.50 |
| 02694 | JI PIADE | PARALEGAL | 2.00 | 175.00 | 350.00 |
| 02179 | T THIGPEN | PARALEGAL | 3.30 | 145.00 | 478.50 |
| | | | 386.20 | | $139,897.00 |

# COPY

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

July 11, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

File# N0661-00176          Invoice# 1103709                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                           $105,490.00

DISBURSEMENTS
AIR TRAVEL                              1133.24
DEPOSITION TRANSCRIPT                   5715.35
LEXIS LEGAL RESEARCH                    1393.50
MESSENGER SERVICE                         85.00
MISCELLANEOUS                           7672.13
OVERNIGHT MAIL                           177.77
POSTAGE                                   22.50
PRINTING & DUPLICATING                   959.20
TRAVEL AWAY FROM HOME                   2852.49
TOTAL DISBURSEMENTS                                         $20,011.18

BALANCE DUE THIS INVOICE                                   $125,501.18

PREVIOUS BALANCE                                           $172,780.69

TOTAL BALANCE DUE                                          $298,281.87

File # N0661-00176                                    INVOICE # 1103709
   TLC V. THOMSON (GRASS VALLEY E D. CALIF )

| DATE   ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 6/1/2005 02165 RT REDANO | REVIEW AND REVISE MULTIPLE MOTIONS FOR SUMMARY JUDGMEMT AND SUPPORTING PAPERS; CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR HUSER RE: RESEARCH ON MOTION TO STRIKE AND RULE 37 MOTION; PREPARE RESPONSE; REVIEW REPLY; PREPARE MEMO TO MR KIM RE: RESEARCH NEEDED ON MOTION TO STRIKE | 10 70 | $4,226 50 |
| 6/1/2005 02522 GR MAZE | PREPARE AND FINALIZE FOUR MOTIONS AND VERIFY FILING | 12 10 | $4,053 50 |
| 6/1/2005 02079 LM BRENNER | ASSIST WITH SUMMARY JUDGMENT FILINGS IN CASE, AS WELL AS ANALYSIS OF LOCAL RULES AND PROCEDURES APPLICABLE TO SAME. | 0.60 | $195 00 |
| 6/1/2005 02179 T THIGPEN | ASSIST IN ASSEMBLING EXHIBITS TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT; ASSIST MR. REDANO IN PREPARATION OF '070 CLAIM INTERPRETATION INSERT. | 3.60 | $522 00 |
| 6/1/2005 02694 JI PIADE | RESEARCH RE MANDATORY SETTLEMENT PROCEDURES IN EASTERN DISTRICT CAL COURT | 0 40 | $70 00 |
| 6/2/2005 02165 RT REDANO | CONFER WITH MR MAZE RE: TRANSMITTAL OF TRANSCRIPTS AND BRIEFS TO CHAMBERS; REVIEW EMAIL FROM OPPOSING COUNSEL RE: SETTLEMENT CONFERENCE; REVIEW LOCAL RULE RE: SETTLEMENT CONFERENCE; PREPARE EMAIL TO MR HUSER RE: COMMUNICATION FROM OPPOSING COUNSEL; REVIEW RESPONSE; PREPARE EMAIL TO OPPOSING COUNSEL RE: SETTLEMENT CONFERENCE; ███████ PREPARE RESPONSE; CONFER WITH MR KIM RE: RESEARCH ON TLC'S MOTION TO STRIKE RES JUDICATA DEFENSE | 1 30 | $513 50 |
| 6/2/2005 02079 LM BRENNER | ASSIST WITH FILING AND SERVICE ISSUES RELATING TO FILING OF VARIOUS SUMMARY JUDGMENT MOTIONS AND COMPLIANCE WITH LOCAL JUDICIAL RULES REGARDING SAME | 0 30 | $97 50 |
| 6/3/2005 02165 RT REDANO | CONFER WITH MR HUSER RE: PENDING MOTIONS; PREPARE MEMO TO MR KIM RE: RESEARCH ON INDEMNIFICATION ISSUE AND CONFER WITH MR MAZE RE: | 0 70 | $276.50 |

*Reduced*
*0.2  $79.00*

File # N0661-00176                                    INVOICE # 1103709
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | SAME | | |
| 6/3/2005 | 03994 K KIM | RESEARCH RE WHETHER PREJUDICE IS BASIS TO STRIKE RES JUDICATA DEFENSE UNDER RULE 12(F) | 2.50 | $737.50 |
| 6/5/2005 | 03994 K KIM | DRAFT MEMO RE WHETHER PREJUDICE IS BASIS TO STRIKE RES JUDICATA DEFENSE UNDER RULE 12(F) | 2.90 | $855.50 |
| 6/5/2005 | 03994 K KIM | RESEARCH RE WHETHER INDEMNIFICATION AGREEMENT BETWEEN THOMSON AND TBMS HAS EFFECT ON RES JUDICATA DEFENSE | 2.60 | $767.00 |
| 6/6/2005 | 02165 RT REDANO | REVIEW MEMO RE: TLC'S MOTION TO STRIKE RES JUDICATA DEFENSE; CONFER WITH MR KIM RE: INDEMNIFICATION ISSUES; REVIEW EMAIL FROM OPPOSING COUNSEL RE: SETTLEMENT CONFERENCE; PREPARE RESPONSE AND EMAIL TO MR HUSER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: TI WITNESSES; PREPARE RESPONSE; PREPARE INDEMNIFICATION AGREEMENT AND REVIEW CASES RE: RULE 12(F) MOTIONS TO STRIKE; CONFER WITH MR MAZE RE: SAME | 5.70 | $2,251.50 |
| 6/7/2005 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: SCHEDULE BETWEEN NOW AND TRIAL; REVIEW DOCKET SHEET FOR TLC V SONY LITIGATION; CONFER WITH MR KIM RE: RES JUDICATA AND INDEMNIFICATION RESEARCH; REVIEW PLEADINGS FILED BY TLC AND AV TECHNOLOGIES AGAINST SONY; STUDY 9TH CIRCUIT CASES RE: PRIVITY FOR RES JUDICATA PURPOSES AND PREPARE LETTER TO MR HUSER RE: SAME; PREPARE RESPONSE TO TLC'S MOTION TO STRIKE RES JUDICATA DEFENSE | 4.90 | $1,935.50 |
| 6/7/2005 | 03994 K KIM | RESEARCH RE WHETHER INDEMNIFICATION AGREEMENT OR PARENT - SUBSIDIARY RELATIONSHIP ESTABLISHED PRIVITY WHEN ASSERTING RES JUDICATA; DRAFT MEMO TO MR REDANO RE SAME | 3.50 | $1,032.50 |
| 6/8/2005 | 02165 RT REDANO | PREPARE EMAIL TO MR HUSER RE: ACCESS TO TI WITNESSES ███████ ██████ RESEARCH; REVIEW NINTH CIRCUIT CASES RE: PRIVITY AND PREPARE LETTER TO MR HUSER RE: SAME; REVIEW TLC'S ANSWER TO THOMSON'S FIRST AMENDED ANSWER AND COUNTERCLAIMS AND CONFER | 6.70 | $2,646.50 |

*Reduced*

*0.2  $79.00*

File # N0661-00176

INVOICE # 1103709

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 6/8/2005 02522 GR MAZE | WITH MR MAZE RE: SAME; PREPARE OPPOSITION TO TLC'S MOTION TO STRIKE RES JUDICATA DEFENSE | 1.90 | $636.50 |
| 6/8/2005 03994 K KIM | REVISE LETTER TO MR HUSER RE RES JUDICATA; REVISE AND FILE REQUEST FOR SETTLEMENT DATE, INCLUDING DECLARATION AND EXHIBITS AND PROPOSED ORDER | 1.50 | $442.50 |
| 6/9/2005 02165 RT REDANO | RESEARCH RE PRIVITY REQUIREMENT FOR APPLICATION OF RES JUDICATA; RESEARCH RE RELATIONSHIP OF AMENDED PLEADING TO ORIGINAL PLEADING AND RELATIONSHIP BETWEEN A PLEADING AND THE ANSWER TO THAT PLEADING | 6.60 | $2,607.00 |
| 6/9/2005 02522 GR MAZE | REVIEW CASES AND MEMOS RE: RULE 15 AMENDMENTS; SUBMISION OF AFFIDAVITS UNDER RULE 56(F); CONFER WITH MR KIM RE: SAME; PREPARE RESPONSE TO TLC'S MOTION TO STRIKE; REVIEW CASES CITED IN TLC'S MOTION TO STRIKE; CONFER WITH MR MAZE RE: SAME | 1.70 | $569.50 |
| 6/9/2005 03994 K KIM | ANALYZE TLC'S MOTION TO STRIKE THOMSON'S RES JUDICATA DEFENSE AND DRAFT RESPONSE TO TLC'S ARGUMENTS OF FUTILITY OF THE RES JUDICATA DEFENSE; REVIEW AND REVISE RESPONSE | 5.20 | $1,534.00 |
| 6/10/2005 02165 RT REDANO | RESEARCH RE AFFIDAVIT REQUIREMENT TO SUPPORT SUMMARY JUDGMENT UNDER RULE 56(F); RESEARCH RE RELATIONSHIP BETWEEN PLEADING AND ANSWER TO THAT PLEADING; RESEARCH RE USE OF TRIAL AMENDMENT TO AMEND PLEADINGS TO ADD RES JUDICATA DEFENSE; DRAFT MEMO RE SAME | 7.40 | $2,923.00 |
| 6/10/2005 02522 GR MAZE | REVIEW EMAIL FROM MR HUSER TO COUNSEL FOR TI; PREPARE RESPONSE TO TLC'S MOTION TO STRIKE RES JUDICATA CLAIM; CONFER WITH MESSRS KIM AND MAZE RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME | 4.10 | $1,373.50 |
| 6/10/2005 03994 K KIM | REVIEW AND REVISE RESPONSE TO TLC'S MOTION TO STRIKE RES JUDICATA; FILE WITH COURT | 0.40 | $118.00 |
| | REVIEW CASE CITATIONS IN THOMSON'S OPPOSITION TO TLC'S MOTION TO DISMISS THOMSON'S RES | | |

File # N0661-00176                         INVOICE # 1103709
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF )

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | JUDICATA DEFENSE | | |
| 6/16/2005 | 02165 RT REDANO | REVIEW TLC'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF NO PREFILING DAMAGES; PREPARE MEMO TO MR KIM RE: ISSUES TO BE RESEARCHED; PREPARE OBJECTIONS TO TLC'S EVIDENCE AND OUTLINE OF REPLY BRIEF | 4 90 | $1,935 50 |
| 6/17/2005 | 02165 RT REDANO | PREPARE MEMO TO MR KIM RE: RESEARCH NEEDED FOR REPLY IN SUPPORT OF MOTION TO DISMISS FOR RES JUDICATA; REVIEW RES JUDICATA CASES AND PREPARE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION | 4 80 | $1,896.00 |
| 6/17/2005 | 02522 GR MAZE | REVISE REPLY TO PLAINTIFF'S RESPONSE RE NO DAMAGES | 1 20 | $402 00 |
| 6/17/2005 | 03994 K KIM | RESEARCH RE TLC OPPOSITION TO THOMSON SUMMARY JUDGMENT MOTION TO DISMISS BASED UPON RES JUDICATA | 3 60 | $1,062.00 |
| 6/17/2005 | 03994 K KIM | RESEARCH RE REPLY TO TLC OPPOSITION TO SUMMARY JUDGMENT FOR NO PREFILING DAMAGES | 4 70 | $1,386 50 |
| 6/18/2005 | 02165 RT REDANO | PREPARE OUTLINE OF PRETRIAL STATEMENT AND REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NO PREFILING DAMAGES; CONFER WITH MR MAZE RE: SAME | 9 60 | $3,792.00 |
| 6/18/2005 | 03599 RE GARCIA | ASSIST R. REDANO WITH REVISIONS TO DEFENDANT THOMSON, INC 'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO DAMAGES PRIOR TO THE FILING OF THE ORIGINAL COMPLAINT | 4.50 | $517 50 |
| 6/19/2005 | 02165 RT REDANO | PREPARE REPLIES IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT OF NO PREFILING DAMAGES AND RES JUDICATA; CONFER WITH MR MAZE RE: SAME | 7 80 | $3,081 00 |
| 6/19/2005 | 02522 GR MAZE | ANALYZE CASES CITED BY TLC IN THEIR RESPONSE TO MPSJ OF NO DAMAGES AND PROVIDE ANALYSIS TO MR REDANO; REVIEW AND REVISE REPLY TO PLAINTIFFS' RESPONSE TO MPSJ OF NO DAMAGES; BEGIN CREATION OF SEPARATE STATEMENT FOR PRE-TRIAL CONFERENCE | 6 30 | $2,110 50 |
| 6/20/2005 | 02165 RT REDANO | REVISE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NO PRE-FILING DAMAGES; PREPARE | 9 70 | $3,831 50 |

Duane

File # N0661-00176

INVOICE # 1103709

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|------|----------------|--|-------|-------|
| 6/23/2005 02522 GR MAZE | | WITH TI ATTORNEY AND INVENTORS AND PREPARE EMAILS TO SAME CONTINUE WITH DEVELOPMENT AND REFINEMENT OF PRETRIAL STATEMENT; REVIEW AND COORDINATE WITH MR REDANO | 7.40 | $2,479.00 |
| 6/24/2005 02165 RT REDANO | | REVIEW EMAIL FROM MR SYMES RE: TLC'S PRE-TRIAL STATEMENT AND DISCOVERY ISSUES; REVIEW TLC'S PRODUCTION FOR SELECTION OF TRIAL EXHIBITS; CONFER WITH MR KIM RE: TLC'S LICENSE AGREEMENTS; REVIEW LICENSE AGREEMENTS AND EXPERT REPORTS; CONFER WITH MR CHANG OF TI RE: SCHEDULING OF TELEPHONE CONFERENCE; CONFER WITH PARALEGAL RE: SEARCH OF TLC DOCUMENTS PRODUCTION DATABASE | 5.90 | $2,330.50 |
| 6/24/2005 02522 GR MAZE | | CONTINUE TO REFINE PRETRIAL STATEMENT; ADD DESCRIPTIONS FOR SECTIONS DEALING WITH POINTS OF LAW AND EVIDENTIARY MATTER | 7.40 | $2,479.00 |
| 6/24/2005 03994 K KIM | | REVIEW DOCUMENT PRODUCTION FOR TLC OFFERS TO LICENSE; REVIEW DOCUMENT PRODUCTION FOR LICENSES GRANTED TO RECIPIENTS OF CEASE AND DESIST LETTERS | 3.30 | $973.50 |
| 6/25/2005 02165 RT REDANO | | PREPARE PRE-TRIAL STATEMENT, EXHIBIT LIST AND PREPARE FOR ORAL ARGUMENTS ON SJ MOTIONIS; CONFER WITH PARALEGAL AND MR MAZE RE: SAME | 8.80 | $3,476.00 |
| 6/25/2005 02522 GR MAZE | | CONTINUE TO DEVELOP AND REFINE PRETRIAL STATEMENT | 6.90 | $2,311.50 |
| 6/25/2005 03659 M LEDESMA | | ASSEMBLE TRIAL EXHIBITS | 4.20 | $483.00 |
| 6/26/2005 02165 RT REDANO | | REVIEW PRETRIAL STATEMENTS AND CONFER WITH MR MAZE RE: SAME; PREPARE FOR SUMMARY JUDGMENT HEARINGS AND TRAVEL TO SACRAMENTO FOR HEARING | 10.80 | $4,266.00 |
| 6/26/2005 02522 GR MAZE | | CONTINUE WITH REFINING THE PRETRIAL STATEMENT; ADD CONCISE STATEMENT FOR THE JURY | 5.30 | $1,775.50 |
| 6/26/2005 03659 M LEDESMA | | ASSEMBLE TRIAL EXHIBITS | 3.80 | $437.00 |
| 6/27/2005 02165 RT REDANO | | PREPARE ORAL ARGUMENT FOR HEARING; ARGUE MOTIONS AT HEARING; CONFER WITH OPPOSING COUNSEL RE: SETTLEMENT; CONFER WITH MR MAZE RE: TLC'S RESPONSE BRIEFS; PREPARE EMAIL TO MR HUSER RE: HEARING AND SETTLEMENT | 10.70 | $4,226.50 |

File # N0661-00176                                    INVOICE # 1103709
  TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 6/27/2005 02522 GR MAZE | COMPLETE THE SEPARATE PRETRIAL STATEMENT AND FILE; ANALYZE TLC'S RESPONSES TO MOTION TO LIMIT EXPERTS AND NO DAMAGES MOTIONS | 8.30 | $2,780.50 |
| 6/28/2005 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: SETTLEMENT CONFERENCE AND DAMAGES ANALYSIS; PREPARE DAMAGE ANALYSIS EMAIL TO MR SYMES; REVIEW TLC'S RESPONSE TO SUMMARY JUDGMENT AND RULE 37 MOTION; CONFER WITH MR MAZE RE: SAME; PREPARE OUTLINE OF REPLY BRIEFS IN SUPPORT OF RULE 37 AND SUMMARY JUDGMENT MOTION; PREPARE EMAIL TO MR MAZE RE: SAME; RETURN TO HOUSTON FROM SACRAMENTO | 8 90 | $3,515.50 |
| 6/28/2005 02522 GR MAZE | ANALYZE ALL OF TLC'S RESPONSES; BEGIN REPLY DRAFTS TO EACH RESPONSE | 9 10 | $3,048.50 |
| 6/29/2005 02165 RT REDANO | PREPARE REPLIES IN SUPPORT OF RULE 37 AND SUMMARY JUDGMENT MOTIONS; CONFER WITH MR MAZE RE: SAME | 8 80 | $3,476.00 |
| 6/30/2005 02165 RT REDANO | PREPARE REPLIES IN SUPPORT OF SUMMARY JUDGMENT AND RULE 37 MOTION; CONFER WITH MR CHANG RE: LECHNER AND COOPER REPORTS | 7 70 | $3,041.50 |
| | TOTAL SERVICES | 303 00 | $105,490 00 |

File # N0661-00176                                        INVOICE # 1103709
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--------|--------|
| 6/30/2005 | POSTAGE | | 22.50 |
| | | Total: | $22.50 |
| | | | |
| 6/30/2005 | TRAVEL AWAY FROM HOME | | 2,852.49 |
| | | Total: | $2,852.49 |
| | | | |
| 5/25/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 126.00 |
| 5/25/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.05 |
| 5/26/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 50.40 |
| 5/26/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 2.10 |
| 5/28/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 25.20 |
| 5/30/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 5.10 |
| 5/30/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 50.40 |
| 5/30/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 4.20 |
| 6/3/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 33.60 |
| 6/3/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 117.60 |
| 6/3/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 8.40 |
| 6/3/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 2.55 |
| 6/5/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 5.10 |
| 6/5/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 54.60 |
| 6/5/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 75.60 |
| 6/5/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 16.80 |
| 6/6/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 302.40 |
| 6/7/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 8.40 |
| 6/7/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 6.30 |
| 6/7/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 5.10 |
| 6/8/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 16.80 |
| 6/8/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 50.40 |
| 6/8/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 14.70 |
| 6/9/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 4.20 |
| 6/9/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 46.20 |
| 6/9/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 113.40 |
| 6/9/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 22.05 |
| 6/9/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 10.20 |
| 6/10/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 3.15 |
| 6/18/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 3.15 |
| 6/18/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 25.20 |
| 6/19/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 3.15 |
| 6/19/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 25.20 |
| 6/20/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 5.10 |
| 6/20/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.05 |
| 6/20/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 12.60 |
| 6/20/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 25.20 |
| 6/20/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | | 4.20 |

File # N0661-00176                                    INVOICE # 1103709
       TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| | | |
|---|---|---:|
| 6/22/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | 1.05 |
| 6/22/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | 1.05 |
| 6/22/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | 4.20 |
| 6/22/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | 59.40 |
| 6/23/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | 1.05 |
| 6/23/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | 1.05 |
| 6/24/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | 25.20 |
| 6/24/2005 | LEXIS LEGAL RESEARCH KIM, KYUNG | 4.20 |
| 6/27/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | 9.45 |
| | Total: | $1,393.50 |

| | | |
|---|---|---:|
| 4/29/2005 | OVERNIGHT MAIL (3 OF 3 ) PACKAGE SENT TO GARY MAZE AT DUANE MORRIS - HOUSTON, TX FROM AUDREY MILLEMANN AT WEINTRAUB GENSHLEA & SPROUL - SACRAMENTO, CA (TRACKING #846873415553) | 24.09 |
| 4/29/2005 | OVERNIGHT MAIL (2 OF 3 ) PACKAGE SENT TO GARY MAZE AT DUANE MORRIS - HOUSTON, TX FROM AUDREY MILLEMANN AT WEINTRAUB GENSHLEA & SPROUL - SACRAMENTO, CA (TRACKING #846873415564) | 27.69 |
| 4/29/2005 | OVERNIGHT MAIL (1 OF 3 ) PACKAGE SENT TO GARY MAZE AT DUANE MORRIS - HOUSTON, TX FROM AUDREY MILLEMANN AT WEINTRAUB GENSHLEA & SPROUL - SACRAMENTO, CA (TRACKING #846873415575) | 26.03 |
| 5/11/2005 | OVERNIGHT MAIL PACKAGE SENT TO GEORGE STRONG AT CORNERSTONE RESEARCH - LOS ANGELES, CA FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790018586259) | 16.22 |
| 5/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO PETER SYMES AT THOMSON BROADCAST & MEDIA SOLU - NEVADA CITY, CA FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791073665713) | 24.36 |
| 5/16/2005 | OVERNIGHT MAIL PACKAGE SENT TO PETER SYMES AT THOMSON BROADCAST & MEDIA SOLU - NEVADA CITY, CA FROM MICHELLE LEDESMA AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791073635629) | 24.36 |
| 6/7/2005 | OVERNIGHT MAIL PACKAGE SENT TO PETER D. SYMES AT HILTON NEWARK AIRPORT - ELIZABETH, NJ FROM GARY MAZE AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #790045744630) | 16.22 |
| 6/7/2005 | OVERNIGHT MAIL PACKAGE SENT TO PETER D. SYMES AT THOMSON BROADCAST & MEDIA SOLU - NEVADA CITY, CA FROM GARY MAZE AT DUANE MORRIS LLP - HOUSTON, TX (TRACKING #791096684293) | 18.80 |
| | Total: | $177.77 |

| | | |
|---|---|---:|
| 5/26/2005 | DEPOSITION TRANSCRIPT | 670.85 |
| 6/3/2005 | DEPOSITION TRANSCRIPT OF RAYMOND BRYARS | 860.90 |