# EXHIBIT L – PART 11

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

File # N0661-00176                                          INVOICE # 1103709
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| Date | Description | Amount |
|---|---|---:|
| 6/6/2005 | DEPOSITION TRANSCRIPT | 403.45 |
| 6/7/2005 | DEPOSITION TRANSCRIPT OF MICHAEL HAUKE | 1,276.45 |
| 6/7/2005 | DEPOSITION TRANSCRIPT OF WALTER ZELHOFER | 971.45 |
| 6/13/2005 | DEPOSITION TRANSCRIPT OF PETER SYMES | 1,532.25 |
| | Total: | $5,715.35 |
| | | |
| 6/30/2005 | MESSENGER SERVICE | 85.00 |
| | Total: | $85.00 |
| | | |
| 5/2/2005 | RTR/ORIG&COPYOFDEPOFCARLCOOPER/JENSENREPORTINGSRVC | 2,675.30 |
| 5/2/2005 | RTR/ORIG&COPYOFDEPOFCARLCOOPER/JENSENREPORTINGSRVC | 2,102.20 |
| 5/12/2005 | RTR/ORIG&COPYOFDEPOFJOSEPHGEMINI/JENSENREPORTING SRVC | 2,886.63 |
| 6/2/2005 | MISCELLANEOUS PRIOR ART | 8.00 |
| | Total: | $7,672.13 |
| | | |
| 4/29/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/4/2005 TO LOS ANGELES INTERNATIONAL AIRPORT | -113.20 |
| 5/4/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 5/10/2005 TO LOS ANGELES INTERNATIONAL AIRPORT | -634.30 |
| 5/25/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/9/2005 TO CHICAGO-O'HARE INTERNATIONAL AIRPORT | -575.90 |
| 5/25/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/10/2005 TO PHILADELPHIA, PA | -109.20 |
| 5/25/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/11/2005 TO PHILADELPHIA, PA | -109.20 |
| 6/7/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 5/13/2005 TO HOUSTON INTERCONTINENTAL AIRPORT | -277.96 |
| 6/7/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 4/25/2005 TO SACRAMENTO METROPOLITAN AIRPORT | -1,036.50 |
| 6/8/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 7/10/2005 TO SACRAMENTO METROPOLITAN AIRPORT | 637.90 |
| 6/8/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 6/26/2005 TO SACRAMENTO METROPOLITAN AIRPORT | 637.90 |
| 6/8/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 7/4/2005 TO SACRAMENTO METROPOLITAN AIRPORT | 637.90 |
| 6/8/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 7/17/2005 TO SACRAMENTO METROPOLITAN AIRPORT | 1,037.90 |
| 6/8/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 7/10/2005 TO SACRAMENTO METROPOLITAN AIRPORT | 1,037.90 |
| | Total: | $1,133.24 |
| | | |
| 6/30/2005 | PRINTING & DUPLICATING | 959.20 |
| | Total: | $959.20 |

File # N0661-00176                                    INVOICE # 1103709
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

                              TOTAL DISBURSEMENTS      $20,011.18

Duane Morris
July 11, 2005
Page 13

File # N0661-00176  INVOICE # 1103709
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 91.40 | 335.00 | 30,619.00 |
| 02165 | RT REDANO | PARTNER | 152.60 | 395.00 | 60,277.00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 8.00 | 115.00 | 920.00 |
| 03599 | RE GARCIA | LEGAL ASSISTAN | 4.50 | 115.00 | 517.50 |
| 03994 | K KIM | ASSOCIATE | 41.60 | 295.00 | 12,272.00 |
| 02079 | LM BRENNER | ASSOCIATE | 0.90 | 325.00 | 292.50 |
| 02694 | JI PIADE | PARALEGAL | 0.40 | 175.00 | 70.00 |
| 02179 | T THIGPEN | PARALEGAL | 3.60 | 145.00 | 522.00 |
| | | | 303.00 | | $105,490.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

COPY

August 4, 2005

RICHARD HUSER
ASSOCIATE GENERAL COUNSEL
LEGAL OPERATIONS INH 340
THOMSON MULTIMEDIA INC.
POST OFFICE BOX 1976
INDIANAPOLIS, IN 46206-1976

TLC V THOMSON (GRASS VALLEY E D. CALIF.)

File# N0661-00176     Invoice# 1109326                               IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                     $84,036.00

| DISBURSEMENTS | | |
|---|---:|---:|
| AIR TRAVEL | 1437.90 | |
| DOCUMENT COSTS | 209.20 | |
| LEXIS LEGAL RESEARCH | 1228.49 | |
| MESSENGER SERVICE | 19.75 | |
| PRINTING & DUPLICATING | 707.60 | |
| PRINTING & DUPLICATING - EXTERNAL | 70.25 | |
| TRAVEL AWAY FROM HOME | 914.97 | |
| TOTAL DISBURSEMENTS | | $4,588.16 |

BALANCE DUE THIS INVOICE                                             $88,624.16

PREVIOUS BALANCE                                                     $125,501.18

TOTAL BALANCE DUE                                                    $214,125.34

File # N0661-00176  INVOICE # 1109326
    TLC V. THOMSON (GRASS VALLEY E D. CALIF.)

| DATE | ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/29/2005 | 02522 GR MAZE | ANALYZE PLAINTIFFS' RESPONSES AND CONTINUE TO DEVELOP OUR REPLIES TO THOSE RESPONSES; CONFERENCE WITH MR REDANO RE SAME | 8.30 | $2,780.50 |
| 6/30/2005 | 02522 GR MAZE | CONTINUE PREPARING REPLY BRIEFS | 5.60 | $1,876.00 |
| 7/1/2005 | 02165 RT REDANO | CONFER WITH MR SYMES RE: REVENUE FIGURES; PREPARE FOUR REPLY BRIEFS; REVIEW ORDER GRANTING MOTION TO LIMIT DAMAGES AND TO EXCLUDE EVIDENCE; CONFER WITH MR SYMES RE: SAME; PREPARE EMAILS TO MESSRS SYMES AND HUSER RE: SAME | 11.70 | $4,621.50 |
| 7/1/2005 | 02522 GR MAZE | FINALIZE ALL FOUR REPLIES AND ENSURE THAT THEY ARE FILED | 11.90 | $3,986.50 |
| 7/1/2005 | 02079 LM BRENNER | ANALYZE RECENT SUMMARY JUDGMENT ORDER FROM JUDGE AND EFFECT OF SAME ON DAMAGE CLAIMS AND REMAINING ALLEGATIONS OF PLAINTIFFS, IN ANTICIPATION OF TRIAL | 0.30 | $97.50 |
| 7/1/2005 | 03659 M LEDESMA | FILING OF REPLIES TO THE '070, '524, NO LIABILITY AND EXPERT TESTIMONY PLEADINGS ON ECF. | 1.20 | $138.00 |
| 7/2/2005 | 02165 RT REDANO | REVIEW GENNUM'S BRIEF IN FEDERAL CIRCUIT RE: RIGHT TO A JURY TRIAL WHEN NO CLAIM FOR DAMAGES REMAINS; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MESSRS HUSER AND SYMES RE: JURY TRIAL ISSUE RESULTING FROM THE GRANT OF OUR MOTION FOR NO PRE-FILING DAMAGES; REVIEW MR SYMES DEPOSITION TESTIMONY RE: PRESENCE OF FAIRCHILD CHIP IN ACCUSED DEVICES; CONFER WITH MR SYMES RE: SAME; REVIEW SPREAD SHEETS FROM MR BROOKS RE: GROSS SALES DATA; CONFER WITH MR SYMES RE: SAME; PREPARE DAMAGES EXPOSURE ANALYSIS; PREPARE EMAIL TO MR HUSER RE: SAME; PREPARE FOR PRE-TRIAL CONFERENCE | 7.60 | $3,002.00 |
| 7/3/2005 | 02165 RT REDANO | REVIEW EMAIL FROM MR SYMES RE: REMAINING SCOPE OF CASE RE: 070 PATENT; PREPARE RESPONSE; REVIEW GENNUM'S APPEAL BRIEF AND DISTRICT COURT MOTION RE: RIGHT TO JURY TRIAL; REVIEW CASES CITED THEREIN AND CONFER WITH MR MAZE RE: SAME | 3.30 | $1,303.50 |

File # N0661-00176  INVOICE # 1109326
    TLC V. THOMSON (GRASS VALLEY E D. CALIF.)

| DATE ID #TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 7/3/2005 02522 GR MAZE | RESEARCH LEGAL ISSUES REGARDING EFFECT OF NO DAMAGES ON RIGHT TO JURY TRIAL VIS A VIS THE '070 PATENT | 2 10 | $703 50 |
| 7/4/2005 02165 RT REDANO | PREPARE FOR CONFERENCE WITH MR DEMMER RE: ERRORS IN COOPER REPORT; CONFER WITH MR DEMMER RE: SAME; PREPARE FOR PRE-TRIAL CONFERENCE AND FOR SUMMARY JUDGMENT HEARING; CONFER WITH MR MAZE RE: SAME; TRAVEL TO SACRAMENTO FOR PRETRIAL CONFERENCE; STUDY CASES ON NO RIGHT TO A JURY TRIAL WHEN NO DAMAGE CLAIMS REMAIN IN CASE; REVIEW EMAIL FROM MR HUSER RE: SAME | 7 80 | $3,081.00 |
| 7/4/2005 02522 GR MAZE | PREPARE FOR SCHEDULING HEARING; CASE LAW RESEARCH INTO ISSUES FOR SCHEDULING HEARING | 6 10 | $2,043.50 |
| 7/5/2005 02165 RT REDANO | REVIEW PLAINTIFFS' AND THOMSON'S PRETRIAL STATEMENTS; REVIEW CASES RE: RIGHT TO JURY TRIAL; ATTEND PRETRIAL HEARING; CONFER WITH OPPOSING COUNSEL RE: PROPOSED MOTIONS IN LIMINE; PREPARE REVISIONS TO PRETRIAL STATEMENT; REVIEW PLEADINGS RE: NO INFRINGEMENT OF 524 PATENT MSJ | 3 80 | $1,501.00 |
| 7/5/2005 02522 GR MAZE | FINALIZE OUTLOOK OF CASE LAW ON RIGHT TO A JURY TRIAL ON DECLARATORY JUDGEMENT CLAIMS; ATTEND SCHEDULING CONFERENCE; REVIEW PRETRIAL STATEMENTM FOR MATTERS TO REMOVE REGARDING THE 070 PATENT | 4.10 | $1,373.50 |
| 7/6/2005 02165 RT REDANO | PREPARE FIRST AMENDED PRETRIAL STATEMENT; REVIEW SUMMARY JDUGMENT PLEADINGS; PREPARE OUTLINE OF ORAL ARGUMENT FOR '524 PATENT SUMMARY JUDGMENT MOTION; RETURN TO HOUSTON FROM SACRAMENTO; PREPARE EMAILS TO MESSRS DEMMER, CHANG AND LECHNER ADVISING THEM OF PROJECTED DATES OF TESTIMONY; | 7 60 | $3,002 00 |
| 7/6/2005 02522 GR MAZE | CONTINUE WITH REVIEW OF PRETRIAL STATEMENT VIS A VIS 070 PATENT; DISCUSS WITH MR REDANO | 2 10 | $703 50 |
| 7/7/2005 02165 RT REDANO | CONFER WITH MR MAZE RE: REVISIONS | 5 20 | $2,054.00 |

*Reduced 0.2 $79.00* [handwritten annotation next to 7/6/2005 Redano entry]

File # N0661-00176 INVOICE # 1109326
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | TO PRE-TRIAL STATEMENT; REVIEW EMAIL FROM MR WAGNER RE: REQUEST FOR STATUS UPDATE; PREPARE RESPONSE; REVIEW REPLY; PREPARE OUTLINE OF SUMMARY JUDGMENT ORAL ARGUMENT; CONFER WITH MR OLSEN RE: DAMAGE TESTIMONY OF MR STROND AND USE OF LICENSE EXHIBITS AS TRIAL EXHIBITS | | |
| 7/7/2005 | 02522 GR MAZE | ANALYZE PAPERS ON FILE RE MPSJ OF NO LIABILITY FOR SALES OF CERTAIN PRODUCTS; WORK ON REVISED PRE-TRIAL STATEMENT | 4.90 | $1,641.50 |
| 7/8/2005 | 02165 RT REDANO | REVIEW AND REVISE TRIAL EXHIBIT LIST AND PRETRIAL STATEMENT; CONFER WITH MR MAZE RE: SAME; CONFER WITH MR OLSEN RE: AMENDMENTS TO TRIAL EXHIBIT LIST; PREPARE FOR SUMMARY JUDGMENT ORAL ARGUMENT | 5.60 | $2,212.00 |
| 7/8/2005 | 02522 GR MAZE | PREPARE FOR MONDAY'S HEARING; ANALYZE AND REVISE SECTION ON '524 PATENT DISCLAIMER; DISCUSS WITH MR REDANO | 6.60 | $2,211.00 |
| 7/9/2005 | 02165 RT REDANO | PREPARE FOR ORAL ARGUMENT ON SUMMARY JUDGMENT MOTIONS AND MOTION TO LIMIT EXPERT TESTIMONY; CONFER WITH MR MAZE RE: SAME | 5.90 | $2,330.50 |
| 7/10/2005 | 02165 RT REDANO | PREPARE FOR ORAL ARGUMENTS ON SUMMARY JUDGMENT AND RULE 37 MOTIONS; PREPARE DEMONSTRATIVE EXHIBITS IN SUPPORT OF SAME; CONFER WITH MR MAZE RE: DEMONSTRATIVES; TRAVEL TO SACRAMENTO FOR HEARING | 8.20 | $3,239.00 |
| 7/10/2005 | 02522 GR MAZE | PREPARE SUMMARIES AND REVIEW/REVISE PRESENTATION MATERIALS WITH MR REDANO | 2.10 | $703.50 |
| 7/10/2005 | 02522 GR MAZE | CONFER WITH MR REDANO RE: DEMONSTRATIVES; TRAVEL TO SACRAMENTO FOR HEARING | 3.60 | $1,206.00 |
| 7/11/2005 | 02165 RT REDANO | REVIEW SUMMARY JUDGMENT AND RULE 37 PLEADINGS AND EXHIBITS; REVIEW AND REVISE DEMONSTRATIVE EXHIBITS; PREPARE FOR ORAL ARGUMENT; CONFER WITH MR MAZE RE: SAME; APPEAR AT HEARING AND ARGUE MOTIONS; | 6.80 | $2,686.00 |
| 7/11/2005 | 02522 GR MAZE | PREPARE FOR HEARING AND ATTEND HEARING | 6.80 | $2,278.00 |
| 7/12/2005 | 02165 RT REDANO | PREPARE OUTLINES OF WITNESS | 6.30 | $2,488.50 |

File # N0661-00176                    INVOICE # 1109326
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | TESTIMONY, OPENING STATEMENT, AND AWARD OF ATTORNEYS FEES; RETURN TO HOUSTON FROM SACRAMENTO; PREPARE EMAIL TO MR MAZE RE: SUPPLEMENTATION OF RISK ANALYSIS; PREPARE EMAIL TO MESSRS HUSER AND SYMES RE: MOTION HEARING | | |
| 7/12/2005 | 02079 LM BRENNER | ANALYZE DEVELOPMENTS DURING HEARING ON VARIOUS MOTIONS, INCLUDING SUMMARY JUDGMENT AND RULE 37 DISCOVERY MOTIONS, IN ANTICIPATION OF ORDER DICTATING REMAINING ISSUES FOR TRIAL IN AUGUST OF 2005. | 0.30 | $97.50 |
| 7/13/2005 | 02165 RT REDANO | REVIEW EMAIL FROM MR SYMES RE: TRIAL SCHEDULE; PREPARE RESPONSE RE: TRIAL PREPARATION; CONFER WITH MR MAZE RE: EXPOSURE ANALYSIS UPDATE; REVIEW EMAIL FROM MR HUSER RE: TELECONFERENCE; CONFER WITH MR MAZE RE: SAME AND PREPARE RESPONSE; PREPARE WITNESS OUTLINE; REVIEW AND REVISE EMAIL TO MR SYMES RE: DAMAGES ANALYSIS; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR POND RE: TESTIMONY FROM MR TOLE; REVIEW RESPONSE; PREPARE EMAIL TO MR HUSER RE: SAME | 2.80 | $1,106.00 |
| 7/13/2005 | 02522 GR MAZE | ANALYZE SALES FIGURES CONGRUENT WITH JUDGE SHUBB'S JUNE 30 ORDER AND SEND ANALYSIS TO MR SYMES FOR HIS REVIEW AND COMMENT | 2.60 | $871.00 |
| 7/14/2005 | 02165 RT REDANO | PREPARE FOR CONFERENCE WITH MR HUSER; CONFER WITH MR HUSER RE: STATUS, EXPOSURE ANALYSIS, AND TRIAL STRATEGY; CONFER WITH MR MAZE RE: ANALYSIS OF SALES FIGURES; PREPARE WITNESS OUTLINES | 2.40 | $948.00 |
| 7/14/2005 | 02522 GR MAZE | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH MR HUSER; ANALYZE SALES DATA USING MR REDANO'S MODEL AND SEND REVISED DAMAGE ANALYSIS TO MR HUSER AND MR SYMES; REVIEW SCHEDULE AND BEGIN WORK ON JURY CHARGE | 6.30 | $2,110.50 |
| 7/15/2005 | 02165 RT REDANO | PREPARE OUTLINE OF TRIAL PREPARATION ACTIVITY; REVIEW TLC'S RULE 26(A)(3) PRETRIAL DISCLOSURES; CONFER WITH MR MAZE RE: SAME; | 1.90 | $750.50 |

File # N0661-00176  INVOICE # 1109326
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/15/2005 | 02522 GR MAZE | REVIEW THOMSON'S RULE 26(A)(3) PRE-TRIAL DISCLOSURES AND CONFER WITH MR MAZE RE: SAME DRAFT AND REVISE RULE 26(A)(3) DISCLOSURES FOR COURT; DISCUSS WITH MR REDANO; FILE SAME WITH COURT | 4.70 | $1,574.50 |
| 7/16/2005 | 02165 RT REDANO | REVIEW REVISED VERSIONS OF MR STRONG'S EXPERT REPORTS REFLECTING CHANGES FROM COURT'S GRANT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PRE-FILING DAMAGES; PREPARE EMAIL TO MR OLSEN RE: SAME; CONFER WITH MR MAZE RE: FILING OF PRE-TRIAL STATEMENT | 0.80 | $316.00 |
| 7/18/2005 | 02165 RT REDANO | REVIEW PRETRIAL ORDER; CONFER WITH MR MAZE RE: SAME; PREPARE PRETRIAL ACTIVITY OUTLINE; REVIEW DOCKET DEADLINES IMPOSED BY PRETRIAL ORDER; PREPARE SUMMARY OF COOPER DEPOSITION TESTIMONY; CONFER WITH MS BRENNER RE: FINAL PRETRIAL ORDER | 3.60 | $1,422.00 |
| 7/18/2005 | 02522 GR MAZE | OUTLINE ISSUES REMAINING AND EXHIBITS RELATED TO EACH ISSUE; BEGIN DRAFT OF PRELIMINARY JURY INSTRUCTIONS | 7.80 | $2,613.00 |
| 7/18/2005 | 02079 LM BRENNER | ANALYZE FINAL PRETRIAL ORDER, AND SCHEDULING FOR REMAINING PRETRIAL PERIOD. | 0.30 | $97.50 |
| 7/19/2005 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: TRIAL PREPARATION; PREPARE EMAIL TO MESSRS SYMES AND HAUKE RE: SETTLEMENT STRATEGY; CONFER WITH MR HUSER RE: SETTLEMENT AND TESTIMONY OF MR TOLE; CONFER WITH MR MAZE RE: MR LECHNER'S TESTIMONY; CONFER WITH PARALEGAL RE: PROVIDING COOPER DEPO TESTIMONY TO MR LECHNER; MEET WITH MR MAZE RE: DEADLINES TO COMPLY WITH FINAL PRE-TRIAL ORDER; REVIEW SPREADSHEET FROM MR HUSER; REVIEW SALES DATA FROM MR HUSER; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR MAZE RE: TRIAL BRIEF | 2.80 | $1,106.00 |
| 7/19/2005 | 02522 GR MAZE | CONTINUE DRAFTING OUTLINE OF ISSUES AND EXHIBITS; REVIEW FINAL PRETRIAL ORDER FOR SCHEDULING | 3.10 | $1,038.50 |

File # N0661-00176          INVOICE # 1109326
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | DATES AND DISCUSS PREPARATIONS WITH MR REDANO | | |
| 7/20/2005 | 02165 RT REDANO | PREPARE SUMMARY OF COOPER TESTIMONY; PREPARE SETTLEMENT STATEMENT AND SUPPLEMENTAL EXPOSURE ANALYSIS; CONFER WITH MR MAZE RE: ACCOUNTING AND DAMAGES ISSUES; REVIEW GRASS VALLEY WEBSITE FOR REFERENCES TO XP SERVERS; REVIEW EMAIL FROM MS ACKERMAN RE: SAME; PREPARE EMAIL TO MR HUSER RE: DAMAGES ISSUES RELATING TO XP AND / OR PROFILE SERVERS | 6.20 | $2,449.00 |
| 7/20/2005 | 02522 GR MAZE | CONTINUE WITH DAMAGES ANALYSIS AND WORK ON DRAFT OF JURY INSTRUCTIONS | 0.80 | $268.00 |
| 7/20/2005 | 02079 LM BRENNER | RESEARCH TRIAL EXHIBIT RULES AND LOCAL RULES FOR EASTERN DISTRICT CONCERNING PRETRIAL PREPARATION. | 0.20 | $65.00 |
| 7/20/2005 | 02694 JI PIADE | RESEARCH RE EXHIBIT AND PRETRIAL RULES FOR TRIAL. | 0.40 | $70.00 |
| 7/21/2005 | 02165 RT REDANO | CONFER WITH MR HUSER RE: DAMAGES ANANLYSIS; PREPARE SETTLEMENT STATEMENT AND SUMMARY OF COOPER TESTIMONY; CONFER WITH MR MAZE RE: UPDATED EXPOSURE ANALYSIS AND REVIEW SAME; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR STRONG RE: TRIAL PREPARATION | 5.20 | $2,054.00 |
| 7/21/2005 | 02522 GR MAZE | ANALYZE SALES FIGURES AND FINALIZE DAMAGES REPORT; DISCUSS WITH MR REDANO | 1.70 | $569.50 |
| 7/22/2005 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: ANALYSIS OF COOPER DEPO; PREPARE SETTLEMENT STATEMENT AND EMAIL TO MR HUSER RE: SAME; PREPARE SUMMARY OF COOPER TESTIMONY | 7.20 | $2,844.00 |
| 7/22/2005 | 02522 GR MAZE | CONTINUE WITH PREPARATION OF TRIAL BRIEF AND OTHER TRIAL RELATED DOCUMENTS; REVIEW/REVISE TRIAL AND DAMAGE ESTIMATES AND DISCUSS WITH MR REDANO | 4.30 | $1,440.50 |
| 7/25/2005 | 02522 GR MAZE | CONTINUE WITH TRIAL DOCUMENTS; REVIEW AND REVISE SETTLEMENT STATEMENT; REVIEW AND REVISE TRIAL ANALYSIS; DISCUSS WITH MR HUSER | 6.30 | $2,110.50 |
| 7/25/2005 | 02079 LM BRENNER | ANALYZE FINAL SUMMARY JUDGMENT ORDER FINDING NON-INFRINGEMENT; | 0.50 | $162.50 |

File # N0661-00176　　　　　　　　　　　　　　　　　　　INVOICE # 1109326
　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | SUPERVISE COMMUNICATIONS WITH COURT CONCERNING CANCELLATION OF ALL SETTLEMENT CONFERENCES AND FINAL PRETRIAL ACTIVITIES AS SCHEDULED BY COURT. | | |
| 7/25/2005 | 02694 JI PIADE | TELEPHONE CONFERENCE WITH COURT CLERK RE SETTLEMENT CONFERENCE SCHEDULING. | 0.20 | $35.00 |
| 7/27/2005 | 02522 GR MAZE | FINALIZE SETTLEMENT STATEMENT; FINALIZE DISCLOSURE OF INTERROGATORIES AND DEPOSITION TRANSCRIPT NOTICE; DISCUSS WITH MR HUSER; ANALYZE TLC'S FILING AND PREPARE LETTER TO NIRO SCAVONE RE ENTRY OF JUDGMENT | 6.70 | $2,244.50 |
| 7/27/2005 | 02694 JI PIADE | RESEARCH RE MOTION TO STRIKE TLC MOTION | 0.30 | $52.50 |
| 7/28/2005 | 02165 RT REDANO | REVIEW E-MAILS FROM MR. MAZE AND MR. HUSER RE SETTLEMENT CONFERENCE AND PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT. PREPARE E-MAILS TO MR MAZE RE: SAMR, REVIEW LETTER TO OPPOSING COUNSEL RE: SAME. | 0.50 | $197.50 |
| 7/28/2005 | 02522 GR MAZE | TELECONFERENCE WITH MS HOOVER (CLERK) RE TLC'S PROPOSED ENTRY OF JUDGMENT; DISCUSS BRIEFLY WITH MR GIBBONS; ANALYZE AND EMAIL MR HUSER WITH RECOMMENDATIONS ON THE ENTRY OF JUDGMENT | 2.70 | $904.50 |
| 7/28/2005 | 02079 LM BRENNER | ANALYZE RECENT ENTRY OF JUDGMENT REQUEST AND PLEADINGS FROM PLAINTIFF; COMMUNICATIONS WITH COURT CLERK CONCERNING SAME; STRATEGIZE CONCERNING POTENTIAL CONFERENCE WITH JUDGE ON AUGUST 1, 2005, TO DETERMINE WHAT SORT OF FINAL ORDER IS TO BE ENTERED; PREPARE FOR SUCH CONFERENCE. | 1.20 | $390.00 |
| 7/29/2005 | 02522 GR MAZE | TELECONFERENCES WITH MR GIBBONS AND MS BRENNER RE MODIFIED JOINT ORDER AND MOTION | 1.70 | $569.50 |
| 7/29/2005 | 02079 LM BRENNER | FURTHER REVIEW OF SUBSEQUENT PROPOSED ORDER NEGOTIATED BETWEEN THE PARTIES AND COMMUNICATIONS WITH COURT CLERK CONCERNING STATUS OF CONFERENCE BEFORE JUDGE ON AUGUST 1, 2005; CONFIRM NO CONFERENCE TO BE HELD. | 0.80 | $260.00 |

Duane Morris
August 4, 2005
Page 9

File # N0661-00176  INVOICE # 1109326
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/29/2005 | 02694 | JI PIADE | TELEPHONE CONFERENCE WITH COURT CLERK RE JUDGMENT HEARING. | 0.20 | $35.00 |
| | | | TOTAL SERVICES | 232.00 | $84,036.00 |

File # N0661-00176  INVOICE # 1109326
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 7/31/2005 | PRINTING & DUPLICATING - EXTERNAL | | 70.25 |
| | | Total: | $70.25 |
| 7/31/2005 | TRAVEL AWAY FROM HOME | | 914.97 |
| | | Total: | $914.97 |
| 7/31/2005 | DOCUMENT COSTS | | 209.20 |
| | | Total: | $209.20 |
| 6/28/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.75 |
| 6/29/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 0.87 |
| 6/29/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 210.00 |
| 6/30/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.75 |
| 6/30/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 42.00 |
| 7/1/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 291.00 |
| 7/3/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 60.00 |
| 7/3/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 5.25 |
| 7/3/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 2.12 |
| 7/4/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 120.00 |
| 7/6/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 30.00 |
| 7/27/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 1.75 |
| 7/27/2005 | LEXIS LEGAL RESEARCH MAZE, GARY | | 462.00 |
| | | Total: | $1,228.49 |
| 7/31/2005 | MESSENGER SERVICE | | 19.75 |
| | | Total: | $19.75 |
| 6/21/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 7/4/2005 TO SACRAMENTO METROPOLITAN AIRPORT | | 1,037.90 |
| 7/3/2005 | AIR TRAVEL - G MAZE TRANSPORTATION ON 7/10/2005 TO SACRAMENTO METROPOLITAN AIRPORT | | 350.00 |
| 7/5/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 7/10/2005 TO SACRAMENTO METROPOLITAN AIRPORT | | 1,063.90 |
| 7/22/2005 | AIR TRAVEL - R REDANO TRANSPORTATION ON 7/17/2005 TO SACRAMENTO METROPOLITAN AIRPORT | | -1,013.90 |
| | | Total: | $1,437.90 |
| 7/31/2005 | PRINTING & DUPLICATING | | 707.60 |
| | | Total: | $707.60 |
| | TOTAL DISBURSEMENTS | | $4,588.16 |

File # N0661-00176  INVOICE # 1109326
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02522 | GR MAZE | PARTNER | 112.90 | 335 00 | 37,821.50 |
| 02165 | RT REDANO | PARTNER | 113.20 | 395 00 | 44,714.00 |
| 03659 | M LEDESMA | LEGAL ASSISTAN | 1.20 | 115 00 | 138.00 |
| 02079 | LM BRENNER | ASSOCIATE | 3.60 | 325 00 | 1,170.00 |
| 02694 | JI PIADE | PARALEGAL | 1.10 | 175.00 | 192.50 |
| | | | 232.00 | | $84,036.00 |