# EXHIBIT M

# TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

A. <u>Litigation Invoice Summary For June 2003 Thru July 2005</u>

| INVOICE DATE | ATTORNEYS' FEES | FEE REDUCTION |
|---|---|---|
| August 20, 2003 | $ 1,745.50 | $ 79.00 |
| September 22, 2003 | $ 9,952.50 | |
| October 23, 2003 | $ 11,290.00 | |
| November 20, 2003 | $ 3,460.00 | |
| December 16, 2003 | $ 12,476.60 | |
| January 27, 2004 | $ 9,753.50 | |
| January 30, 2004 | $ 891.00 | |
| February 24, 2004 | $ 73.00 | |
| March 26, 2004 | $ 2,039.50 | $ 39.00 |
| April 15, 2004 | $ 12,151.00 | |
| May 11, 2004 | $ 7,368.50 | |
| June 13, 2004 | $ 10,879.00 | |
| July 13, 2004 | $ 27,589.50 | $ 14,778.00 |
| August 18, 2004 | $ 21,085.00 | |
| September 13, 2004 | $ 49,929.00 | $ 1,277.50 |
| October 11, 2004 | $ 8,589.00 | $ 474.50 |
| November 4, 2004 | $ 9,301.50 | |
| December 10, 2004 | $ 4,113.00 | |
| December 17, 2004 | $ 0.00 | |
| January 10, 2005 | $ 182.50 | $ 73.00 |
| January 26, 2005 | $ 1,606.00 | |
| February 8, 2005 | $ 5,660.00 | $ 373.59 |
| March 10, 2005 | $ 47,969.50 | $ 513.50 |
| April 15, 2005 | $ 69,983.50 | $ 316.50 |
| May 13, 2005 | $138,341.00 | $ 79.00 |
| June 7, 2005 | $139,897.00 | $ 201.00 |
| July 11, 2005 | $105,490.00 | $ 158.00 |
| August 4, 2005 | $ 84,036.00 | $ 79.00 |
| **INVOICE TOTAL** | **$795,852.60** | **$ 18,441.59** |

**Net Attorneys Fees Through July 31, 2005 = $795,852.60 - $18,441.59**

**= $777,411.01**

The total of the July 2004 fee reductions in the above table is $14,778.00. In an April 7, 2005 Order, Magistrate Judge Nowinski denied request for attorneys fees in the amount of $14,638.70 (Doc. No. 79). The July 2004 fee reduction includes this amount. Thomson is not seeking to recover any of these fees.

B.   August 2005 Attorneys Fees

| Person | Position | Billable Hours | Billing Rate | Fees |
|---|---|---|---|---|
| Richard T. Redano | Partner | 41.0 | $395 | $16,195.00 |
| Gary R. Maze | Partner | 21.0 | $335 | $ 7,035.00 |
| William J. Morris | Associate | 16.4 | $250 | $ 4,100.00 |
| Lina M. Brenner | Associate | 1.1 | $325 | $   357.50 |
| Tracie Thigpen | Paralegal | 0.9 | $150 | $   135.00 |
| Jeffrey Piade | Paralegal | 0.8 | $175 | $   140.00 |
| Michelle Ledesma | Paralegal | 2.5 | $115 | $   230.00 |
| **TOTAL FEES** | | | | **$28,192.50** |

C. <u>Expenses Sought</u>

| INVOICE DATE | Travel | Document Production | Computerized Legal Research |
|---|---|---|---|
| August 20, 2003 | | | |
| September 22, 2003 | | | $ 200.75 |
| October 23, 2003 | | | |
| November 20, 2003 | | | $ 2,304.00 |
| December 16, 2003 | | | |
| January 27, 2004 | | | $ 52.70 |
| January 30, 2004 | | | |
| February 24, 2004 | | | |
| March 26, 2004 | | | |
| April 15, 2004 | | | $ 119.60 |
| May 11, 2004 | | | |
| June 13, 2004 | | | |
| July 13, 2004 | | | |
| August 18, 2004 | | $ 4,030.08 | $ 594.10 |
| September 13, 2004 | | $ 3,896.92 | $ 1,400.22 |
| October 11, 2004 | | | |
| November 4, 2004 | | | |
| December 10, 2004 | | $ 7.80 | |
| December 17, 2004 | | | |
| January 10, 2005 | | | |
| January 26, 2005 | | | |
| February 8, 2005 | | $ 37.20 | |
| March 10, 2005 | | $ 1,446.22 | $ 146.82 |
| April 15, 2005 | | $ 462.23 | $ 25.20 |
| May 13, 2005 | $ 6,030.30 | $ 1,598.31 | $ 1,530.75 |
| June 7, 2005 | $ 3,274.69 | $14,936.64 | $ 5,373.60 |
| July 11, 2005 | $ 3,985.74 | $ 959.20 | $ 1,393.50 |
| August 4, 2005 | $ 2,352.87 | $ 987.05 | $ 1,228.49 |
| | | | |
| TOTAL | $15,643.60 | $28,361.65 | $14,369.73 |
| GRAND TOTAL | | | $58,374.98 |

D. <u>Total Attorneys Fees And Expenses Sought</u>

**Total Attorneys Fees And Expenses Sought = $777,411.01 + $28,192.50 + 58,374.98**

**= $863,978.49**

3