# EXHIBIT S

## TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 04 TG 067

August 3, 2004

To: Duane Morris LLP
3200 Southwest Freeway, Suite 3150
Houston, TX 77027-7534

Re: *Technology Licensing Corporation v. Thomson, Inc.*
Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM JUNE 1, 2004 TO JULY 31, 2004

| | |
|---|---|
| PROFESSIONAL SERVICES RENDERED | $1000.00 |
| EXPENSES INCURRED | 6.13 |
| TOTAL AMOUNT OF INVOICE | $1006.13 |

Please make check payable to: Bernard J. Lechner.
Social Security Number for IRS 1099: 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.

- - - - - - -

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 7-24-04 | E-mail from and to Gary Maze.  Review responses to interrogatories. | .75 hour | $ 300.00 |
| 7-25-04 | E-mail from and to Gary Maze.  Review Fairchild chip specification. | .75 hour | 300.00 |
| 7-26-04 | Review responses to interrogatories.  Call to Gary Maze. | 1.0  hour | 400.00 |

TOTAL FOR SERVICES                                      $1000.00


EXPENSES INCURRED

| Date | Item | Amount |
|------|------|--------|
| June/ July '04 | Long distance telephone. | $    .58 |
| June/ July '04 | Postage and duplication. | 5.55 |

TOTAL EXPENSES                                             $    6.13

TOTAL AMOUNT OF INVOICE                                    $1006.13

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 04 TG 080

September 2, 2004

To:   Duane Morris LLP
      3200 Southwest Freeway, Suite 3150
      Houston, TX 77027-7534

Re:   *Technology Licensing Corporation v. Thomson, Inc.*
      Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM AUGUST 1, 2004 TO AUGUST 31, 2004

PROFESSIONAL SERVICES RENDERED                           $6200.00

EXPENSES INCURRED                                            8.37
                                                     _____

TOTAL AMOUNT OF INVOICE                                  $6208.37

Please make check payable to: Bernard J. Lechner.
Social Security Number for IRS 1099: 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.

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 8-3-04 | Call from Richard Redano. | **B** | **C** |
| 8-4-04 | Review ›524 claims and Fairchild chip data sheet. Call from Richard Redano. | .75 hour | $ 300.00 |
| 8-8-04 | Review ›070 claim charts. | 1.0 hour | 400.00 |
| 8-9-04 | Review CDROM sent by Gary Maze.  Calls from Richard Redano. | 1.0 hour | 400.00 |
| 8-11-04 | FedEx from Gary Maze.  Review newly asserted ›070 claims. | 1.25 hours | 500.00 |
| 8-12-04 | Review ›070 claims.  Review SNR test description.  Calls from and to Richard Redano. | 1.0 hour | 400.00 |
| 8-16-04 | Review documents sent by Gary Maze. | 2.0 hours | 800.00 |
| 8-17-04 | Continue document review. Study ›070 claims 22, 23 and 24 re structure. | 2.0 hours | 800.00 |
| 8-18-04 | Call from Richard Redano. Complete review of documents.  Explore Pixel Instruments web site.  E-mail to Richard Redano. | 1.75 hours | 700.00 |
| 8-23-04 | E-mail to Richard Redano. Call from Peter Symes. Study Fairchild data sheet, ›524 patent and 8960 DEC manual.  Conference call with Peter Symes et al. | 2.5 hours | 1000.00 |
| 8-24-03 | Review ›524 patent file history and Fairchild data sheet.  Call to Richard Redano. | 1.25 hours | 500.00 |
| 8-25-04 | Calls from and to Richard Redano. | .5 hour | 200.00 |
| 8-27-04 | E-mail from Richard Redano. | -- | --- |
| 8-30-04 | Review ›524 patent and Fairchild data sheet re questions for Fairchild.  Call to Richard Redano. | .5 hour | 200.00 |
| 8-31-04 | Calls from and to Richard Redano. | -- | --- |

                TOTAL FOR SERVICES                          $6200.00

- - - - - - -

EXPENSES INCURRED

| Date | Item | Amount | |
|------|------|--------|---|
| Aug. ›04 | Long distance telephone. | $ 8.37 | |
| | TOTAL EXPENSES | | $ 8.37 |
| | TOTAL AMOUNT OF INVOICE | | $6208.37 |

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 04 TG 910

November 9, 2004

To:   Duane Morris LLP
      3200 Southwest Freeway, Suite 3150
      Houston, TX 77027-7534

      Re:   *Technology Licensing Corporation v. Thomson, Inc.*
            Your Ref : N0661-00176

FOR SERVICES PROVIDED FROM SEPTEMBER 1, 2004 TO OCTOBER 31, 2004

| | |
|---|---|
| PROFESSIONAL SERVICES RENDERED | $2700.00 |
| EXPENSES INCURRED | 10.16 |
| TOTAL AMOUNT OF INVOICE | 2710.16 |

Please make check payable to:  Bernard J. Lechner.
Social Security Number for IRS 1099:  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.

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 9-2-04 | E-mail to Richard Redano. | -- | --- |
| 9-15-04 | Call from Richard Redano. | -- | --- |
| 9-21-04 | E-mail from Gary Maze. Study Fairchild chip specification and >524 patent. | 1.25 hours | $ 500.00 |
| 9-22-04 | E-mail from and call to Gary Maze. Study Fairchild chip specification and >524 patent. Conference call with Jeremy Tole and Joel Pond. | 2.5 hours | 1000.00 |
| 9-23-04 | Study Fairchild chip specification. | 1.25 hours | 500.00 |
| 9-24-04 | Call from Jeremy Tole. Calls from and to Richard Redano. | 1.5 hours | 600.00 |
| 9-28-04 | Call from Jeremy Tole. | -- | --- |
| 10-28-04 | E-mail from Richard Redano. Review court order. Organize documents and update calendar. | .25 hours | 100.00 |

TOTAL FOR SERVICES                                              $2700.00

EXPENSES INCURRED

| Date | Item | Amount |
|------|------|--------|
| Sept./ Oct. >04 | Long distance telephone. | $ 9.26 |
| Sept./ Oct. >04 | Postage and duplication. | .90 |

TOTAL EXPENSES                                              $  10.16

TOTAL AMOUNT OF INVOICE                                     $2710.16

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 04 TG 110

December 8, 2004

To:   Duane Morris LLP
3200 Southwest Freeway, Suite 3150
Houston, TX 77027-7534

Re:   *Technology Licensing Corporation v. Thomson, Inc.*
Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM NOVEMBER 1, 2004 TO NOVEMBER 30, 2004

| | |
|---|---|
| PROFESSIONAL SERVICES RENDERED | $2000.00 |
| EXPENSES INCURRED | 0.32 |
| TOTAL AMOUNT OF INVOICE | $2000.32 |

Please make check payable to: Bernard J. Lechner.
Social Security Number for IRS 1099: 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.

- - - - - - -

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 11-2-04 | Call to Richard Redano. | -- | --- |
| 11-3-04 | Call from Richard Redano. | -- | --- |
| 11-11-04 | Call to Jeremy Tole. | .25 hour | $ 100.00 |
| 11-14-04 | Review >524 patent and Fair-<br>child chip specification. | 1.0 hour | 400.00 |
| 11-15-04 | Review chip specification.<br>Call to Jeremy Tole. | 2.25 hours | 900.00 |
| 11-17-04 | Review chip specification.<br>Calls to and from Jeremy<br>Tole.  Call to Richard<br>Redano. | 1.5 hours | 600.00 |

TOTAL FOR SERVICES                                          $2000.00


EXPENSES INCURRED

| Date | Item | Amount |
|------|------|--------|
| Nov >04 | Long distance telephone. | $   .32 |

TOTAL EXPENSES                                              $    .32

TOTAL AMOUNT OF INVOICE                                     $2000.32

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 045 TG 1212

March 8, 2005

To:     Duane Morris LLP
        3200 Southwest Freeway, Suite 3150
        Houston, TX 77027-7534

        Re:     *Technology Licensing Corporation v. Thomson, Inc.*
                Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM DECEMBER 1, 2004 TO FEBRUARY 28, 2005

PROFESSIONAL SERVICES RENDERED                          $4100.00

EXPENSES INCURRED                                          21.24
                                                       _____

TOTAL AMOUNT OF INVOICE                                 $4121.24
                                                       _____

Please make check payable to:  Bernard J. Lechner.
Social Security Number for IRS 1099:  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.

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 2-1-05 | E-mail from Richard Redano. Review revised schedule. | .25 hour | $ 100.00 |
| 2-9-05 | E-mail from and to Richard Redano. Call from Richard Redano. | -- | --- |
| 2-11-05 | E-mail from Gary Maze. Review 8960 DEC manual. Review '524 claim charts. | .75 hour | 300.00 |
| 2-12-05 | Review '524 patent and Fairchild chip specification. | 1.25 hours | 500.00 |
| 2-13-05 | Review '524 patent and Fairchild chip specification. | 1.75 hours | 700.00 |
| 2-14-05 | Conference call with Richard Redano and Gary Maze. Study '524 claims. | 1.75 hours | 700.00 |
| 2-15-05 | Review '524 patent and Fairchild chip specification. Conference call with Richard Redano and Gary Maze. | 3.75 hours | 1500.00 |
| 2-22-05 | E-mail from and to Richard Redano and Gary Maze. | .25 hour | 100.00 |
| 2-23-05 | E-mail from and to Gary Maze. Brief review of Lemoine patent. | .25 hour | 100.00 |
| 2-28-05 | Call and e-mail from Gary Maze. | .25 hour | 100.00 |

TOTAL FOR SERVICES                                            $4100.00

EXPENSES INCURRED

| Date | Item | Amount |
|------|------|--------|
| Dec. '04/ Feb. '05 | Long distance telephone. | $ 11.79 |
| Dec. '04/ Feb. '05 | Postage and duplication. | 9.45 |

TOTAL EXPENSES                                            $ 21.24

TOTAL AMOUNT OF INVOICE                                   $4121.24

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 05 TG 030

April 5, 2005

To:   Duane Morris LLP
      3200 Southwest Freeway, Suite 3150
      Houston, TX 77027-7534

      Re:   *Technology Licensing Corporation v. Thomson, Inc.*
            Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM MARCH 1, 2005 TO MARCH 31, 2005

PROFESSIONAL SERVICES RENDERED                          $31,300.00

EXPENSES INCURRED                                            50.66
                                                        _____

TOTAL AMOUNT OF INVOICE                                 $31,350.66

Please make check payable to:  Bernard J. Lechner.
Social Security Number for IRS 1099:  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.

- - - - - - -

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | | Fee |
|------|---------|------|------|-----|
| 3-1-05 | Begin review of prior art patents. | 1.0 | hour | $ 400.00 |
| 3-3-05 | Complete review of prior art patents. | 2.5 | hours | 1000.00 |
| 3-4-05 | Calls to and from Richard Redano and Gary Maze. | 1.5 | hours | 600.00 |
| 3-7-05 | Search PTO website for prior art to ›524.  Review ›309 patent.  Work on ›070 valid-ity.  E-mail to Gary Maze. | 2.25 | hours | 900.00 |
| 3-8-05 | Work on ›070 validity. | 1.25 | hours | 500.00 |
| 3-9-05 | Work on ›070 validity.  E-mail to Gary Maze. | 2.5 | hours | 1000.00 |
| 3-10-05 | Review ›524 prior art.  Work on ›070 validity. | 3.0 | hours | 1200.00 |
| 3-11-05 | Work on ›524 prior art.  Call from Richard Redano re ›524 and ›070. | 2.5 | hours | 1000.00 |
| 3-12-05 | Work on ›070 validity. | 1.75 | hours | 700.00 |
| 3-13-05 | Work on ›070 validity and ›524 prior art. | 4.5 | hours | 1800.00 |
| 3-14-05 | Call f rom Richard Redano and Gary Maze. | 1.5 | hours | 600.00 |
| 3-15-05 | Work on ›070 and ›524 valid-ity.  Call from Richard Redano. | 2.5 | hours | 1000.00 |
| 3-16-05 | Calls from and to Richard Redano and Gary Maze. | 3.25 | hours | 1300.00 |
| 3-18-05 | Call and e-mail from Richard Redano. | .5 | hour | 200.00 |
| 3-19-05 | Work on Expert Reports. | 2.5 | hours | 1000.00 |
| 3-20-05 | E-mail from Richard Redano.  Work on Expert Reports. | 4.5 | hours | 1800.00 |
| 3-21-05 | Call from Richard Redano.  Work on Expert Reports. | 5.5 | hours | 2200.00 |
| 3-22-05 | Work on Expert Reports.  E-mail to Richard Redano. | 3.75 | hours | 1500.00 |
| 3-23-05 | Call from Richard Redano and Gary Maze.  Work on Expert Reports. | 9.0 | hours | 3600.00 |
| 3-24-05 | Call from Richard Redano and Gary Maze.  Work on Expert Reports. | 8.25 | hours | 3300.00 |

- - - - - - - -

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3-25-05 | Work on Expert Reports. Calls to and from Richard Redano and Gary Maze. | 6.25 hours | |
| 2500.003 -26-05 | Work on Expert Reports.  E-mail to Richard Redano. Calls from and to Richard Redano. | 4.75 hours | 1900.00 |
| 3-28-05 | Execute Expert Reports. File documents.  E-mail to Gary Maze.  Call from Gary Maze. | .5  hour | 200.00 |
| 3-29-05 | E-mail from and to Gary Maze. | -- | --- |
| 3-30-05 | Calls to and from Gary Maze. Brief review of Cooper Expert Report. | .75 hour | 300.00 |
| 3-31-05 | Begin to study Cooper Expert Report. | 2.0  hours | 800.00 |

TOTAL FOR SERVICES                                            $31,300.00

EXPENSES INCURRED

| Date | Item | Amount |
|---|---|---|
| Mar. >05 | Long distance telephone. | $    .41 |
| Mar. >05 | Postage and duplication. | 50.25 |

TOTAL EXPENSES                                            $     50.66

TOTAL AMOUNT OF INVOICE                                   $31,350.66

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 05 TG 040

May 19, 2005

To:   Thomson, Inc.
      % Duane Morris LLP
      3200 Southwest Freeway, Suite 3150
      Houston, TX 77027-7534

      Re:   *Technology Licensing Corporation v. Thomson, Inc.*
            Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM APRIL 1, 2005 TO APRIL 30, 2005

PROFESSIONAL SERVICES RENDERED                          $54,700.00

EXPENSES INCURRED                                         1,141.64
                                                       _____

TOTAL AMOUNT OF INVOICE                                 $55,841.64
                                                       ============

Please make check payable to:  Bernard J. Lechner.
Social Security Number for IRS 1099:  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.

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 4-1-05 | Continue to study Cooper Expert Report. Calls to Richard Redano and Jeremy Tole. | 3.0 hours | $1200.00 |
| 4-2-05 | E-mail from Richard Redano. | .25 hour | 100.00 |
| 4-3-05 | Study '524 infringement is-sues. Call from Richard Redano. | 2.75 hours | 1100.00 |
| 4-4-05 | Work on '524 infringement issues. | 3.75 hours | 1500.00 |
| 4-5-05 | Continue to work on '524 infringement issues. Call and e-mail from Richard Redano. | 3.5 hours | 1400.00 |
| 4-6-05 | Calls to Jeremy Tole, Allan Watkins and Debby Branden-berg. Review '524 issues. Call from Gary Maze. Review Protective Order. | 1.25 hours | 500.00 |
| 4-7-05 | Call from Richard Redano and Peter Symes. E-mail from and to Jeremy Tole. E-mail from Gary Maze. Review in-terrogatory responses. | 3.5 hours | 1400.00 |
| 4-8-05 | Calls from Jeremy Tole and Peter Symes. Study Fair-child chip specifications. | 4.0 hours | 1600.00 |
| 4-9-05 | Work on '524 Expert Report. | 1.25 hours | 500.00 |
| 4-10-05 | Continue to work on '524 Expert Report. | 3.75 hours | 1500.00 |
| 4-11-05 | Review TMC22x5y specifica-tion. E-mail to Jeremy Tole. | 1.25 hours | 500.00 |
| 4-12-05 | Work on Expert Report. Calls from Richard Redano and Jeremy Tole. | 2.25 hours | 900.00 |
| 4-14-05 | Call from Richard Redano. | .25 hour | 100.00 |
| 4-15-05 | Call to Richard Redano. Work on Expert Report. E-mail from Richard Redano. | 2.0 hours | 800.00 |
| 4-16-05 | Work on '070 Expert Report. | 3.0 hours | 1200.00 |
| 4-17-05 | Work on '070 Expert Report. Call from Richard Redano and Gary Maze. E-mail from Gary Maze. | 6.0 hours | 2400.00 |

| Date | Description | Hours | | Amount |
|---|---|---|---|---|
| 4-18-05 | Work on pm '070 Expert Report. Call from Jeremy Tole. E-mail from Richard Redano. Call from Richard Redano. | 5.5 | hours | 2200.00 |
| 4-19-05 | Work on '070 Expert Report. Fax and e-mail to Richard Redano. Call from Richard Redano. | 9.0 | hours | 3600.00 |
| 4-20-05 | Work on Expert Reports. Calls from Richard Redano. E-mail from Richard Redano. | 11.5 | hours | 4600.00 |
| 4-21-05 | Work on Expert Reports. Calls from Richard Redano. E-mail to Richard Redano and Gary Maze. | 11.0 | hours | 4400.00 |
| 4-22-05 | Complete Expert Reports. Calls from and to Richard Redano. Call to Gary Maze. E-mail to Richard Redano and Gary Maze. | 9.0 | hours | 3600.00 |
| 4-23-05 | E-mail from Richard Redano. Review Cooper Rebuttal Report. Organize documents. | 2.5 | hours | 1000.00 |
| 4-24-05 | Prepare '524 questions. E-mail to Richard Redano. Calls to and from Richard Redano and Gary Maze. | 4.0 | hours | 1600.00 |
| 4-26-05 | Prepare '070 questions. E-mail to Richard Redano. Calls from Gary Maze and Richard Redano. Travel to Chicago. Work with Richard Redano to prepare to depose J. Carl Cooper. | 12.75 | hours | 5100.00 |
| 4-27-05 | Attend Cooper deposition. Work with Richard Redano to prepare for deposition. | 15.25 | hours | 6100.00 |
| 4-28-05 | Work with Richard Redano to prepare for deposition. Attend Cooper deposition. Travel from Chicago to Princeton. | 14.5 | hours | 5800.00 |

TOTAL FOR SERVICES                                    $54,700.00

EXPENSES INCURRED

| Date | Item | Amount | |
|------|------|--------|--|
| Apr. '05 | Long distance telephone. | $ 7.72 | |
| Apr. '05 | Postage and duplication. | 54.75 | |
| 4-26 to | Expenses to assist in the | 1079.17 | |
| 4-28-05 | preparation and taking of | | |
| | the deposition of Carl Cooper. | | |
| | TOTAL EXPENSES | | $ 1,141.64 |
| | TOTAL AMOUNT OF INVOICE | | $55,841.64 |

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

## BUSINESS EXPENSE REPORT

May 19, 2005

CLIENT:                Thomson, Inc.
                       % Duane Morris LLP

PURPOSEOFTRIP:         To Assist Richard Redano in Preparing for and Taking the
                       Deposition of J. Carl Cooper

DATE OF TRIP:          April 26, 2005 to April 28, 2005

TRANSPORTATION

| | |
|---|---:|
| Airfare | $ 268.40 |
| Sedan service to Philadelphia on 4-26 | 114.20 |
| Taxi O'Hare to Marriott on 4-26 | 40.00 |
| Taxi Downtown to O'Hare on 4-28 | 45.00 |
| Sedan service from Philadelphia on 4-28 | 120.20 |

                                                          $ 587.80
HOTEL
     2 nights @ $228.65                                   $ 457.30

MEALS

| | |
|---|---|
| 4-26-05 Dinner | Richard Redano |
| 4-27-05 Breakfast | Richard Redano |
| 4-27-05 Lunch | $   7.08 |
| 4-27-05 Dinner | Richard Redano |
| 4-28-05 Breakfast | Richard Redano |
| 4-28-05 Lunch | 5.71 |
| 4-28-05 Supper | 17.28 |

                                                          $   30.07
MISCELLANEOUS
     Tips                                                      4.00

     TOTAL                                                $1079.17



## Your Itinerary

**Your Confirmation Information:**
- When your e-tickets have been issued, an email will be sent.
- Travelocity Trip ID : 729087888278

All times are local to each city

**Philadelphia, PA (PHL) to Chicago-Ohare, IL (ORD)**

Total Travel Time: 2 hrs 28 min

Please check-in at the American Airlines ticket counter

| Tue, Apr 26 | 3:46PM to 5:14PM | Philadelphia, PA (PHL ) to Chicago-Ohare, IL (ORD ) 2 hrs 28 mins - nonstop | AA American Airlines Flight 413 McDonnell Douglas SP80 Jet - Economy |
|---|---|---|---|

Extras
Requested Seats: 10D

**Chicago-Ohare, IL (ORD) to Philadelphia, PA (PHL)**

Total Travel Time: 1 hr 56 min

Please check-in at the American Airlines ticket counter

| Thu, Apr 28 | 8:14PM to 11:10PM | Chicago-Ohare, IL (ORD ) to Philadelphia, PA (PHL ) 1 hr 56 mins - nonstop | AA American Airlines Flight 2082 McDonnell Douglas SP80 Jet - Economy |
|---|---|---|---|

Extras
Requested Seats: 14E

## Passenger Information

| Passenger Name† | Airline | Frequent Flyer |
|---|---|---|
| Bernard Lechner | American Airlines | 3403128 |

† Passenger name on the reservation must match your government issued photo ID

## Travel Checklist

- **Printed Itinerary** - As you will not receive a paper ticket, we suggest you print this page to take along with you on your trip
- **Photo ID** - Every passenger must have a valid government-issued photo ID (such as drivers license or passport) Please note that the name on photo ID must match the passenger name in reservation
- **Terminal/gate information** - Check with the airline for updated terminal/gate information the day of your travel Also please note, you can verify the flight status online
- **What to expect at the airport** - The airline will issue your boarding pass upon check-in Some airlines allow you to pre-print your boarding pass with an online check-in feature

## Billing Information - Pricing in U.S. dollars

| | |
|---|---|
| Total Airline Charges (includes taxes & fees) | $263.40 |
| Total Travelocity fees (see details below) | $5 00 |

Amount Charged to xxxx-xxxx-xxxx-2002

$268.40

Travelocity fees per ticket include:
Service Fee



[illegible]

[illegible] Spectrum Limousine Service [illegible] CODE # [illegible]

[illegible] DATE: [illegible] [illegible] TIME: [illegible] PM — [illegible]: [illegible] — VEHICLE: [illegible] — DRIVER: [illegible]

[illegible]

PASSENGER: BERNARD [illegible] — HOME PHONE: [illegible] — [illegible] PHONE: [illegible]

[illegible]: [illegible]

[illegible]

SPEC INSTR: NONE

OTHER STOPS: NONE
NONE

[illegible] — END TIME: [illegible] PM

[illegible] — [illegible] — [illegible]
[illegible]

| MILEAGE | START | FINISH | | CHARGES |
|---|---|---|---|---|
| | | | BASE RATE: | $ [illegible].00 |
| FULL GAS | | | WAIT TIME: | $ |
| [illegible] GAS | | | TOLLS: | $ 3.00 |
| [illegible] | | | PARKING: | $ |
| | | | FSC: | $ 5.00 |
| TIME DROP: | | | TELEPHONE: | $ |
| ACTUAL [illegible]: | | | ES1: | $ |
| TOTAL TIME: | | | ES2: | $ |
| | | | ES3: | $ |
| | | | ES4: | $ |
| | | | GRATUITY [illegible]: | $ [illegible] |
| GAS GAL | | COST $ | DEPOSIT: | $ |
| | | | NET TOTAL: | $ [illegible] |

[illegible] ( ) [illegible] CHARGE ( ) PAID CASH ( ) PAID CREDIT CARD

[illegible] Customer accepts full responsibility for vehicle damage or special cleaning, and authorizes Company to charge for the expenses regardless and in addition to any prior understandings and agreements. Customer agrees that any of his/her activities or behavior is deemed by the chauffeur to be illegal or perilous will result in immediate termination of the job with no refund. The Company's decision is final.

PASSENGER SIG — DRIVER SIG. — VEHIC #

DATE TAKEN: [illegible]/05 — TIME TAKEN: [illegible] PM
DATE PRINTED: [illegible]/25/05 — TIME PRINTED: [illegible]

**CHICAGO DOWNTOWN**

540 North Michigan Avenue
Chicago, Illinois 60611
(312) 836-0100
Marriott com/CHIDT

GUEST FOLIO

| 3634 ROOM | LECHNER/BERNARD/MR NAME | 199.00 RATE | 04/28/05 DEPART | 08:20 TIME | 8668 ACCT# |
|---|---|---|---|---|---|

NSK TYPE

04/26/05 17:58 ARRIVE TIME

| 91 | 98 CARSON RD | PASSPORT: |
|---|---|---|

PRINCETON     NJ          AXXXXXXXXXXXX2002

ROOM CLERK   085402207   - PAYMENT          MR#: XXXXX1397
ADDRESS

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 04/26 | ROOM | 3634, 1 | 199.00 | | |
| 04/26 | STATE TX | 3634, 1 | 23.68 | | |
| 04/26 | CITY TAX | 3634, 1 | 5.97 | | |
| 04/27 | ROOM | 3634, 1 | 199.00 | | |
| 04/27 | STATE TX | 3634, 1 | 23.68 | | |
| 04/27 | CITY TAX | 3634, 1 | 5.97 | | |
| 04/28 | CCARD-AX | | | 457.30 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXX2002

.00

It's MegaBonus time with Marriott Rewards!  Earn
bonus points for your stays thru 6/1/05, and get
to your dream vacation faster than you imagined.
Visit Marriottrewards.com for details.

MARRIOTT REWARDS ACCOUNT # XXXXX1397
DATE 04/26/05 - 04/28/05 REVENUE IF APPLICABLE     $398.00
BASE POINTS EARNED: 3980   ADDITIONAL POINTS MAY APPLY
FOR ACCOUNT ACTIVITY CALL 801-468-4000
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.



**CHICAGO DOWNTOWN**

540 North Michigan Avenue
Chicago, Illinois 60611
(312) 836-0100
Marriott com/CHIDT

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check out, you will owe us interest from the check out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

6 2955C
Rev 12/03

Signature X _____

**FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228 9290**

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 04 TG 045

June 4, 2004

To:     Duane Morris LLP
        3200 Southwest Freeway, Suite 3150
        Houston, TX 77027-7534

        Re: *IP Innovation, LLC and Technology Licensing Corporation v. Thomson, Inc.*
        Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM APRIL 23, 2004 TO MAY 31, 2004

PROFESSIONAL SERVICES RENDERED                          $8700.00

EXPENSES INCURRED                                           4.12
                                                    _____

TOTAL AMOUNT OF INVOICE                                 $8704.12

Please make check payable to: Bernard J. Lechner.
Social Security Number for IRS 1099: 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.

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 4-23-04 | E-mail from and to Richard Redano. | -- | --- |
| 4-28-04 | E-mail from and to Richard Redano.  Execute and mail engagement letter. | .25 hour | $ 100.00 |
| 5-10-04 | Call from Richard Redano. | -- | --- |
| 5-12-04 | FedEx from Richard Redano. Calls to and from Richard Redano.  E-mail from Richard Redano.  Brief initial re-view of '524 patent. | .5 hour | 200.00 |
| 5-17-04 | Begin to study '524 patent. | 1.75 hours | 700.00 |
| 5-18-04 | Continue to study '524 patent.  Review answers to interrogatories. | 1.0 hour | 400.00 |
| 5-20-04 | Begin to study '524 file history. | 1.25 hours | 500.00 |
| 5-21-04 | Continue to study '524 file history and cited prior art. | 3.0 hours | 1200.00 |
| 5-22-04 | Complete study of '524 file history.  Study Fairchild data sheet in detail. | 4.0 hours | 1600.00 |
| 5-23-04 | Review prior art patents relevant to the '524 patent. | 2.0 hours | 800.00 |
| 5-24-04 | Complete review of prior art patents.  Review certain aspects of '524 patent in depth. | 3.25 hours | 1300.00 |
| 5-25-04 | Review, highlight and tab '524 patent and file his-tory. | 1.25 hours | 500.00 |
| 5-26-04 | Review, highlight and tab Fairchild data sheet.  Call to Richard Redano. | 1.0 hour | 400.00 |
| 5-27-04 | Prepare for call from Richard Redano.  Call from Richard Redano. | 2.5 hours | 1000.00 |

TOTAL FOR SERVICES                                            $8700.00

                    - - - - - - - -

EXPENSES INCURRED

| Date | Item | Amount |
|------|------|--------|
| Apr./<br>May '04 | Postage and duplication. | $   4.12 |

TOTAL EXPENSES                                           $    4.12

TOTAL AMOUNT OF INVOICE                                  $8704.12

BERNARD J. LECHNER
59 Carson Road
Princeton, N J. 08540
(609) 924-7545

INVOICE
Invoice # 05 TG 050

June 20, 2005

To:  Thomson, Inc.
     ℅ Duane Morris LLP
     3200 Southwest Freeway, Suite 3150
     Houston, TX 77027-7534

     Re:  *Technology Licensing Corporation v. Thomson, Inc.*
          Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM MAY 1, 2005 TO MAY 31, 2005

PROFESSIONAL SERVICES RENDERED                          $31,100.00

EXPENSES INCURRED                                           167.40
                                                       ────────────

TOTAL AMOUNT OF INVOICE                                 $31,267.40
                                                       ════════════

Please make check payable to:  Bernard J. Lechner.
Social Security Number for IRS 1099:  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.

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 5-4-05 | Begin to prepare for deposi-tion.  Sort documents.  Call to Richard Redano.  Calls from Gary Maze. | 1.25 hours | $ 500.00 |
| 5-6-05 | Call to Richard Redano. Calls from Gary Maze and Geralyn Brown.  Organize, copy and review documents. Continue to prepare for deposition. | 4.0  hours | 1600.00 |
| 5-7-05 | Organize and copy deposition documents.  Calls to Laura Taylor.  Deliver documents to Duane Morris office in Hamilton Township, NJ.  Con-tinue to prepare for deposi tion. | 4.75 hours | 1900.00 |
| 5-8-05 | Continue to prepare for de-position. | 2.0  hours | 800.00 |
| 5-9-05 | E-mail from Gary Maze. | -- | --- |
| 5-10-05 | Calls to Geralyn Brown and Gary Maze.  E-mail from Gary Maze.  Study Cooper Supple-mental Report and TI chip specification. | 3.75 hours | 1500.00 |
| 5-11-05 | Study TI chip specification, TI '457 patent and Cooper Supplemental Report.  E-mail from Duane Morris.  Review Cooper deposition exhibit. Call to Richard Redano. Call from Richard Redano and Gary Maze.  E-mail to Walter Demmer. Call to Geralyn Brown.  Pick up documents at Duane Morris office in Ham-ilton Township. | 7.0  hours | 2800.00 |
| 5-12-05 | Calls to and from Walter Demmer.  E-mail to Walter Demmer.  Calls to and from Richard Redano and Gary Maze.  E-mail to and from Richard Redano.  Work on Supplemental Expert Report. | 8.75 hours | 3500.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5-13-05 | Calls to and from Richard Redano.  Call to Walter Demmer.  Work on Supplemental Expert Reports. | 8.75 hours | 3500.00 |
| 5-14-05 | Call to Walter Demmer. Calls to and from Peter Chang.  E-mail to Peter Change.  Call from Richard Redano.  Work on Supplemental Expert Report. | 7.5 hours | 3000.00 |
| 5-15-05 | Work on Supplemental Expert Reports.  Call to Peter Chang.  Call from Richard Redano.  E-mail to Richard Redano. | 10.25 hours | 4100.00 |
| 5-16-05 | Call from Richard Redano. Complete Supplemental Expert Reports.  Calls to and from Gary Maze.  E-mail to and from Gary Maze.  Calls to and from Walter Zelhofer. Call from Peter Symes.  E-mail from Richard Redano. | 11.5 hours | 4600.00 |
| 5-17-05 | Calls from Peter Symes and Walter Demmer. | .25 hour | 100.00 |
| 5-19-05 | Study '070 claim construc- tion.  Call and e-mail to Richard Redano. | 1.0 hour | 400.00 |
| 5-21-05 | E-mail from and to Richard Redano.  Calls from and to Richard Redano.  Work on and execute '070 and '524 Decla- rations. | 7.0 hours | 2800.00 |

TOTAL FOR SERVICES                                           $31,100.00

To: Thomson, Inc. % Duane Morris LLP      From:   Bernard J. Lechner

- - - - - - -

EXPENSES INCURRED

| Date | Item | Amount | |
|------|------|--------|---|
| May '05 | Long distance telephone. | $ 23.55 | |
| May '05 | Postage and duplication. | 128.05 | |
| 5-7-05 | Expenses to deliver docu-<br>ments to Duane Morris in<br>Hamilton Township. | 7.90 | |
| 5-11-05 | Expenses to pick up docu-<br>ments at Duane Morris in<br>Hamilton Township. | 7.90 | |
| | TOTAL EXPENSES | | $    167.40 |
| | TOTAL AMOUNT OF INVOICE | | $31,267.40 |

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

## BUSINESS EXPENSE REPORT

June 20, 2005

CLIENT:           Thomson, Inc.

PURPOSEOFTRIP:    Deliver Documents to Duane Morris Hamilton Township, NJ
                  Office

DATE OF TRIP:     May 7, 2005

TRANSPORTATION

    Automobile 20 mi. @ 39.5¢/mile                          $    7.90

    TOTAL                                                   $    7.90

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

## BUSINESS EXPENSE REPORT

June 20, 2005

CLIENT:              Thomson, Inc.

PURPOSEOFTRIP:       Pick Up Documents at Duane Morris Hamilton Township, NJ
                     Office

DATE OF TRIP:        May 11, 2005

TRANSPORTATION

   Automobile 20 mi. @ 39.5¢/mile                          $    7.90

   TOTAL                                                   $    7.90

BERNARD J. LECHNER
59 Carson Road
Princeton, N.J. 08540
(609) 924-7545

INVOICE
Invoice # 05 TG 067

August 5, 2005

To:   Thomson, Inc.
      j  Duane Morris LLP
      3200 Southwest Freeway, Suite 3150
      Houston, TX 77027-7534

      Re:   *Technology Licensing Corporation v. Thomson, Inc.*
            Your Ref.: N0661-00176

FOR SERVICES PROVIDED FROM JUNE 1, 2005 TO JULY 31, 2005

PROFESSIONAL SERVICES RENDERED                                    $7,000.00

EXPENSES INCURRED                                                     68.48
                                                                 _____

TOTAL AMOUNT OF INVOICE                                          $7068.48

Please make check payable to:  Bernard J. Lechner.
Social Security Number for IRS 1099:  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.

- - - - - - -

PROFESSIONAL SERVICES RENDERED

| Date | Service | Time | Fee |
|------|---------|------|-----|
| 6-1-05 | Calls from and to Richard Redano. | -- | --- |
| 6-6-05 | E-mail from and to Richard Redano. | -- | --- |
| 6-7-05 | Call from Richard Redano. | .25 hour | $ 100.00 |
| 6-8-05 | Call and e-mail to Walter Demmer. | .25 hour | 100.00 |
| 6-24-05 | Call from Walter Demmer. | .25 hour | 100.00 |
| 6-26-05 | E-mail from and to Gary Maze. | -- | --- |
| 6-27-05 | Call from Gary Maze. | 1.5 hours | 600.00 |
| 7-19-05 | E-mail from Richard Redano. Review Court Order.  Consider approaches to testimony.  Call to Richard Redano. | 1.25 hours | 500.00 |
| 7-22-05 | E-mail from and call to Richard Redano.  Begin detailed review of Cooper deposition transcript. | 3.5 hours | 1400.00 |
| 7-23-05 | Continue to review Cooper deposition transcript.  Call from Richard Redano. | 6.75 hours | 2700.00 |
| 7-24-05 | Complete review of Cooper deposition transcript. Search documents for Bates numbers.  Begin to organize Cooper deposition topics for trial. | 2.5 hours | 1000.00 |
| 7-25-05 | Continue to organize topics for trial.  E-mail from Gary Maze. | 1.0 hour | 400.00 |
| 7-26-05 | Calls to and from Gary Maze. E-mail from Gary Maze. | .25 hour | 100.00 |

TOTAL FOR SERVICES                                        $7000.00

                        - - - - - - - -


EXPENSES INCURRED

| Date | Item | Amount | |
|------|------|--------|--|
| June/<br>July '05 | Long distance telephone. | $ 61.73 | |
| June/<br>July '05 | Postage and duplication. | 6.75 | |
| | TOTAL EXPENSES | | $ 68.48 |
| | TOTAL AMOUNT OF INVOICE | | $7068.48 |