# EXHIBIT T

## TO DECLARATION OF RICHARD T. REDANO IN SUPPORT OF DEFENDANT THOMSON, INC.'S MOTION FOR MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND AWARD ATTORNEYS' FEES AND EXPERT FEES

## SUMMARY OF INVOICES RECEIVED BY THOMSON FOR EXPERT FEES FROM BERNARD J. LECHNER

| Date of Invoice | Fees | Expenses |
|---|---|---|
| August 3, 2004 | $ 1,000.00 | $6.13 |
| September 2, 2004 | $ 6,200.00 | $8.37 |
| November 9, 2004 | $ 2,700.00 | $10.16 |
| December 8, 2004 | $ 2,000.00 | $0.32 |
| March 8, 2005 | $ 4,100.00 | $21.24 |
| April 5, 2005 | $ 31,300.00 | $50.66 |
| May 19, 2005 | $ 54,700.00 | $1,141.64 |
| June 4, 2004 | $ 8,700.00 | $4.12 |
| June 20, 2005 | $ 31,100.00 | $167.40 |
| August 5, 2005 | $ 7,000.00 | $68.48 |
| **TOTALS** | $148,800.00 | $1,478.52 |

**Grand Total =** Total Fees + Total Expenses

= $148,800.00 + $1,478.52

= $150,278.52

**Expert Fees Sought** = $100,000

**Percentage of Expert Fees Sought** = $100,000 / $150,278 = 66%