**EXHIBIT G**



$703.50

File # N0661-00176    INVOICE # 952382
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/14/2003 | 02079 LM BRENNER | INITIAL RESEARCH CONCERNING THE COMPLAINT AGAINST GRASS VALLEY BY TECHNOLOGY LICENSING CORPORATION, IN PREPARATION FOR FILING ANSWER TO COMPLAINT. | 0.30 | $82.50 |
| 7/15/2003 | 02320 DJ HERLING | ~~[redacted]~~ | 0.20 | $79.00 |
| 7/15/2003 | 02522 GR MAZE | DISCUSS ISSUES RELATED TO SCHEDULING ORDER WITH MR REDANO, INCLUDING MISREPRESENTATIONS MADE BY TLC IN THEIR BRIEFS TO THE COURT | 0.30 | $82.50 |
| 7/16/2003 | 02165 RT REDANO | TELEPHONE CONFERENCE WITH GENNUM'S COUNSEL RE: COMPLAINT FILED AGAINST THOMSON BY TLC | 0.30 | $100.50 |
| 7/16/2003 | 02079 LM BRENNER | (TLC V. GRASS VALLEY) SUPERVISE FURTHER CALENDARING OF DATES IN CASE. | 0.30 | $82.50 |
| 7/17/2003 | 02165 RT REDANO | REVIEW EMAIL FROM GENNUM'S COUNSEL RE; REQUEST FOR INFORMATION RE: GRASS VALLEY AND PREPARE RESPONSE; PREPARE RESPONSE AND EMAIL TO MR HUSER RE: GENNUM'S REQUEST FOR INFORMTION | 0.90 | $301.50 |
| 7/18/2003 | 02165 RT REDANO | REVIEW MEMO RE: RES JUDICATA AND PREPARE MEMO TO LAW CLERK RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME | 0.60 | $201.00 |
| 7/29/2003 | 02165 RT REDANO | CONFER WITH MR HERLING RE: PREPARATION OF ANSWER AND CONDUCT OF INITIAL RULE 26 CONFERENCE; PREPARE LETTER TO OPPOSING COUNSEL RE: PREPARATION FOR RULE 26(F) CONFERENCE | 0.70 | $234.50 |
| 7/29/2003 | 02320 DJ HERLING | EVALUATE ISSUES RE PLEADING/26F CONFERENCE | 0.40 | $158.00 |
| 7/29/2003 | 02079 LM BRENNER | REVIEW UPCOMING DEADLINES IN TLC/THOMSON LITIGATION, FOR FILING RESPONSIVE PLEADING AND ENGAGING IN RULE 26 CONFERENCE. | 0.20 | $55.00 |
| 7/30/2003 | 02165 RT REDANO | REVISE LETTER TO OPPOSING COUNSEL RE: RULE 26(F) CONFERENCE | 0.20 | $67.00 |
| 7/31/2003 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: RESPONSES TO GENNUM'S INQUIRIES; PREPARE RESPONSE OUTLINING LITIGATION ALTERNATIVES; REVIEW EMAILS PASSING BETWEEN MESSRS HUSER AND SYMES RE: THIRD PARTY | 0.90 | $301.50 |

$502.50

File # N0661-00176  
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

INVOICE # 966288

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | INC.'S COUNTERCLAIMS, COPY AND FILE; (PROPOSED) ORDER DENYING THOMSON INC 'S MOTION FOR STAY, COPY AND FILE; TECHNOLOGY LICENSING CORPORATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THOMSON, INC'S MOTION TO STAY | | |
| 9/12/2003 | 02165 RT REDANO | REVIEW CASE LAW RE: FIRST TO FILE RULE AND CUSTOMER SUIT EXCEPTION THERETO; CONFER WITH MR MAZE RE: SAME; PREPARE REPLY IN SUPPORT OF MOTION TO STAY; CONFER WITH GENNUM'S COUNSEL RE: MOTION TO STAY AND INDEMNIFICATION ISSUES; REVIEW EMAIL FROM GENNUM'S COUNSEL RE: SAME | 4.90 | $1,641.50 |
| 9/12/2003 | 02522 GR MAZE | CASE LAW RESEARCH INTO ISSUES REGARDING STAY BASED ON A FIRST FILED PROCEEDING (.9); MEMO TO MR REDANO REGARDING RESEARCH AND REVIEW REPLY BRIEF (.6); RESEARCH INTO BLONDER-TONGUE WITH RESPECT TO ARGUMENTS PROPOSED BY TLC (.1); MEMO TO AND DISCUSS WITH MR REDANO (.6) | 2.20 | $605.00 |
| 9/12/2003 | 02522 GR MAZE | RESEARCH CASE LAW FOR "ONE STRIKE AND YOU'RE OUT" CONCURRENCE LANGUAGE IN FEDERAL CIRCUIT OR OTHER CIRCUITS | 1.30 | $357.50 |
| 9/12/2003 | 03288 MK HOUSER-NELSON | UPDATE PLEADING FILE INDEX AND TAB PLEADINGS | 0.60 | $78.00 |
| 9/13/2003 | 02165 RT REDANO | PREPARE REPLY IN SUPPORT OF MOTION FOR STAY AND PREPARE EMAIL TO MR HUSER RE; SAME | 5.20 | $1,742.00 |
| 9/14/2003 | 02522 GR MAZE | READ/REVIEW REPLY BRIEF; MAKE CORRECTIONS (.5); VERIFY CASE LAW CITATIONS (.2) | 0.70 | $192.50 |
| 9/15/2003 | 02165 RT REDANO | REVIEW PROSED REVISIONS FROM MR MAZE AND PREPARE E-MAIL RE: SAME; REVIEW EMAIL FROM MR HUSER RE: REVISIONS TO BRIEF; CONFER WITH GENNUM' S COUNSEL RE: STIPULATION REGARDING INDEMNIFICATION ISSUES; REVISE BRIEF RE: WILLINGNESS TO BE BOUND BY JUDGMENT IN THE VIDEOTEK LITIGATION; PREPARE EMAIL TO MESSRS HUSER AND HERLING RE: SAME; CONFER WITH GENNUM'S COUNSEL RE: INDEMNIFICATION ISSUES | 1.50 | $502.50 |



$122.00

File # N0661-00176                                                    INVOICE # 986257
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/13/2003 | 02906 PC MULDOON | CLAIM CONSTRUCTION CHART | 2.00 | $345.58 |
| 11/14/2003 | 02165 RT REDANO | CONFER WITH MR HUISER RE: SETTLEMENT AND PREPAE EMAIL TO MR HUSER RE: SUMMARY JUDGMENT RULINGS IN VIDEOTEK CASE | 0.40 | $134.00 |
| 11/14/2003 | 02079 LM BRENNER | ASSIST IN OBTAINING EXTENSION OF TIME IN WHICH TO RESPOND TO OUTSTANDING DISCOVERY | 0.30 | $82.50 |
| 11/16/2003 | 02860 LL ROGERS, III | DISCUSSION WITH ASSOCIATE | 0.50 | $79.37 |
| 11/16/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 6.60 | $1,140.41 |
| 11/17/2003 | 02860 LL ROGERS, III | REVIEW DRAFT; DISCUSSION ASSOCIATE; E-MAIL REPORT TO RICHARD REDANO; | 2.00 | $317.46 |
| 11/17/2003 | 02079 LM BRENNER | STRATEGIZE CONCERNING MOTION FOR EXTENDING INITIAL DISCLOSURE AND OTHER DEADLINES, GIVEN THE SETTLEMENT OF VIDEOTEK MATTER | 0.20 | $55.00 |
| 11/17/2003 | 02906 PC MULDOON | INFRIGEMENT OPINION | 10.90 | $1,883.41 |
| 11/17/2003 | 03332 MF CLOUSER | CASE MANAGEMENT AND FILE MAINTENANCE | 0.40 | $52.00 |
| 11/18/2003 | 02860 LL ROGERS, III | REVIEW TECHNOLOGY WITH ASSOCIATE AND DRAFT ILLUSTRATIONS FOR REPORT; DISCUSSION WITH ASSOCIATE | 2.10 | $333.33 |
| 11/18/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 9.30 | $1,606.95 |
| 11/19/2003 | 02860 LL ROGERS, III | REVIEW OF REVISION; DISCUSSION WITH ASSOCIATE; CORRESPONDENCE WITH RICHARD REDANO | 1.70 | $269.84 |
| 11/19/2003 | 02906 PC MULDOON | INFRINGEMENT OPINION | 4.00 | $690.99 |
| 11/20/2003 | 02165 RT REDANO | REVIEW AND REDACT CONFIDENTIAL INFORMATION FROM VIDEOTEK SUMMARY JUDGMENT PLEADINGS AND PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR MAZE RE: PREPARING REPONSES TO DISCOVERY | 1.60 | $536.00 |
| 11/21/2003 | 02165 RT REDANO | CONFER WITH MR MAZE RE: INITIAL DISCLOSURES; CONFER WITH MS BRENNER RE: ACCEPTANCE OF TRIAL SUBPOENA FOR MR SYMES | 0.60 | $201.00 |
| 11/21/2003 | 02522 GR MAZE | DRAFT INITIAL DISCLOSURE PER RULE 26(A) | 0.30 | $82.50 |
| 11/21/2003 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH GENNUM COUNSEL CONCERNING SUBPOENA FOR TRIAL TESTIMONY OF P SYMES; FURTHER ELECTRONIC COMMUNICATION WITH GENNUM COUNSEL CONCERNING SAME | 0.20 | $55.00 |
| 11/24/2003 | 02165 RT REDANO | REVIEW INITIAL DISCLOSURES AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MS BRENNER RE: TRIAL SUBPOENA FOR MR SYMES; | 0.70 [0.2] | $234.50 [$67.00] |

Duane Morris
December 16, 2003
Page 4

$433.00

File # N0661-00176
   TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

INVOICE # 986257

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | REVIEW SUBPOENA AND PREPARE RESPONSE | | |
| 11/24/2003 | 03332 MF CLOUSER | CORRESPONDENCE TO OPPOSING COUNSEL INQUIRING ABOUT LETTER AGREEMENT RE DISCOVERY RESPONSES; RECEIPT AND REVIEW OF RETURNED AGREEMENT LETTER; RETRIEVE PACER DOCKET SHEET FOR RELEVANT SAMSUNG CASE | 0.40 | $52.00 |
| 11/25/2003 | 02165 RT REDANO | CONFER WITH MS BRENNER RE: CONFERRING WITH OPPOSING COUNSEL RE: STIPULATED EXTENSION OF TIME TO ADD PARTIES AND TO AMEND PLEADINGS; REVIEW STIPULATION AND PREPARE EMAIL TO MS BRENNER RE: SAME; REVIEW EMAIL FROM MR HUSER RE: SYMES TRIAL SUBPOENA AND REPLY FROM MS BRENNER RE: SAME; PREPARE EMAIL TO MS BRENNER RE: REQUESTING THAT GENNUM SERVE A NEW SUBPOENA WHEN TRIAL IS RESET | 0.80 | $268.00 |
| 11/25/2003 | 02079 LM BRENNER | COMMUNICATIONS WITH OPPOSING COUNSEL AND CLIENT CONCERNING SUBPOENA FOR P. SYMES TO TESTIFY AT TRIAL; PREPARE ELECTRONIC NOTICE TO P. SYMES CONCERNING SUBPOENA-RELATED ISSUES; FURTHER COMMUNICATIONS WITH OPPOSING COUNSEL CONCERNING TRIAL CONTINUANCE; COMMUNICATE SAME TO CLIENT. | 0.60 | $165.00 |
| 11/25/2003 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH TLC COUNSEL; RESEARCH EASTERN DISTRICT LOCAL RULES CONCERNING STIPULATIONS TO EXTEND TIME; REVIEW PRIOR SCHEDULING ORDER; PREPARE A STIPULATED REQUEST FOR A PROPOSED ORDER EXTENDING TIME IN WHICH TO AMEND PLEADINGS AND ADD THIRD PARTIES; TRANSMIT TO OPPOSING COUNSEL FOR EXECUTION/REVIEW; SUPERVISE FILING OF SAME. | 1.20 | $330.00 |
| 11/25/2003 | 03342 Y GARZA | MADE COPIES OF ENTIRE PLEADING INDEX FOR G MAZE AND SEPARATED AND PUT EACH DOCUMENT IN FOLDER | 0.70 | $56.00 |
| | | TOTAL SERVICES | 67.10 | $12,476.00 |

**$672.50** *(handwritten)*

File # N0661-00176                                    INVOICE # 1009829
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/2/2004 | 02522 GR MAZE | CREATE SECOND RFP AND SEND TO MR HUSER FOR HIS REVIEW AND APPROVAL | 0.60 | $180.00 |
| 4/3/2004 | 02165 RT REDANO | REVIEW NOTICE OF TLC'S WITHDRAWAL OF DAMAGES CLAIM; CONFER WITH GENNUM'S COUNSEL RE: SAME; PREPARE EMAIL TO MR HUSER RE: SAME | 0.50 | $182.50 |
| 4/6/2004 | 02165 RT REDANO | REVIEW GENNUM'S MOTION FOR NO TRIAL BY JURY; PREPARE EMAIL TO MR HUSER RE: SAME; CONFER WITH MR HUSER RE: SYMES DEPOSITION; PREPARE EMAIL TO GENNUM'S COUNSEL RE: SAME; CONFER WITH MR HERLING RE: SYMES DEPO; PREPARE EMAILS TO MESSRS HUSER AND SYMES RE: SAME AND REVIEW RESOPNSES | 1.40 *(handwritten: 1.0)* | $511.00 *(handwritten: $365.00)* |
| 4/7/2004 | 02165 RT REDANO | CONFER WITH GENNUM'S COUNSEL RE: SYMES DEPOSITION; PREPRE EMAIL TO MR HERLING RE: SAME; REVIEW EMAIL FROM MR HERLING TO MR SYMES RE: SAME | 0.70 *(circled)* | $255.50 *(circled)* |
| 4/7/2004 | 03357 MT HOANG | TELEPHONE CONFERENCE WITH D. HERLING AND COUNSEL FOR GENNUM RE: STRATEGY FOR AND SCHEDULING OF UPCOMING DEPOSITION OF PETER SYMES. | 0.20 *(circled)* | $52.00 *(circled)* |
| 4/9/2004 | 02165 RT REDANO | PREPARE EMAIL TO MR MAZE RE: COLLATERAL ESTOPPEL ISSUES ARISING FROM JUDGE BAKER'S RULING; REVIEW MEMO FROM MR MAZE RE: COLLATERAL ESTOPPEL IMPACT OF JUDGE BAKER'S RULING ON PROTECTIVE ORDER DISPUTE IN GRASS VALLEY CASE; CONFER WITH MR MAZE RE: SAME; PREPARE EMAIL TO MR HUSER RE: COLLATERAL ESTOPPEL IMPACT OF JUDGE BAKER'S RULING AND RECOMMENDED STRATEGY; REVIEW AND REVISE DECLARATION OF MR SYMES AND REVIEW EMAIL TO MR SYMES RE: SAME | 1.30 | $474.50 |
| 4/9/2004 | 02522 GR MAZE | WORK ON DRAFT OF MR SYMES' DECLARATION FOR THE MOTION FOR A PROTECTIVE ORDER (.5); DISCUSS THE PROTECTIVE ORDER DECLARATION WITH MR SYMES (.3); REVISE DRAFT OF MOTION FOR PROTECTIVE ORDER (.5) | 1.30 | $390.00 |
| 4/12/2004 | 02165 RT REDANO | CONFER WITH OPPOSING COUNSEL RE: EXTENSION OF TIME FOR TLC TO | 1.40 | $511.00 |

$146.00

File # N0661-00176　　　　　　　　　　　　　　　　　　　　INVOICE # 1018981
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/30/2004 | 02522 GR MAZE | PERFORM ADDITIONAL RESEARCH ON 9TH CIRCUIT LAW; INCORPORATE INTO MEMORADUM TO MR HUSER; DISCUSS WITH MR REDANO | 3.00 | $900.00 |
| 5/6/2004 | 02165 RT REDANO | REVIEW INTERROGATORY RESPONSES FROM TLC RE: '524 PATENT | 0.40 | $146.00 |
| 5/7/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: TELEPHONE CONFERENCE; PREPARE RESPONSE; REVIEW PRELIMINARY INFRINGEMENT ANALYSIS AND PREPARE DOCUMENTS TO SEND MR LECHNER RE: '524 PATENT | 0.70 | $255.50 |
| 5/10/2004 | 02165 RT REDANO | REVIEW SCHEDULING ORDER AND OUTSTANDING DISCOVERY; CONFER WITH MR HUSER RE: LITIGATION STRATEGY; REVIEW DOCUMENTS TO BE SENT TO MR LECHNER; PREPARE LETTER TO MR LECHNER RE: REVIEW OF '524 PATENT; REVIEW PATENT OFFICE OFFICAL GAZETTE FOR REFERENCE TO REEXAMINATION OF THE '869 AND '250 PATENT; TELEPHONE MR LECHNER RE: REVIEW OF '524 PATENT | 1.60 | $584.00 |
| 5/11/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: SETTLEMENT DISUCSSIONS WITH MR SMALL; PREPARE RESPONSE SUGGESTING WE REQUEST ACCESS TO LICENSE AGREEMENTS FOR SETTLEMENT PURPOSES | 0.20 | $73.00 |
| 5/12/2004 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: INFRINGEMENT ANALYSIS ISSUES AND DEADLINE FOR EXPERT REPORTS | 0.30 | $109.50 |
| 5/13/2004 | 02165 RT REDANO | REVIEW GENNUM'S OPPOSITION TO TLC'S MOTION TO DISMISS WITHOUT PREJUDICE | 0.60 | $219.00 |
| 5/14/2004 | 02165 RT REDANO | CONFER WITH MR GOLDSTEIN RE: SETTLEMENT; PREPARE EMAIL TO MR MAZE RE: SAME | 0.40 | $146.00 |
| 5/21/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: RESPONSE TO TLC'S REPRESENTATION TO SAN JOSE COURT THAT IT WILL SEEK REISSUE OF THE '869 AND '250 PATENTS; PREPARE EMAIL TO MR MAZE RE: MEET AND CONFER REQUIREMENTS WITH TLC RE: MOTION TO COMPEL; REVIEW RESPONSES FROM MR MAZE AND FROM MS BRENNER RE: SAME | (0.40) | ($146.00) |
| 5/21/2004 | 02079 LM BRENNER | RESEARCH DISCOVERY RULES AND DEADLINES CONCERNING FILING AND | 0.70 | $210.00 |

$474.50

File # N0661-00176                                INVOICE # 1018981
    TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | SERVICE OF DISCOVERY MOTIONS; PREPARE BRIEF MEMORANDUM CONCERNING SAME; TELEPHONE CONFERENCE WITH COURT CLERK CONCERNING SCHEDULING MOTION BEFORE MAGISTRATE NOWINSKI, DISCOVERY JUDGE ASSIGNED TO CASE. | | |
| 5/22/2004 | 02165 RT REDANO | REVIEW TLC'S' REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR STAY; REVIEW TREATISE RE: ABSOLUTE INTERVENING RIGHTS ARISING FROM REISSUE; PREPARE EMAIL TO MR HUSER RE: TLC'S REPRESENTATIONS REGARDING SEEKING REISSUE OF THE '869 AND '250 PATENTS AND RELATED STRATEGY ISSUES | 1.30 | $474.50 |
| 5/24/2004 | 02165 RT REDANO | CONFER WITH MR MAZE RE: MOTION TO COMPEL AND MOTION FOR SUMMARY JUDGMENT ON THE '070 PATENT | 0.40 | $146.00 |
| 5/25/2004 | 02165 RT REDANO | CONFER WITH GENNUM;S COUNSEL RE: SYMES DEPOSITION AND PREPARE EMAIL TO MS BRENNER RE: SAME; STUDY ASSERTED CLAIMS OF '524 PATENT | 1.20 | $438.00 |
| 5/26/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR SYMES RE: DEPOSITION SCHEDULING; CONFER WITH MR MAZE RE: MOTION TO COMPEL; REVIEW EMAIL FROM MS BRENNER RE: SAME; CONFER WITH MS BRENNER RE: SYMES DEPOSITION; REVIEW BRIEFS FILED BY TLC AND GENNUM RE: JURY TRIAL DISPUTE; CONFER WITH MR LECHNER RE: REVIEW OF TLC'S INTERROGATORIES; REVIEW FILE HISTORY OF '524 PATENT IN PREPARATION FOR CONFERENCE WITH MR LECHNER | 1.90 | $693.50 |
| 5/26/2004 | 02522 GR MAZE | PERFORM CASE LAW RESEARCH INTO 9TH CIRCUIT LAW REGARDING MOTIONS TO COMPEL AND IMPOSITIONS OF SANCTIONS (2.8); DRAFT INITIAL MOTION TO COMPEL AND DISCUSS VARIOUS STRATEGIES FOR PURSUING SAME WITH MR REDANO AND MS BRENNER (4.5) | 7.30 | $2,190.00 |
| 5/26/2004 | 02079 LM BRENNER | REVIEW FURTHER DISCOVERY ISSUES CONCERNING BRINGING MOTION TO COMPEL AS AGAINST PLAINTIFF; REVIEW DEPOSITION DATES AND REQUIREMENTS FOR P. SYMES | 0.60 | $180.00 |

Duane Morris
June 14, 2004
Page 4

Duane Morris
June 14, 2004
Page 4

*$60.00* *(handwritten)*

File # N0661-00176  INVOICE # 1018981
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 5/27/2004 | 02165 RT REDANO | REVIEW TLC'S INTERROGATORY RESPONSES RE: '524 PATENT AND CONFER WITH MR LECHNER RE; SAME; REVIEW MOTION TO COMPEL AND CONFER WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MS BRENNER RE: DEPOSITION OF MR SYMES; PREPARE RESPONSE; REVIEW EMAIL FROM MR HUSER RE: DOCUMENT PRODUCTION AND PREPARE RESPONSE | 4.40 | $1,606.00 |
| 5/27/2004 | 02522 GR MAZE | CONTINUE WITH DRAFT OF MOTION TO COMPEL (2.2); DISCUSS FILING STRATEGIES WITH MR REDANO (.3) | 2.50 | $750.00 |
| 5/27/2004 | 02079 LM BRENNER | CONTACT P. SYMES AND OPPOSING COUNSEL CONCERNING DEPOSITION OF P. SYMES | 0.20 | $60.00 |
| 5/28/2004 | 02165 RT REDANO | REVIEW AND REVISE MOTION TO COMPEL, ORDER AND SUPPORTING DECLARATION AND CONFER WITH MR MAZE RE: SAME | 0.80 | $292.00 |
| 5/28/2004 | 02522 GR MAZE | CONTINUE WITH MOTION TO COMPEL AND FOR SANCTIONS, DISCUSS FILING STRATEGY WITH MS BRENNER AND MR REDANO | 3.90 | $1,170.00 |
| 5/28/2004 | 02079 LM BRENNER | PREPARE ELECTRONIC MAIL TO P. SYMES CONCERNING DEPOSITION DATES; REVIEW FURTHER EASTERN DISTRICT REQUIREMENTS CONCERNING FILING MOTION TO COMPEL | 0.30 | $90.00 |
| | | TOTAL SERVICES | 33.10 | $10,879.00 |

DUANE MORRIS LLP

$90.00

File # N0661-00176      INVOICE # 1025262

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE | |
|---|---|---|---|---|---|
| 5/29/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MS BRENNER AND MR MAZE RE: MOTION TO COMPEL | 0.20 | $73.00 | Reduced 0.20 $73.00 |
| 5/31/2004 | 02165 RT REDANO | REVIEW AND REVISE DECLARATIONS AND ORDER RELATING TO MOTION TO COMPEL AND CONFER WITH MR MAZE RE: SAME | 0.60 | $219.00 | Reduced 0.60 $219.00 |
| 5/31/2004 | 02522 GR MAZE | CONTINUE WITH MOTION TO COMPEL AND FOR SANCTIONS (2.3); DISCUSS FILING STRATEGIES WITH MR REDANO (.5) | 2.80 | $840.00 | Reduced 2.80 $840.00 |
| 6/1/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MESSRS HUSER AND MAZE RE: MOTION TO COMPEL AND DOCUMENT PRODUCTION | 0.40 | $146.00 | Reduced 0.40 $146.00 |
| 6/1/2004 | 02522 GR MAZE | REVISE MOTION TO COMPEL AND FOR SANCTIONS AND PROVIDE DRAFT TO MR HUSER FOR HIS REVIEW AND COMMENT; SEND MR HUSER OUTLINE OF PROPOSED STRATEGY VIS A VIS MOTION TO COMPEL AND FOR SANCTIONS; SPEAK WITH MR SYMES REGARDING DOCUMENTS TO BE PRODUCED AND ARRANGE FOR COPIES TO BE SENT TO HOUSTON; RESPOND TO MR HUSER ■■■■■■■■■■■■■■■■■■ MOTION TO COMPEL AND FOR SANCTIONS | 1.90 | $570.00 | Reduced 1.00 $300.00 |
| 6/1/2004 | 02079 LM BRENNER | TELEPHONE CONFERENCE WITH P. SYMES CONCERNING DEPOSITION; COMMUNICATIONS WITH JONES DAY OFFICE, DEPOSING COUNSEL, CONCERNING SCHEDULING OF SAME. | 0.30 | $90.00 | |
| 6/1/2004 | 02079 LM BRENNER | REVIEW PROCEDURAL ISSUES CONCERNING FILING IN EASTERN DISTRICT COURT, SPECIFICALLY MOTION TO COMPEL, AND SUPERVISE PREPARATIONS WITH REGARD TO SAME. | 0.20 | $60.00 | Reduced 0.20 $60.00 |
| 6/2/2004 | 02165 RT REDANO | REVIEW EMAILS RE: MOTION TO COMPEL AND CONFER WITH MR MAZE RE: SAME | 0.40 | $146.00 | Reduced 0.40 $146.00 |
| 6/2/2004 | 02522 GR MAZE | TELECONFERENCE WITH MR VOWELL RE DISCOVERY AND PROTECTIVE ORDERS (.7); TELECONFERENCE WITH MR SYMES RE DISCOVERY (.4); REVIEW STRATEGY WITH MR HUSER AND MR REDANO, IN PART VIA EMAIL, REGARDING MOTION TO COMPEL AND FOR SANCTIONS (1.6) | 2.70 | $810.00 | Reduced 2.30 $690.00 |
| 6/3/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MR MAZE RE: COURT'S DECISION DENYING TLC'S | 0.40 | $146.00 | Reduced 0.40 $146.00 |

*$182.50*

File # N0661-00176　　　　　　　　　　　　　　　　　　　　INVOICE # 1033748
　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE    ID # TIMEKEEPER |  | HOURS | VALUE |
|---|---|---|---|
| 7/16/2004 03363 RJ SZABADOS | REVIEW TLC PRODUCTION FOR REISSUE APPLICATIONS. | 0.90 | $202.50 |
| 7/17/2004 02165 RT REDANO | RECEIVE MESSAGE FROM GENNUM'S COUNSEL RE: OBTAINING COPIES OF TLC'S REQUESTS FOR REISSUE | 0.10 | $36.50 |
| 7/19/2004 02165 RT REDANO | PREPARE EMAIL TO GENNUM'S COUNSEL RE: OBTAINING COPIES OF APPLICATONS FOR REISSUE OF THE '869 AND '250 PATENTS; PREPARE FOLLOW UP EMAIL TO MR SYMES RE; INFORMATION NEEDED FOR '524 PATENT INFRINGEMENT ANALYSIS; PREPARE EMAIL TO MR HUSER RE: FOLLOW UP REQUEST TO FARICHILD'S COUNSEL REQUESTING TECHNICAL INFORMATION | 0.50 | $182.50 |
| 7/20/2004 02165 RT REDANO | REVIEW MEMO FROM MR MAZE RE: DOCUMENTS RECEIVED FROM MR SYMES; PREPARE RESPONSE RE: DOCUMENTS SUPPORTING EACH AFFIRMATIVE DEFENSE; REVIEW TLC CORRESPONDENCE | 1.40 | $511.00 |
| 7/20/2004 03363 RJ SZABADOS | CONTINUE REVIEWING AND CREATING A GENERAL DATABASE OF DOCUMENTS PRODUCED BY TLC. | 6.80 | $1,530.00 |
| 7/21/2004 02165 RT REDANO | REVIEW EXCERPTS FROM REISSUE FILE OF '869 AND "250 PATENTS; CONFER WITH MR MAZE RE; MOTION TO STAY AND DOCUMENT PRODUCTION BY THOMSON | 0.50 | $182.50 |
| 7/21/2004 03363 RJ SZABADOS | CONTINUE DOCUMENT REVIEW OF TLC'S PRODUCTION AND CREATE GENERAL DATABASE REGARDING SAME. | 5.10 | $1,147.50 |
| 7/22/2004 02522 GR MAZE | SEND EMAIL TO PETER SYMES AND RICK HUSER RE DOCUMENTS WE STILL NEED | 0.10 | $30.00 |
| 7/22/2004 02522 GR MAZE | READ/REVIEW TLC REISSUE MATERIALS | 1.30 | $390.00 |
| 7/22/2004 03363 RJ SZABADOS | CONTINUE WITH REVIEW OF TLC'S DOCUMENT PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME. | 2.90 | $652.50 |
| 7/24/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT PRODUCTION AND CREATING GENERAL DATABASE REGARDING SAME. | 1.50 | $337.50 |
| 7/26/2004 02522 GR MAZE | PREPARE FOR TELECONFERENCE WITH MR LECHNER; TELECONFERENCE WITH MR LECHNER RE TLC'S RESPONSES TO THE SECOND SET OF INTERROGATORIES | 1.30 | $390.00 |
| 7/26/2004 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT | 6.80 | $1,530.00 |

**$366.50**

File # N0661-00176　　　　　　　　　　　　　　　　　INVOICE # 1038113
　　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 5/20/2004 | 02165 RT REDANO | PREPARE EMAIL TO MR MAZE RE: MOTION TO COMPEL DISCOVERY RESPONSES FROM TLC | 0.30 | $109.50 |
| 7/1/2004 | 03617 KA CARMODY | PREPARED CORRESPONDENCE TO BE FAXED AND EMAIL TO OPPOSING COUNSEL. | 0.20 | $21.00 |
| 8/2/2004 | 02165 RT REDANO | REVIEW EMAILS FROM MESSRS MAZE AND SYMES RE: DOCUMENT PRODUCTION; REVIEW EMAILS FROM MESSRS HUSER AND MAZE RE: STAY PENDING CONCLUSION OF REISSUE PROCEEDINGS FOR THE 869 AND 250 PATENTS; ████████████ | 0.50 | $182.50 |
| 8/2/2004 | 02522 GR MAZE | RESEARCH AND DRAFT MEMO TO MR REDANO RE ISSUES ON INTERVENING RIGHTS | 1.10 | $330.00 |
| 8/2/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENT PRODUCTION AND DRAFTING GENERAL DATABASE REGARDING SAME. | 1.10 | $247.50 |
| 8/3/2004 | 02165 RT REDANO | REVIEW COURT ORDER RULING THAT TLC HAS WAIVED ATTORNEY CLIENT AND WORK PRODUCT PRIVILEGES; CONFER WITH MR MAZE RE: SAME; PREPARE EMAILS TO MR HUSER AND GENNUM'S COUNSEL RE: SAME; REVIEW EMAIL FROM FAIRCHILD'S COUNSEL AND FROM MR HUSER RE: INFRINGEMENT ISSUES REGARDING FAIRCHILD'S CHIPS; PREPARE EMAIL TO MR MAZE RE: SAME; REVIEW EMAIL FROM MY SYMES RE: RESPONSES TO QUESTIONS FROM MR LEHNER; CONFER WITH MR LECHNER RE: SAME | 1.60 | $584.00 |
| 8/3/2004 | 02079 LM BRENNER | REVIEW DISCOVERY ORDER FROM COURT; SUPERVISE CALENDARING OF DUE DATE CONCERNING ATTORNEYS' FEES DECLARATION. | 0.50 | $150.00 |
| 8/3/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 7.10 | $1,597.50 |
| 8/4/2004 | 02165 RT REDANO | REVIEW NOTES OF MEETING WITH MR LECHNER; TELEPHONE CONFERENCE WITH MR LECHNER RE: INFORMATION RECEIVED FROM MR SYMES; REVIEW INTERROGATORY RESPONSES RE: '070 PATENT INFRINGEMENT ALLEGATIONS; REVIEW DOCKET SHEET FOR TLC V REAL NETWORKS LITIGATION; | 4.70 | $1,715.50 |

Handwritten annotations:
- (next to 8/2/2004 REDANO entry): *0.1 $36.50* — *Reduced* — *0.2 $73.00*
- (circling 8/2/2004 MAZE entry of 1.10 / $330.00)
- (next to 8/4/2004 REDANO entry): *Reduced* — *1.20 $438.00*

$109.50

File # N0661-00176　　　　　　　　　　　　　　　　INVOICE # 1038113
　　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | ALLEGATIONS; REVIEW DOUCMENTS PRODUCED BY GRASS VALLEY; CONFER WITH MR MAZE RE: SAME; REVISE LETTER TO MR HUSER RE: DOCUMENTS NEEDED TO ASSESS DAMAGES; CONFER WITH MR MAZE RE: ACCUMULATING RELEVANT TECHNICAL INFORMATION TO PROVIDE TO MR LECHNEER; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PREPARE LETTER TO OPPOSING COUNSEL RE: MOTION TO STAY OR DISMISS WITHOUT PREJUDICE IN VIEW OF REEXAMINATION | | |
| 8/6/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 0.00 | $0.00 |
| 8/6/2004 | 02179 T THIGPEN | TRANSMIT GRASS VALLEY DOCUMENTS TO MR. LECHNER FOR REVIEW. | 0.30 | $40.50 |
| 8/7/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 3.70 | $832.50 |
| 8/9/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: AUTHORIZATION TO PROCEED WITH MOTION TO STAY OR DISMISS IN VIEW OF REISSUE; PREPARE EMAIL TO MR SZABADOS RE: LEGAL RESEARCH ASSIGNMENT RE: SAME; REVIEW TLC'S INTERROGATORY RESPONSES RE: '070 PATENT CLAIMS; CONFER WITH MR LECHNER RE: SAME; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CONFER WITH MR MAZE RE: DOCUMENTS SENT TO MR LECHNER; REVIEW RESPONSE FROM MR HUSER ▓▓▓▓▓; CONFER WITH MR MAZE RE: TLC'S RESPONSES TO REQUESTS FOR ADMISSION AND GRASS VALLEY'S DOCUEMNT PRODUCTION; REVIEW EMAIL TO OPPOSING COUNSEL RE: REQUESTS FOR ADMISSION | 2.80 | $1,022.00 |
| 8/9/2004 | 02522 GR MAZE | TELECONFERENCE WITH MR SYMES RE DOCUMENT PRODUCTION; REVIEW | 2.30 | $690.00 |

Handwritten annotations:
- Reduced 1.00 $365
- (circled) 0.30 $109.50 Reduced 0.8 $292


$182.50

File # N0661-00176  INVOICE # 1038113

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | REVIEW EMAIL FROM MS BRENNER RE: DEECLARATION IN SUPPORT OF ATTORNEYS FEES; REVIEW DRAFT DECLARATION OF MR MAZE AND CONFER WITH MR MAZE RE: SAME | | |
| 8/12/2004 | 02522 GR MAZE | TELECONFERENCE WITH MR VOWELL RE TLC'S SUPPLEMENTAL RFA RESPONSES | 0.40 | $120.00 |
| 8/12/2004 | 02522 GR MAZE | REVIEW/REVISE DECLARATION ON FEES AND SEND TO MS BRENNER FOR FILING | 0.70 | $210.00 |
| 8/12/2004 | 02079 LM BRENNER | REVIEW AND REVISE DECLARATION IN SUPPORT OF COSTS AND FEES INCURRED IN DEALING WITH DISCOVERY DISPUTE WITH TLC; PREPARE DECLARATION FOR FILING. | 0.30 | $90.00 |
| 8/12/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME | 4.50 | $1,012.50 |
| 8/13/2004 | 02165 RT REDANO | PREPARE MOTION TO STAY AND SEVER CLAIMS RELATING TO THE '869 AND '250 PATENTS IN VIEW OF REISSUE; PREPARE EMAIL TO MR HUSER RE: TLC'S RESPONSES TO RFA'S AND MOVING FOR SUMMARY JUSDGMENT OF NO INFRINGEMENT OF THE '070 PATENT ON RES JUDICATA GROUNDS; REVIEW TLC'S EMERGENCY MOTION TO STAY COMPLIANCE WITH ORDER COMPELLING PRODUCTION AND TLC'S MOTION FOR RECONSIDERATION; HOLD SEVERAL TELEPHONE CONFERENCES WITH OPPOSING COUNSEL AND WITH COURT RE: SAME AND MODIFICATION OF TLC'S PROPOSED ORDER REGARDING STAY; CORRESPOND VIA EMAIL WITH OPPOSING COUNSEL RE: REVISIONS TO ORDER STAYING DOCUMENT PRODUCTION; CONFER WITH MR MAZE RE: RESPONSE TO TLC'S MOTION FOR RECONSIDERATION; PREPARE EMAIL TO MR HUSER RE: SAME | 3.40 | $1,241.00 |
| 8/13/2004 | 02079 LM BRENNER | REVIEW EMERGENCY MOTION FROM OPPOSING COUNSEL CONCERNING STAY OF ACTION DURING RECONSIDERATION OF PRIVILEGE DISCLOSURE ISSUES, AND ASSIST IN STIPULATING TO STAY. | 0.40 | $120.00 |
| 8/13/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT PRODUCTION REVIEW AND DRAFT GENERAL DATABASE REGARDING | 3.00 | $675.00 |

(0.50  $182.50)

*$267.00* (handwritten)

File # N0661-00176                                       INVOICE # 1038113
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | SAME. | | |
| 8/13/2004 | 03363 RJ SZABADOS | DRAFT MEMORANDUM TABULATING EXECUTED LICENSES BETWEEN TLC, VIDPRO AND/OR COOPER AND THIRD PARTIES INVOLVING THE '070, '869, '250 AND '524 PATENTS. | 2.20 | $495.00 |
| 8/13/2004 | 03363 RJ SZABADOS | ASSIST IN DRAFTING UNOPPOSED MOTION TO STAY. | 0.70 | $157.50 |
| 8/14/2004 | 02165 RT REDANO | REVIEW AND REVISE MOTION FOR STAY AND PREPARE EMAIL TO MESSR SZABADOS AND MAZE RE: SAME; PREPARE EMAIL TO MR MAZE RE: RESPONSE IN OPPOSITION TO TLC'S MOTION FOR RECONSIDERATION | 0.80 (handwritten: 0.30) | $292.00 (handwritten: $109.50) |
| 8/14/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 2.00 | $450.00 |
| 8/15/2004 | 02522 GR MAZE | READ/REVIEW/REVISE MOTION TO EXTEND DEADLINES | 0.70 | $210.00 |
| 8/16/2004 | 02165 RT REDANO | REVIEW AND REVISE MOTION TO SEVER AND STAY AND RELATED ORDER; CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE RESPONSE TO TLC'S MOTION FOR RECONSIDERATION OF RULING THAT TLC HAD WAIVED PRIVILEGE; CONFE WITH MR MAZE RE: SAME; REVIEW EMAIL FROM MR HUSER RE: RES JUDICATA ISSUE; CONFER WITH MR MAZE RE: SAME AND REVIEW FEDERAL CIRCUIT DECISION; PREPARE RESPONSE TO MR HUSER'S EMAIL | 2.20 | $803.00 |
| 8/16/2004 | 02522 GR MAZE | READ/REVIEW/REVISE MOTION TO STAY; CASE LAW RESEARCH TO SUPPORT MOTION; DISCUSS WITH MR REDANO; REVIEW ANDN ANALYZE ISSUES WITH RESPECT TO RES JUDICATA AND DISCUSS WITH MR REDANO VIS A VIS THE '070 PATENT | 7.10 | $2,130.00 |
| 8/16/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 4.80 | $1,080.00 |
| 8/17/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR HUSER RE: RES JUDICATA SUMMARY JUDGMENT; REVIEW AND REVISE MOTION FOR STAY AND CONFER WITH MR MAZE RE: SAME; REVIEW AND REVISE RESPONSE TO TLC'S MOTION FOR RECONSIDERATION AND CONFER WITH MR MAZE RE: SAME; CONFER WITH MR SZABADOS RE: SUMMARY OF TLC'S | 1.60 | $584.00 |

**$146.00** *(handwritten)*

File # N0661-00176

INVOICE # 1038113

TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | RESPONSE TO REQUEST FOR RECONSIDERATION; DISCUSS WITH MR REDANO | | |
| 8/19/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC DOCUMENTS AND DRAFT GENERAL DATABASE REGARDING SAME | 8.20 | $1,845.00 |
| 8/20/2004 | 02522 GR MAZE | REVIEW/REVISE RESPONSE TO REQUEST FOR RECONSIDERATION; DRAFT DECLARATION FOR GARY R MAZE TO USE WITH RESPONSE; COMMUNICATE WITH MS BRENNER RE JUDICIAL NOTICE AND THE DRAFT OF THE RESPONSE AND FILING SAME | 2.10 | $630.00 |
| 8/20/2004 | 02079 LM BRENNER | TELEPHONE CONFERENCES WITH CLERK AND OPPOSING COUNSEL CONCERNING SCHEDULING AND DEADLINES GOVERNING OPPOSITION TO MOTION FOR RECONSIDERATION FILED BY TLC; PREPARE REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME; REVIEW POINTS AND AUTHORITIES IN OPPOSITION BRIEF, IN PREPARATION FOR FILING SAME ON AUGUST 25, 2004; PREPARE EXHIBITS IN SUPPORT OF OPPOSITION. | 2.30 | $690.00 |
| 8/20/2004 | 03363 RJ SZABADOS | CONTINUE REVIEW OF TLC PRODUCTION AND DRAFT GENERAL DATABASE REGARDING SAME. | 4.90 | $1,102.50 |
| 8/20/2004 | 02453 BM MORALES | TELEPHONE CALLS TO CLERK OF EASTERN DISTRICT OF CALIFORNIA REGARDING LOCAL RULES; CONFER WITH L. BRENNER REGARDING SAME | 0.60 | $93.00 |
| 8/21/2004 | 02165 RT REDANO | REVISE ORDER TO SEVER AND STAY AND RELATED MOTION; REVIEW AND REVISE RESPONSE TO REQUEST FOR RECONSIDERATION | 0.80 *(circled: 0.40 $146.00)* | $292.00 |
| 8/23/2004 | 02165 RT REDANO | REVIEW EMAIL FROM MR LECHNER RE: CONTACT WITH MR SYMES; PREPARE EMAIL TO MR SYMES RE: SAME; CONFER WITH MR SYMES RE: CONFERENCE WITH MR LECHNER | 0.40 | $146.00 |
| 8/23/2004 | 02522 GR MAZE | REVISE MOTION TO SEVER AND PROVIDE DRAFT TO MS BRENNER FOR REVISION INTO ED CAL FORMAT | 0.70 | $210.00 |
| 8/23/2004 | 02079 LM BRENNER | ASSIST IN ORGANIZING AND PREPARING PLEADINGS IN SUPPORT OF MOTION FOR STAY AND OPPOSITION TO MOTION FOR RECONSIDERATION; REVIEW VARIOUS EXHIBITS IN SUPPORT OF SAME. | 1.10 | $330.00 |
| 8/23/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW | 5.60 | $1,260.00 |

*$750.00* (handwritten)

File # N0661-00176  INVOICE # 1038113
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | AND DRAFT GENERAL DATABASE REGARDING SAME. | | |
| 8/24/2004 | 02522 GR MAZE | FINALIZE MOTION TO SERVE AND ARRANGE WITH MS BRENNER FOR FILING; FINALIZE RESPONSE TO TLC REQUEST FOR REHEARING AND ARRANGE WITH MS BRENNER FOR FILING | 4.70 *[2.60]* | $1,410.00 *[$750.00]* |
| 8/24/2004 | 02079 LM BRENNER | BEGIN REVIEW AND REVISION OF ALL PLEADINGS IN SUPPORT OF OPPOSITION TO REQUEST FOR RECONSIDERATION; SUPERVISE ORGANIZATION OF ALL EXHIBITS IN PREPARATION FOR FILING IN EASTERN DISTRICT. | 1.10 | $330.00 |
| 8/24/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 2.90 | $652.50 |
| 8/24/2004 | 03659 M LEDESMA | ASSEMBLE EXHIBITS FOR FILING GARY MAZE'S DECLARATION IN SUPPORT OF THOMSON'S UNOPPOSED MOTION TO SEVER AND STAY, ALL CLAIMS AND COUNTERCLAIMS RELATING TO U.S. PATENT NUMBERS 5,486,869 AND 5,754,250 | 0.80 | $84.00 |
| 8/25/2004 | 02165 RT REDANO | CONFER WITH MR LECHNER RE: '524 PATENT INFRINGEMENT ISSUES; PREPARE EMAIL TO FAIRCHILD'S COUNSEL RE: SETTING UP A TELEPHONE CONFERENCE. | 0.70 | $255.50 |
| 8/25/2004 | 02079 LM BRENNER | FINAL REVIEW AND REVISIONS OF ALL PLEADINGS IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION; SUPERVISE FILING AND SERVICE OF SAME; REVIEW, REVISE AND PREPARE PLEADINGS IN SUPPORT OF MOTION FOR STAY FOR FILING; SUPERVISE FILING AND SERVICE OF SAME. | 1.70 | $510.00 |
| 8/25/2004 | 03363 RJ SZABADOS | CONTINUE TLC DOCUMENT REVIEW AND DRAFTING GENERAL DATABASE REGARDING SAME. | 0.50 | $112.50 |
| 8/25/2004 | 02453 BM MORALES | RECEIVE INSTRUCTIONS FROM L. BRENNER; REVIEW LOCAL RULES, MAGISTRATE RULES, AND MAGISTRATE JUDGE SHUBB'S RULES REGARDING PROPOSED ORDER; TELEPHONE CALL TO CLERK OF COURT REGARDING SAME | 0.60 | $93.00 |
| 8/26/2004 | 02079 LM BRENNER | SUPERVISE FILING OF MOTION TO SEVER/STAY AND SERVICE OF SAME | 0.30 | $90.00 |
| 8/27/2004 | 02165 RT REDANO | CONFER WTH MR HUSER RE: SETTLEMENT AND DAMAGES; CONFER WITH COUNSEL FOR FAIRCHILD RE: | 0.90 | $328.50 |