# EXHIBIT I

File # N0661-00176  PROFORMA # 703363
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/22/2005 | 02522 GR MAZE | ANALYZE OBJECTIONS TO BILL OF COSTS; REVIEW WITH MR REDANO | 1.10 | $368.50 |
| 8/22/2005 | 02079 LM BRENNER | REVIEW PLEADINGS OBJECTING TO BILL OF COSTS IN PREPARATION FOR RESEARCHING ISSUES WITH REGARD TO SAME. | 0.30 | $97.50 |

File # N0661-00176　　　　　　　　　　　　　　　　　PROFORMA # 703363
　　　TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID#TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/23/2005 | 02165 RT REDANO | REVIEW CASE ATTACHED AS EXHIBIT A TO TLC'S OPPOSITION TO OUR BILL OF COSTS; REVIEW LOCAL RULES RE: BILL OF COSTS SUPPLEMENTATION; CONFER WITH MR MAZE; PREPARE EMAIL TO MS BRENNER REQUESTING RESEARCH RE: RECOVERY OF DEPOSITION TRANSCRIPTION COSTS; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW EMAIL FROM MR SYMES RE: TLC'S OPPOSITION; PREPARE RESPONSE; REVIEW RESPONSE FROM MS BRENNER RE: BILL OF COSTS RESEARCH | 0.70 | $276.50 |
| 8/24/2005 | 02079 LM BRENNER | ANALYZE 9TH CIRCUIT CASE LAW CONCERNING BILL OF COSTS STANDARDS, AND PREPARE MEMORANDUM WITH REGARD TO SAME, IN SUPPORT OF OPPOSITION TO OBJECTION TO THOMSON'S BILL OF COSTS BY TLC | 1.80 | $585.00 |
| 8/25/2005 | 02165 RT REDANO | PREPARE RESPONSE TO TLC'S OBJECTIONS TO THOMSON'S BILL OF COSTS; PREPARE EMAIL TO MS BRENNER RE: CITES TO WRIGHT AND MILLER TREATISE IN PLAINTIFFS' OBJECTIONS; REVIEW RESPONSE AND TREATISE SECTION; PREPARE DECLARATION IN SUPPORT OF BILL OF COSTS; PREPARE EMAIL TO MR HUSER RE: SAME; REVIEW RESPONSE | 3.60 | $1,422.00 |
| 8/25/2005 | 02165 RT REDANO | PREPARE FOLLOW UP EMAIL TO MS BRENNER RE: RESEARCH REGARDING BILL OF COSTS | 0.20 | $79.00 |

Duane Morris
September 12, 2005
Page 8

File # N0661-00176                                              PROFORMA # 703363
TLC V. THOMSON (GRASS VALLEY E.D. CALIF.)

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/25/2005 | 02079 | LM BRENNER | FURTHER RESEARCH AND MEMORANDUM CONCERNING LEGAL CASE LAW AND TREATISES CITED BY PLAINTIFF IN ITS OPPOSITION TO THE BILL OF COSTS SUBMITTED BY THOMSON. | 1.00 | $325.00 |