1  Audrey A. Millemann, State Bar No. 124954
   Pamela W. Bertani, State Bar No. 182672
2  **WEINTRAUB GENSHLEA CHEDIAK SPROUL**
   400 Capitol Mall, 11th Floor
3  Sacramento, California 95814
   (916) 558-6000
4
   Raymond P. Niro
5  Joseph N. Hosteny
   Arthur A. Gasey
6  Paul C. Gibbons
   **NIRO, SCAVONE, HALLER & NIRO**
7  181 W. Madison, Suite 4600
   Chicago, Illinois 60602
8  (312) 236-0733

9  Attorneys For Plaintiff and Counterdefendant
   Technology Licensing Corporation
10

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14 TECHNOLOGY LICENSING            )  Case No. CIV. S-03-1329 WBS PAN
   CORPORATION, a Nevada corporation, and )
15 AV TECHNOLOGIES, an Illinois Limited )
   Liability Company               )  **ORDER OF DISMISSAL**
16                                 )
                 Plaintiff,        )
17                                 )
          v.                       )
18                                 )
   THOMSON, INC., a Delaware       )
19 Corporation,                    )
                                   )
20               Defendant.        )
   _____ )
21                                 )
   and related counterclaim.
22 _____

23     The parties having reached a settlement concerning two of the four patents involved in this

24 suit, U.S. Patents Nos. 4,573,070 and 5,459,524, IT IS HEREBY ORDERED that:

25     1.   The joint stipulation for partial dismissal is granted;

26

27                                        _____
                                          [PROPOSED] ORDER OF DISMISSAL
28

2. All remaining claims and counterclaims relating to U.S. Patents Nos. 4,573,070 and 5,459,524 are dismissed with prejudice;

3. This action remains pending with respect to the stayed patents, U.S. Patent Nos. 5,486,869 and 5,754,250.

4. Each party will bear its own fees and costs.

SO ORDERED:

Dated: May 22, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Joseph N. Hosteny
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 W. Madison Street, Ste. 4600
Chicago, Illinois 60602
Telephone (312) 236-0733

AGREED:

/s/ Richard T. Redano
Richard T. Redano
Gary R. Maze
Duane Morris LLP
3200 Southwest Freeway, Suite 3150
Houston, Texas 77027-7534
Attorneys for Thomson, Inc.

[PROPOSED] ORDER OF DISMISSAL