UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada Corporation, and AV TECHNOLOGIES, an Illinois Limited Liability Company,<br><br>         Plaintiffs,<br><br>    v.<br><br>THOMPSON, INC., a Delaware Corporation,<br><br>         Defendant.<br>_____/ | NO. CIV. 03-1329 WBS EFB<br><br><u>ORDER RE: LIFTING STAY AND STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

----oo0oo----

The above-captioned case was stayed on September 20, 2004 with respect to claims and counterclaims relating to U.S. Patent Nos. 5,486,869 (the "869" patent) and 5,754,250 (the "250" patent) until the patent reissue proceedings for those patents were complete.  (Docket No. 50.)  The defendant now moves to lift the stay because the patent reissue proceedings for the 869 and 250 patents are complete, and plaintiffs do not oppose the

1

1 motion.

2      IT IS HEREBY ORDERED that defendant Thompson, Inc.'s
3 motion to lift stay entered on September 20, 2004 is GRANTED and
4 the stay of the aforementioned proceedings is hereby LIFTED.

5      Pursuant to the provisions of Federal Rule of Civil
6 Procedure 16, IT IS FURTHER ORDERED that:

7    1. A Status (Pretrial Scheduling) Conference is set for
8 November 16, 2009 at 2:00 p.m. before the undersigned judge in
9 Courtroom No. 5.  At least twenty-one (21) calendar days before
10 the scheduling conference is held, the parties shall confer and
11 attempt to agree upon a discovery plan, as required by Federal
12 Rule of Civil Procedure 26(f).

13    2. Pursuant to Local Rule 16-240, the parties shall submit
14 to the court a <u>JOINT</u> Status Report **fourteen (14) calendar days**
15 prior to the hearing date, which shall contain:

16      (a) a brief summary of the claims;

17      (b) a statement as to the status of service upon all
18 defendants and cross defendants;

19      (c) a statement as to the possible joinder of
20 additional parties;

21      (d) any contemplated amendments to the pleadings;

22      (e) the statutory basis of jurisdiction and venue;

23      (f) a written report outlining the proposed discovery
24 plan required by Federal Rule of Civil Procedure 26(f);

25      (g) a proposed cut-off date by which all discovery
26 shall be concluded;

27      (h) a proposed date by which all motions shall be filed
28 and heard;

1            (i) any proposed modifications of standard pretrial
2   proceedings due to the special nature of the action;
3            (j) the estimated length of trial;
4            (k) a statement as to whether the case is related to
5   any other case, including any matters in bankruptcy;
6            (l) any other matters discussed in Local Rule 16-240
7   that may add to the just and expeditious disposition of this
8   matter; and
9            (m) a statement by any nongovernmental corporate party
10  identifying all of its parent and subsidiary corporations and
11  listing any publicly held company that owns 10% or more of the
12  party's stock.  If any nongovernmental corporate party has no
13  parent or subsidiary corporations or no publicly held companies
14  owning 10% or more of its stock, it shall so state in the Joint
15  Status Report.  Thereafter, if there is any change in the
16  information, the party shall file and serve a supplemental
17  statement within a reasonable time after such change occurs.
18  Failure to comply with the requirements of this subpart will
19  result in the Joint Status Report being stricken and <u>sanctions
20  being ordered against any nongovernmental corporate party that
21  did not submit its corporate disclosures</u>.
22            IT IS SO ORDERED.
23  DATED:  October 1, 2009

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE