Audrey A. Millemann, State Bar No. 124954
WEINTRAUB GENSHLEA CHEDIAK LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone (916) 558-6000

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Kara L. Szpondowski
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone (312) 236-0733

Attorneys for Plaintiff and Counterdefendant
Technology Licensing Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THOMSON, INC.,<br><br>　　　　　　　Defendant. | Case No. CIV S-03-1329 WBS PAN<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER PERMITTING TECHNOLOGY LICENSING CORPORATION TO FILE ITS SECOND AMENDED COMPLAINT** |

The parties hereto, through their respective counsel of record, hereby submit this stipulated request that TLC be permitted to file its Second Amended Complaint. As TLC explained in the Parties Joint Status Report (Dkt. No. 226 at p. 2), the originally asserted patents in this litigation, U.S. Patent Nos. 5,754,250 and 5,486,869, and were reissued by the United States Patent and Trademark Office as United States Patent Nos. RE 40,411 and RE 40,412,

Stipulated Request and [Proposed] Order Permitting
Technology Licensing Corporation to File Its Second
Amended Complaint

- 1 -

respectively. TLC thereby seeks to file its Second Amended Complaint in order to substitute the reissue patents for the originally asserted patents, to remove AV Technologies as a party, and to assert infringement by Thomson of one or more of the additional claims from each of the '411 and '412 reissue patents.

Good cause exists for TLC to file its Second Amended Complaint, as Thomson has consented (without waiving any objections or defenses) to TLC's filing its Second Amended Complaint pursuant to Fed.R.Civ.Proc. 15(a)(2). This filing will not impact any deadlines in the scheduling order (Dkt. No. 229). Pursuant to L.R. 5-137(c), TLC's Second Amended Complaint is attached as Exhibit 1.

Dated:  January 15, 2010 **NIRO SCAVONE HALLER & NIRO**

By:  /S/ Kara L. Szpondowski
Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Kara L. Szpondowski

Audrey A. Millemann
**WEINTRAUB GENSHLEA CHEDIAK LAW CORPORATION**
State Bar No. 124954

Attorneys for Plaintiffs

Dated: January 15, 2010 **DUANE MORRIS LLP**

By:  /S/
Richard T. Redano
Gary R. Maze
Christina C. Marshall

Attorneys for Defendant

Stipulated Request and [Proposed] Order Permitting Technology Licensing Corporation to File Its Second Amended Complaint

- 2 -

1 **ORDER**

2   IT IS HEREBY ordered that Technology Licensing Corporation may file its Second Amended Complaint.

3

4 Dated:  January 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulated Request and [Proposed] Order Permitting
Technology Licensing Corporation to File Its Second
Amended Complaint

- 3 -