UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

|  |  |  |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada corporation, | ) ) ) | Case No. CIV S-03-1329 WBS PAN |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF SPECIAL MASTER FOR PURPOSES OF CLAIM CONSTRUCTION** |
| THOMSON, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
|  | ) ) | |
|  | ) | **JURY TRIAL DEMANDED** |
| and related counterclaims | | |

Technology Licensing Corporation and Thomson, Inc. ("the parties"), hereby stipulate to the appointment of Gale R. ("Pete") Peterson of Cox Smith, 112 E. Pecan St., Suite 1800, 16311 Axis Trail San Antonio, Texas 78205 for purposes of claim construction in the above captioned case, pursuant to the terms set forth in the Parties' Joint Statement Regarding Appointment of Special Master for Purposes of Claim Construction, filed on April 8, 2010 (Dkt. No. 269).

Specifically, the parties stipulate that Mr. Peterson will serve as special master in this case to perform the duties set forth in the Court's Memorandum and Order (Doc. No. 267), with the modifications proposed herein. The Parties respectfully propose that the scope of the special master's duties be modified from that stated in the Court's Memorandum and Order (Doc. No. 267) as follows:

a.     paragraphs 2 and 3 on page 18 be deleted because the parties have reached agreement on the meaning of "video type signal" as used in claims 19 and 25 of the '411 Patent;

b.     in paragraph 4 on page 19, change "'411 patent" to "'412 patent."

JOINT STIPULATION AND [PROPOSED] ORDER                                                    1

Mr. Peterson's standard hourly rate is $595.   The parties agree to equally split the compensation for Mr. Peterson's services as special master.

At this time, the parties cannot identify any circumstances in which the special master may communicate ex parte with the Court or a party.

Dated:  April 13, 2010                    Respectfully submitted,


NIRO SCAVONE HALLER AND NIRO


By: /s/  Kara L. Szpondowski_____
    Kara L. Szpondowski
    Attorneys for Plaintiff Technology Licensing
    Corporation



DUANE MORRIS LLP


By: /s/  Richard T. Redano_____
    Richard T. Redano
    Attorneys for Defendant Thomson, Inc.

1

**<u>ORDER</u>**

2

    IT IS HEREBY ORDERED that Gale R. ("Pete") Peterson will be appointed as special

3

4

master for purposes of claim construction, pursuant to the parties' stipulation, and to perform the

duties as set forth in the parties' stipulation.

5

6

7

Dated: April 13, 2010

8

9

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28