UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada Corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>THOMSON, INC., a Delaware Corporation,<br><br>           Defendant.<br>_____/ | NO. CIV. 2:03-1329 WBS EFB<br><br><u>ORDER</u> |

----oo0oo----

Presently before the court is defendant Thomson, Inc.'s motion to amend the caption to reflect defendant's name change from "Thomson Inc." to "Technicolor USA, Inc." (Docket No. 288.) Federal Rule of Civil Procedure 15(a) provides that amendments to a complaint may be made by leave of court, and that leave shall be freely given when justice so requires. <u>Keniston v. Roberts</u>, 717 F.2d 1295, 1300 (9th Cir. 1983). As proof of its official

1

1  name change, defendant submitted a notarized certificate from the
2  Delaware Secretary of State stating that defendant changed its
3  name from "Thomson, Inc." to "Technicolor USA, Inc." on June 24,
4  2010.  (McCarthy Decl. (Docket No. 289) Ex. A.)  "Thomson, Inc."
5  and "Technicolor USA, Inc." are the same entity, and accordingly
6  the proposed amendment to the caption is appropriate.
7           IT IS THEREFORE ORDERED that defendant's motion to amend
8  the caption to reflect defendant's name change be, and the same
9  hereby is, GRANTED.
10 DATED:  August 19, 2010

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE