Audrey A. Millemann, State Bar No. 124954
Weintraub Genshlea Chediak
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Kara L. Szpondowski
Niro, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois   60602
(312) 236-0733 – Telephone
(312) 236-3137 – Facsimile

Attorneys for Plaintiff and Counterdefendant
Technology Licensing Corporation

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNICOLOR USA, INC., a Delaware Corporation,<br><br>Defendant. | Case No. CIV S-03-1329 WBS PAN<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF HEARING DATE** |

Pursuant to Local Rules 230(f), 143, and 144, plaintiff and defendant, by their undersigned counsel, hereby stipulate to and request a continuance of the hearing date for defendant Technicolor USA, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings on Plaintiff's Claims of Inducing and Contributory Infringement, docket no. 295, presently set for September 27, 2010 at 2:00 p.m., to October 12, 2010 at 2:00 p.m.   Plaintiff's counsel has asked defendant's counsel to agree to this continuance because plaintiff's opposition to defendant's motion is currently due on September 10, 2010 and plaintiff's counsel will be in trial on another matter from September 8,

2010 through the following week. Defendant's counsel has agreed to this continuance. This requested continuance would not interfere with the Court's Scheduling Order, nor would it necessitate a change to the trial date or the final pretrial conference.

IT IS HEREBY STIPULATED that good cause exists for continuing the hearing on defendant's Rule 12(c) Motion for Judgment on the Pleadings on Plaintiff's Claims of Inducing and Contributory Infringement to October 12, 2010, the next available law and motion date. Plaintiff's opposition will be due on September 28, 2010 and defendant's reply will be due on October 5, 2010.

Respectfully submitted,

Dated: September 1, 2010         **NIRO, HALLER & NIRO**

By:   /s/ Arthur A. Gasey
      Raymond P. Niro
      Joseph N. Hosteny
      Arthur A. Gasey
      Paul C. Gibbons
      Kara L. Szpondowski


**WEINTRAUB GENSHLEA CHEDIAK**

Law Corporation

By:   /s/ Audrey A. Millemann
      Audrey A. Millemann

Attorneys for Plaintiff

Dated: September 1, 2010         **DUANE MORRIS LLP**

By:    /s/ Richard T. Redano
       Richard T. Redano
       Gary R. Maze
       J. Donald McCarthy (SBN 69864)
       Christina C. Marshall (SBN 2093150)

Attorneys for Defendant

**<u>ORDER</u>**

IT IS SO ORDERED.

DATE: September 2, 2010



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE