| | |
|---|---|
| Raymond P. Niro | Christina C. Marshall (SBN 2093150) |
| Joseph N. Hosteny | DUANE MORRIS LLP |
| Arthur A. Gasey | Suite 2000 |
| Paul C. Gibbons | One Market, Spear Tower |
| Kara L. Szpondowski | San Francisco, CA  94105 |
| NIRO, HALLER & NIRO | Telephone:  (415) 957-3000 |
| 181 West Madison, Suite 4600 | Facsimile:   (415) 957-3001 |
| Chicago, IL 60602-4515 | |
| Phone: (312) 236-0733 | Gary R. Maze (pro hac vice) |
| Fax: (312) 236-3137 | DUANE MORRIS LLP |
| | 1330 Post Oak Blvd.  Suite 800 |
| Audrey A. Millemann | Houston, TX 77056 |
| WEINTRAUB GENSHLEA CHEDIAK LAW CORPORATION | Telephone:       (713) 402-3900 |
| | Facsimile:        (713) 402-3901 |
| State Bar No. 124954 | |
| | J. Donald McCarthy (SBN 69864) |
| ATTORNEYS FOR PLAINTIFF TECHNOLOGY LICENSING CORPORATION | DUANE MORRIS LLP |
| | 865 S. Figueroa Street, Suite 3100 |
| | Los Angeles, CA  90017-5450 |
| | Telephone:  (213) 689-7400 |
| | Facsimile:   (213) 689-7401 |
| | |
| | Richard T. Redano (pro hac vice) |
| | RICHARD T REDANO PC |
| | 4141 Southwest Freeway  Suite 290 |
| | Houston, TX 77027 |
| | Telephone:  (713) 409-3109 |
| | Facsimile:   (713) 623-0010 |
| | |
| | Attorneys for Defendant and Counterclaimant, Technicolor USA, Inc. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada Corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TECHNICOLOR USA, INC., )<br>Defendant )<br>)<br>)<br>)<br>) | Case No. CIV S-03-1329 WBS PAN<br><br>**ORDER** |

**DEFENDANT TECHNICOLOR, INC.'S REVISED PROPOSED ORDER**
DM1\2470424.1

Having considered the Joint Notice Of Motion And Motion To Amend Scheduling Order filed by Plaintiff Technology Licensing Corporation and Defendant Technicolor USA, Inc., all papers on file, and all arguments of counsel, the Court is of the opinion that this Motion has merit and that it is therefore GRANTED.

IT IS HEREBY ORDERED as follows:

1. all currently remaining Scheduling Order deadlines are hereby VACATED; and

2. the following deadlines are now in effect:

| DEADLINE | DATE |
| --- | --- |
| Parties to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | June 1, 2011 |
| For expert testimony intended solely for rebuttal, experts are to be disclosed and reports produced in accordance with Federal Rule of civil Procedure 26(a)(2) | July 1, 2011 |
| All discovery to be completed | August 5, 2011 |
| All pretrial motions | filed by September 6, 2011 |
| Final Pretrial Conference | **November 14, 2011 at 2:00 p.m.** |
| Jury trial | **January 18, 2012 at 9:00 a.m.** |

Dated: February 11, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Page 2

DM1\2470424.1