1 Audrey A. Millemann, State Bar No. 124954
Weintraub Genshlea Chediak Law Corporation
2 400 Capitol Mall, 11th Floor
Sacramento, California 95814
3 Phone: (918) 558-6000
Fax: (916) 446-1611
4
NIRO, HALLER & NIRO
5 Raymond P. Niro
Arthur A. Gasey
6 Paul C. Gibbons
Kara L. Szpondowski
7 181 West Madison, Suite 4600
Chicago, IL 60602-4515
8 Phone: (312) 236-0733
Fax: (312) 236-3137
9
Attorneys for Plaintiff and Counterdefendant
10 Technology Licensing Corporation

11                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
12                  SACRAMENTO DIVISION

| | |
|---|---|
| 13 TECHNOLOGY LICENSING, CORPORATION, a Nevada corporation | Case No. CIV S-03-1329 WBS EFB |
| 14 | |
| 15             Plaintiff, | |
| 16      v. | **PLAINTIFF TECHNOLOGY LICENSING CORPORATION'S NOTICE OF ACCEPTANCE OF DEFENDANT TECHNICOLOR USA, INC.'S RULE 68 OFFER OF JUDGMENT** |
| 17 TECHNICOLOR USA, INC., a Delaware corporation | |
| 18             Defendant. | |
| 19 TECHNICOLOR USA, INC., | |
| 20             Counter -Plaintiff, | |
| 21 v. | |
| 22 TECHNOLOGY LICENSING CORPORATION, | |
| 23             Counter-Defendant. | |

24

                              1

25
PLAINTIFF'S NOTICE OF ACCEPTANCE TO
26 DEFENDANT'S RULE 68 OFFER OF JUDGMENT          Case No. CIV S-03-1329 WBS EFB

1    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Technology

2  Licensing Corporation hereby accepts Defendant Technicolor USA, Inc.'s Offer of Judgment in

3  the amount of seven hundred thousand dollars ($700,000.00), including in that sum all costs and

4  attorneys' fees, in full compromise of all claims by Plaintiff Technology Licensing Corporation

5  asserted against Technicolor USA, Inc., attached as Exhibit A.

6

7  Dated:  March 28, 2011                          Respectfully submitted,

8
                                                   /s/ Paul C. Gibbons
9                                                  Raymond P. Niro (rniro@nhn.com)
                                                   Arthur A. Gasey (gasey@nhn.com)
10                                                 Paul C. Gibbons (gibbons@nhn.com)
                                                   Kara L. Szpondowski(szpondowski@nhn.com)
11                                                 NIRO, HALLER & NIRO
                                                   181 West Madison, Suite 4600
12                                                 Chicago, IL 60602-4515
                                                   Phone: (312) 236-0733
13                                                 Fax: (312) 236-3137

14
                                                   Audrey A. Millemann, State Bar No. 124954
15                                                 Weintraub Genshlea Chediak Law Corporation

16                                                 Attorneys for Plaintiff and Counterdefendant
                                                   Technology Licensing Corporation

17

18

19

20

21

22

23

24
                                          2
25
   _____
   PLAINTIFF'S NOTICE OF ACCEPTANCE TO
26 DEFENDANT'S RULE 68 OFFER OF JUDGMENT              Case No. CIV S-03-1329 WBS EFB

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011, I caused the foregoing **PLAINTIFF TECHNOLOGY LICENSING CORPORATION'S NOTICE OF ACCEPTANCE OF DEFENDANT TECHNICOLOR USA, INC.'S RULE 68 OFFER OF JUDGMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, as well as via U.S. Mail to:

Christina C. Marshall  (ccmarshall@duanemorris.com)
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, California 94105 1104
Tel:   (415) 957-3000
Fax:  (415) 957-3001

J. Donald McCarthy (jdmccarthy@duanemorris.com)
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Tel:   (213) 689-7400
Fax:  (213) 689-7401

Richard T. Redano (RTRedano@duanemorris.com )
Gary R. Maze (GRMaze@duanemorris.com )
Duane Morris LLP
1330 Post Oak Boulevard, Suite 800
Houston, Texas 77056
Tel:   (713) 402-3900
Fax:  (713) 402-3901

*Attorneys for Technicolor USA, Inc., f.k.a. Thomson, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/  Paul C. Gibbons
Attorney for Plaintiff

3.