UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 30, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

Technology Licensing

                  v.                  CASE NUMBER: 2:03-cv-1329 WBS EFB

Technicolor USA, Inc.

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE of ACCEPTANCE with OFFER of JUDGMENT filed 03/28/2011.**

                                            Victoria C. Minor,
                                            Clerk of the Court

ENTERED:   March 30, 2011

                                            by:   /s/ A. Benson
                                            A. Benson, Deputy Clerk