Audrey A. Millemann, State Bar No. 124954
Weintraub Genshlea Chediak Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Phone: (918) 558-6000
Fax: (916) 446-1611

NIRO, HALLER & NIRO
Raymond P. Niro
Arthur A. Gasey
Paul C. Gibbons
Kara L. Szpondowski
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff and Counterdefendant
Technology Licensing Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING, CORPORATION, a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>TECHNICOLOR USA, INC., a Delaware corporation<br><br>Defendant. | Case No. CIV S-03-1329 WBS EFB<br><br>**TECHNOLOGY LICENSING CORPORATION'S LOCAL RULE 144(E) EX PARTE APPLICATION TO SHORTEN TIME REGARDING ITS MOTION TO DISMISS**<br><br>**JUDGE: Judge WILLIAM B. SHUBB**<br>**DEPT.:   Courtroom 5** |

PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 144(e), Plaintiff, Technology Licensing Corporation ("TLC"), seeks an order granting its ex parte application to shorten time on its Motion To Dismiss Pursuant to the Judgment of March 31, 2011. As set forth by the attached Affidavit of Paul C. Gibbons, the earliest Plaintiff's Motion to Dismiss may be heard by the Court is July 5, 2011, seven weeks from now. Plaintiff's motion to dismiss is case dispositive, and shortening time will enable the Court and the parties to conserve resources with respect to other pending motions and also the financial drain incurred by the parties as the Special Master attempts to finish another section of his report on claim construction.

Counsel for Plaintiff has contacted the Court about filing this ex parte application, as well as counsel for Defendant, who indicated that Defendant would not stipulate to the shortening of time.

Plaintiff therefore respectfully requests the granting of its ex parte application to shorten time with respect to its pending motion to dismiss.

Dated: May 17, 2011                                  Respectfully submitted,

/s/Paul C. Gibbons
Raymond P. Niro (rniro@nhn.com)
Arthur A. Gasey (gasey@nhn.com)
Paul C. Gibbons (gibbons@nhn.com)
Kara L. Szpondowski(szpondowski@nhn.com)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137

Audrey A. Millemann, State Bar No. 124954
Weintraub Genshlea Chediak Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Phone: (918) 558-6000
Fax: (916) 446-1611

**TECHNOLOGY LICENSING CORPORATION'S LOCAL RULE 144(E) EX PARTE APPLICATION TO SHORTEN TIME REGARDING ITS MOTION TO DISMISS**                    1

1
Attorneys for Plaintiff and Counterdefendant
Technology Licensing Corporation

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TECHNOLOGY LICENSING CORPORATION'S
LOCAL RULE 144(E) EX PARTE APPLICATION TO
SHORTEN TIME REGARDING ITS MOTION TO DISMISS**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2011, I caused the foregoing **TECHNOLOGY LICENSING CORPORATION'S LOCAL RULE 144(E) EX PARTE APPLICATION TO SHORTEN TIME REGARDING ITS MOTION TO DISMISS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Christina C. Marshall
ccmarshall@duanemorris.com
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, California 94105 1104

J. Donald McCarthy
jdmccarthy@duanemorris.com
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450

Gary R. Maze
GRMaze@duanemorris.com
Duane Morris LLP
3200 Southwest Freeway, Suite 3150
Houston, Texas 77027-7534

Richard T. Redano
rredano@redanoipcounsel.com
Richard T. Redano, P.C.
4141 Southwest Freeway, Suite 290
Houston, Texas  77027

*Attorneys for Technicolor USA, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

 /s/Paul C. Gibbons
Attorney for Plaintiff