UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | NO. CIV. 2:03-1329 WBS EFB |
| Plaintiff, | ORDER RE: EX PARTE MOTION TO SHORTEN TIME |
| v. | |
| TECHNICOLOR USA, INC., | |
| Defendant. / | |
| AND RELATED COUNTER-CLAIMS. / | |

----oo0oo----

Plaintiff and counter-defendant Technology Licensing Corporation ("TLC"), having moved to dismiss this action, (Docket No. 335), requests that the court shorten time for hearing its motion. (Docket No. 336.) TLC argues that, to save the court's and the parties' resources, its motion should be heard before defendant and counter-claimant Technicolor USA, Inc.'s Motion to Adopt Part 1 of the Special Master's Report and Recommendations (Docket No. 324). Both motions are currently set for July 5,

1

1  2011.
2          To ensure that both motions may be fully briefed and
3  argued, the court hereby orders as follows:
4          1.  Technicolor Licensing Corporation's Ex Parte
5  Application to Shorten Time is DENIED;
6          2.  The hearing on Technicolor USA, Inc.'s Motion to
7  Adopt Part 1 of the Special Master's Report and Recommendations
8  is continued to August 1, 2011, at 2:00 p.m. in Courtroom No. 5;
9          3. The court's May 4, 2011, Order amending the
10 scheduling order (Docket No. 332) is amended as follows: The
11 parties shall disclose experts and produce reports in accordance
12 with Federal Rule of Civil Procedure 26(a)(2) by no later than
13 September 29, 2011.  With regard to expert testimony intended
14 solely for rebuttal, those experts shall be disclosed and reports
15 produced in accordance with Federal Rule of Civil Procedure
16 26(a)(2) on or before October 31, 2011.  All discovery shall be
17 completed by December 5, 2011.  All pretrial motions shall be
18 filed by January 3, 2012.  The Final Pretrial Conference is RESET
19 for March 19, 2012, at 2:00 p.m. in Courtroom No. 5.  The trial
20 is RESET for May 22, 2012, at 9:00 a.m. in Courtroom No. 5.
21         IT IS SO ORDERED.
22 DATED:  May 20, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE