UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, | NO. CIV. 2:03-1329 WBS EFB |
| Plaintiff, | <u>ORDER RE: SPECIAL MASTER'S REQUEST FOR CLARIFICATION OF REFERRAL</u> |
| v. | |
| TECHNICOLOR USA, INC., | |
| Defendant. | |

----oo0oo----

This Order is to clarify the duties of the Special Master appointed by the court with the consent of the parties to assist in construing certain patent terms at issue in this action.  The Special Master seeks this clarification in light of inconsistent instructions from the parties regarding two motions pending before the court.  (Docket Nos. 341, 335, and 324.)

To the extent that the parties agree that the Special Master should continue his work on claim construction pending resolution of the two motions, the Special Master may continue. However, to the extent that the parties disagree, the Special

1

1 | Master is instructed to suspend his work on this action until
2 | further notice from the court.
3 |          IT IS SO ORDERED.
4 | DATED:  May 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2