UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV S-03-1329 WBS PAN<br><br>**ORDER RE REQUEST TO SEAL DOCUMENTS [DEFENDANT TECHNICOLOR USA, INC.'S RESPONSE TO PLAINTIFF TECHNOLOGY LICENSING CORPORATION'S MOTION TO DISMISS PURSUANT TO THE JUDGMENT OF MARCH 31, 2011; AND DECLARATION OF GARY R. MAZE IN SUPPORT THEREOF]** |
| Plaintiff, | | |
| v. | | |
| TECHNICOLOR USA, INC., | | |
| Defendant | | |

Defendant Technicolor USA, Inc. has submitted a Request to Seal (1) its Response to Plaintiff Technology Licensing Corporation's Motion to Dismiss Pursuant to the Judgment of March 31, 2011 and (2) the accompanying Declaration of Gary R. Maze in Support Thereof, including Exhibits A-1 and A-2. The asserted ground for sealing those documents is that they contain "Confidential Trade Secrets." Upon review of the documents, the court is unable to discern which portions, if any, constitute information which could be considered trade secrets.

THEREFORE, within seven days from the date of this Order, defendant Technicolor USA, Inc., shall submit a brief specifically identifying, by page and line, the language in the documents which defendant contends to constitute trade secrets, along with an explanation as to why such language constitutes a trade secret. Such brief may be filed under seal. The court will withhold ruling on the pending request to seal until after review of that brief.

IT IS SO ORDERED.

Dated this 17th day of June, 2011.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE