UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TECHNOLOGY LICENSING CORPORATION,

      Plaintiff,

  v.

TECHNICOLOR USA, INC.,

      Defendant.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

NO. CIV. 2:03-1329 WBS EFB

<u>ORDER RE: REQUEST TO FILE DOCUMENTS UNDER SEAL</u>

----oo0oo----

      Pursuant to the request of defendant Technicolor USA to file certain documents under seal, IT IS HEREBY ORDERED that

      (1) Exhibits A-1 and A-2 to the Declaration of Gary R. Maze be filed under seal;

      (2) the Clerk shall redact the following lines from defendant Technicolor USA's Opposition to plaintiff's Motion to Dismiss: page 3, lines 23-25; page 4, lines 5-6, 16-19 and 23; and page 5, lines 1-3, 5-10, and 13;

1

1               (3) with the exception of the foregoing, the motion to file
2  under seal is DENIED; and
3               (4) defendant Technicolor USA's Opposition to the Motion to
4  dismissed shall be deemed timely filed.
5  DATED:  June 21, 2011

                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE