Audrey A. Millemann, State Bar No. 124954
Weintraub Genshlea Chediak
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 - Facsimile

Raymond P. Niro
Joseph N. Hosteny
Arthur A. Gasey
Paul C. Gibbons
Kara L. Szpondowski
Niro, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, Illinois 60602
Telephone (312) 236-0733
Fax (312) 236-3137

Attorneys for Plaintiff and
Counterdefendant
Technology Licensing Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| TECHNOLOGY LICENSING CORPORATION, a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TECHNICOLOR USA, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. CIV S-03-1329 WBS EFB<br><br>**ORDER RE TLC's UNOPPOSED REQUEST FOR CONTINUANCE OF HEARING ON TECHNICOLOR USA, INC.'S MOTION TO ADOPT PART 1 OF THE SPECIAL MASTER'S REPORT AND RECOMMENDATION UNTIL SEPTEMBER 12, 2011 AT 2:00 P.M.** |

Having considered TLC's Unopposed Request for Continuance, the Court hereby orders that the hearing on Technicolor USA, Inc.'s Motion to Adopt Part 1 of the Special Master's Report and Recommendations is continued to September 12, 2011, at 2:00 p.m. in Courtroom No. 5.

Dated: July 14, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2011, I caused the foregoing **[PROPOSED] ORDER RE TLC's UNOPPOSED REQUEST FOR CONTINUANCE OF HEARING ON TECHNICOLOR USA, INC.'S MOTION TO ADOPT PART 1 OF THE SPECIAL MASTER'S REPORT AND RECOMMENDATION UNTIL SEPTEMBER 12, 2011 AT 2:00 P.M.** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to, and sent a copy to the Court via e-mail at: WBSorders@caed.uscourts.gov:

Christina C. Marshall
ccmarshall@duanemorris.com
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, California 94105 1104

J. Donald McCarthy
jdmccarthy@duanemorris.com
865 S. Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450

Gary R. Maze
GRMaze@duanemorris.com
Duane Morris LLP
3200 Southwest Freeway, Suite 3150
Houston, Texas 77027-7534

Richard T. Redano
rredano@redanoipcounsel.com
Richard T. Redano, P.C.
4141 Southwest Freeway, Suite 290
Houston, Texas  77027

*Attorneys for Technicolor USA, Inc.*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

 /s/Kara L. Szpondowski
Attorney for Plaintiff